**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY, | ) | |
| | ) | |
| | ) | COFC No. 02-1894-C |
| Plaintiff, | ) | (Chief Judge Damich) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>PLAINTIFF CONSUMER ENERGY COMPANY'S RENEWED REQUEST FOR STATUS CONFERNCE</u>**

Pursuant to Court of Federal Claims Rule 16(a) and the Standard Special Procedures Order issued on January 7, 2003, Plaintiff Consumers Energy Company ("Plaintiff"), by and through counsel, hereby renews its request to the Court to schedule a status conference in this matter. On February 3, 2004, Plaintiff filed a request for a status conference with the Court and simultaneously served counsel for the United States ("Defendant"). Defendant failed to file a response pursuant to Court of Federal Claims Rule 7.1. On March 2, 2004, counsel for Plaintiff wrote to counsel for Defendant requesting a response to Plaintiff's motion for a status conference by March 3, 2004. Counsel for Plaintiff noted that if Defendant failed to provide a timely response, Plaintiff would renew its motion. Defendant has not responded to counsel's letter.

As set forth in Plaintiff's prior motion, Plaintiff believes that a status conference is warranted pursuant to the Court's Order dated January 30, 2004, denying Defendant's motion to consolidate and lifting the stay imposed by the Court's April 16, 2003 Order. This action has been stayed since the Court's April 16, 2003 Order, and events in the case have been limited to the Court's July 1, 2003 Order granting Defendant's motion to dismiss Count IV of Plaintiff's complaint, and limited discovery conducted by the parties. A status conference will assist the

parties in determining the appropriate schedule for further proceedings in this case, including the filing of a Joint Preliminary Status Report, and the control and scheduling of further discovery. Counsel for Plaintiff has advised counsel for Defendant that this request was being filed. Accordingly, Plaintiff Consumers Energy Company respectfully requests the Court to schedule a status conference at the Court's earliest convenience.

Respectfully submitted,

____/s/ Thomas O. Mason__________

Thomas O. Mason
Williams Mullen
8270 Greensboro Drive, Suite 700
McLean, VA 22102
(703) 760-5200 (phone)
(703) 748-0244 (facsimile)
Attorneys for Plaintiff Consumers Energy Company

OF COUNSEL:

Harvey J. Messing
Jeffrey S. Theuer
LOOMIS, EWERT, PARSLEY, DAVIS
& GOTTING, P.C.
232 S. Capitol Avenue, Suite 1000
Lansing, MI 48933
(517) 482-2400

David A. Mikelonis
Arunas Udrys
Consumers Energy Company
212 West Michigan Avenue
Jackson, MI 49201
(517) 788-2151

Dated: March 11, 2003

I:\WMCDLIB\FPURCELL\1014836.01