# In the United States Court of Federal Claims

No. 02-1894 C
(Filed: April 30, 2004)

******************************************
*
**CONSUMERS ENERGY COMPANY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
******************************************

## ORDER

On January 3, 2003, Defendant filed a motion to dismiss Counts III ("Taking Without Just Compensation") and IV ("Illegal Exaction") of Plaintiff's Complaint. Although briefing on the motion was completed on March 24, 2004, the Court, by virtue of its Order on April 16, 2003, directed to the 21 then-pending Spent Nuclear Fuel cases, generally stayed action in this case in favor of proceedings on various dispositive motions in selected "lead" cases (although the Court did subsequently order oral argument on the illegal exaction count and the Court's opinion on that count was issued on July 1, 2004). By Order on January 30, 2004, the Court lifted the stays imposed by the Order of April 16, 2003.

Nevertheless, because this Court prefers to continue to defer to the "lead" case process on this takings issue, the Court hereby **ORDERS** that action on Defendant's Motion to Dismiss Count III be stayed until further notice.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge