# In the United States Court of Federal Claims

No. 02-1894 C
(Filed: June 10, 2004)

******************************************
**CONSUMERS ENERGY COMPANY**, *
Plaintiff, *
v. *
**THE UNITED STATES,** *
Defendant. *
******************************************

**ORDER**

The Court hereby **ORDERS** that a telephonic status conference shall be held on June 23, 2004, at 10:00 a.m. The parties should be prepared to discuss such matters as a schedule to complete outstanding discovery, Defendant's stayed motion to dismiss Count III (takings) (e.g., whether additional or supplemental briefing is warranted), and the parties' contemplation of any other dispositive motions.

Counsel shall call the Court's Chambers at 202/219-1433 no later than one business day before the status conference to provide the telephone number where counsel can be reached for the conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge