# In the United States Court of Federal Claims

No. 02-1894 C
(Filed: June 25, 2004)

******************************************
*
**CONSUMERS ENERGY COMPANY**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
******************************************

**ORDER**

As discussed at the status conference held on June 23, 2004, the Court hereby **ORDERS** the following:

1) Defendant shall file, on or before July 6, 2004, an amended answer reflecting the affirmative defense it raised at the status conference;

2) Defendant shall file, on or before July 6, 2004, its proposed dispositive motion regarding the question of Plaintiff's one-time fee payment;

3) Plaintiff's response to Defendant's dispositive motion shall be stayed until further notice;

4) Plaintiff shall file a status report on or before September 7, 2004, addressing whether it requires further discovery to respond to Defendant's motion (and the nature of and need for such discovery) and indicating whether Plaintiff intends to file any dispositive motions (including, in particular, a motion regarding liability) and/or cross-motion (and the nature of such motions or cross-motion); and

5) A telephonic status conference shall be held on September 14, 2004, at 10:00 a.m. Counsel shall call the Court's Chambers at 202/219-1433 no later than one business day before the status conference to provide the telephone number where counsel can be reached for the conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge