IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 02-1894C<br>(Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of three days, to and including July 9, 2004, within which to file the motion for summary judgment and amended answer that were discussed at the parties' recent status conference with the Court. Currently, pursuant to this Court's order dated June 25, 2004, the Government's motion and amended answer are due on July 6, 2004. Defendant has not previously requested an enlargement of time for this purpose. Counsel for plaintiff, Tom Mason, has represented that plaintiff, Consumers Energy Company, does not oppose this motion.

In suggesting a due date for the Government's motion at the parties' status conference, counsel for defendant underestimated the work that counsel would be required to perform in other spent nuclear fuel cases that are currently pending before other judges of this Court, including pre-trial preparations in the Yankee Atomic cases, Nos. 98-126C, 98-154C, & 98-474C (Fed. Cl.), for a seven-week trial scheduled to begin on July 12, 2004; discovery and matters relating to the July 15, 2004 due date for expert reports in the Commonwealth Edison case, No. 98-621C (Fed. Cl.); and expedited discovery planning issues in the Sacramento Municipal Utility District case, No. 98-488C (Fed. Cl.). Counsel for defendant has also been required to devote

time to attempting to resolve issues regarding the terms of the protective orders in all of the spent nuclear fuel cases, attempting to obtain the views of the various spent nuclear fuel plaintiffs' counsel regarding those terms and working internally within the Departments of Energy and Justice, and to attempt to develop an appropriate protective order that the parties can mutually suggest that the Court adopt on a uniform basis. Although counsel for defendant has prepared a draft of the motion for filing in this case, which was completed for review earlier today, counsel for defendant did not build enough time to allow for review of the motion by the appropriate individuals into his schedule. To allow for this review and approval, we need an additional amount of time. If we are able to file our motion earlier than the date requested in this motion, we will do so. Counsel for plaintiff has informed counsel for defendant that he is in trial this week and would not be able to review the Government's motion until that concludes, indicating that this enlargement request will not prejudice plaintiff.

For the foregoing reasons, we respectfully request that the Court grant our motion for an enlargement of three days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

July 6, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 6th day of July 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.