(Chief Judge Damich)
No. 02-1894C

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CONSUMERS ENERGY COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

APPENDIX TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UPON COUNTS I AND II OF PLAINTIFF'S COMPLAINT AND, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT UPON DEFENDANT'S RIGHT TO RECOVER UNPAID FEES

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D. C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

July 9, 2004

# INDEX TO APPENDIX

DOCUMENT PAGE

Letter from Eugene R. VanHoof, Consumers Power Company, to Mr. Christopher Jedrey, Department of Energy, dated May 31, 1985 . . . . . 1

Internal memorandum from Consumers Power Company entitled "Responses to R J Ancona Letter of May 1, 1984 Regarding Spent Nuclear Fuel Costs And The Nuclear Fuel Waste Disposal Act . . . . . 2

Internal Correspondence from T.C. Bordine, Consumers Power Company, dated May 7, 1992, regarding "Spent Nuclear Fuel Shipments To DOE" . . . . . 5

Memorandum from T.C. Bordine, Consumers Power Company, dated January 21, 1993, regarding "DOE Allocations – SNF Shipments" . . . . . 6

Letter from Thomas C. Bordine, Consumers Power, to Linda Stroud, Contracting Officer, Department of Energy, dated April 13, 1993 . . . . . 8

Internal Correspondence from K.J. Shields, Consumers Power Company, to T.C. Bordine regarding "Correcting DCS forms," dated June 18, 1993 . . . . . 10

Internal Correspondence from K.J. Shields, Consumers Power Company, to R.W. Sinderman regarding "SNM Inventory to 2007 based on DCS's," dated August 16, 1993 . . . . . 12

Letter from Thomas C. Bordine, Consumers Power, to Beth Tomasoni, Contracting Officer, Department of Energy, dated August 19, 1993 . . . . . 15

Unsigned Delivery Commitment Schedule for 1999 with handwritten notes . . . . . 17

Approved Delivery Commitment Schedules for 1999 . . . . . 18

Approved Delivery Commitment Schedules for 2000 . . . . . 22

Approved Delivery Commitment Schedules for 2001 and 2002 . . . . . 26

Pages from Consolidated Accounting and Investment System, Nuclear Waste Fund, Quarterly Statement of Payments, dated April 2, 2004 . . . . . 29

Consumers Power Company

Eugene R VanHoof
*Director of Nuclear Fuel Supply*

1945 West Parnall Road, Jackson, MI 49201 • (517) 788-1545

May 31, 1985

ERV-85-74

Mr Christopher T Jedrey
US Department of Energy
Procurement and Assistance
Management Directorate
Office of Procurement Operations
Washington, DC 20585

Dear Mr Jedrey

Pursuant to Article VIII.B.2 of our Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste dated June 3, 1983, (DE-CR01-83NE44374), Consumers Power Company selects as its fee payment, Option 2, the single payment prior to delivery of the spent nuclear fuel.

Respectfully

E VanHoof

CC RJOdlevak
SNSpring
JLBacon
ABBass
TCCampbell
GLSchwass

OC0585-0038A-FS02

recd
6/5/85

CONSUMERS POWER COMPANY
Responses to R J Ancona Letter of May 1, 1984
Regarding Spent Nuclear Fuel Costs and The Nuclear Fuel Waste Disposal Act

1. Does your Company have a contract with the DOE for disposing of spent nuclear fuel?

Response: Consumers Power executed with DOE the Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (SNF/HLW) on June 3, 1983. A copy of the Contract has been furnished to your Mr R C Callen.

2. For fuel burned prior to April 7, 1983, how much is there and how many dollars are owed to the DOE?

Response: For fuel burned prior to April 7, 1983, there is approximately 238,000 kgU for which $44,280,786.21 is owed DOE.

3. For fuel burned prior to April 7, 1983, how many dollars have been collected from your ratepayers for spent fuel disposal (by year of collection)?

