Consumers Power
POWERING MICHIGAN'S PROGRESS
General Offices: 1945 West Parnall Road, Jackson, MI 49201 • (517) 788-0550

August 19, 1993

US Department of Energy
Contracting Officer
PR-322.1
1000 Independence Ave, SW
Washington, DC 20585

Dear Ms Beth Tomasoni:

References: 1) To Thomas C Bordine (CPCo) from Beth Tomasoni (DOE), 7/23/93
2) To Linda Stroud (DOE), from TCBordine (CPCo), 4/13/93.

Reference 1 asks for corrections to the Delivery Commitment Schedule's (DCS's) sent in Reference 2. This letter will address those corrections.

DCS No. 99-1201-4374-01

The DOE rejected the DCS because the earliest discharge date 2.6, 3/23/74 corresponded to Cycle 11 fuel which was reported to be all shipped off-site. The data for these fuel pins was reported incorrectly. The range of dates should be 6/2/74 to 9/26/93 which corresponds to Cycles 12 and 26. The Cycle 26 RW-859 will be submitted this year, as required 90 days after cycle start-up. The piece list has been updated to reflect the cycle discharge date of each item. Corrected DCS forms are also attached.

DCS No. 99-1201-4374-04

The DOE rejected the DCS because the present process does not handle non-fuel material. This DCS is resubmitted as a single BWR fuel assembly with the full range of acceptable delivery dates. The intention is to change the DCS later as the DOE expands its process.

DCS No. 00-1201-4374-02

The DOE rejected the DCS because the discharge dates 2.6, do not correspond to the end of Big Rock Point Cycles. Big Rock Point predicted discharge dates into the future and the DOE requires that only discharge dates specified by completed RW-859's be used. The DCS has been revised to reflect only assemblies discharged as of the latest cycle, Cycle 26, 6/26/93.

DCS No. 00-1201-4274-03

The DOE rejected the DCS because the discharge dates 2.6, do not correspond to the end of Big Rock Point Cycles, since Big Rock Point predicted discharge dates into the future. The DCS has been deleted since it deals only with future discharge assemblies.

01002026

DCS No. 00-1204-4374-01

The DOE rejected the DCS because the Identification number was unacceptable. Palisades assumed that the 12 digit number had to be unique, however the DOE requests that the purchaser or contract number be sequenced per year. Given this and the above DCS being deleted the DCS number should be 00-1204-4374-03. Also note that the specified discharge date of 6/4/93 will be specified in the next RW-859 which is due 90 days after cycle start-up from our current refueling outage.

DCS No. 00-1204-4374-02

The DOE rejected the DCS because the Identification number was unacceptable. Palisades assumed that the 12 digit number had to be unique, however the DOE requests that the purchaser or contract number be sequenced per year. Given this and the above DCS being deleted the DCS number should be 00-1204-4374-04. Also note that the specified discharge date of 6/4/93 will be specified in the next RW-859 which is due 90 days after cycle start-up from our current refueling outage.

Big Rock Point Cask

The Big Rock Point Crane is rated for 75 tons, however it is limited to only 25 tons over the spent fuel pool. The possible loading of shipping casks will be:

1) Use the 24 ton transfer cask from SFP to the 60 ton shipping cask on the reactor deck.

2) Move the 60 ton shipping cask to the floor of containment from the reactor deck.

3) Truck the 60 ton shipping cask off site.

Palisades Cask

We will submit a response to your concerns regarding the Palisades Cask at a later date by separate cover letter.

Yours very truly,

Thomas C Bordine
Nuclear Fuel Supply Director

CC: JJFremeau, P24-414A
KJShields, BRP
JCDodge, M-645A
PJKluskowski, PAL
GRBoss, BRP
DGBarth, M-1074

01002027

NWPA-830C

NWPA-830C OMB No.: 1901-0260
Expires: 11/30/93

Return copy to me

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10CFR961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, E1-73, 1000 Independence Ave., S.W., Washington,D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 99-1201-4374-02

1.2 Contact Person:
(a) Name: GR Boss
(b) Telephone (include Area Code): 616-547-8251

1.3 Contact Number: DE-CR01-83NE44374

1.4 Reactor/Facility Information:
(a) Name: Big Rock Point Nuclear Plant
(b) Address: 10269 US 31 North
(c) City, State & Zip Code: Charlevoix MI 49720

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 25 ton Transfer , 60 ton shipping
2.2 Shipping Lot Number: ______
2.3 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.4 Proposed Delivery Date: 1999
2.5 DOE Assigned Delivery Commitment Date: ______
2.6 Range of Discharge Dates: 07 23 77 to 10 31 80
(Earliest to Latest) Mo/ Day/ Yr to Mo/ Day/ Yr
2.7 Metric Tons Uranium: 0.59
2.8 Number of Assemblies: BWR 5 PWR ____ Other ____

These 3 have been approved!

