**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | COFC No. 02-1894-C<br>(Chief Judge Damich) |

**STATUS REPORT OF CONSUMERS ENERGY COMPANY PURSUANT TO ORDER DATED JUNE 25, 2004**

Consumers Energy Company ("Consumers Energy"), by and through its undersigned attorneys, submits this Status Report in accordance with the Court's Order dated June 25, 2004, and states as follows:

On June 23, 2004, a telephonic Status Conference was held concerning various discovery issues and anticipated motions in this case. Following the Status Conference, the Court issued an Order dated June 25, 2004, requiring the government to file an amended answer and motion for summary judgment by July 6, 2004 (later extended to July 9, 2004). The Order further required Consumers Energy to submit a Status Report on or before September 7, 2004, addressing the following issues:

A. Whether further discovery is required in order to adequately respond to Defendant's Motion; and

B. Whether Plaintiff intends to file any dispositive motions, and particularly any motions regarding liability.

On or about July 9, 2004, the government filed a document entitled Defendant's Motion for Summary Judgment Upon Counts I and II of Plaintiff's Complaint and, in the Alternative for Partial Summary Judgment Upon Defendant's Right to Recover Unpaid Fees ("Defendant's Motion"). The government also filed an amended answer, and a counter-claim.

**A. <u>CONSUMERS ENERGY WILL BE PREPARED TO RESPOND TO DEFENDANT'S MOTION.</u>**

Consumers Energy has reviewed Defendant's Motion filed on or about July 9, 2004. That motion purports to raise three legal arguments related to payment of a one-time fee under Article VIII, Section B of the Standard Contract. Consumers Energy's understanding of the issues raised in Defendant's Motion is that they are based primarily on contractual interpretation. Since this Court has previously ruled that discovery in the coordinated discovery cases will apply to this case (Order dated May 12, 2004), Consumers Energy believes that it can adequately respond to Defendant's Motion without further need for discovery on this particular issue. Consumers Energy reserves the right to request additional discovery in the event that any disputed factual issues are raised in any reply or subsequent pleadings filed by the government on this issue.

**B. <u>PLAINTIFF INTENDS TO FILE DISPOSITIVE MOTIONS IN THIS CASE, SOME OF WHICH MAY BE APPROPRIATELY HEARD CONCURRENTLY WITH DEFENDANT'S MOTION.</u>**

Plaintiff Consumers Energy intends to file two motions which are closely related to the facts underlying Defendant's Motion. Plaintiff Consumers Energy requests that the following motions be heard concurrently with Defendant's Motion:

1. Plaintiff's Motion for Summary Judgment Regarding Liability. This is a motion similar to motions brought and decided in favor of several SNF

plaintiffs in previous cases as a result of the District of Columbia Circuit Court decisions in *Indiana Michigan Power v. DOE*, 88 F.3d 1272 (D.C. Cir. 1996), *Northern States Power v. DOE*, 128 F.3d 754 (D.C. Cir. 1997), and other cases.

2. Plaintiff's Motion to Dismiss Counter-Claim. Although Consumers Energy's understanding of the Court's Order following the Status Conference on June 23, 2004 is that the government was only authorized to amend its pleadings to assert an affirmative defense related to the one-time fee payment, the government also filed a counter-claim with respect to that issue. Consumers Energy's position is that the counter-claim was not authorized, but even if it were, it should be dismissed based on the clear and unambiguous language of the Standard Contract, which allows Consumers Energy to make the one-time payment anytime prior to acceptance of Consumers Energy's SNF by DOE. Standard Contract, Article VIII, Section B(2)(b). Because Consumers Energy's anticipated motion to dismiss the counter-claim is based on the same facts and interpretation of the Standard Contract as Defendant's Motion, Consumers Energy respectfully requests that its motion to dismiss the government's counter-claim be heard concurrently with Defendant's Motion.

Consumers Energy also anticipates filing at least two other partially dispositive motions in this case prior to trial. Because these motions are factually intensive, Consumers Energy believes that they should be separately briefed and heard. These motions include, but are not limited to the

following:

1. Motion regarding acceptance rate. This motion has also been brought in several other SNF cases and will seek to establish the rate at which SNF was to be accepted by the government under the Standard Contract.

2. Motion regarding acceptance date. This motion will seek to establish the date on which DOE will begin accepting SNF at a permanent storage facility.

## CONCLUSION AND RELIEF REQUESTED

In response to the Court's June 25, 2004 Order, Plaintiff Consumers Energy believes that it will not need further discovery in order to adequately respond to the limited issues raised in Defendant's Motion. Consumers Energy reserves the right to request additional discovery in the event that a disputed issue of material fact is raised by the government in any subsequent pleading related to Defendant's Motion.

Consumers Energy further reports that it intends to file two dispositive motions which it requests be heard concurrently with Defendant's Motion. Those motions are (i) Plaintiff's motion regarding liability and (ii) Plaintiff's motion to dismiss the government's counter-claim. Plaintiff Consumers Energy further reports that it anticipates filing at least two other partially dispositive motions, including a motion regarding the acceptance rate and a motion regarding the acceptance date, which Consumers Energy requests be filed and heard at a later date. Consumers Energy reserves the right to request additional discovery regarding the latter motions.

Respectfully submitted,

s/ Thomas O. Mason

Thomas O. Mason
WILLIAMS MULLEN
8270 Greensboro Drive, Suite 700
McLean, VA 22102
(703) 760-5200 (phone)
(703) 748-0244 (facsimile)
Attorneys for Plaintiff Consumers Energy Company

OF COUNSEL:

Harvey J. Messing (P23309)
Jeffrey S. Theuer (P44161)
LOOMIS, EWERT, PARSLEY, DAVIS & GOTTING, P.C.
232 S. Capitol Avenue, Suite 1000
Lansing, MI 48933
(517) 482-2400

James E. Brunner (P28051)
Arunas T. Udrys (P21660)
Consumers Energy Company
212 West Michigan Avenue
Jackson, MI 49201
(517) 788-2151

Dated: September 7, 2004

1081298v1