# In the United States Court of Federal Claims

No. 02-1894 C
(Filed: September 22, 2004)

*******************************************
*
**CONSUMERS ENERGY COMPANY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*******************************************

**SCHEDULING ORDER**

As discussed at the status conference held on September 14, 2004, the Court hereby **ORDERS** the following:

1) Plaintiff shall file its response to Defendant's Motion for Summary Judgment on Counts I and II of Plaintiff's Complaint or, in the Alternative, for Partial Summary Judgment upon Defendant's Right to Recover Unpaid Fees on or before October 18, 2004;

2) On the same date, Plaintiff shall file its proposed motion for summary judgment on liability and its motion to dismiss Defendant's counter-claim;

3) The replies and responses shall follow the schedule prescribed by the Rules of the Court;

4) Plaintiff shall file its proposed motions for summary judgment on the rate and date of acceptance of spent nuclear fuel on or before January 18, 2005;

5) The parties shall file a joint status report by January 24, 2005, addressing the need, if any, to conduct additional discovery and suggesting three dates and times for a status conference to discuss such discovery (and whether either party requests that the status conference be on the record).

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge