**Department of Energy**
Washington, DC 20585

JUL 2 8 2004

Mr. T.C. Bordine
Manager of Nuclear Supply
Palisades Nuclear Plant
Consumers Power Company
27780 Blue Star Memorial Highway
Covert, Michigan 49043

Dear Mr. Bordine:

The Department of Energy plans to begin operation of the repository at Yucca Mountain beginning in 2010. In accordance with Article V.B of the Standard Contract for the Disposal of Spent Fuel and/or High-Level Radioactive Waste (Contract), the Department is hereby announcing the resumption of the Delivery Commitment Schedule (DCS) process.

In accordance with the provisions of the your Contract, your DCS submittals for year 2010 are due on or before September 30, 2004. Although you are only required to submit a DCS for your 2010 waste acceptance allocations, to assist us in our planning efforts, the Department encourages the submittal of DCSs for all the years in which you have allocations. In developing your DCS submittals, you should utilize the waste acceptance allocations in the July 2004 Acceptance Priority Ranking/Annual Capacity Report (APR/ACR). The 2004 APR/ACR, DCS Form and Instructions are enclosed. These can all be found on our website on http://www.ocrwm.doe.gov/wat/wat.shtml.

In developing the 2004 APR/ACR, the Department relied upon its records to determine the current Purchaser of its disposal services. As utilized in the 2004 APR/ACR, the Purchaser is the corporate entity that has title to the spent nuclear fuel or high-level radioactive waste covered by the disposal contract. If you believe that the Department's designation of Purchaser is incorrect, please notify me of your concerns so that our records can be adjusted appropriately.

Additionally, the Department would like to take this opportunity to seek further information to assist us in our waste acceptance and transportation planning process. We recognize that your response to this information request is voluntary, and that any information provided will be non-binding on either party. We would encourage you to utilize your best efforts in responding to the following questions:

RECEIVED
C. P. Co. Legal

Printed with soy ink on recycled paper

Page 2
Mr. T.C. Bordine

1. What are your current expectations regarding the characteristics (age, burnup, enrichment) of the spent nuclear fuel that you intend to deliver to the Department during the period 2010-2015?
2. To the extent that you have not submitted DCSs for the period 2011-2019, what are your current plans for utilization (i.e., specific shipping facility) of any waste acceptance allocations that you may have during this period?

Should you consider any of the additional information you provide to be of a proprietary nature, please mark your response accordingly.

Should you have any questions, please feel free to contact me at 202-586-9198.

Sincerely,

David K. Zabransky
Contracting Officer

Enclosures (3)

U. S. DEPARTMENT OF ENERGY

# INSTRUCTIONS FOR COMPLETING THE APPENDIX C DELIVERY COMMITMENT SCHEDULE

## GENERAL INSTRUCTIONS

1. **PURPOSE AND USE OF DATA**
The Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR Part 961) states that Purchasers shall begin submitting to the Department of Energy (DOE) Delivery Commitment Schedules (DCS) that identify all spent nuclear fuel (SNF) the Purchasers plan to deliver to DOE beginning 63 months thereafter. The DCS provides the Purchasers with the opportunity to inform DOE of their plans for utilizing their allocations of projected Civilian Radioactive Waste Management System (CRWMS) acceptance capacity. This information will assist DOE in planning the waste acceptance and transportation capabilities of the CRWMS.

2. **WHO SHOULD SUBMIT**
The DCS shall be submitted by each Purchaser with an allocation in the 2004 Acceptance Priority Ranking/Annual Capacity Report (APR/ACR) (or subsequent APR/ACRs, as appropriate) as specified in Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste.

3. **WHEN TO SUBMIT**
Purchasers shall submit DCSs at least 63 months prior to requested delivery year. At this time, DOE suggests that the Purchasers designate only the appropriate delivery year (calendar year), recognizing that both a Purchaser's and the Department's ability to commit to a specific date over 63 months in the future is limited. For each allocation listed in the 2004 APR/ACR (or subsequent APR/ACRs, as appropriate), a Purchaser must submit at least one DCS for that allocation at least 63 months prior to the date that the allocation occurs (e.g., if a Purchaser has an allocation in 2010, a DCS must be submitted for that allocation by September 30, 2004).

4. **WHERE TO SUBMIT**
Purchasers shall forward the completed DCS to:

U.S. Department of Energy
David Zabransky, Contracting Officer
Office of Systems Analysis and Strategy Development (RW-20E)
1000 Independence Avenue, S.W.
Washington, DC 20585

Purchasers may submit an electronic copy by email to dave.zabransky@rw.doe.gov or by fax to (202)586-9608 or (202)586-1047 but will also need to mail a signed original to the

address above. DCS forms can be downloaded from the OCRWM website at http://www.ocrwm.doe.gov/wat/dc_schedule.shtml

5. **AUTHORITY**
Data on the DCS are collected pursuant to the authority of the Nuclear Waste Policy Act of 1982, as amended, (42 U.S.C. 10101 et seq.) and Article V.B of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste.

6. **PROVISIONS REGARDING CONFIDENTIALITY OF INFORMATION**
Data being collected on the DCS are not considered to be confidential. Should you consider any of the additional information you provide to be of a proprietary nature, please mark your response accordingly.

7. **BACKGROUND INFORMATION**
The 2004 APR/ACR is based on RW-859 data covering discharges through December 31, 2002 and established the order in which CRWMS acceptance capacity is allocated in the 2004 APR/ACR. As required by the Standard Contract, the priority ranking is based on the date the SNF was permanently discharged, with the owners of the oldest SNF, on an industry-wide basis, given the highest priority. A 10-year projected waste acceptance rate is applied to the APR for planning purposes, resulting in individual Purchaser allocations. The Purchasers' allocations for each delivery year (for a 10-year period) are presented in the 2004 APR/ACR and are the basis for Purchasers submitting DCSs to DOE for approval. Due to the limited annual acceptance capacity of the CRWMS, only DCSs submitted by Purchasers with an allocation in the delivery year will be considered for approval (e.g., for a Purchaser to have a DCS considered for approval for delivery in 2010, the Purchaser must have an allocation in 2010.)

(a) The annual acceptance rates in the 2004 APR/ACR provide an approximation of the CRWMS acceptance capacity and are for planning purposes. The process described herein assumes that the CRWMS will be able to accept a Purchaser's SNF beginning in 2010 according to the acceptance rate reflected in the 2004 APR/ACR. DOE recognizes that many Purchasers have submitted and DOE has approved DCSs based upon the January 31, 1998 operations date included in the Standard Contract. Purchasers should submit new DCSs based upon the currently planned operation date of 2010.

(b) Once a Purchaser has an allocation, any SNF owned by the Purchaser can be designated for delivery against that allocation. The DCS does not restrict the Purchaser to deliver the specified SNF that was the basis for the allocation (see also Item 7. (g)).

(c) Over the 10-year period for which the 2004 APR/ACR allocated CRWMS acceptance capacity, Purchasers may qualify for a specific number of allocations (from 0 through 10). Purchasers may submit advanced DCSs for any or all of their allocations, for years 2011 through and including 2019.

(d) The actual number of DCSs submitted by a Purchaser will vary according to the number of allocations they have in the APR/ACR and the number of DCSs they choose to submit for each allocation. A DCS should be submitted for only one designated delivery site, only one fuel type (BWR, PWR, or Other) and only one delivery year. Therefore, if a Purchaser splits an allocation between two or more delivery sites or between fuel types, more than one DCS will be required. There is no limit to the number of DCSs that can be submitted for each allocation, as long as the total metric tons of uranium (MTU) requested does not exceed the Purchaser's total MTU allocation for that year.