Response:

| | |
|---|---|
| Through 1974 | $1,690,199 |
| 1975 | 2,067,118 |
| 1976 | 4,332,968 |
| 1977 | 4,006,031 |
| 1978 | 2,152,836 |
| 1979 | 2,602,268 |
| 1980 | 2,070,961 |
| 1981 | 2,889,407 |
| 1982 | 2,661,047 |
| 1983 | 1,275,006 |
| Total | $25,747,841 |

4. Is the money referred to in question 3 in a special account?

Response: No.

5. Has your Company decided on how it will make the payment for fuel burned prior to April 7, 1983? If so, which option?

Response: Consumers Power has not elected an option on payment for spent fuel burned prior to April 7, 1983. A decision is scheduled to be made by approximately April 1985.

6. If the money collected from the ratepayers is not in a special account, where would the cash come from to meet a 1985 lump-sum payment (please answer regardless of which option has been chosen by your Company)?

Response: Should Consumers Power elect the 1985 lump-sum payment option, the cash will be provided from internally generated funds and external financing.

01010488

7. For fuel burned after April 7, 1983, trace the dollars between the time it is collected through Account 518 to the time it is paid to the DOE.

Response: Amounts payable to the DOE are charged monthly to Account 518 and credited to Account 232 based on 1 mill per kilowatthour (kWh) of gross nuclear generation. Quarterly payments of these amounts are payable to the DOE on the last day of the month following each quarter. Collection of these costs from our customers is dependent upon estimated power supply cost recovery (PSCR) factors and sales levels; therefore, the timing of collection is not known until the annual PSCR reconciliation.

8. How long after it is collected is it paid to the DOE?

Response: As stated in the response to question 7, payment to the DOE is based on a monthly charge of 1 mill per kWh and not on the amount actually collected from customers. To the extent that the PSCR factor accurately estimates fuel costs, including the 1 mill per kWh, and sales levels, customers are billed currently for the DOE assessment and the bills are due 21 days after billing.

9. Please provide your Company's evaluation of the Nuclear Waste Disposal Act.

Response: The Nuclear Waste Policy Act (NWPA) of 1982 establishes by law the method, the means, the responsibility, the schedule and the institutional process by which SNF/HLW will ultimately be disposed of. Consumers Power supports the NWPA of 1982.

10. Please provide your Company's evaluation of the DOE thus far in administering the Act.

Response: DOE has accepted the responsibility under the NWPA of 1982 to carry out the Act by establishing management organizations in all appropriate areas to carry out the provisions of the Act. Contracts have been executed with all generators and holders of SNF/HLW providing revenues to support the SNF/HLW program budget. Efforts are underway to develop the SNF/HLW containment technology and to carry out the institutional process of site selection. Schedules have been developed to meet the January 31, 1998 date for receiving SNF/HLW. Progress to date in meeting key dates established in the Act appears to be satisfactory.

01010489

11. Please provide your Company's evaluation of what will happen in the near future with the Act and the DOE.

Response: In the near future it is expected that DOE will continue to hold workshops with the individual states that have land areas under consideration for SNF/HLW disposal site selection. Some members of the Michigan Governors Task Force were scheduled to attend their third workshop this past winter 1984. The final version of the Mission Plan Volume I (DOE report to Congress) should be published in August 1984. A draft of the Mission Plan Volume II should be published for comment by August 1984. The Site Selection Guidelines should be finalized by September 1984. A recommendation to the President on the three sites to be characterized in the selection process for the first disposal facility should be made by January 1985. A reduction of approximately 220 areas down to about 20 areas under consideration for characterization in the selection process for the second disposal site should be made by June 1985. The 1 mill/kWh fee should remain the same through 1985. Finally, it is expected that the permanent Director of the Office of Civilian Radioactive Waste Management, recently nominated by the President, should be confirmed by the Senate in the near future.