### 3.0 CERTIFICATIONS

Purchaser hereby that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and that purchaser has the legal right to deliver such spent fuel nuclear fuel to DOE.

3.1 ______________________
Authorized Purchaser Signature — Date

3.2 ______________________ 3.3 ______________________
Name (Please Type or Print) — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

______________________
Technical Representative — Title — Date

4.2 ______________________
Contracting Officer — Date

01002069

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

SEP 23 '96 08:52 FROM BIG ROCK POINT PAGE.006

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 99-1201-4374-01

1.2 Contact Person:
(a) Name: GRBoss
(b) Telephone (include Area Code): 616/547-8251

1.3 Contract Number: DE-CR01-83NE44374

1.4 Reactor/Facility Information:
(a) Name: Big Rock Point
(b) Address: 10269 US 31 North
(c) City, State & Zip Code: Charlevoix, MI 49720

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 25 ton transfer, 60 ton shipping
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ___ ; Barge ___
2.4 Proposed Delivery Date: 1999
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: (Earliest to Latest) 06 02 74 (Mo / Day / Yr) to 06 26 93 (Mo / Day / Yr)
2.7 Metric Tons Uranium: (Initial) 0.17 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ___ PWR ___ Other 139 pins

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 8/20/93

3.2 D P Hoffman — Name (Please Type or Print)

3.3 Vice President Nuclear Operations — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE: [signature] Technical Representative — Title: Chief, Logistics and Utility Interface Branch — Date: 12-14-93

4.2 [signature] Contracting Officer — Date: 1/14/94

01000076

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



CPT001 0011

NWPA-830C

APPROVED BY DOE ON JULY 23, 1993

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 99-1201-4374-02

1.2 Contact Person:
(a) Name: GRBoss
(b) Telephone (include Area Code): 616-547-6537 Ext: 251

1.3 Contract Number: DE-CR01-83NE44374

1.4 Reactor/Facility Information:
(a) Name: Big Rock Point Nuclear Plant
(b) Address: 10269 US 31 North
(c) City, State & Zip Code: Charlevoix, MI 49720

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 24 tn transfer. 60 tn shipping
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 1999
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: (Earliest to Latest) 7 23 77 Mo / Day / Yr to 10 31 80 Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 0.59 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 5 PWR ____ Other ____

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] Authorized Purchaser Signature — Date: 4/22/96

3.2 D P Hoffman — Name (Please Type or Print)

3.3 Vice President Nuclear Operations — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] Technical Representative — Title: RW-432 ... — Date: 7/1/96

4.2 [signature] Contracting Officer — Date

01000077

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



CPT001 0012

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 99-1201-4374-03

1.2 Contact Person:
(a) Name: GRBoss
(b) Telephone (include Area Code): 616-547-6537 Ext: 251

1.3 Contract Number: DE-CR01-83NE44374

1.4 Reactor/Facility Information:
(a) Name: Big Rock Point Nuclear Plant
(b) Address: 10269 US 31 North
(c) City, State & Zip Code: Charlevoix, MI 49720

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 24 ton transfer; 60 ton shipping
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 1999
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: (Earliest to Latest) 1 30 76 Mo / Day / Yr to 1 2 89 Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 1.64 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 14 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] 4/22/93
Authorized Purchaser Signature — Date

3.2 D P Hoffman
Name (Please Type or Print)

3.3 Vice President Nuclear Operations
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] Chief, [illegible] RW-432 — 7/4/93
Technical Representative — Title — Date

4.2 [signature] 7/20/93
Contracting Officer — Date

01001232

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



CPT001 0028

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 99-1201-4374-04

1.2 Contact Person:
(a) Name: GRBoss
(b) Telephone (include Area Code): 616/547-8251

1.3 Contract Number: DE-CR01-83NE44374

1.4 Reactor/Facility Information:
(a) Name: Big Rock Point
(b) Address: 10269 US 31 North
(c) City, State & Zip Code: Charlevoix, MI 49720