(e) Waste acceptance capacity allocated to Purchasers is expressed in terms of MTU. The MTU allocation does not necessarily limit the number of assemblies that can be delivered. The DCS is designed to cover a given quantity of SNF as measured in MTU, not assemblies. DOE realizes that the number of assemblies associated with an allocation will vary according to the actual SNF designated for delivery. The appropriate entry for the blank on the DCS labeled "Number of Assemblies" is discussed in more detail below in the Specific Instructions for Completion of DCS.

(f) Since the DCS does not require the identification of the specific fuel to be delivered, each DCS is assumed to be for Standard Fuel, Class S1 or Class S2, as defined in Appendix E of the Standard Contract. The Contract makes specific provisions for delivery of other than standard fuel. If a Purchaser intends to deliver other than standard fuel, the Purchaser must submit proposed handling/shipping procedures to DOE for evaluation and confirmation as to the technical feasibility of accepting the delivery on the schedule in the approved DCS. Submittal of these proposed handling/shipping procedures is not required until after the DCS has been approved. If the acceptance of other than standard fuel cannot be accommodated, the Purchaser has the option to deliver standard fuel on the schedule in the approved DCS or exchange the approved DCS with another Purchaser, provided contractual time limitations can be met.

## 8. QUESTIONS ABOUT THE DCS

If you have any questions or require more information for completing the DCS, please contact **Dave Zabransky at (202) 586-9198 / dave.zabransky@rw.doe.gov, or Tom Pollog at (202) 586-4153 / thomas.pollog@rw.doe.gov.** Both can be contacted by fax at (202)586-9608 or (202)586-1047. Please direct all correspondence to DOE, Attn: David Zabransky, Contracting Officer, Office of Systems Analysis and Strategy Development (RW-20E), 1000 Independence Avenue, S.W., Washington, DC 20585.

## SPECIFIC INSTRUCTIONS FOR COMPLETION OF DCS

The following are specific instructions for completing the DCS. Each indicated entry of the DCS should be filled in with the information as described below.

1.1 **DCS IDENTIFICATION NUMBER:** A 12-digit unique identification number having the form YY-RRID NNNN-SS, where

YY = the last two digits of the Proposed Delivery Year
RRID = RW-859 reactor identification number of the designated delivery site
NNNN = the last four digits of the contract number associated with the SNF being designated for delivery, and
SS = a two digit sequential code to uniquely identify the DCS within this Purchaser's annual allocation.

As an example, suppose Electric Power Company (Contract Number DE-CR01-83NE12345) submits a DCS to deliver SNF from Unit I (RW-859 ID Number 8801) in the year 2010. Assume that this is the third DCS that Electric Power Company plans to submit under this allocation. The unique identifier for this DCS would be 10-8801-2345-03.

Enter this number on the top right-hand corner of the DCS. If the Purchaser elects not to insert an identifying number, DOE will assign one upon receipt of the DCS.

1.2 **CONTACT PERSON:** Enter the name and telephone number of the person the Department should contact if there are questions concerning the DCS.

1.3 **CONTRACT NUMBER:** Enter the number of the Contract under which the disposal fees were paid for the SNF designated on this DCS. For Purchasers with multiple Contracts, the entry relates to the Contract number associated with the SNF designated for delivery and may differ from the Contract number of the SNF that qualified the Purchaser for the allocation or the Contract number associated with the designated delivery site.

1.4 **REACTOR/FACILITY INFORMATION:** Enter the name of the designated delivery site where the SNF will be delivered to DOE. The facility may differ from the facility that generated the SNF that qualified the Purchaser for the allocation. Enter the street address (not mailing address) of the designated delivery site.

2.1 **TYPE OF CASK REQUIRED:** Indicate (in tons) the maximum loaded cask lifting weight (weight on the hook including lifting equipment and water in the cask) that you intend to use at the delivery location indicated in Item 1.4. If you plan to upgrade the cask handling capacity at this facility prior to shipment, this upgrade should be reflected

in the maximum lifting weight. This information is to be used by DOE for planning purposes and does not imply any commitment by DOE or the Purchaser.

2.2 **PROPOSED SHIPPING MODE:** Check the appropriate box for: (a) Truck, (b) Rail, or (c) Barge, indicating your proposed shipping mode. Purchasers should indicate the mode of carriage that the cask identified in Item 2.1 will be delivered to DOE at the Purchaser's gate, f.o.b. carrier. An entry of "Truck" will indicate to DOE that the Purchaser proposes to deliver the cask on a truck trailer, an entry of "Rail" will indicate delivery on a rail car or heavy haul truck from rail, and an entry of "Barge" will indicate that the Purchaser proposes to deliver the cask to a barge or heavy haul truck from barge. Selection of shipping mode is independent of cask type and only indicates the carrier mode. Final selection of the shipping mode will be determined during the FDS process. If a Purchaser intends to upgrade a facility from truck to rail access, "Rail" should be indicated on the DCS. Similarly, if a facility has either rail or barge access but the Purchaser plans to deliver by truck, "Truck" should be indicated on the DCS.

2.3 **PROPOSED DELIVERY YEAR:** Enter the appropriate delivery year for the SNF to be delivered in accordance with your allocation (listed in the 2004 APR/ACR). The actual delivery date within the delivery year will be determined during the FDS process.

2.4 **RANGE OF DISCHARGE DATES (Earliest to Latest):** Enter the range of discharge dates from which the SNF will be selected for delivery. Purchasers are encouraged to be as specific as possible. For example, the Purchaser may know that there is certain SNF that they prefer not to deliver under this DCS and exclude that SNF from the range of discharge dates. A Purchaser may include other than standard SNF in the range of discharge dates, although confirmation of the technical feasibility of delivery of the other than standard SNF on the agreed to schedule will be required prior to submittal of an FDS.

2.5 **METRIC TONS OF URANIUM (Initial):** Enter the MTU for this proposed delivery. If several DCSs are submitted for one allocation period, the total quantity of SNF designated for delivery must not exceed the allocation in the 2004 APR/ACR; exceeding the allocation will result in disapproval of the DCS(s).

2.6 **NUMBER OF ASSEMBLIES –BWR/PWR/Other:** Enter the number of SNF assemblies corresponding to the Metric Tons Uranium indicated in Item 2.6 in the appropriate blank for BWR, PWR or Other (e.g., HTGR, TRIGA). If the SNF in the designated range of discharge dates encompasses assemblies with a wide range of MTU/assembly, state the maximum number of assemblies that may be delivered. Since the actual number of assemblies to be delivered may vary according to the specific SNF selected for delivery, adjustments to the number of assemblies will be made during the FDS process.

3.0 **CERTIFICATIONS:** An individual duly authorized to bind the Purchaser must sign the DCS, certifying that the Purchaser has the legal right to deliver such SNF to DOE. Insert the appropriate signatory's title and date.

4.0 **NOTIFICATION OF DOE APPROVAL:** The signatures of DOE's Technical Representative and the Contracting Officer will indicate that the DCS has been approved.