12. Please provide your Company's estimated timing of a permanent storage site.

Response: It is expected that DOE will begin accepting SNF/HLW by January 31, 1998 unless the NWPA-1982 is amended. DOE will store the SNF/HLW accepted in the operational storage site or a backup monitored retrievable storage (MRS) facility until the storage site is complete.

01010490

| | | |
|---|---|---|
| To | GRBoss, Big Rock Point<br>RJGerling, Palisades<br>MGMlynarek, Palisades | |
| From | TCBordine, P-24-602 | CONSUMERS POWER COMPANY |
| Date | May 7, 1992 | |
| Subject | SPENT NUCLEAR FUEL SHIPMENTS TO DOE | Internal Correspondence |
| CC | DPHoffman, P-26-117A<br>WLBeckman, Big Rock Point<br>DEEngle, Palisades<br>MAFerens, Palisades<br>DRHughes, P-24-420A<br>RDOrosz, Palisades<br>JSRang, P-24-614A<br>RWSinderman, P-24-401<br>GBSlade, Palisades<br>ERVanHoof, P-24-113B<br>GCWithrow, Big Rock Point | TCB 92-47 |

Attached is a copy of DOE's Annual Capacity Report (ACR) published December 1991 and received March 1992. The report stipulates the annual allocation of Spent Nuclear Fuel that may be shipped to a disposal facility for each utility for a ten-year period, the first year beginning in 1998. Our first allocation begins in the second year, 1999, and is for 2.5 MTU of spent fuel which is equivalent to 18 Big Rock Point fuel assemblies. Our second allocation begins in the third year, 2000, and is for 87.3 MTU of spent fuel which is equivalent to 22 Big Rock Point fuel assemblies and 205 Palisades fuel assemblies.

Although it is questionable whether or not DOE will have a facility ready to receive our spent nuclear fuel beginning in the year 1999, since we are paying 1 mill/KWh for DOE to dispose of our spent fuel assemblies, it is appropriate that we complete all contractual requirements in order that we do not lose our shipment allocations. The contract requires that beginning January 1, 1992, and at least 63 months prior to any allocated shipment, we must complete a form identified as the Delivery Commitment Schedule (DCS). The form should, therefore, be submitted sometime between now and August, 1993 to facilitate our first shipment. Since each DCS received by DOE is date-stamped and approved (or disapproved), within 3 months of receipt, it is in our best interest to submit the form early in order to take advantage of the "first come, first serve" contractual obligation that the DOE must follow.

The decision that needs to be made prior to submitting out first DCS is how to split up our allocations between Big Rock Point and Palisades. Each allocation can be divided between plants or assigned all to Palisades or Big Rock Point. Even though the first year allocation of 2.5 MTO was established by 18 fuel assemblies discharged from Big Rock Point, we may choose to have Palisades utilize the allocation and Big Rock Point utilize all of the 87.3 MTO allocation the following year, or vice versa.

Since it is more likely that Big Rock Point will have reached the end of its' operating license by the time the DOE has an operating MRS facility, it may be appropriate to use all allocations assigned to Big Rock Point first, until all fuel has been transferred offsite to DOE, and then begin shipping Palisades spent fuel.

A meeting is suggested to establish appropriate disposal strategy for our spent fuel shipments to DOE. Please contact me with your preferences for a meeting location, time and those individuals who should be involved in the decisions regarding our spent fuel shipments. Any persons, by copy of this memo, who have input, please feel free to call me on 80665.