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 25 ton transfer, 60 ton shipping
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____; Barge ____
2.4 Proposed Delivery Date: 1999
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 06 02 74 to 06 26 93
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 0.10 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 1 PWR ____ Other ____

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] 8/20/93
Authorized Purchaser Signature — Date

3.2 D P Hoffman
Name (Please Type or Print)

3.3 Vice President Nuclear Operations
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] Chief, Logistics and Utility Interface Branch 12-14-93
Technical Representative — Title — Date

4.2 [signature] 1/14/94
Contracting Officer — Date

01000079

Copy Distribution: 1 White, DOE Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 00-1201-4374-01

1.2 Contact Person:
(a) Name: GRBoss
(b) Telephone (include Area Code): 616-547-6537 Ext: 251

1.3 Contract Number: DE-CR01-83NE44374

1.4 Reactor/Facility Information:
(a) Name: Big Rock Point Nuclear Plant
(b) Address: 10269 US 31 North
(c) City, State & Zip Code: Charlevoix, MI 49720

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 24 ton transfer; 60 ton shipping
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 2000
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: (Earliest to Latest) 7 23 77 Mo / Day / Yr to 10 31 80 Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 3.84 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 30 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: 4/22/93

3.2 D P Hoffman — Name (Please Type or Print)
3.3 Vice President Nuclear Operations — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] Technical Representative — Title: RW-432 Chief, [illegible] — Date: 7/16/93

4.2 [signature] Contracting Officer — Date: 7/22/93

01001233

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



CPT001 0029

NWPA-830C

OMB No.. 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: CO-1201-44374-02

1.2 Contact Person:
(a) Name: GRBoss
(b) Telephone (include Area Code): 616/547-8251

1.3 Contract Number: DE-CR01-83NE44374

1.4 Reactor/Facility Information:
(a) Name: Big Rock Point
(b) Address: 10269 US 31 North
(c) City, State & Zip Code: Charlevoix, MI 49720

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): ______
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 2000
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 06 02 74 to 06 26 93
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 35.21 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 257 PWR ____ Other ____

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] 8/20/93
Authorized Purchaser Signature — Date

3.2 D P Hoffman
Name (Please Type or Print)

3.3 Vice President Nuclear Operations
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] — Chief, Logistics and Utility Interface Branch — 12-14-93
Technical Representative — Title — Date

4.2 [signature] 1/14/94
Contracting Officer — Date

01000081

Copy Distribution: 1 White, DOE Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 30-1204-4374-03

1.2 Contact Person:
(a) Name: Paul Kluskovski
(b) Telephone (include Area Code): 616/764-8913 ext: 113

1.3 Contract Number: DE-CRC1-83NE44374

1.4 Reactor/Facility Information:
(a) Name: Palisades
(b) Address: 27780 Blue Star Highway
(c) City, State & Zip Code: Covert, MI 49043

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 100 ton
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 2000
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: (Earliest to Latest) 01 01 76 (Mo / Day / Yr) to 06 04 93 (Mo / Day / Yr)
2.7 Metric Tons Uranium: (Initial) 24.25 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ____ PWR 60 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] — Authorized Purchaser Signature — Date: 8/20/93

3.2 D P Hoffman — Name (Please Type or Print)

3.3 Vice President Nuclear Operations — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] — Technical Representative — Title: Chief, Logistics and Utility Interface Branch — Date: 12-14-93

4.2 [signature] — Contracting Officer — Date: 1/14/94

01000082

Copy Distribution: 1 White, DOE Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



CPT001 0017

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 00-1204-4374-04

1.2 Contact Person:
(a) Name: Paul Kluskowski
(b) Telephone (include Area Code): 616/764-8913 ext 113

1.3 Contract Number: DE-CR01-83NE44374

1.4 Reactor/Facility Information:
(a) Name: Palisades
(b) Address: 27780 Blue Star Highway
(c) City, State & Zip Code: Covert, MI 49043

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 100 ton
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck x ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 2000
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 01 01 76 to 06 04 93
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 24.00 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR ____ PWR 60 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] 8/20/93
Authorized Purchaser Signature — Date

3.2 D P Hoffman
Name (Please Type or Print)

3.3 Vice President Nuclear Operations
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE: [signature] — Chief, Logistics and Utility Interface Branch — 12-14-93
Technical Representative — Title — Date

4.2 [signature] 1/14/94
Contracting Officer — Date

01000083

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



CPT001 0018

**Department of Energy**
Washington, DC 20585

MAR 0 5 1996

Darlene,
please File under
Spent Fuel + Delivery Commitment
Schedule

Ms. Ruth Harrington
Consumer's Power Company
1945 West Parnell Road
Jackson, Michigan 49201

Dear Ms. Harrington:

The Department of Energy (DOE) has reviewed and approved the Delivery Commitment Schedules (DCS) submitted by Consumers Power Company dated October 16, 1995 (DCS number 02-1204-4374-01) for spent nuclear fuel from Palisades and (DCS number 01-1201-4374-01) for spent nuclear fuel from Big Rock Point. Copies of the approved DCSs are enclosed for your records. The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed pursuant to law.