'WPA-830C
Revised 05/97)

OMB No. 1901-0260
(Expires 07/31/06)

## U.S. DEPARTMENT OF ENERGY
## APPENDIX C – DELIVERY COMMITMENT SCHEDULE

...is information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting ...rden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering ...d maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this ...llection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 ...d to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser:

1.2 DCS Identification Number:

1.3 Contact Person:
(a) Name:
(b) Telephone : ( )

1.4 Contract Number:

1.5 Reactor/Facility Information:
(a) Name:
(b) Address:
(c) City:
(d) State: (e) Zip Code:

### 0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loading lifting weight, in tons):
2.2 Proposed Shipping Mode: Truck ☐; Rail ☐; Barge ☐
2.3 Proposed Delivery Year:
2.4 Range of Discharge Dates: / / to / /
(Earliest to Latest) (mm/dd/yyyy) (mm/dd/yyyy)
2.5 Metric Tons Uranium: (Initial)
2.6 Number of Assemblies: BWR PWR Other

### 0 CERTIFICATIONS

**...rchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, ...s been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and that ...rchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 ______________________________
Authorized Purchaser Signature Date

3.2 Name (Please Type or Print)

3.3 Title (Please Type of Print)

...TLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or ...udulent statements as to any matter within its jurisdiction.

### ) NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ______________________________
Technical Representative Title Date

______________________________
Contracting Officer Date

# ACCEPTANCE PRIORITY RANKING

&

# ANNUAL CAPACITY REPORT

U.S. DEPARTMENT OF ENERGY
OFFICE OF CIVILIAN RADIOACTIVE WASTE MANAGEMENT
WASHINGTON, DC 20585

JULY 2004

# ACCEPTANCE PRIORITY RANKING & ANNUAL CAPACITY REPORT

## 1.0 INTRODUCTION

The Nuclear Waste Policy Act of 1982, as amended (the Act)[1], assigns the Federal Government the responsibility for the disposal of spent nuclear fuel and high-level waste. Section 302(a) of the Act authorizes the Secretary to enter into contracts* with the owners and generators** of commercial spent nuclear fuel and/or high-level waste. *The Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste*[2] (Standard Contract) established the contractual mechanism for the Department's acceptance and disposal of spent nuclear fuel and high-level waste. It includes the requirements and operational responsibilities of the parties to the Standard Contract in the areas of administrative matters, fees, terms of payment, waste acceptance criteria, and waste acceptance procedures. The Standard Contract provides for the acquisition of title to the spent nuclear fuel and/or high-level waste by the Department, its transportation to Federal facilities, and its subsequent disposal.

The Standard Contract requires the Department to issue an annual Acceptance Priority Ranking (APR) report and an Annual Capacity Report (ACR). The APR establishes the order in which the Department allocates the projected acceptance capacity for commercial spent nuclear fuel. The ACR applies projected nominal acceptance rates for the system to the APR, resulting in individual allocations for the owners and generators expressed in metric tons of uranium (MTU). These capacity allocations form the basis for the Purchasers' submittal of Delivery Commitment Schedules (DCS). As specified in the Standard Contract, the ACR is for planning purposes only and, thus, is not contractually binding on either DOE or the Purchasers.

## 1.1 BASIS FOR THE ACCEPTANCE PRIORITY RANKING

As required by the Standard Contract, the APR is based on the date the spent nuclear fuel was permanently discharged, with the oldest spent nuclear fuel, on an industry-wide basis, given the highest priority. The phrase "date the spent nuclear fuel was permanently discharged" means the date the reactor went subcritical for the purpose of permanently discharging the spent nuclear fuel, as reported to the Department by the Purchasers on the Nuclear Fuel Data Survey Form, RW-859. The APR is the basis for allocating projected spent nuclear fuel (SNF) acceptance capacity in the ACR. The 2004 APR listing is based on SNF discharges through December 31, 2002. The APR listing has been included as Appendix A.

* Individual contracts are based upon the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR Part 961).

** Owners and generators of spent nuclear fuel and high-level waste who have entered into contracts with the Department and/or have paid fees for purchase of disposal services are referred to as "Purchasers." In identifying the Purchasers listed in this report, the Department has relied upon written notices received pursuant to Article XII and XIV of the Purchasers' disposal contracts. In the event that any Purchaser believes that the listed designation is inappropriate, the Purchaser should contact the Department.

Future discharges will be added to the priority ranking based on their date of permanent discharge. If SNF currently designated as temporarily discharged is redesignated as permanently discharged (without subsequent irradiation), the date of redesignation will become the ranking date, instead of the date of actual discharge. Reinserted assemblies, previously designated as permanently discharged, will be removed from the priority ranking.

## 1.2 BASIS FOR THE ANNUAL CAPACITY REPORT

The ACR (see Appendix B) applies a 10-year projected nominal waste acceptance rate to the APR, resulting in individual capacity allocations. The projected nominal acceptance rate is based on the assumption of SNF acceptance beginning in 2010 at the Yucca Mountain Geologic Repository. These projected nominal waste acceptance rates are presented in Table 1.

**Table 1. Projected Nominal Waste Acceptance Rates for Spent Nuclear Fuel**

| Year | SNF (MTU) |
|---|---|
| 2010 | 400 |
| 2011 | 600 |
| 2012 | 1,200 |
| 2013 | 2,000 |
| 2014 | 3,000 |
| 2015 | 3,000 |
| 2016 | 3,000 |
| 2017 | 3,000 |
| 2018 | 3,000 |
| 2019 | 3,000 |

The Department will further define and specify the system operating and waste acceptance parameters as the Program progresses, and inform the Purchasers accordingly. Until the SNF is accepted by the Department, Section 111 (a)(5) of the Act assigns the waste owners and generators the primary responsibility to provide for, and pay the costs of, interim storage.

The Tables in Appendix B list the Purchasers' annual allocations for each of the first 10 years*** of projected CRWMS operation. Table 2 presents a summary of all Purchasers' annual allocations based on the nominal waste acceptance rates for the 10-year period covered by this report.

*** The term "year," when used in reference to capacity allocation in this report, means the calendar year, beginning January 1 and ending December 31.

TABLE 2. SUMMARY OF PURCHASERS' ANNUAL ALLOCATIONS (MTU)[a]