01001270

| | | |
|---|---|---|
| To: | GRBoss, Big Rock Point<br>RJGerling, Palisades<br>PJKluskowski, Palisades | CONSUMERS<br>POWER<br>COMPANY |
| From: | TCBordine, P24-602 | TCB-93-09 |
| Date: | January 21, 1993 | |
| Subject: | DOE Allocations - SNF Shipments | |
| CC: | MAFerens, Palisades<br>GHGoralski, Palisades<br>HAReyner, Palisades<br>WEKessler, P24-616<br>DEEngle, Palisades | JSRang, P24-614<br>SRMaclean, Palisades<br>KFKrueger, Palisades<br>JJFremeau, P24-414A<br>RAHarrington, P24-606 |

---

Last July 14, 1992 we held a meeting to discuss the DOE Disposal Contract allocations for spent nuclear fuel shipments, currently scheduled to begin, for CPCo, in the year 1999. In attendance were those addressees and recipients by copy of this memo. In that meeting, we concluded that decisions regarding DOE allocations between BRP and PAL should await completion of an economic study conducted by JSRang to look at various costs and identify the minimum costs for BRP decommissioning.

I have been briefed by WEKessler and JSRang concerning the results of the decommissioning study as applicable to BRP spent nuclear fuel shipments. The least cost alternative for BRP is to maximize BRP's use of our DOE allocations, however, BRP cannot utilize all the authorized shipments, therefore the following scenario is offered for your approval.

DOE has authorized CPCo 2.5 MTU worth of SNF shipments in the second year (1999), 87.3 MTU in the third year (2000), 2.7 MTU in the fourth year (2001) and 27.3 MTU in the fifth year (2002). Fuel must decay five years in the spent fuel pool before it can be shipped via dry cask storage. Hence the fuel shipped in the year 2000 must be discharged into the spent fuel pool during the year 1995. BRP's spent fuel inventory is as follows:

| | | |
|---|---|---|
| Present # of assemblies | = | 294 |
| 1993 end of cycle 26 discharge (+22) | = | 316 |
| 1994 end of cycle 27 discharge (+20) | = | 336 |
| 1995 end of cycle 28 discharge (+20) | = | 356 |

1. BRP gets the first allocation of 2.5 MTU = 18 assemblies for the year 1999.

2. BRP remaining assemblies for possible shipment in year 2000 = 356 - 18 = 338 assemblies.

3. 338 BRP assemblies = 46.9 MTU worth of allocation.

01001955

4. Palisades gets the remaining 87.3 - 46.9 = 40.4 MTU worth of allocation for the year 2000.

5. 40.4 MTU of Palisades spent fuel assemblies = from 94 to 100 assemblies depending on which ones we ship.

6. BRP gets the third allocation of 2.7 MTU = 22 assemblies for fuel discharged in 1996 and shipment in the year 2001.

7. BRP/Palisades similar split in the year 2002 for the 27.3 MTU allocation as was done in 2000, (ie, 20 assemblies for BRP = 2.7 MTU and balance of 24.6 MTU = 61 Palisades assemblies.

A meeting is requested in order to reach consensus regarding the split of our authorized DOE allocations between BRP and PAL. I recommend Thursday, February 4, 1993 after lunch, ie, 1:00-3:00. Paul Kluskowski/Bud Gerling is requested to obtain a meeting room location and finalize the meeting date and time.

It is my intent that following the meeting, GRBoss commit to filling out two (2) Delivery Commitment Schedule (DCS) forms (attached), one for the year 1999 and one for the year 2000 and PJKluskowski complete one form for the agreed balance shipment in the year 2000. Our DOE contract requires at least a 63 month notification, however, it is in our best interest to submit our notification as early as possible in order not to lose it to a "squeekier wheel" that would cause re-allocation of priorities (eg, Trojan, Rancho Seco, ~~Maine~~ Yankee, LaCrosse, etc).
Yankee Rowe

01001956

Consumers Power
POWERING MICHIGAN'S PROGRESS
General Offices: 1945 West Parnall Road, Jackson, MI 49201 • (517) 788-0550

April 13, 1993

US Department of Energy
Contracting Officer
Office of Placement and Admin
PR-322.1
1000 Independence Avenue, SW
Washington, DC 20585

Dear Ms Linda Stroud:

Our contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste specifies under Article V.B, the requirement to submit Delivery Commitment Schedules sixty-three (63) months in advance of our intended shipment date.