Additionally, item 1.2 of one of the DCSs has been completed incorrectly. As stated in the DCS Instructions, Item 1.2 should be a 12-digit unique identification number, where the first two digits correspond to the last two digits of the delivery year. The correct DCS numbers should be:

| DCS number as submitted | Correct DCS number |
|---|---|
| 00-1204-4374-01 | 02-1204-4374-01 |

If you have any questions, please contact Doug Baptist of my staff on (202) 634-4455 or Elissa Turner, Office of Civilian Radioactive Waste Management, on (202) 586-1710.

Sincerely,

Beth A. Tomasoni

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

01001415

Printed with soy ink on recycled paper

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Consumers Power Company

1.2 DCS Identification Number: 01 - 1201 - 4374 - 01

1.3 Contact Person:
(a) Name: T.C. Hort
(b) Telephone: ( 616 ) 547-8267

1.4 Contract Number: DE - CR01 - 83NE44374

1.5 Reactor/Facility Information:
(a) Name: Big Rock Point
(b) Address: 10269 U.S. 31 North
(c) City: Charlevoix
(d) State: MI (e) Zip Code: 49720

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 25 Tons Transfer; 60 Ton Shipping
2.2 Proposed Shipping Mode: Truck X ; Rail ____ ; Barge ____
2.3 Proposed Delivery Year: 2001 *
2.4 Range of Discharge Dates: 10 01 94 to 12 31 94 (Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 2.7
2.6 Number of Assemblies: BWR 20 PWR ____ Other ____

*The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed under the act.

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 ____________________ Authorized Purchaser Signature ____________ Date

3.2 Robert Fenech — Name (Please Type or Print)

3.3 Vice President, NOD — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

4.2 [signature] Technical Representative — CO-TR Title — 11/13/1996 Date

[signature] Contracting Officer — [illegible] Date

01001416

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



CPT001 0037

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Consumers Power Company

1.4 Contract Number: DE - CR01 - 83NE44374

1.2 DCS Identification Number: UQ-1204 - 4374 - 01

1.5 Reactor/Facility Information:
(a) Name: Palisades Nuclear Plant
(b) Address: 27780 Blue Star HWY
(c) City: Covert
(d) State: MI. (e) Zip Code: 49043

1.3 Contact Person:
(a) Name: Allen Williams
(b) Telephone: ( 616 ) 764-8913 ext. 0113

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 100 Ton
2.2 Proposed Shipping Mode: Truck X ; Rail ___ ; Barge ___
2.3 Proposed Delivery Year: 2002 *
2.4 Range of Discharge Dates: (Earliest to Latest) 1 1 76 Mo/Day/Yr to 10 31 90 Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 21.8
2.6 Number of Assemblies: BWR ___ PWR 53 Other ___

* The proposed delivery date is dependent upon the existence of an operational repository or an inter storage facility constructed under the act.

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 ______ Authorized Purchaser Signature ______ Date

3.2 Robert Fenech — Name (Please Type or Print)

3.3 Vice President, NOD — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

4.2 [signature] Technical Representative — C[illegible] Title — 1/30/96 Date

[signature] Contracting Officer — Date

01001417

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



CPT001 0038

Consolidated Accounting and Investment System
Nuclear Waste Fund
Quarterly Statement of Payments
(NE44374) Consumers Power Company
Fiscal Quarter: 01/01/2004 thru 03/31/2004