| HASER | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| est Operations, Inc. | - | - | - | - | - | - | - | - | - | - | - |
| ma Power Company | - | - | - | - | 45.6 | 119.3 | 73.4 | 77.8 | 60.2 | 89.9 | 466.2 |
| en UE | - | - | - | - | - | - | 38.7 | 44.3 | 38.0 | 30.3 | 151.3 |
| Gen Energy Company, LLC | 31.1 | 43.0 | 46.8 | 114.4 | 51.7 | 36.4 | - | 67.0 | 88.6 | 107.4 | 586.4 |
| na Public Service Company | - | - | - | - | - | - | - | 66.5 | 69.4 | 66.2 | 202.1 |
| nore Gas & Electric Co. | - | - | - | 82.6 | 107.5 | 89.6 | 93.8 | 62.0 | 64.2 | - | 499.7 |
| .T | - | - | 0.1 | 0.1 | - | 0.1 | 0.1 | - | 0.1 | - | 0.1[b] |
| ina Power & Light Company | - | 69.7 | 48.0 | 50.5 | 145.8 | 118.3 | 116.0 | 87.3 | 87.4 | 94.8 | 817.8 |
| eland Electric Illuminating Co. | - | - | - | - | - | - | - | - | 22.6 | 76.7 | 99.4 |
| ecticut Yankee Atomic Power Co. | 65.5 | 22.5 | 41.6 | 21.9 | 42.1 | 42.1 | 44.5 | 21.8 | 21.0 | - | 323.1 |
| umers Power Co. | - | 2.5 | 87.4 | 31.1 | 32.9 | 59.9 | 24.8 | 3.1 | 25.9 | 32.0 | 299.6 |
| land Power Cooperative | 0.8 | 6.0 | 3.0 | 3.9 | 4.9 | 5.7 | 6.1 | 7.8 | - | - | 38.1 |
| it Edison Company | - | - | - | - | - | - | - | - | 19.1 | - | 19.1 |
| nion Nuclear Connecticut, Inc. | 5.5 | 40.7 | 52.5 | 41.9 | 113.8 | 93.3 | 103.6 | 123.7 | 103.9 | 71.2 | 750.1 |
| Chemical | - | - | - | - | - | - | - | - | - | - | - |
| Power Company | - | 24.9 | 48.2 | 176.4 | 124.2 | 162.3 | 200.0 | 318.5 | 234.6 | 246.3 | 1,535.5 |
| gy Northwest | - | - | - | - | - | - | 10.8 | 29.4 | 52.5 | 37.9 | 130.7 |
| rgy Arkansas, Inc. | - | - | - | 51.5 | 76.6 | 83.3 | 60.6 | 76.8 | 28.2 | 87.6 | 464.6 |
| rgy Gulf States, Inc. | - | - | - | - | - | - | - | 30.5 | 41.1 | 32.9 | 104.5 |
| rgy Louisiana, Inc. | - | - | - | - | - | - | - | 38.6 | 31.8 | 70.8 | 141.1 |
| rgy Nuclear FitzPatrick, LLC | - | - | - | 51.4 | 30.0 | 71.8 | 34.4 | 35.8 | 33.6 | 27.3 | 284.2 |
| rgy Nuclear Generation Company | - | 3.9 | 25.5 | 82.6 | 17.1 | 83.9 | - | 34.2 | - | - | 247.2 |
| rgy Nuclear Indian Point 2, LLC | 3.0 | 27.7 | 32.8 | 27.1 | 52.8 | 33.8 | 63.5 | 31.1 | 33.0 | 25.8 | 330.6 |
| rgy Nuclear Indian Point 3, LLC | - | - | - | 29.3 | 34.7 | 34.7 | 33.0 | 36.1 | 28.4 | 33.8 | 229.9 |
| rgy Nuclear Vermont Yankee, LLC | - | 72.9 | - | 40.2 | 50.7 | 41.5 | 41.3 | 24.9 | 25.0 | 23.6 | 320.0 |
| on Generation Company, LLC | 21.1 | 60.5 | 251.2 | 466.7 | 488.3 | 451.7 | 419.8 | 375.2 | 523.9 | 433.6 | 3,491.9 |
| da Power & Light Co. | - | 20.9 | 59.6 | 78.7 | 169.3 | 112.4 | 141.8 | 117.1 | 86.9 | 122.2 | 908.9 |
| da Power Corporation | - | - | - | 0.9 | 46.4 | 58.3 | 30.1 | 41.3 | - | 33.8 | 210.8 |
| Energy Seabrook, LLC | - | - | - | - | - | - | - | - | - | - | - |
| Uranium Management Corporation | 145.2 | - | - | - | - | - | - | - | - | - | 145.2 |
| eral Atomics | 0.1 | 0.1 | - | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1[b] |
| ral Electric Company | 0.3 | - | - | - | - | - | - | - | - | - | 0.3 |
| rgia Power Company | - | - | - | 5.2 | 91.6 | 105.3 | 103.2 | 116.3 | 103.3 | 117.3 | 642.2 |
| ana Michigan Power Co. | - | - | - | 57.8 | 132.6 | 120.2 | 119.3 | 35.7 | 65.7 | 71.5 | 602.9 |
| rstate Power & Light | - | - | 15.4 | 36.4 | 32.0 | 23.6 | 22.0 | 23.4 | 21.9 | 19.1 | 193.9 |
| sas Gas & Electric Company | - | - | - | - | - | - | - | 27.7 | 33.7 | 35.3 | 96.7 |
| ne Yankee Atomic Power Company | - | 26.4 | 57.9 | 78.0 | 52.5 | 30.0 | 54.8 | 24.5 | 20.8 | 27.4 | 372.3 |
| raska Public Power District | - | - | 23.6 | 13.8 | 80.9 | 41.9 | 21.2 | 37.3 | 32.2 | 30.9 | 281.7 |
| e Mile Point Nuclear Power Station, LLC | 9.4 | 49.0 | 38.9 | 30.8 | 68.1 | - | 74.8 | 31.1 | - | 36.3 | 338.4 |
| thern States Power Co. | - | 26.2 | 99.6 | 65.2 | 111.4 | 143.1 | 58.9 | 92.6 | 52.3 | 38.4 | 687.6 |
| aha Public Power District | - | - | 22.3 | 35.4 | 14.8 | 21.9 | 32.3 | 16.4 | 15.2 | 13.1 | 171.4 |
| ific Gas & Electric Company | 7.3 | 6.0 | 15.9 | - | - | - | - | 47.5 | 65.3 | 110.2 | 252.1 |
| nsylvania Power & Light Co. | - | - | - | - | - | - | 89.6 | 103.5 | 121.2 | 78.9 | 393.2 |
| nsylvania Power Company | - | - | - | - | 6.0 | 48.7 | 35.2 | 63.6 | 56.3 | 31.8 | 241.6 |
| tland General Electric Company | - | - | - | 0.5 | 40.5 | 34.9 | 42.2 | 54.2 | 48.8 | 49.0 | 270.0 |
| EG Nuclear LLC | - | - | - | - | 46.9 | 72.6 | 64.6 | 133.0 | 96.0 | 133.8 | 547.0 |
| hester Gas and Electric Company | 32.0 | 4.6 | 24.4 | 32.3 | 35.8 | 12.7 | 35.1 | 23.5 | 12.8 | 23.6 | 236.9 |
| ramento Municipal Utility District | - | - | - | 35.3 | 49.2 | 32.0 | 30.1 | - | 82.0 | - | 228.6 |
| th Carolina Electric & Gas Company | - | - | - | - | - | - | 50.4 | 27.6 | 28.0 | 31.9 | 137.9 |
| th Texas Project NOC | - | - | - | - | - | - | - | - | 9.8 | 50.4 | 60.2 |
| thern California Edison Co. | 35.6 | 20.5 | 38.6 | 19.2 | 19.3 | - | 73.9 | 118.7 | 112.7 | 60.5 | 498.9 |
| tems Energy Resources, Inc. | - | - | - | - | - | - | - | 101.5 | 50.4 | 50.2 | 202.1 |
| nessee Valley Authority | - | - | - | 64.2 | 297.8 | 236.0 | 277.0 | - | 33.1 | 60.3 | 968.4 |
| as Utilities Generating Company | - | - | - | - | - | - | - | - | - | - | - |
| edo Edison Co. | - | - | - | - | - | 65.2 | 30.6 | - | 30.5 | 28.1 | 154.3 |
| . DOE | 22.9 | 6.8 | 7.8 | 7.3 | 89.5 | 88.0 | 0.1 | 0.1 | 15.7 | - | 237.8[b] |
| ginia Electric and Power Co. | - | 8.2 | 113.3 | 54.7 | 105.5 | 133.0 | 151.3 | 86.0 | 108.6 | 85.9 | 846.4 |
| sconsin Electric Power Company | 16.3 | 43.1 | 32.6 | 64.2 | 50.2 | 57.0 | 29.9 | 53.7 | 37.8 | 37.7 | 422.5 |
| sconsin Public Service Corporation | - | - | 4.4 | 33.8 | 35.1 | 25.9 | 49.8 | 23.1 | 17.1 | 26.5 | 215.7 |
| ee Atomic Electric Company | 9.9 | 10.1 | 9.7 | 18.1 | 8.5 | 9.4 | 17.7 | 8.3 | 9.2 | 8.4 | 109.2 |
| NOMINAL TOTAL | 400 | 600 | 1,200 | 2,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 22,200 |

Differences in Purchaser allocations for individual years in Annual Capacity Report may differ from the Acceptance Priority Ranking due to rounding.
These totals are not the sum of the annual allocations because the actual annual values are much less than .1 MTU.