DOE letter dated March 4, 1992 specifies that "the allocations in the 1991 Annual Capacity Report (ACR) should be the basis for the DCS submittals." The ACR established Consumers Power Company's first year allocation at 0 MTU, second year allocation at 2.5 MTU and third year allocation at 87.3 MTU. The March 4, 1992 letter further requests us to submit as many allocations as possible to assist the DOE in planning of the Federal Waste Management System (FWMS).

Attached are Consumers Power Company's completed DCS forms for our first two allocations. The services under our contract, per Article II are required to begin "not later than January 31, 1998". Since our first year allocation is zero, the attached DCS forms reflect our allocations for the years 1999 and 2000.

The instructions permit division of the allocations between our Big Rock Point and Palisades Plants as we deem appropriate. Since by 1998, Big Rock Point will no longer have full core discharge capability, it is our intent to maximize use of our allocations for Big Rock Point deliveries. The balance remaining after assignment from Big Rock Point has been designated for Palisades.

Big Rock Point will actually lose full core discharge capability in 1996. If additional allocations should become available for the first year, 1998, Consumers Power Company requests the opportunity to utilize some of those additional allocations for our Big Rock Point discharged fuel. We understand that Article V.E. of our standard contract permits the exchange of approved DCS's between purchasers. If you should become aware of any approved DCS's that are available for exchange from 1998 for a later time, please feel free to inform the party of our request for exchange or notify us of any party desiring such exchange.

Our 1999 allocation of 2.5 MTU is divided into four (4) DCS's, all assigned to Big Rock Point Plant. They are divided as follows:

01001996

A CMS ENERGY COMPANY

| DCS # | Description | MTU |
|---|---|---|
| 99-1201-01 | 188 pins | 0.17 |
| 99-1201-02 | 5 Assemblies | 0.59 |
| 99-1201-03 | 14 Assemblies | 1.64 |
| 99-1201-04 | Non fuel components | 0.10 |

Specific pin and assembly identification information is attached to each DCS.

Our 2000 allocation of 87.3 MTU is divided such that Big Rock Point Plant is designated 44.32 MTU total and the balance of 42.98 MTU is designated to Palisades Plant.

The Big Rock Point Plant allocations are divided into three (3) DCS's, as follows:

| DCS # | Description | MTU |
|---|---|---|
| 00-1201-01 | 30 Assemblies | 3.84 |
| 00-1201-02 | 287 Assemblies | 37.84 |
| 00-1201-03 | ~~20 Assemblies~~ | 2.64 |

Specific assembly identification information is included for the Big Rock Point DCS's.

The Palisades Plant allocations are divided into two (2) DCS's, as follows:

| DCS # | Description | MTU |
|---|---|---|
| 00-1204-01 | 60 Assemblies | 24.0 |
| 00-1204-02 | 47 Assemblies | 18.98 |

Specific assembly identification information is not included with the Palisades DCS forms.

If you have any questions or require more information concerning the attached nine (9) DCS forms, please feel free to contact the respective plant contact person identified on the DCS forms or me at (517) 788-0665.

Yours very truly,

Thomas C Bordine
Nuclear Fuel Supply Director
TCB-93-34

CC:

USDOE
Chief Logistics and Utility Interface Branch
Office of Nuclear Radioactive Waste Management
RW-432
1000 Independence Avenue, SW
Washington, DC 20585

JCDodge, M-645A
DEBarth, M-1033
JJFremeau, P24-414A
PJKluskowski, PAL
GRBoss, BRP
KMFarr, M-877

01001997

To: TCBordine, P24-603 BShields 6/18/93
From: KJShields

Date: 06/18/93

Subject: Correcting DCS forms

CC: TCMort, Big Rock Point
RJKluskowski, Palisades

CONSUMERS
POWER
COMPANY

Internal
Correspondence

KJS-93-015

References: 1) To Thomas C. Bordine (CPCo) From Beth Tomasoni (DOE), 07/23/93.