| | Big Rock Point (1201) | Palisades (1204) | Contract Total |
|---|---|---|---|
| Net KWH Payments thru Prior Quarter: | 5,260,393.10 | 77,519,719.02 | 82,780,112.12 |
| KWH Payments to DOE this Quarter: | | | |
| KWH Fees | 0.00 | 1,589,069.00 | 1,589,069.00 |
| Adjustments | 0.00 | 0.00 | 0.00 |
| Less KWH Fee Credits/Refunds this Quarter: | | | |
| KWH Fee Credits | 0.00 | 0.00 | 0.00 |
| KWH Fee Refunds | 0.00 | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 | 0.00 |
| Net KWH Payments to Date | 5,260,393.10 | 79,108,788.02 | 84,369,181.12 |
| KWH Interest Credits/Refunds thru Prior Quarter: | 145,791.60 | 1,019,472.18 | 1,165,263.78 |
| KWH Interest Credits/Refunds this Quarter: | | | |
| KWH Interest Credits | 0.00 | 0.00 | 0.00 |
| KWH Interest Refunds | 0.00 | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 | 0.00 |
| KWH Interest Credits/Refunds to Date | 145,791.60 | 1,019,472.18 | 1,165,263.78 |
| KWH Penalties Assessed thru Prior Quarter: | 21,897.74 | 1,254.87 | 23,152.61 |
| KWH Penalties Assessed this Quarter | 0.00 | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 | 0.00 |
| Total KWH Penalties Assessed | 21,897.74 | 1,254.87 | 23,152.61 |
| KWH Penalties Paid thru Prior Quarter: | 21,897.74 | 1,254.87 | 23,152.61 |
| KWH Penalties Paid this Quarter | 0.00 | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 | 0.00 |
| Total KWH Penalties Paid to Date | 21,897.74 | 1,254.87 | 23,152.61 |
| BALANCE of KWH Penalties DUE | 0.00 | 0.00 | 0.00 |

Consolidated Accounting and Investment System
Nuclear Waste Fund
Quarterly Statement of Payments
(NE44374) Consumers Power Company (continued)
Fiscal Quarter: 01/01/2004 thru 03/31/2004

| | Big Rock Point (1201) | Palisades (1204) | Contract Total |
|---|---|---|---|
| SNF Penalties Assessed thru Prior Quarter: | 0.00 | 0.00 | 0.00 |
| SNF Penalties Assessed this Quarter | 0.00 | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 | 0.00 |
| Total SNF Penalties Assessed | 0.00 | 0.00 | 0.00 |
| SNF Penalties Paid thru Prior Quarter: | 0.00 | 0.00 | 0.00 |
| SNF Penalties Paid this Quarter | 0.00 | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 | 0.00 |
| Total SNF Penalties Paid to Date | 0.00 | 0.00 | 0.00 |
| BALANCE of SNF Penalties DUE | 0.00 | 0.00 | 0.00 |
| SNF Principal Due thru Prior Quarter: | 4,339,857.88 | 39,946,550.44 | 44,286,408.32 |
| SNF Principal Due this Quarter | 0.00 | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 | 0.00 |
| Total SNF Principal Due | 4,339,857.88 | 39,946,550.44 | 44,286,408.32 |
| SNF Interest Accrued thru Prior Quarter: | 9,294,471.95 | 85,551,667.83 | 94,846,139.78 |
| SNF Interest Accrued this Quarter | 30,711.33 | 282,684.75 | 313,396.08 |
| Adjustments this Quarter | 0.00 | 0.00 | 0.00 |
| Total SNF Interest Accrued | 9,325,183.28 | 85,834,352.58 | 95,159,535.86 |
| Total SNF Principal & Interest Due | 13,665,041.16 | 125,780,903.02 | 139,445,944.18 |
| SNF Principal Paid thru Prior Quarter: | 0.00 | 0.00 | 0.00 |
| SNF Principal Paid this Quarter | 0.00 | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 | 0.00 |
| Total SNF Principal Paid to Date | 0.00 | 0.00 | 0.00 |
| SNF Interest Paid thru Prior Quarter: | 0.00 | 0.00 | 0.00 |
| SNF Interest Paid this Quarter | 0.00 | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 | 0.00 |
| Total SNF Interest Paid to Date | 0.00 | 0.00 | 0.00 |
| Total SNF Principal & Interest Paid to Date | 0.00 | 0.00 | 0.00 |
| BALANCE of SNF Principal & Interest Due | 13,665,041.16 | 125,780,903.02 | 139,445,944.18 |

CERTIFICATE OF FILING

I hereby certify that on this 9th day of June 2004, a copy of foregoing "APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UPON COUNTS I AND II OF PLAINTIFF'S COMPLAINT AND, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT UPON DEFENDANT'S RIGHT TO RECOVER UNPAID FEES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.