## 1.3 SUBMITTAL OF COMMENTS ON THIS REPORT

Written comments are requested, especially from the Purchasers, on the content and format of this report. Comments received on previous reports were used to identify issues that needed to be addressed by the Department and the Purchasers in the implementation of the Standard Contract provisions. Comments on this report should be addressed to:

Mr. David K. Zabransky
Contracting Officer
Office of Civilian Radioactive Waste Management, RW-20E
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, DC 20585

Or by e-mail at:

dave.zabransky@rw.doe.gov

REFERENCES

[1]"Nuclear Waste Policy Act of 1982," Public Law 97-425 (January 7, 1983) and the "Nuclear Waste Policy Amendments Act of 1987," Title V, Subtitle A, Public Law 100-203 (December 22, 1987).

[2]U.S. Department of Energy, "Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste," Code of Federal Regulations, Title 10, Part 961, 2004.

## APPENDIX A
## 2004 ACCEPTANCE PRIORITY RANKING

In accordance with the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR Part 961) (Standard Contract), an Acceptance Priority Ranking (APR) listing has been generated based on information as reported to the Department by the Purchasers on the Nuclear Fuel Data Survey Form, RW-859. The 2004 APR listing is based on SNF discharges through December 31, 2002.

APPENDIX A
2004 ACCEPTANCE PRIORITY RANKING

LISTING OF SPENT FUEL BY DATE OF PERMANENT DISCHARGE[1]

| Purchaser | Fuel Originator | Type | Ranking Date | # of ASMB | MTU | Total MTU |
|---|---|---|---|---|---|---|
| General Atomics | General Atomics | RCH | 67 11 30 | 1 | 0.1 | 0.1 |
| General Atomics | General Atomics | RCH | 67 12 31 | 7 | 0.1 | 0.1 |
| U.S. DOE | Big Rock Point | BWR | 68 06 21 | 5 | 0.7 | 0.7 |
| General Atomics | General Atomics | RCH | 68 10 31 | 1 | 0.1 | 0.7 |
| U.S. DOE | Big Rock Point | BWR | 69 04 18 | 1 | 0.1 | 0.7 |
| Exelon Generation Company, LLC | Dresden 1 | BWR | 69 09 06 | 94 | 9.6 | 10.3 |
| U.S. DOE | La Crosse | BWR | 69 10 14 | 1 | 0.2 | 10.4 |
| Connecticut Yankee Atomic Power Co. | Haddam Neck | PWR | 70 04 17 | 51 | 21.5 | 31.8 |
| G.E. Uranium Mgmt. Corp. | Dresden 2 | BWR | 70 06 05 | 29 | 5.6 | 37.4 |
| Southern California Edison Co. | San Onofre 1 | PWR | 70 10 02 | 48 | 17.6 | 55.0 |
| U.S. DOE | Ginna | PWR | 71 02 04 | 12 | 4.6 | 59.5 |
| U.S. DOE | Big Rock Point | BWR | 71 02 12 | 5 | 0.7 | 60.2 |
| G.E. Uranium Mgmt. Corp. | Dresden 2 | BWR | 71 02 26 | 215 | 41.6 | 101.8 |
| Connecticut Yankee Atomic Power Co. | Haddam Neck | PWR | 71 04 16 | 52 | 22.0 | 123.7 |
| General Atomics | General Atomics | RCH | 71 05 31 | 8 | 0.1 | 123.7 |
| Pacific Gas & Electric Company | Humboldt Bay | BWR | 71 06 05 | 40 | 3.1 | 126.7 |
| General Atomics | General Atomics | RCH | 71 06 30 | 1 | 0.1 | 126.7 |
| Exelon Generation Company, LLC | Dresden 1 | BWR | 71 09 10 | 112 | 11.5 | 138.2 |
| Nine Mile Point Nuclear Power Station, LLC | Nine Mile Point 1 | BWR | 71 09 18 | 17 | 3.3 | 141.5 |
| AmerGen Energy Company, LLC | Oyster Creek | BWR | 71 09 18 | 24 | 4.7 | 146.1 |
| Southern California Edison Co. | San Onofre 1 | PWR | 71 12 25 | 49 | 18.0 | 164.1 |
| Yankee Atomic Electric Company | Yankee Rowe | PWR | 72 02 12 | 36 | 9.9 | 174.0 |
| G.E. Uranium Mgmt. Corp. | Dresden 2 | BWR | 72 02 19 | 509 | 98.1 | 272.1 |
| U.S. DOE | Big Rock Point | BWR | 72 03 18 | 36 | 4.9 | 276.9 |
| Nine Mile Point Nuclear Power Station, LLC | Nine Mile Point 1 | BWR | 72 04 02 | 31 | 6.1 | 282.9 |
| Rochester Gas and Electric Company | Ginna | PWR | 72 04 14 | 33 | 13.0 | 295.9 |
| U.S. DOE | Ginna | PWR | 72 04 14 | 28 | 10.8 | 306.6 |
| AmerGen Energy Company, LLC | Oyster Creek | BWR | 72 05 01 | 136 | 26.5 | 333.1 |
| Connecticut Yankee Atomic Power Co. | Haddam Neck | PWR | 72 06 10 | 53 | 22.2 | 355.2 |
| Dairyland Power Cooperative | La Crosse | BWR | 72 08 19 | 6 | 0.8 | 355.9 |
| Pacific Gas & Electric Company | Humboldt Bay | BWR | 72 08 25 | 55 | 4.2 | 360.1 |
| Dominion Nuclear Connecticut, Inc. | Millstone 1 | BWR | 72 09 01 | 28 | 5.5 | 365.5 |
| Wisconsin Electric Power Company | Point Beach 1 | PWR | 72 09 30 | 41 | 16.3 | 381.8 |
| U.S. DOE | Point Beach 1 | PWR | 72 09 30 | 3 | 1.2 | 383.0 |
| Rochester Gas and Electric Company | Ginna | PWR | 72 10 06 | 48 | 19.1 | 402.1 |
| General Atomics | General Atomics | RCH | 72 11 30 | 1 | 0.1 | 402.1 |
| General Electric Company | various | various | 72 12 01 | 0 | 0.3 | 402.4 |
| Entergy Nuclear Indian Point 2, LLC | Indian Point 1 | PWR | 72 12 29 | 40 | 7.8 | 410.1 |
| U.S. DOE | Big Rock Point | BWR | 73 03 02 | 25 | 3.5 | 413.5 |
| Exelon Generation Company, LLC | Dresden 3 | BWR | 73 03 03 | 51 | 9.9 | 423.4 |
| Northern States Power Co. | Monticello | BWR | 73 03 03 | 13 | 2.6 | 425.9 |
| Carolina Power & Light Company | Robinson 2 | PWR | 73 03 16 | 53 | 24.2 | 450.1 |
| Dairyland Power Cooperative | La Crosse | BWR | 73 03 30 | 26 | 3.2 | 453.2 |
| AmerGen Energy Company, LLC | Oyster Creek | BWR | 73 04 13 | 148 | 28.9 | 482.1 |
| Nine Mile Point Nuclear Power Station, LLC | Nine Mile Point 1 | BWR | 73 04 14 | 104 | 20.3 | 502.3 |
| Southern California Edison Co. | San Onofre 1 | PWR | 73 06 02 | 57 | 20.5 | 522.7 |
| Connecticut Yankee Atomic Power Co. | Haddam Neck | PWR | 73 07 08 | 55 | 22.5 | 545.2 |
| Pacific Gas & Electric Company | Humboldt Bay | BWR | 73 08 31 | 51 | 3.9 | 549.1 |
| Entergy Nuclear Vermont Yankee, LLC | Vermont Yankee | BWR | 73 09 29 | 50 | 9.5 | 558.6 |
| Exelon Generation Company, LLC | Dresden 1 | BWR | 73 10 08 | 52 | 5.4 | 563.9 |
| Dairyland Power Cooperative | La Crosse | BWR | 73 11 03 | 24 | 2.9 | 566.8 |