2) TCB-93-12, To GRBoss (CPCo), RJKluskowski (CPCo), From TCBordine (CPCo) 02/01/93.

3) To Linda Stroud (DOE), From TCBordine (CPCo), 04/13/93.

Reference 1 ask for corrections to the Delivery Commitment Schedule's (DCS's) sent in Reference 3. This letter will address those corrections.

DCS No. 99-1201-4374-01
The DOE rejected the DCS because the earliest discharge date 2.6, 03/23/74 corresponded to Cycle 11 fuel which was reported to be all shipped off site. The data for these fuel pins was reported incorrectly. The range of dates should be 06/02/74 to 09/26/93 which corresponds to Cycles 12 and 26. The Cycle 26 RW-859 is assumed to be submitted this year, and the piece list has been updated to reflect the cycle discharge date of each item. Corrected DCS attached.

DCS No. 99-1201-4374-02
DOE Accepted. Copy with actual cycle base discharged dates attached.

DCS No. 99-1201-4374-03
DOE Accepted. Copy with actual cycle base discharged dates attached.

DCS No. 99-1201-4374-04
The DOE rejected the DCS because the present process does not handle non-fuel material. This DCS is resubmitted as a single BWR fuel assembly with the full range of acceptable delivery dates. The intention is to change the DCS later as the DOE expands its process.

DCS No. 00-1201-4374-01
DOE Accepted. Copy with actual cycle base discharged dates attached.

DCS No. 00-1201-4374-02
The DOE rejected the DCS because the discharge dates 2.6, do not correspond to the end of Big Rock Point Cycles. Big Rock Point predicted discharge dates into the future and the DOE does not want this. The DCS has been revised to reflect only assemblies discharged as of the latest cycle, Cycle 26 06/26/93. Corrected DCS attached.

DCS No. 00-1201-4374-03
The DOE rejected the DCS because the discharge dates 2.6, do not correspond to the end of Big Rock Point Cycles. Big Rock Point predicted discharge dates into the future and the DOE does not want this. The DCS has been deleted since it deals only with future discharge assemblies.

01001966

DCS No. 00-1204-4374-01
The DOE rejected the DCS because the Identification number was unacceptable. Palisades assumed that the 12 digit number had to be unique, however the DOE requests that the purchaser or contract number be sequenced per year. Given this and the above DCS being deleted the DCS number should be 00-1204-4374-03.

DCS No. 00-1204-4374-02
The DOE rejected the DCS because the Identification number was unacceptable. Palisades assumed that the 12 digit number had to be unique, however the DOE requests that the purchaser or contract number be sequenced per year. Given this and the above DCS being deleted the DCS number should be 00-1204-4374-04.

Big Rock Point Cask
The Big Rock Point Crane is rated for 75 tons, however it is limited to only 25 tons over the spent fuel pool. The possible loading of shipping casks will be;

1) Use the 24 ton transfer cask from SFP to the 60 ton Shipping Cask on the reactor deck.
2) Move the 60 ton shipping cask to the floor of containment from the reactor deck.
3) Truck the 60 ton shipping cask off site.

Palisades Cask
To be address in a later letter.

01001967

AUG 18 1993

| | | |
|---|---|---|
| To: | RWSinderman, P24-401 | CONSUMERS POWER COMPANY |
| From: | KJShields, Big Rock Point | |
| Date: | 08/16/93 | Internal Correspondence |
| Subject: | SNM Inventory to 2007 based on DCS's | |
| CC: | TCMort, Big Rock Point<br>RJKluskowski, Rx Eng-Palisades<br>RHHarrington, P24-606<br>TCBordine, P24-602 | KJS-93-014 |

References:
1) KJS-93-006 "SNM Shipping DCS forms and draft schedule", To TCBordine (CPCo), From KJShields(CPCo), 02/24/93.
2) TCB-93-12 To GRBoss (CPCo), RJKluskowski (CPCo), From TCBordine (CPCo), 02/01/93
3) To Thomas Bordine (CPCo), From M. Detmer Contracting Officer, Office of Placement and Administration (DOE), 03/04/92
4) "PALISADES Fuel Schedule to End of Plant Life", RJKluskowski (CPCo) 04/02/93.
5) GRB 93-15 "FSDD For I8 Fuel", To TCBordine (CPCo), From GRBoss (CPCo), 05/18/93.