95 BRP Assemblies to DOE

APPENDIX A
2004 ACCEPTANCE PRIORITY RANKING

LISTING OF SPENT FUEL BY DATE OF PERMANENT DISCHARGE[1]

| urchaser | Fuel Originator | Type | Ranking Date | # of ASMBs | MTU | Total MTU |
|---|---|---|---|---|---|---|
| eneral Atomics | General Atomics | RCH | 73 11 30 | 2 | 0.1 | 566.8 |
| ntergy Nuclear Generation Company | Pilgrim 1 | BWR | 73 12 29 | 20 | 3.9 | 570.7 |
| eneral Atomics | General Atomics | RCH | 73 12 31 | 2 | 0.1 | 570.7 |
| ochester Gas and Electric Company | Ginna | PWR | 74 01 01 | 12 | 4.6 | 575.3 |
| xelon Generation Company, LLC | Dresden 3 | BWR | 74 03 11 | 44 | 8.6 | 583.8 |
| orthern States Power Co. | Monticello | BWR | 74 03 15 | 122 | 23.7 | 607.5 |
| .S. DOE | Big Rock Point | BWR | 74 03 23 | 13 | 1.8 | 609.2 |
| ine Mile Point Nuclear Power Station, LLC | Nine Mile Point 1 | BWR | 74 03 31 | 148 | 28.8 | 638.0 |
| xelon Generation Company, LLC | Quad Cities 1 | BWR | 74 03 31 | 32 | 6.2 | 644.1 |
| isconsin Electric Power Company | Point Beach 1 | PWR | 74 04 06 | 74 | 28.7 | 672.8 |
| .S. DOE | Point Beach 1 | PWR | 74 04 06 | 3 | 1.2 | 673.9 |
| merGen Energy Company, LLC | Oyster Creek | BWR | 74 04 13 | 72 | 14.1 | 688.0 |
| arolina Power & Light Company | Robinson 2 | PWR | 74 05 04 | 103 | 45.5 | 733.5 |
| .S. DOE | Robinson 2 | PWR | 74 05 04 | 1 | 0.5 | 733.9 |
| ankee Atomic Electric Company | Yankee Rowe | PWR | 74 05 11 | 37 | 10.4 | 744.0 |
| onsumers Power Co. | Big Rock Point | BWR | 74 06 02 | 18 | 2.5 | 746.4 |
| aine Yankee Atomic Power Company | Maine Yankee | PWR | 74 06 29 | 72 | 26.4 | 772.7 |
| ominion Nuclear Connecticut, Inc. | Millstone 1 | BWR | 74 08 30 | 208 | 40.7 | 813.4 |
| xelon Generation Company, LLC | Dresden 1 | BWR | 74 09 01 | 37 | 3.8 | 817.2 |
| orida Power & Light Co. | Turkey Point 3 | PWR | 74 10 04 | 46 | 20.9 | 838.0 |
| ntergy Nuclear Vermont Yankee, LLC | Vermont Yankee | BWR | 74 10 13 | 328 | 63.4 | 901.3 |
| isconsin Electric Power Company | Point Beach 2 | PWR | 74 10 16 | 36 | 14.4 | 915.7 |
| uke Power Company | Oconee 1 | PWR | 74 10 19 | 53 | 24.9 | 940.5 |
| irginia Electric and Power Co. | Surry 1 | PWR | 74 10 24 | 18 | 8.2 | 948.7 |
| ific Gas & Electric Company | Humboldt Bay | BWR | 74 10 31 | 27 | 2.1 | 950.7 |
| ntergy Nuclear Indian Point 2, LLC | Indian Point 1 | PWR | 74 10 31 | 120 | 22.9 | 973.5 |
| Exelon Generation Company, LLC | Dresden 2 | BWR | 74 11 02 | 156 | 30.0 | 1,003.5 |
| Exelon Generation Company, LLC | Quad Cities 2 | BWR | 74 12 21 | 85 | 16.5 | 1,019.9 |
| Exelon Generation Company, LLC | Quad Cities 1 | BWR | 75 01 09 | 1 | 0.2 | 1,020.1 |
| orthern States Power Co. | Monticello | BWR | 75 01 10 | 81 | 15.7 | 1,035.8 |
| maha Public Power District | Fort Calhoun | PWR | 75 02 08 | 25 | 9.4 | 1,045.1 |
| Rochester Gas and Electric Company | Ginna | PWR | 75 03 10 | 25 | 9.9 | 1,055.0 |
| outhern California Edison Co. | San Onofre 1 | PWR | 75 03 14 | 53 | 19.3 | 1,074.3 |
| merGen Energy Company, LLC | Oyster Creek | BWR | 75 03 29 | 112 | 22.0 | 1,096.2 |
| lorida Power & Light Co. | Turkey Point 4 | PWR | 75 03 29 | 44 | 20.0 | 1,116.1 |
| Exelon Generation Company, LLC | Dresden 3 | BWR | 75 04 16 | 141 | 27.4 | 1,143.5 |
| irginia Electric and Power Co. | Surry 2 | PWR | 75 04 26 | 26 | 11.9 | 1,155.3 |
| Maine Yankee Atomic Power Company | Maine Yankee | PWR | 75 05 02 | 152 | 57.9 | 1,213.2 |
| airyland Power Cooperative | La Crosse | BWR | 75 05 09 | 25 | 3.0 | 1,216.2 |
| Connecticut Yankee Atomic Power Co. | Haddam Neck | PWR | 75 05 17 | 48 | 19.8 | 1,236.0 |
| .S. DOE | Haddam Neck | PWR | 75 05 17 | 1 | 0.5 | 1,236.4 |
| acific Gas & Electric Company | Humboldt Bay | BWR | 75 05 31 | 33 | 2.6 | 1,238.9 |
| nterstate Power & Light | Duane Arnold | BWR | 75 06 06 | 2 | 0.4 | 1,239.2 |
| Exelon Generation Company, LLC | Dresden 1 | BWR | 75 09 01 | 64 | 6.6 | 1,245.8 |
| .S. DOE | Dresden 1 | BWR | 75 09 01 | 2 | 0.3 | 1,246.0 |
| Dominion Nuclear Connecticut, Inc. | Millstone 1 | BWR | 75 09 12 | 144 | 28.2 | 1,274.2 |
| lorthern States Power Co. | Monticello | BWR | 75 09 12 | 268 | 51.9 | 1,326.0 |
| Nine Mile Point Nuclear Power Station, LLC | Nine Mile Point 1 | BWR | 75 09 14 | 200 | 38.9 | 1,364.8 |
| irginia Electric and Power Co. | Surry 1 | PWR | 75 09 26 | 73 | 33.0 | 1,397.8 |
| Exelon Generation Company, LLC | Quad Cities 2 | BWR | 75 10 03 | 94 | 18.3 | 1,416.1 |
| kee Atomic Electric Company | Yankee Rowe | PWR | 75 10 18 | 40 | 9.7 | 1,425.7 |