In response to our discussion 08/16/93 the following pages provide an estimate of the fuel shipments as per our planned 10CFR961 Delivery Commitment Schedule's (DCS's).

The following assumptions are made in the development of the table.

<u>BRP ASSUMPTIONS</u>

1. Last core will off loaded on 05/01/2000.
2. There will be four more reloads at BRP I8, I9, IA, and IB
3. Reloads I8, I9, IA, and IB will average 131704 gms/assembly
4. BRP will have priority over Palisades in the DOE allocations.
5. BRP will ship the smaller items first.
6. MTU = initial Pu + initial U
7. The fuel that has decayed 5 years in November of the year 2000 will get shipped out in the year 2000.

<u>PALISADES ASSUMPTIONS</u>

1. There will be nine more reloads between 1994 and 2007.
2. Each reload will be 60 assemblies.
3. Each Fuel Assembly is 0.4 MTU.

01001992

| Year | DOE ALLOCATION MTU Reference 3 | BRP ALLOCATION Reference 1 | POSSIBLE PALISADES ALLOCATION |
|---|---|---|---|
| 1998 | 0.0 | 0.0 MTU | 0.0 MTU |
| 1999* | 2.5 | 2.40 MTU<br>19 Assemblies<br>188 pins | 0.10 MTU<br>0 Assemblies<br>? pins |
| 2000* | 87.3 | 44.32 MTU<br>337 Assemblies | 42.98 MTU<br>107 Assemblies |
| 2001 | 2.7 | 0.0 MTU | 2.70 MTU<br>6 Assemblies |
| 2002 | 27.3 | 2.63 MTU<br>20 Assemblies | 24.66 MTU<br>61 Assemblies |
| 2003 | 3.5 | 2.63 MTU<br>20 Assemblies | 0.87 MTU<br>2 Assemblies |
| 2004 | 26.5 | 0.00 MTU | 26.50 MTU<br>66 Assemblies |
| 2005 | 0.0 | 0.00 MTU | 0.0 MTU |
| 2006 | 2.8 | 2.80 MTU<br>21 Assemblies | 0.0 MTU |
| 2007 | 30.8 | 8.30 MTU<br>63 Assemblies | 22.50 MTU<br>56 Assemblies |
| Total | 183.4 | 63.06 MTU<br>480 Assemblies<br>188 pins | 120.34 MTU<br>298 Assemblies<br>? pins |

* DCS's submitted to DOE, must be submitted 63 months prior to shipment.

BRP SUMMARY
1. 441 locations in BRP SFP
2. 84 locations in BRP Reactor

| Year | Assemblies Shipped | Assemblies Received | Assemblies In SFP | | Assemblies In Reactor | Assemblies On-Site |
|---|---|---|---|---|---|---|
| 1993 | 0 | 22 | 316 | | 84 | 400 |
| 1994 | 0 | 20 | 336 | | 84 | 420 |
| 1995 | 0 | 20 | 356 | | 84 | 440 |
| 1996 | 0 | 20 | 376 | * | 84 | 460 |
| 1997 | 0 | 0 | 376 | * | 84 | 460 |
| 1998 | 0 | 20 | 396 | * | 84 | 480 |
| 1999 | 19 | 0 | 377 | * | 84 | 461 |
| 2000 | 337 | 0 | 124 | | 0 | 124 |
| 2001 | 0 | 0 | 124 | | 0 | 124 |
| 2002 | 20 | 0 | 104 | | 0 | 104 |
| 2003 | 20 | 0 | 84 | | 0 | 84 |
| 2004 | 0 | 0 | 84 | | 0 | 84 |
| 2005 | 0 | 0 | 84 | | 0 | 84 |
| 2006 | 21 | 0 | 63 | | 0 | 63 |
| 2007 | 63 | 0 | 0 | | 0 | 0 |