APPENDIX A
2004 ACCEPTANCE PRIORITY RANKING

LISTING OF SPENT FUEL BY DATE OF PERMANENT DISCHARGE[1]

| urchaser | Fuel Originator | Type | Ranking Date | # of ASMB | MTU | Total MTU |
|---|---|---|---|---|---|---|
| orida Power & Light Co. | Turkey Point 3 | PWR | 75 10 26 | 32 | 14.4 | 1,440.1 |
| S. DOE | Turkey Point 3 | PWR | 75 10 26 | 5 | 2.3 | 1,442.3 |
| arolina Power & Light Company | Robinson 2 | PWR | 75 10 31 | 52 | 23.6 | 1,465.9 |
| isconsin Electric Power Company | Point Beach 1 | PWR | 75 11 16 | 16 | 6.4 | 1,472.3 |
| onsumers Power Co. | Palisades | PWR | 75 12 20 | 205 | 84.4 | 1,556.6 |
| nerGen Energy Company, LLC | Oyster Creek | BWR | 75 12 27 | 56 | 11.0 | 1,567.6 |
| xelon Generation Company, LLC | Quad Cities 1 | BWR | 76 01 03 | 156 | 30.2 | 1,597.7 |
| itergy Nuclear Generation Company | Pilgrim 1 | BWR | 76 01 27 | 132 | 25.5 | 1,623.1 |
| ochester Gas and Electric Company | Ginna | PWR | 76 01 29 | 37 | 14.6 | 1,637.6 |
| onsumers Power Co. | Big Rock Point | BWR | 76 01 31 | 22 | 3.0 | 1,640.6 |
| ike Power Company | Oconee 1 | PWR | 76 02 08 | 60 | 28.2 | 1,668.8 |
| WXT | Oconee 1 | PWR | 76 02 08 | 0 | 0.1 | 1,668.8 |
| erstate Power & Light | Duane Arnold | BWR | 76 02 13 | 80 | 15.1 | 1,683.8 |
| isconsin Public Service Corporation | Kewaunee | PWR | 76 02 14 | 11 | 4.4 | 1,688.1 |
| nerGen Energy Company, LLC | Three Mile Island 1 | PWR | 76 02 20 | 30 | 14.0 | 1,702.1 |
| isconsin Electric Power Company | Point Beach 2 | PWR | 76 02 26 | 34 | 13.4 | 1,715.5 |
| orthern States Power Co. | Prairie Island 1 | PWR | 76 03 05 | 40 | 16.0 | 1,731.4 |
| xelon Generation Company, LLC | Zion 1 | PWR | 76 03 05 | 49 | 22.3 | 1,753.7 |
| xelon Generation Company, LLC | Dresden 2 | BWR | 76 03 14 | 156 | 30.0 | 1,783.7 |
| arolina Power & Light Company | Brunswick 2 | BWR | 76 03 19 | 4 | 0.8 | 1,784.4 |
| xelon Generation Company, LLC | Peach Bottom 2 | BWR | 76 03 27 | 186 | 36.3 | 1,820.7 |
| S. DOE | Peach Bottom 2 | BWR | 76 03 27 | 2 | 0.4 | 1,821.1 |
| itergy Nuclear Indian Point 2, LLC | Indian Point 2 | PWR | 76 03 30 | 72 | 32.8 | 1,853.8 |
| ike Power Company | Oconee 2 | PWR | 76 04 07 | 42 | 19.5 | 1,873.3 |
| ida Power & Light Co. | Turkey Point 4 | PWR | 76 04 18 | 6 | 2.8 | 1,876.0 |
| ginia Electric and Power Co. | Surry 2 | PWR | 76 04 22 | 64 | 28.7 | 1,904.6 |
| S. DOE | Surry 2 | PWR | 76 04 22 | 10 | 4.5 | 1,909.1 |
| onnecticut Yankee Atomic Power Co. | Haddam Neck | PWR | 76 05 18 | 53 | 21.8 | 1,930.9 |
| cific Gas & Electric Company | Humboldt Bay | BWR | 76 07 03 | 184 | 13.3 | 1,944.1 |
| xelon Generation Company, LLC | Quad Cities 2 | BWR | 76 09 10 | 164 | 31.8 | 1,975.9 |
| ike Power Company | Oconee 3 | PWR | 76 09 18 | 1 | 0.5 | 1,976.3 |
| ebraska Public Power District | Cooper | BWR | 76 09 19 | 120 | 23.6 | 1,999.9 |
| xelon Generation Company, LLC | Dresden 3 | BWR | 76 09 19 | 148 | 28.7 | 2,028.5 |
| uthern California Edison Co. | San Onofre 1 | PWR | 76 09 30 | 53 | 19.3 | 2,047.7 |
| ominion Nuclear Connecticut, Inc. | Millstone 1 | BWR | 76 10 01 | 124 | 24.3 | 2,072.0 |
| sconsin Electric Power Company | Point Beach 1 | PWR | 76 10 01 | 32 | 12.9 | 2,084.8 |
| naha Public Power District | Fort Calhoun | PWR | 76 10 02 | 36 | 12.9 | 2,097.6 |
| ginia Electric and Power Co. | Surry 1 | PWR | 76 10 17 | 89 | 39.9 | 2,137.4 |
| rthern States Power Co. | Prairie Island 2 | PWR | 76 10 22 | 40 | 16.1 | 2,153.4 |
| rolina Power & Light Company | Robinson 2 | PWR | 76 10 30 | 52 | 23.7 | 2,177.1 |
| orida Power & Light Co. | Turkey Point 3 | PWR | 76 11 15 | 57 | 25.3 | 2,202.3 |
| diana Michigan Power Co. | Cook 1 | PWR | 76 12 24 | 63 | 28.6 | 2,230.8 |
| xelon Generation Company, LLC | Peach Bottom 3 | BWR | 76 12 24 | 188 | 35.9 | 2,266.7 |
| iltimore Gas & Electric Co. | Calvert Cliffs 1 | PWR | 77 01 01 | 32 | 12.6 | 2,279.2 |
| xelon Generation Company, LLC | Zion 2 | PWR | 77 01 07 | 42 | 19.1 | 2,298.3 |
| sconsin Public Service Corporation | Kewaunee | PWR | 77 01 17 | 45 | 17.7 | 2,315.9 |
| itergy Arkansas, Inc. | Arkansas Nuclear One 1 | PWR | 77 01 27 | 50 | 23.3 | 2,339.1 |
| sconsin Electric Power Company | Point Beach 2 | PWR | 77 03 03 | 37 | 14.3 | 2,353.4 |
| ine Mile Point Nuclear Power Station, LLC | Nine Mile Point 1 | BWR | 77 03 05 | 160 | 30.8 | 2,384.1 |
| erstate Power & Light | Duane Arnold | BWR | 77 03 12 | 74 | 13.9 | 2,398.0 |
| rgia Power Company | Hatch 1 | BWR | 77 03 12 | 4 | 0.8 | 2,398.7 |