* No Full Core Off Load

01001993

PALISADES SUMMARY TO END-OF INITIAL LICENSE

1. 887 locations in PALISADES SFP
2. 204 locations in PALISADES Reactor

| Year | Assemblies Shipped | Assemblies Received | Assemblies In SFP | | Assemblies In Reactor | Assemblies On-Site | |
|---|---|---|---|---|---|---|---|
| 1993 | 0 | 60 | 733 | * | 204 | 937 | |
| 1994 | 0 | 60 | 793 | * | 204 | 997 | |
| 1995 | 0 | 0 | 793 | * | 204 | 997 | |
| 1996 | 0 | 60 | 853 | * | 204 | 1057 | |
| 1997 | 0 | 60 | 887 | * | 204 | 1117 | ** + 26 |
| 1998 | 0 | 0 | 887 | * | 204 | 1117 | ** + 26 |
| 1999 | 0 | 60 | 887 | * | 204 | 1177 | ** + 86 |
| 2000 | 107 | 60 | 887 | * | 204 | 1130 | ** + 39 |
| 2001 | 6 | 60 | 887 | * | 204 | 1184 | ** + 93 |
| 2002 | 61 | 0 | 887 | * | 204 | 1123 | ** + 32 |
| 2003 | 2 | 60 | 887 | * | 204 | 1181 | ** + 90 |
| 2004 | 66 | 60 | 887 | * | 204 | 1175 | ** + 84 |
| 2005 | 0 | 0 | 887 | * | 204 | 1175 | ** + 84 |
| 2006 | 0 | 60 | 887 | * | 204 | 1235 | ** +144 |
| 2007 | 56 | 0 | 887 | * | 204 | 1179 | ** + 88 |
| 2008+ | ? | ? | ? | * | ? | ? | |

* No Full Core off load

** + nnn No Room in the Pool or Reactor, nnn have to go to alternate storage

WITH CASKS PALISADES SUMMARY TO END-OF INITIAL LICENSE

1. 887 locations in PALISADES SFP
2. 204 locations in PALISADES Reactor
3. 24 Assemblies per Cask

| Year | Assemblies Shipped | Assemblies Received | Assemblies In SFP | Assemblies In Casks | Assemblies In Reactor | Assemblies On-Site |
|---|---|---|---|---|---|---|
| 1993 | 0 | 60 | 685 | 48 | 204 | 937 |
| 1994 | 0 | 60 | 481 | 312 | 204 | 997 |
| 1995 | 0 | 0 | 385 | 408 | 204 | 997 |
| 1996 | 0 | 60 | 445 | 408 | 204 | 1057 |
| 1997 | 0 | 60 | 481 | 432 | 204 | 1117 |
| 1998 | 0 | 0 | 457 | 456 | 204 | 1117 |
| 1999 | 0 | 60 | 517 | 456 | 204 | 1177 |
| 2000 | 107 | 60 | 423 | 504 | 204 | 1130 |
| 2001 | 6 | 60 | 427 | 552 | 204 | 1184 |
| 2002 | 61 | 0 | 367 | 552 | 204 | 1123 |
| 2003 | 2 | 60 | 401 | 576 | 204 | 1181 |
| 2004 | 66 | 60 | 371 | 600 | 204 | 1175 |
| 2005 | 0 | 0 | 347 | 624 | 204 | 1175 |
| 2006 | 0 | 60 | 407 | 624 | 204 | 1235 |
| 2007 | 56 | 0 | 303 | 672 | 204 | 1179 |
| 2008+ | ? | ? | ? | ? | ? | ? |

01001994