APPENDIX A
2004 ACCEPTANCE PRIORITY RANKING

LISTING OF SPENT FUEL BY DATE OF PERMANENT DISCHARGE[1]

| urchaser | Fuel Originator | Type | Ranking Date | # of ASMB | MTU | Total MTU |
|---|---|---|---|---|---|---|
| orthern States Power Co. | Prairie Island 1 | PWR | 77 03 18 | 35 | 13.9 | 2,412.6 |
| nerGen Energy Company, LLC | Three Mile Island 1 | PWR | 77 03 18 | 53 | 24.6 | 2,437.1 |
| xelon Generation Company, LLC | Quad Cities 1 | BWR | 77 03 20 | 183 | 35.6 | 2,472.7 |
| laine Yankee Atomic Power Company | Maine Yankee | PWR | 77 04 09 | 70 | 27.3 | 2,500.0 |
| ochester Gas and Electric Company | Ginna | PWR | 77 04 15 | 41 | 16.1 | 2,516.0 |
| nerGen Energy Company, LLC | Oyster Creek | BWR | 77 04 23 | 128 | 24.9 | 2,540.8 |
| xelon Generation Company, LLC | Peach Bottom 2 | BWR | 77 04 27 | 172 | 32.3 | 2,573.0 |
| VXT | Oconee 1 | PWR | 77 05 08 | 0 | 0.1 | 2,573.0 |
| orida Power & Light Co. | Turkey Point 4 | PWR | 77 05 09 | 34 | 15.2 | 2,588.2 |
| airyland Power Cooperative | La Crosse | BWR | 77 05 11 | 32 | 3.9 | 2,592.1 |
| uke Power Company | Oconee 2 | PWR | 77 05 28 | 73 | 33.9 | 2,625.9 |
| VXT | Oconee 2 | PWR | 77 05 28 | 0 | 0.1 | 2,625.9 |
| ankee Atomic Electric Company | Yankee Rowe | PWR | 77 06 04 | 36 | 8.7 | 2,634.6 |
| xelon Generation Company, LLC | Dresden 1 | BWR | 77 06 15 | 66 | 6.9 | 2,641.4 |
| ntergy Nuclear FitzPatrick, LLC | Fitzpatrick | BWR | 77 06 21 | 132 | 25.9 | 2,667.2 |
| onsumers Power Co. | Big Rock Point | BWR | 77 07 23 | 20 | 2.7 | 2,669.9 |
| uke Power Company | Oconee 1 | PWR | 77 08 05 | 60 | 28.1 | 2,697.9 |
| VXT | Oconee 1 | PWR | 77 08 05 | 0 | 0.1 | 2,697.9 |
| ntergy Nuclear Generation Company | Pilgrim 1 | BWR | 77 08 06 | 428 | 82.6 | 2,780.5 |
| acramento Municipal Utility District | Rancho Seco | PWR | 77 08 20 | 20 | 9.3 | 2,789.8 |
| ntergy Nuclear Vermont Yankee, LLC | Vermont Yankee | BWR | 77 08 21 | 112 | 20.6 | 2,810.4 |
| xelon Generation Company, LLC | Zion 1 | PWR | 77 09 09 | 64 | 29.1 | 2,839.5 |
| arolina Power & Light Company | Brunswick 2 | BWR | 77 09 10 | 140 | 26.3 | 2,865.7 |
| xelon Generation Company, LLC | Dresden 2 | BWR | 77 09 10 | 196 | 37.7 | 2,903.4 |
| thern States Power Co. | Monticello | BWR | 77 09 10 | 20 | 3.8 | 2,907.2 |
| ginia Electric and Power Co. | Surry 2 | PWR | 77 09 10 | 79 | 35.6 | 2,942.7 |
| S. DOE | Surry 2 | PWR | 77 09 10 | 2 | 1.0 | 2,943.6 |
| ennessee Valley Authority | Browns Ferry 1 | BWR | 77 09 13 | 168 | 32.9 | 2,976.4 |
| ebraska Public Power District | Cooper | BWR | 77 09 19 | 12 | 2.4 | 2,978.8 |
| maha Public Power District | Fort Calhoun | PWR | 77 09 30 | 52 | 19.0 | 2,997.7 |
| isconsin Electric Power Company | Point Beach 1 | PWR | 77 10 04 | 48 | 19.2 | 3,016.8 |
| onnecticut Yankee Atomic Power Co. | Haddam Neck | PWR | 77 10 15 | 53 | 21.9 | 3,038.6 |
| uke Power Company | Oconee 3 | PWR | 77 10 21 | 61 | 28.3 | 3,066.8 |
| orthern States Power Co. | Prairie Island 2 | PWR | 77 11 11 | 35 | 14.1 | 3,080.8 |
| ominion Nuclear Connecticut, Inc. | Millstone 2 | PWR | 77 11 20 | 45 | 17.9 | 3,098.6 |
| orida Power & Light Co. | Turkey Point 3 | PWR | 77 11 24 | 27 | 12.3 | 3,110.8 |
| S. DOE | Turkey Point 3 | PWR | 77 11 24 | 13 | 6.0 | 3,116.8 |
| eneral Atomics | General Atomics | RCH | 77 11 30 | 1 | 0.1 | 3,116.8 |
| onsumers Power Co. | Palisades | PWR | 78 01 06 | 68 | 27.4 | 3,144.1 |
| xelon Generation Company, LLC | Quad Cities 2 | BWR | 78 01 14 | 180 | 34.9 | 3,178.9 |
| altimore Gas & Electric Co. | Calvert Cliffs 1 | PWR | 78 01 23 | 112 | 41.5 | 3,220.4 |
| arolina Power & Light Company | Robinson 2 | PWR | 78 01 27 | 53 | 24.2 | 3,244.5 |
| ntergy Arkansas, Inc. | Arkansas Nuclear One 1 | PWR | 78 02 02 | 61 | 28.2 | 3,272.7 |
| xelon Generation Company, LLC | Zion 2 | PWR | 78 02 04 | 64 | 28.7 | 3,301.3 |
| ntergy Nuclear Indian Point 2, LLC | Indian Point 2 | PWR | 78 02 13 | 60 | 27.1 | 3,328.3 |
| orida Power Corporation | Crystal River 3 | PWR | 78 03 03 | 2 | 1.0 | 3,329.3 |
| eorgia Power Company | Hatch 1 | BWR | 78 03 03 | 24 | 4.5 | 3,333.8 |
| xelon Generation Company, LLC | Dresden 3 | BWR | 78 03 04 | 176 | 34.1 | 3,367.8 |
| ominion Nuclear Connecticut, Inc. | Millstone 1 | BWR | 78 03 10 | 124 | 24.1 | 3,391.9 |
| ennessee Valley Authority | Browns Ferry 2 | BWR | 78 03 18 | 132 | 25.9 | 3,417.7 |
| rstate Power & Light | Duane Arnold | BWR | 78 03 18 | 116 | 21.8 | 3,439.5 |