TABLE B.4

ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2013

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |

ependent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.

BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.5
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2014

| RCHASER / FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| labama Power Company | 99 | | 45.6 | | |
| Farley 1 | | 99 | | 45.6 | PWR |
| merGen Energy Company, LLC | 205 | | 51.7 | | |
| Oyster Creek | | 153 | | 27.6 | BWR |
| Three Mile Island 1 | | 52 | | 24.1 | PWR |
| altimore Gas & Electric Co. | 279 | | 107.5 | | |
| Calvert Cliffs 1 | | 142 | | 55.7 | PWR |
| Calvert Cliffs 2 | | 137 | | 51.9 | PWR |
| arolina Power & Light Company | 649 | | 145.8 | | |
| Brunswick 1 | | 284 | | 53.0 | BWR |
| Brunswick 2 | | 264 | | 49.5 | BWR |
| Robinson 2 | | 101 | | 43.3 | PWR |
| onnecticut Yankee Atomic Power Co. | 102 | | 42.1 | | |
| Haddam Neck | | 102 | | 42.1 | PWR |
| onsumers Power Co. | 116 | | 32.9 | | |
| Big Rock Point | | 48 | | 6.4 | BWR |
| Palisades | | 68 | | 26.5 | PWR |
| ryland Power Cooperative | 40 | | 4.9 | | |
| La Crosse | | 40 | | 4.9 | BWR |
| ominion Nuclear Connecticut, Inc. | 461 | | 113.8 | | |
| Millstone 1 | | 316 | | 59.3 | BWR |
| Millstone 2 | | 145 | | 54.6 | PWR |
| uke Power Company | 268 | | 124.2 | | |
| Oconee 1 | | 67 | | 31.1 | PWR |
| Oconee 2 | | 68 | | 31.5 | PWR |
| Oconee 3 | | 133 | | 61.5 | PWR |
| ntergy Arkansas, Inc. | 169 | | 76.6 | | |
| Arkansas Nuclear One 1 | | 134 | | 61.7 | PWR |
| Arkansas Nuclear One 2 | | 35 | | 15.0 | PWR |
| ntergy Nuclear FitzPatrick, LLC | 160 | | 30.0 | | |
| Fitzpatrick | | 160 | | 30.0 | BWR |
| ntergy Nuclear Generation Company | 92 | | 17.1 | | |
| Pilgrim | | 92 | | 17.1 | BWR |
| ntergy Nuclear Indian Point 2, LLC | 117 | | 52.8 | | |
| Indian Point 2 | | 117 | | 52.8 | PWR |
| ntergy Nuclear Indian Point 3, LLC | 76 | | 34.7 | | |
| Indian Point 3 | | 76 | | 34.7 | PWR |

TABLE B.5
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2014

| RCHASER / FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| tergy Nuclear Vermont Yankee, LLC | 274 | | 50.7 | | |
| Vermont Yankee | | 274 | | 50.7 | BWR |
| elon Generation Company, LLC | 2207 | | 488.3 | | |
| Dresden 2 | | 384 | | 72.5 | BWR |
| Dresden 3 | | 200 | | 38.5 | BWR |
| Peach Bottom 2 | | 276 | | 51.3 | BWR |
| Peach Bottom 3 | | 488 | | 92.2 | BWR |
| Quad Cities 1 | | 417 | | 79.6 | BWR |
| Quad Cities 2 | | 180 | | 34.9 | BWR |
| Zion 1 | | 134 | | 61.2 | PWR |
| Zion 2 | | 128 | | 58.0 | PWR |
| orida Power & Light Co. | 400 | | 169.3 | | |
| Saint Lucie 1 | | 156 | | 58.4 | PWR |
| Turkey Point 3 | | 143 | | 65.4 | PWR |
| Turkey Point 4 | | 101 | | 45.6 | PWR |
| orida Power Corporation | 100 | | 46.4 | | |
| Crystal River 3 | | 100 | | 46.4 | PWR |
| neral Atomics | 5 | | 0.1 | | |
| General Atomics | | 5 | | 0.1 | RCH |
| rgia Power Company | 492 | | 91.6 | | |
| Hatch 1 | | 416 | | 77.7 | BWR |
| Hatch 2 | | 76 | | 14.0 | BWR |
| diana Michigan Power Co. | 294 | | 132.6 | | |
| Cook 1 | | 131 | | 57.7 | PWR |
| Cook 2 | | 163 | | 74.9 | PWR |
| erstate Power & Light | 172 | | 32.0 | | |
| Duane Arnold | | 172 | | 32.0 | BWR |
| ine Yankee Atomic Power Company | 141 | | 52.5 | | |
| Maine Yankee | | 141 | | 52.5 | PWR |
| braska Public Power District | 428 | | 80.9 | | |
| Cooper | | 428 | | 80.9 | BWR |
| ne Mile Point Nuclear Power Station, LLC | 368 | | 68.1 | | |
| Nine Mile Point 1 | | 368 | | 68.1 | BWR |
| rthern States Power Co. | 414 | | 111.4 | | |
| Monticello | | 252 | | 46.4 | BWR |
| Prairie Island 1 | | 81 | | 32.4 | PWR |
| Prairie Island 2 | | 81 | | 32.6 | PWR |
| aha Public Power District | 40 | | 14.8 | | |
| Fort Calhoun | | 40 | | 14.8 | PWR |

TABLE B.5
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2014

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| nnsylvania Power Company | 13 | | 6.0 | | |
| Beaver Valley 1 | | 13 | | 6.0 | PWR |
| rtland General Electric Company | 88 | | 40.5 | | |
| Trojan | | 88 | | 40.5 | PWR |
| EG Nuclear LLC | 102 | | 46.9 | | |
| Salem 1 | | 102 | | 46.9 | PWR |
| chester Gas and Electric Company | 91 | | 35.8 | | |
| Ginna | | 91 | | 35.8 | PWR |
| cramento Municipal Utility District | 106 | | 49.2 | | |
| Rancho Seco | | 106 | | 49.2 | PWR |
| uthern California Edison Co. | 52 | | 19.3 | | |
| San Onofre 1 | | 52 | | 19.3 | PWR |
| nnessee Valley Authority | 1588 | | 297.6 | | |
| Browns Ferry 1 | | 607 | | 113.9 | BWR |
| Browns Ferry 2 | | 508 | | 95.5 | BWR |
| Browns Ferry 3 | | 473 | | 88.5 | BWR |
| DOE | 432 | | 89.5 | | |
| Calvert Cliffs 1 | | 1 | | 0.4 | PWR |
| Fort St. Vrain | | 246 | | 3.0 | HTG |
| Oconee 1 | | 0 | | 0.1 | PWR |
| Surry 2 | | 8 | | 3.7 | PWR |
| Three Mile Island 2 | | 177 | | 82.6 | PWR |
| irginia Electric and Power Co. | 230 | | 105.5 | | |
| North Anna 1 | | 114 | | 52.4 | PWR |
| Surry 1 | | 72 | | 32.9 | PWR |
| Surry 2 | | 44 | | 20.2 | PWR |
| isconsin Electric Power Company | 125 | | 50.2 | | |
| Point Beach 1 | | 32 | | 12.8 | PWR |
| Point Beach 2 | | 93 | | 37.3 | PWR |
| isconsin Public Service Corporation | 87 | | 35.1 | | |
| Kewaunee | | 87 | | 35.1 | PWR |
| ankee Atomic Electric Company | 36 | | 8.5 | | |
| Yankee Rowe | | 36 | | 8.5 | PWR |
| OTAL SNF | 11118 | 11118 | 3002.5 | 3003.3 | |

TABLE B.5

ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2014

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| ). OF PURCHASERS | 39 | | | | |
| ). OF FUEL ORIGINATORS | 67 | | | | |
| ). OF PWR ASSEMBLIES | 3991 | | | | |
| ). OF BWR ASSEMBLIES | 6876 | | | | |
| ). OF RCH ASSEMBLIES | 5 | | | | |
| ). OF HTG ASSEMBLIES | 246 | | | | |

The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to ependent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.
BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.6
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2015

| | ASSEMBLIES | | MTU | | FUEL |
|---|---|---|---|---|---|
| .RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | TYPE** |
| labama Power Company | 260 | | 119.3 | | |
| Farley 1 | | 144 | | 66.1 | PWR |
| Farley 2 | | 116 | | 53.2 | PWR |
| merGen Energy Company, LLC | 207 | | 36.4 | | |
| Oyster Creek | | 207 | | 36.4 | BWR |
| altimore Gas & Electric Co. | 233 | | 89.6 | | |
| Calvert Cliffs 1 | | 180 | | 69.0 | PWR |
| Calvert Cliffs 2 | | 53 | | 20.6 | PWR |
| WXT | 0 | | 0.1 | | |
| Oconee 1 | | 0 | | 0.1 | PWR |
| Oconee 2 | | 0 | | 0.1 | PWR |
| arolina Power & Light Company | 494 | | 118.3 | | |
| Brunswick 1 | | 228 | | 42.5 | BWR |
| Brunswick 2 | | 159 | | 29.8 | BWR |
| Robinson 2 | | 107 | | 46.0 | PWR |
| onnecticut Yankee Atomic Power Co. | 102 | | 42.1 | | |
| Haddam Neck | | 102 | | 42.1 | PWR |
| nsumers Power Co. | 180 | | 59.9 | | |
| Big Rock Point | | 44 | | 5.6 | BWR |
| Palisades | | 136 | | 54.4 | PWR |
| airyland Power Cooperative | 52 | | 5.7 | | |
| La Crosse | | 52 | | 5.7 | BWR |
| ominion Nuclear Connecticut, Inc. | 341 | | 93.3 | | |
| Millstone 1 | | 192 | | 35.4 | BWR |
| Millstone 2 | | 149 | | 58.0 | PWR |
| uke Power Company | 350 | | 162.3 | | |
| Oconee 1 | | 134 | | 62.1 | PWR |
| Oconee 2 | | 144 | | 66.8 | PWR |
| Oconee 3 | | 72 | | 33.4 | PWR |
| ntergy Arkansas, Inc. | 195 | | 83.3 | | |
| Arkansas Nuclear One 1 | | 69 | | 32.1 | PWR |
| Arkansas Nuclear One 2 | | 126 | | 51.3 | PWR |
| ntergy Nuclear FitzPatrick, LLC | 388 | | 71.8 | | |
| Fitzpatrick | | 388 | | 71.8 | BWR |
| ntergy Nuclear Generation Company | 456 | | 83.9 | | |
| Pilgrim | | 456 | | 83.9 | BWR |
| ntergy Nuclear Indian Point 2, LLC | 75 | | 33.8 | | |
| Indian Point 2 | | 75 | | 33.8 | PWR |

TABLE B.6

ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2015

| .RCHASER / FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| ıtergy Nuclear Indian Point 3, LLC | 76 | | 34.7 | | |
| Indian Point 3 | | 76 | | 34.7 | PWR |
| ıtergy Nuclear Vermont Yankee, LLC | 226 | | 41.5 | | |
| Vermont Yankee | | 226 | | 41.5 | BWR |
| :elon Generation Company, LLC | 2089 | | 451.7 | | |
| Dresden 2 | | 224 | | 41.3 | BWR |
| Dresden 3 | | 408 | | 75.1 | BWR |
| Peach Bottom 2 | | 276 | | 50.7 | BWR |
| Peach Bottom 3 | | 284 | | 52.0 | BWR |
| Quad Cities 1 | | 224 | | 41.3 | BWR |
| Quad Cities 2 | | 428 | | 79.3 | BWR |
| Zion 1 | | 125 | | 57.2 | PWR |
| Zion 2 | | 120 | | 54.8 | PWR |
| ɔrida Power & Light Co. | 270 | | 112.4 | | |
| Saint Lucie 1 | | 151 | | 57.9 | PWR |
| Turkey Point 3 | | 49 | | 22.4 | PWR |
| Turkey Point 4 | | 70 | | 32.1 | PWR |
| ɔrida Power Corporation | 125 | | 58.3 | | |
| Crystal River 3 | | 125 | | 58.3 | PWR |
| ɔneral Atomics | 12 | | 0.1 | | |
| General Atomics | | 12 | | 0.1 | RCH |
| ɔorgia Power Company | 574 | | 105.3 | | |
| Hatch 1 | | 282 | | 51.8 | BWR |
| Hatch 2 | | 292 | | 53.5 | BWR |
| ɔiana Michigan Power Co. | 275 | | 120.2 | | |
| Cook 1 | | 194 | | 83.0 | PWR |
| Cook 2 | | 81 | | 37.2 | PWR |
| .erstate Power & Light | 128 | | 23.6 | | |
| Duane Arnold | | 128 | | 23.6 | BWR |
| ıine Yankee Atomic Power Company | 78 | | 30.0 | | |
| Maine Yankee | | 78 | | 30.0 | PWR |
| ·braska Public Power District | 226 | | 41.9 | | |
| Cooper | | 226 | | 41.9 | BWR |
| ·rthern States Power Co. | 558 | | 143.1 | | |
| Monticello | | 356 | | 64.7 | BWR |
| Prairie Island 1 | | 122 | | 47.1 | PWR |
| Prairie Island 2 | | 80 | | 31.2 | PWR |

TABLE B.6
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2015

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| _RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| maha Public Power District | 60 | | 21.9 | | |
| Fort Calhoun | | 60 | | 21.9 | PWR |
| ennsylvania Power Company | 106 | | 48.7 | | |
| Beaver Valley 1 | | 106 | | 48.7 | PWR |
| ortland General Electric Company | 76 | | 34.9 | | |
| Trojan | | 76 | | 34.9 | PWR |
| SEG Nuclear LLC – | 158 | | 72.6 | | |
| Salem 1 | | 90 | | 41.4 | PWR |
| Salem 2 | | 68 | | 31.2 | PWR |
| ochester Gas and Electric Company | 34 | | 12.7 | | |
| Ginna | | 34 | | 12.7 | PWR |
| acramento Municipal Utility District | 69 | | 32.0 | | |
| Rancho Seco | | 69 | | 32.0 | PWR |
| ennessee Valley Authority | 1075 | | 236.0 | | |
| Browns Ferry 1 | | 267 | | 49.0 | BWR |
| Browns Ferry 2 | | 196 | | 36.4 | BWR |
| Browns Ferry 3 | | 476 | | 88.2 | BWR |
| Sequoyah 1 | | 68 | | 31.2 | PWR |
| Sequoyah 2 | | 68 | | 31.2 | PWR |
| oledo Edison Co. | 138 | | 65.2 | | |
| Davis-Besse | | 138 | | 65.2 | PWR |
| .S. DOE | 534 | | 88.0 | | |
| Calvert Cliffs 1 | | 1 | | 0.4 | PWR |
| Cooper | | 2 | | 0.4 | BWR |
| Fort St. Vrain | | 480 | | 5.6 | HTG |
| multiple | | 0 | | 58.4 | |
| Oconee 1 | | 0 | | 0.1 | PWR |
| Point Beach 1 | | 3 | | 1.2 | PWR |
| Surry 2 | | 48 | | 22.0 | PWR |
| irginia Electric and Power Co. | 290 | | 133.0 | | |
| North Anna 1 | | 53 | | 24.4 | PWR |
| North Anna 2 | | 109 | | 50.1 | PWR |
| Surry 1 | | 62 | | 28.3 | PWR |
| Surry 2 | | 66 | | 30.2 | PWR |
| 'isconsin Electric Power Company | 142 | | 57.0 | | |
| Point Beach 1 | | 87 | | 35.0 | PWR |
| Point Beach 2 | | 55 | | 22.1 | PWR |
| 'isconsin Public Service Corporation | 66 | | 25.9 | | |
| Kewaunee | | 66 | | 25.9 | PWR |

TABLE B.6
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2015

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| -RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| 'ankee Atomic Electric Company<br>Yankee Rowe | 40 | 40 | 9.4 | 9.4 | PWR |
| -OTAL SNF | 10758 | 10758 | 2999.9 | 3000.4 | |
| 10. OF PURCHASERS | 39 | | | | |
| 10. OF FUEL ORIGINATORS | 69 | | | | |
| 10. OF PWR ASSEMBLIES | 4245 | | | | |
| 10. OF BWR ASSEMBLIES | 6021 | | | | |
| 10. OF RCH ASSEMBLIES | 12 | | | | |
| 10. OF HTG ASSEMBLIES | 480 | | | | |

The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to ndependent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.
* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor.

TABLE B.7
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2016

| CHASER / FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| ama Power Company | 160 | | 73.4 | | |
| Farley 1 | | 89 | | 40.9 | PWR |
| Farley 2 | | 71 | | 32.6 | PWR |
| ren UE | 84 | | 38.7 | | |
| Callaway | | 84 | | 38.7 | PWR |
| imore Gas & Electric Co. | 246 | | 93.8 | | |
| Calvert Cliffs 1 | | 76 | | 29.3 | PWR |
| Calvert Cliffs 2 | | 170 | | 64.6 | PWR |
| XT | 0 | | 0.1 | | |
| Oconee 2 | | 0 | | 0.1 | PWR |
| Quad Cities 2 | | 0 | | 0.1 | BWR |
| olina Power & Light Company | 565 | | 116.0 | | |
| Brunswick 1 | | 184 | | 33.8 | BWR |
| Brunswick 2 | | 333 | | 61.4 | BWR |
| Robinson 2 | | 48 | | 20.7 | PWR |
| nnecticut Yankee Atomic Power Co. | 109 | | 44.5 | | |
| Haddam Neck | | 109 | | 44.5 | PWR |
| nsumers Power Co. | 88 | | 24.8 | | |
| Big Rock Point | | 36 | | 4.6 | BWR |
| Palisades | | 52 | | 20.2 | PWR |
| iryland Power Cooperative | 56 | | 6.1 | | |
| La Crosse | | 56 | | 6.1 | BWR |
| minion Nuclear Connecticut, Inc. | 480 | | 103.6 | | |
| Millstone 1 | | 400 | | 71.4 | BWR |
| Millstone 2 | | 80 | | 32.3 | PWR |
| ıke Power Company | 433 | | 200.0 | | |
| McGuire 1 | | 107 | | 49.1 | PWR |
| McGuire 2 | | 39 | | 18.0 | PWR |
| Oconee 1 | | 115 | | 53.2 | PWR |
| Oconee 2 | | 68 | | 31.5 | PWR |
| Oconee 3 | | 104 | | 48.2 | PWR |
| nergy Northwest | 59 | | 10.8 | | |
| Columbia | | 59 | | 10.8 | BWR |
| ntergy Arkansas, Inc. | 136 | | 60.6 | | |
| Arkansas Nuclear One 1 | | 68 | | 31.5 | PWR |
| Arkansas Nuclear One 2 | | 68 | | 29.0 | PWR |
| ntergy Nuclear FitzPatrick, LLC | 188 | | 34.4 | | |
| Fitzpatrick | | 188 | | 34.4 | BWR |

TABLE B.7
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2016

| RCHASER / FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| tergy Nuclear Indian Point 2, LLC | 140 | | 63.5 | | |
| Indian Point 2 | | 140 | | 63.5 | PWR |
| tergy Nuclear Indian Point 3, LLC | 72 | | 33.0 | | |
| Indian Point 3 | | 72 | | 33.0 | PWR |
| tergy Nuclear Vermont Yankee, LLC | 226 | | 41.3 | | |
| Vermont Yankee | | 226 | | 41.3 | BWR |
| elon Generation Company, LLC | 1985 | | 419.8 | | |
| Dresden 2 | | 196 | | 35.6 | BWR |
| Dresden 3 | | 176 | | 32.0 | BWR |
| La Salle County 1 | | 232 | | 42.5 | BWR |
| Peach Bottom 2 | | 292 | | 53.3 | BWR |
| Peach Bottom 3 | | 284 | | 51.7 | BWR |
| Quad Cities 1 | | 412 | | 73.6 | BWR |
| Quad Cities 2 | | 176 | | 31.9 | BWR |
| Zion 1 | | 73 | | 33.3 | PWR |
| Zion 2 | | 144 | | 65.9 | PWR |
| orida Power & Light Co. | 337 | | 141.8 | | |
| Saint Lucie 1 | | 85 | | 32.2 | PWR |
| Saint Lucie 2 | | 80 | | 31.0 | PWR |
| Turkey Point 3 | | 57 | | 26.1 | PWR |
| Turkey Point 4 | | 115 | | 52.6 | PWR |
| orida Power Corporation | 65 | | 30.1 | | |
| Crystal River 3 | | 65 | | 30.1 | PWR |
| neral Atomics | 8 | | 0.1 | | |
| General Atomics | | 8 | | 0.1 | RCH |
| orgia Power Company | 559 | | 103.2 | | |
| Hatch 1 | | 378 | | 69.9 | BWR |
| Hatch 2 | | 181 | | 33.2 | BWR |
| diana Michigan Power Co. | 274 | | 119.3 | | |
| Cook 1 | | 94 | | 40.2 | PWR |
| Cook 2 | | 180 | | 79.2 | PWR |
| erstate Power & Light | 120 | | 22.0 | | |
| Duane Arnold | | 120 | | 22.0 | BWR |
| ine Yankee Atomic Power Company | 146 | | 54.8 | | |
| Maine Yankee | | 146 | | 54.8 | PWR |
| braska Public Power District | 116 | | 21.2 | | |
| Cooper | | 116 | | 21.2 | BWR |

TABLE B.7
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2016

| ℞CHASER / FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| ine Mile Point Nuclear Power Station, LLC | 416 | | 74.8 | | |
| Nine Mile Point 1 | | 416 | | 74.8 | BWR |
| orthern States Power Co. | 160 | | 58.9 | | |
| Prairie Island 1 | | 66 | | 24.1 | PWR |
| Prairie Island 2 | | 94 | | 34.8 | PWR |
| ımaha Public Power District | 90 | | 32.3 | | |
| Fort Calhoun | | 90 | | 32.3 | PWR |
| ennsylvania Power & Light Co. | 488 | | 89.6 | | |
| Susquehanna 1 | | 488 | | 89.6 | BWR |
| ennsylvania Power Company | 77 | | 35.2 | | |
| Beaver Valley 1 | | 77 | | 35.2 | PWR |
| ortland General Electric Company | 92 | | 42.2 | | |
| Trojan | | 92 | | 42.2 | PWR |
| 'SEG Nuclear LLC | 141 | | 64.6 | | |
| Salem 1 | | 73 | | 33.4 | PWR |
| Salem 2 | | 68 | | 31.2 | PWR |
| ..chester Gas and Electric Company | 94 | | 35.1 | | |
| Ginna | | 94 | | 35.1 | PWR |
| ;acramento Municipal Utility District | 65 | | 30.1 | | |
| Rancho Seco | | 65 | | 30.1 | PWR |
| ;outh Carolina Electric & Gas Company | 110 | | 50.4 | | |
| Summer | | 110 | | 50.4 | PWR |
| ;outhern California Edison Co. | 180 | | 73.9 | | |
| San Onofre 1 | | 52 | | 19.3 | PWR |
| San Onofre 2 | | 64 | | 27.3 | PWR |
| San Onofre 3 | | 64 | | 27.3 | PWR |
| ennessee Valley Authority | 1219 | | 277.0 | | |
| Browns Ferry 1 | | 420 | | 76.7 | BWR |
| Browns Ferry 2 | | 603 | | 110.3 | BWR |
| Sequoyah 1 | | 128 | | 58.7 | PWR |
| Sequoyah 2 | | 68 | | 31.2 | PWR |
| 'oledo Edison Co. | 65 | | 30.6 | | |
| Davis-Besse | | 65 | | 30.6 | PWR |
| ᴵ.S. DOE | 0 | | 0.1 | | |
| Oconee 1 | | 0 | | 0.1 | PWR |

TABLE B.7
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2016

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| rginia Electric and Power Co. | 330 | | 151.3 | | |
| North Anna 1 | | 107 | | 49.1 | PWR |
| North Anna 2 | | 97 | | 44.6 | PWR |
| Surry 1 | | 72 | | 32.9 | PWR |
| Surry 2 | | 54 | | 24.7 | PWR |
| isconsin Electric Power Company | 75 | | 29.9 | | |
| Point Beach 1 | | 31 | | 12.4 | PWR |
| Point Beach 2 | | 44 | | 17.5 | PWR |
| sconsin Public Service Corporation | 131 | | 49.8 | | |
| Kewaunee | | 131 | | 49.8 | PWR |
| nkee Atomic Electric Company | 76 | | 17.7 | | |
| Yankee Rowe | | 76 | | 17.7 | PWR |
| TAL SNF | 10461 | 10461 | 3000.5 | 3000.6 | |

| | |
|---|---|
| ). OF PURCHASERS | 43 |
| ). OF FUEL ORIGINATORS | 76 |
| OF PWR ASSEMBLIES | 4481 |
| OF BWR ASSEMBLIES | 5972 |
| ). OF RCH ASSEMBLIES | 8 |
| ). OF HTG ASSEMBLIES | 0 |

The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to ependent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.
BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.8
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2017

| RCHASER / FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| labama Power Company | 169 | | 77.8 | | |
| Farley 1 | | 59 | | 27.2 | PWR |
| Farley 2 | | 110 | | 50.6 | PWR |
| meren UE | 96 | | 44.3 | | |
| Callaway | | 96 | | 44.3 | PWR |
| merGen Energy Company, LLC | 259 | | 67.0 | | |
| Oyster Creek | | 184 | | 32.2 | BWR |
| Three Mile Island 1 | | 75 | | 34.7 | PWR |
| rizona Public Service Company | 157 | | 66.5 | | |
| Palo Verde 1 | | 73 | | 31.1 | PWR |
| Palo Verde 2 | | 84 | | 35.4 | PWR |
| 3altimore Gas & Electric Co. | 162 | | 62.0 | | |
| Calvert Cliffs 1 | | 76 | | 29.0 | PWR |
| Calvert Cliffs 2 | | 86 | | 33.0 | PWR |
| Carolina Power & Light Company | 409 | | 87.3 | | |
| Brunswick 1 | | 176 | | 32.3 | BWR |
| Brunswick 2 | | 183 | | 33.5 | BWR |
| Robinson 2 | | 50 | | 21.6 | PWR |
| necticut Yankee Atomic Power Co. | 53 | | 21.8 | | |
| Haddam Neck | | 53 | | 21.8 | PWR |
| Consumers Power Co. | 24 | | 3.1 | | |
| Big Rock Point | | 24 | | 3.1 | BWR |
| Dairyland Power Cooperative | 72 | | 7.8 | | |
| La Crosse | | 72 | | 7.8 | BWR |
| Dominion Nuclear Connecticut, Inc. | 405 | | 123.7 | | |
| Millstone 1 | | 196 | | 34.7 | BWR |
| Millstone 2 | | 134 | | 54.4 | PWR |
| Millstone 3 | | 75 | | 34.6 | PWR |
| Duke Power Company | 711 | | 318.5 | | |
| Catawba 1 | | 129 | | 54.7 | PWR |
| Catawba 2 | | 64 | | 27.2 | PWR |
| McGuire 1 | | 147 | | 65.4 | PWR |
| McGuire 2 | | 143 | | 65.7 | PWR |
| Oconee 1 | | 56 | | 25.8 | PWR |
| Oconee 2 | | 112 | | 51.9 | PWR |
| Oconee 3 | | 60 | | 27.8 | PWR |
| Energy Northwest | 161 | | 29.4 | | |
| Columbia | | 161 | | 29.4 | BWR |

## TABLE B.8
## ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2017

| .RCHASER / FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| tergy Arkansas, Inc. | 175 | | 76.8 | | |
| Arkansas Nuclear One 1 | | 64 | | 29.6 | PWR |
| Arkansas Nuclear One 2 | | 111 | | 47.2 | PWR |
| tergy Gulf States, Inc. | 164 | | 30.5 | | |
| River Bend | | 164 | | 30.5 | BWR |
| tergy Louisiana, Inc. | 92 | | 38.6 | | |
| Waterford 3 | | 92 | | 38.6 | PWR |
| tergy Nuclear FitzPatrick, LLC | 196 | | 35.8 | | |
| Fitzpatrick | | 196 | | 35.8 | BWR |
| tergy Nuclear Generation Company | 192 | | 34.2 | | |
| Pilgrim | | 192 | | 34.2 | BWR |
| tergy Nuclear Indian Point 2, LLC | 68 | | 31.1 | | |
| Indian Point 2 | | 68 | | 31.1 | PWR |
| tergy Nuclear Indian Point 3, LLC | 79 | | 36.1 | | |
| Indian Point 3 | | 79 | | 36.1 | PWR |
| tergy Nuclear Vermont Yankee, LLC | 136 | | 24.9 | | |
| Vermont Yankee | | 136 | | 24.9 | BWR |
| elon Generation Company, LLC | 1620 | | 375.2 | | |
| Byron 1 | | 88 | | 37.3 | PWR |
| Dresden 2 | | 172 | | 30.4 | BWR |
| La Salle County 2 | | 224 | | 41.0 | BWR |
| Limerick 1 | | 100 | | 18.6 | BWR |
| Peach Bottom 2 | | 272 | | 49.7 | BWR |
| Peach Bottom 3 | | 192 | | 35.0 | BWR |
| Quad Cities 1 | | 200 | | 35.4 | BWR |
| Quad Cities 2 | | 152 | | 26.9 | BWR |
| Zion 1 | | 140 | | 64.3 | PWR |
| Zion 2 | | 80 | | 36.6 | PWR |
| )rida Power & Light Co. | 301 | | 117.1 | | |
| Saint Lucie 1 | | 84 | | 31.3 | PWR |
| Saint Lucie 2 | | 156 | | 57.9 | PWR |
| Turkey Point 3 | | 61 | | 27.9 | PWR |
| )rida Power Corporation | 89 | | 41.3 | | |
| Crystal River 3 | | 89 | | 41.3 | PWR |
| neral Atomics | 2 | | 0.1 | | |
| General Atomics | | 2 | | 0.1 | RCH |
| orgia Power Company | 635 | | 116.3 | | |
| Hatch 1 | | 272 | | 49.8 | BWR |
| Hatch 2 | | 363 | | 66.5 | BWR |

114

TABLE B.8
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2017

| | ASSEMBLIES | | MTU | | FUEL |
|---|---|---|---|---|---|
| ᴋCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | TYPE** |
| iana Michigan Power Co. | 80 | | 35.7 | | |
| Cook 1 | | 80 | | 35.7 | PWR |
| ɜrstate Power & Light | 128 | | 23.4 | | |
| Duane Arnold | | 128 | | 23.4 | BWR |
| nsas Gas & Electric Company | 60 | | 27.7 | | |
| Wolf Creek | | 60 | | 27.7 | PWR |
| ine Yankee Atomic Power Company | 67 | | 24.5 | | |
| Maine Yankee | | 67 | | 24.5 | PWR |
| braska Public Power District | 204 | | 37.3 | | |
| Cooper | | 204 | | 37.3 | BWR |
| ıe Mile Point Nuclear Power Station, LLC | 176 | | 31.1 | | |
| Nine Mile Point 1 | | 176 | | 31.1 | BWR |
| rthern States Power Co. | 385 | | 92.6 | | |
| Monticello | | 256 | | 46.0 | BWR |
| Prairie Island 1 | | 41 | | 15.0 | PWR |
| Prairie Island 2 | | 88 | | 31.6 | PWR |
| ha Public Power District | 46 | | 16.4 | | |
| Fort Calhoun | | 46 | | 16.4 | PWR |
| cific Gas & Electric Company | 103 | | 47.5 | | |
| Diablo Canyon 1 | | 66 | | 30.4 | PWR |
| Diablo Canyon 2 | | 37 | | 17.0 | PWR |
| nnsylvania Power & Light Co. | 564 | | 103.5 | | |
| Susquehanna 1 | | 240 | | 44.0 | BWR |
| Susquehanna 2 | | 324 | | 59.5 | BWR |
| nnsylvania Power Company | 138 | | 63.6 | | |
| Beaver Valley 1 | | 138 | | 63.6 | PWR |
| ırtland General Electric Company | 118 | | 54.2 | | |
| Trojan | | 118 | | 54.2 | PWR |
| ,EG Nuclear LLC | 428 | | 133.0 | | |
| Hope Creek | | 232 | | 43.0 | BWR |
| Salem 1 | | 139 | | 63.9 | PWR |
| Salem 2 | | 57 | | 26.2 | PWR |
| ,chester Gas and Electric Company | 65 | | 23.5 | | |
| Ginna | | 65 | | 23.5 | PWR |

TABLE B.8
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2017

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| ¡ARCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| ɔuth Carolina Electric & Gas Company | 60 | | 27.6 | | |
| Summer | | 60 | | 27.6 | PWR |
| ɔuthern California Edison Co. | 291 | | 118.7 | | |
| San Onofre 2 | | 202 | | 83.3 | PWR |
| San Onofre 3 | | 89 | | 35.4 | PWR |
| ·stems Energy Resources, Inc. | 552 | | 101.5 | | |
| Grand Gulf | | 552 | | 101.5 | BWR |
| S. DOE | 0 | | 0.1 | | |
| Arkansas Nuclear One 1 | | 0 | | 0.1 | PWR |
| rginia Electric and Power Co. | 187 | | 86.0 | | |
| North Anna 1 | | 47 | | 21.7 | PWR |
| North Anna 2 | | 57 | | 26.4 | PWR |
| Surry 1 | | 58 | | 26.5 | PWR |
| Surry 2 | | 25 | | 11.5 | PWR |
| sconsin Electric Power Company | 135 | | 53.7 | | |
| Point Beach 1 | | 71 | | 28.5 | PWR |
| Point Beach 2 | | 64 | | 25.2 | PWR |
| sconsin Public Service Corporation | 61 | | 23.1 | | |
| ısKewaunee | | 61 | | 23.1 | PWR |
| ınkee Atomic Electric Company | 36 | | 8.3 | | |
| Yankee Rowe | | 36 | | 8.3 | PWR |
| TAL SNF | 10311 | 10311 | 3000.2 | 3000.3 | |
| ). OF PURCHASERS | 47 | | | | |
| ). OF FUEL ORIGINATORS | 84 | | | | |
| ). OF PWR ASSEMBLIES | 4566 | | | | |
| ). OF BWR ASSEMBLIES | 5743 | | | | |
| ). OF RCH ASSEMBLIES | 2 | | | | |
| ). OF HTG ASSEMBLIES | 0 | | | | |

'he sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to ɘpendent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.
ЗWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.9
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2018

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| abama Power Company | 130 | | 60.2 | | |
| Farley 1 | | 73 | | 33.7 | PWR |
| Farley 2 | | 57 | | 26.6 | PWR |
| neren UE | 88 | | 38.0 | | |
| Callaway | | 88 | | 38.0 | PWR |
| nerGen Energy Company, LLC | 402 | | 88.6 | | |
| Clinton | | 168 | | 30.9 | BWR |
| Oyster Creek | | 176 | | 30.8 | BWR |
| Three Mile Island 1 | | 58 | | 26.9 | PWR |
| izona Public Service Company | 169 | | 69.4 | | |
| Palo Verde 1 | | 100 | | 39.8 | PWR |
| Palo Verde 3 | | 69 | | 29.6 | PWR |
| altimore Gas & Electric Co. | 165 | | 64.2 | | |
| Calvert Cliffs 1 | | 93 | | 36.1 | PWR |
| Calvert Cliffs 2 | | 72 | | 28.0 | PWR |
| WXT | 0 | | 0.1 | | |
| Oconee 1 | | 0 | | 0.1 | PWR |
| rolina Power & Light Company | 405 | | 87.4 | | |
| Brunswick 1 | | 184 | | 33.7 | BWR |
| Brunswick 2 | | 168 | | 30.9 | BWR |
| Harris | | 4 | | 1.9 | PWR |
| Robinson 2 | | 49 | | 21.0 | PWR |
| leveland Electric Illuminating Co. | 123 | | 22.6 | | |
| Perry | | 123 | | 22.6 | BWR |
| onnecticut Yankee Atomic Power Co. | 54 | | 21.0 | | |
| Haddam Neck | | 54 | | 21.0 | PWR |
| onsumers Power Co. | 94 | | 25.9 | | |
| Big Rock Point (Shut Down) | | 42 | | 5.5 | BWR |
| Palisades | | 52 | | 20.4 | PWR |
| etroit Edison Company | 104 | | 19.1 | | |
| Enrico Fermi 2 | | 104 | | 19.1 | BWR |
| ominion Nuclear Connecticut, Inc. | 354 | | 103.9 | | |
| Millstone 1 (Shut Down) | | 196 | | 34.9 | BWR |
| Millstone 2 | | 73 | | 29.8 | PWR |
| Millstone 3 | | 85 | | 39.2 | PWR |

TABLE B.9
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2018

| :HASER / FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| Power Company | 535 | | 234.6 | | |
| :atawba 1 | | 61 | | 25.8 | PWR |
| :atawba 2 | | 71 | | 30.2 | PWR |
| AcGuire 1 | | 77 | | 32.7 | PWR |
| AcGuire 2 | | 142 | | 60.7 | PWR |
| Oconee 1 | | 53 | | 24.5 | PWR |
| Oconee 2 | | 43 | | 19.9 | PWR |
| Oconee 3 | | 88 | | 40.8 | PWR |
| rgy Northwest | 288 | | 52.5 | | |
| Columbia | | 288 | | 52.5 | BWR |
| ergy Arkansas, Inc. | 61 | | 28.2 | | |
| Arkansas Nuclear One 1 | | 61 | | 28.2 | PWR |
| ergy Gulf States, Inc. | 222 | | 41.1 | | |
| River Bend | | 222 | | 41.1 | BWR |
| ergy Louisiana, Inc. | 80 | | 31.8 | | |
| Waterford 3 | | 80 | | 31.8 | PWR |
| ergy Nuclear FitzPatrick, LLC | 184 | | 33.6 | | |
| Fitzpatrick | | 184 | | 33.6 | BWR |
| rgy Nuclear Indian Point 2, LLC | 72 | | 33.0 | | |
| Indian Point 2 | | 72 | | 33.0 | PWR |
| tergy Nuclear Indian Point 3, LLC | 62 | | 28.4 | | |
| Indian Point 3 | | 62 | | 28.4 | PWR |
| tergy Nuclear Vermont Yankee, LLC | 136 | | 25.0 | | |
| Vermont Yankee | | 136 | | 25.0 | BWR |
| elon Generation Company, LLC | 2328 | | 523.9 | | |
| Braidwood 1 | | 88 | | 37.5 | PWR |
| Byron 1 | | 76 | | 32.2 | PWR |
| Byron 2 | | 88 | | 37.6 | PWR |
| Dresden 2 | | 200 | | 35.2 | BWR |
| Dresden 3 | | 168 | | 29.6 | BWR |
| La Salle County 1 | | 396 | | 72.5 | BWR |
| La Salle County 2 | | 236 | | 43.1 | BWR |
| Limerick 1 | | 636 | | 117.4 | BWR |
| Quad Cities 1 | | 132 | | 23.5 | BWR |
| Quad Cities 2 | | 164 | | 29.1 | BWR |
| Zion 1 (Shut Down) | | 76 | | 35.0 | PWR |
| Zion 2 (Shut Down) | | 68 | | 31.2 | PWR |
| rida Power & Light Co. | 220 | | 86.9 | | |
| Saint Lucie 1 | | 83 | | 30.8 | PWR |
| Saint Lucie 2 | | 84 | | 31.8 | PWR |
| Turkey Point 4 | | 53 | | 24.3 | PWR |

TABLE B.9
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2018

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| CHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| eral Atomics | 13 | | 0.1 | | |
| General Atomics | | 13 | | 0.1 | RCH |
| rgia Power Company | 459 | | 103.3 | | |
| Hatch 1 | | 150 | | 27.5 | BWR |
| Hatch 2 | | 242 | | 44.6 | BWR |
| Vogtle 1 | | 67 | | 31.2 | PWR |
| ana Michigan Power Co. | 152 | | 65.7 | | |
| Cook 1 | | 80 | | 36.8 | PWR |
| Cook 2 | | 72 | | 29.0 | PWR |
| rstate Power & Light | 120 | | 21.9 | | |
| Duane Arnold | | 120 | | 21.9 | BWR |
| isas Gas & Electric Company | 73 | | 33.7 | | |
| Wolf Creek | | 73 | | 33.7 | PWR |
| ine Yankee Atomic Power Company | 57 | | 20.8 | | |
| Maine Yankee (Shut Down) | | 57 | | 20.8 | PWR |
| braska Public Power District | 176 | | 32.2 | | |
| Cooper | | 176 | | 32.2 | BWR |
| rthern States Power Co. | 209 | | 52.3 | | |
| Monticello | | 128 | | 22.7 | BWR |
| Prairie Island 1 | | 37 | | 13.5 | PWR |
| Prairie Island 2 | | 44 | | 16.0 | PWR |
| naha Public Power District | 44 | | 15.2 | | |
| Fort Calhoun | | 44 | | 15.2 | PWR |
| cific Gas & Electric Company | 142 | | 65.3 | | |
| Diablo Canyon 1 | | 68 | | 31.3 | PWR |
| Diablo Canyon 2 | | 74 | | 34.0 | PWR |
| nnsylvania Power & Light Co. | 669 | | 121.2 | | |
| Susquehanna 1 | | 228 | | 40.5 | BWR |
| Susquehanna 2 | | 441 | | 80.8 | BWR |
| nnsylvania Power Company | 122 | | 56.3 | | |
| Beaver Valley 1 | | 69 | | 31.9 | PWR |
| Beaver Valley 2 | | 53 | | 24.4 | PWR |
| ortland General Electric Company | 106 | | 48.8 | | |
| Trojan (Shut Down) | | 106 | | 48.8 | PWR |

TABLE B.9
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2018

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| EG Nuclear LLC | 301 | | 96.0 | | |
| Hope Creek | | 155 | | 28.6 | BWR |
| Salem 1 | | 65 | | 30.2 | PWR |
| Salem 2 | | 81 | | 37.3 | PWR |
| chester Gas and Electric Company | 36 | | 12.8 | | |
| Ginna | | 36 | | 12.8 | PWR |
| cramento Municipal Utility District | 177 | | 82.0 | | |
| Rancho Seco (Shut Down) | | 177 | | 82.0 | PWR |
| uth Carolina Electric & Gas Company | 61 | | 28.0 | | |
| Summer | | 61 | | 28.0 | PWR |
| uth Texas Project NOC | 18 | | 9.8 | | |
| South Texas 1 | | 18 | | 9.8 | PWR |
| uthern California Edison Co. | 274 | | 112.7 | | |
| San Onofre 1 (Shut Down) | | 52 | | 19.2 | PWR |
| San Onofre 2 | | 109 | | 45.7 | PWR |
| San Onofre 3 | | 113 | | 47.8 | PWR |
| stems Energy Resources, Inc. | 276 | | 50.4 | | |
| Grand Gulf | | 276 | | 50.4 | BWR |
| nnessee Valley Authority | 72 | | 33.1 | | |
| Sequoyah 2 | | 72 | | 33.1 | PWR |
| ledo Edison Co. | 65 | | 30.5 | | |
| Davis-Besse | | 65 | | 30.5 | PWR |
| S. DOE | 1482 | | 15.7 | | |
| Fort St. Vrain | | 1482 | | 15.7 | HTG |
| ginia Electric and Power Co. | 236 | | 108.6 | | |
| North Anna 1 | | 54 | | 24.9 | PWR |
| North Anna 2 | | 61 | | 28.2 | PWR |
| Surry 1 | | 52 | | 23.8 | PWR |
| Surry 2 | | 69 | | 31.6 | PWR |
| sconsin Electric Power Company | 100 | | 37.8 | | |
| Point Beach 1 | | 66 | | 25.3 | PWR |
| Point Beach 2 | | 34 | | 12.5 | PWR |
| sconsin Public Service Corporation | 45 | | 17.1 | | |
| Kewaunee | | 45 | | 17.1 | PWR |
| nkee Atomic Electric Company | 40 | | 9.2 | | |
| Yankee Rowe (Shut Down) | | 40 | | 9.2 | PWR |

TABLE B.9
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2018

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| :HASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| AL SNF | 11801 | 11801 | 2999.9 | 3000.1 | |
| OF PURCHASERS | 50 | | | | |
| OF FUEL ORIGINATORS | 95 | | | | |
| OF PWR ASSEMBLIES | 4467 | | | | |
| OF BWR ASSEMBLIES | 5839 | | | | |
| OF RCH ASSEMBLIES | 13 | | | | |
| OF HTG ASSEMBLIES | 1482 | | | | |

ıe sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to pendent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.
:WR=Boiling Water Reactor; PWR=Pressurized Water Reactor;. HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.10
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2019

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| abama Power Company | 194 | | 89.9 | | |
| Farley 1 | | 137 | | 63.5 | PWR |
| Farley 2 | | 57 | | 26.4 | PWR |
| neren UE | 71 | | 30.3 | | |
| Callaway | | 71 | | 30.3 | PWR |
| nerGen Energy Company, LLC | 451 | | 107.4 | | |
| Clinton | | 216 | | 39.7 | BWR |
| Oyster Creek | | 144 | | 25.5 | BWR |
| Three Mile Island 1 | | 91 | | 42.3 | PWR |
| izona Public Service Company | 166 | | 66.2 | | |
| Palo Verde 2 | | 97 | | 38.7 | PWR |
| Palo Verde 3 | | 69 | | 27.5 | PWR |
| rolina Power & Light Company | 303 | | 94.8 | | |
| Brunswick 1 | | 159 | | 29.3 | BWR |
| Harris | | 107 | | 49.4 | PWR |
| Robinson 2 | | 37 | | 16.0 | PWR |
| eveland Electric Illuminating Co. | 416 | | 76.7 | | |
| Perry | | 416 | | 76.7 | BWR |
| sumers Power Co. | 95 | | 32.0 | | |
| Big Rock Point | | 20 | | 2.6 | BWR |
| Palisades | | 75 | | 29.3 | PWR |
| minion Nuclear Connecticut, Inc. | 164 | | 71.2 | | |
| Millstone 2 | | 85 | | 34.7 | PWR |
| Millstone 3 | | 79 | | 36.5 | PWR |
| ıke Power Company | 561 | | 246.3 | | |
| Catawba 1 | | 138 | | 58.6 | PWR |
| Catawba 2 | | 69 | | 29.3 | PWR |
| McGuire 1 | | 70 | | 29.7 | PWR |
| McGuire 2 | | 76 | | 32.3 | PWR |
| Oconee 1 | | 52 | | 24.1 | PWR |
| Oconee 2 | | 48 | | 22.3 | PWR |
| Oconee 3 | | 108 | | 50.0 | PWR |
| ergy Northwest | 208 | | 37.9 | | |
| Columbia | | 208 | | 37.9 | BWR |
| tergy Arkansas, Inc. | 206 | | 87.6 | | |
| Arkansas Nuclear One 1 | | 57 | | 26.4 | PWR |
| Arkansas Nuclear One 2 | | 149 | | 61.1 | PWR |
| tergy Gulf States, Inc. | 178 | | 32.9 | | |
| River Bend | | 178 | | 32.9 | BWR |

TABLE B.10
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2019

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| CHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| rgy Louisiana, Inc. | 170 | | 70.8 | | |
| Naterford 3 | | 170 | | 70.8 | PWR |
| rgy Nuclear FitzPatrick, LLC | 148 | | 27.3 | | |
| Fitzpatrick | | 148 | | 27.3 | BWR |
| ergy Nuclear Indian Point 2, LLC | 56 | | 25.8 | | |
| Indian Point 2 | | 56 | | 25.8 | PWR |
| ergy Nuclear Indian Point 3, LLC | 73 | | 33.8 | | |
| Indian Point 3 | | 73 | | 33.8 | PWR |
| ergy Nuclear Vermont Yankee, LLC | 129 | | 23.6 | | |
| Vermont Yankee | | 129 | | 23.6 | BWR |
| elon Generation Company, LLC | 1870 | | 433.6 | | |
| Braidwood 1 | | 60 | | 25.5 | PWR |
| Braidwood 2 | | 84 | | 35.6 | PWR |
| Byron 1 | | 88 | | 37.4 | PWR |
| Byron 2 | | 79 | | 33.7 | PWR |
| Dresden 2 | | 168 | | 29.1 | BWR |
| Dresden 3 | | 136 | | 23.6 | BWR |
| La Salle County 1 | | 192 | | 35.2 | BWR |
| La Salle County 2 | | 216 | | 39.5 | BWR |
| Limerick 1 | | 164 | | 30.4 | BWR |
| Limerick 2 | | 139 | | 25.9 | BWR |
| Peach Bottom 2 | | 160 | | 29.2 | BWR |
| Quad Cities 1 | | 144 | | 25.6 | BWR |
| Quad Cities 2 | | 168 | | 29.8 | BWR |
| Zion 2 | | 72 | | 33.1 | PWR |
| orida Power & Light Co. | 297 | | 122.2 | | |
| Saint Lucie 1 | | 101 | | 37.7 | PWR |
| Saint Lucie 2 | | 76 | | 29.3 | PWR |
| Turkey Point 3 | | 56 | | 25.7 | PWR |
| Turkey Point 4 | | 64 | | 29.4 | PWR |
| orida Power Corporation | 73 | | 33.8 | | |
| Crystal River 3 | | 73 | | 33.8 | PWR |
| eneral Atomics | 6 | | 0.1 | | |
| General Atomics | | 6 | | 0.1 | RCH |
| eorgia Power Company | 467 | | 117.3 | | |
| Hatch 1 | | 180 | | 33.2 | BWR |
| Hatch 2 | | 176 | | 32.6 | BWR |
| Vogtle 1 | | 75 | | 34.9 | PWR |
| Vogtle 2 | | 36 | | 16.7 | PWR |

TABLE B.10
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2019

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| diana Michigan Power Co. | 166 | | 71.5 | | |
| Cook 1 | | 81 | | 37.3 | PWR |
| Cook 2 | | 85 | | 34.2 | PWR |
| terstate Power & Light | 104 | | 19.1 | | |
| Duane Arnold | | 104 | | 19.1 | BWR |
| ansas Gas & Electric Company | 76 | | 35.3 | | |
| Wolf Creek | | 76 | | 35.3 | PWR |
| aine Yankee Atomic Power Company | 73 | | 27.4 | | |
| Maine Yankee | | 73 | | 27.4 | PWR |
| ebraska Public Power District | 168 | | 30.9 | | |
| Cooper | | 168 | | 30.9 | BWR |
| ne Mile Point Nuclear Power Station, LLC | 196 | | 36.3 | | |
| Nine Mile Point 2 | | 196 | | 36.3 | BWR |
| orthern States Power Co. | 107 | | 38.4 | | |
| Prairie Island 1 | | 54 | | 19.4 | PWR |
| Prairie Island 2 | | 53 | | 18.9 | PWR |
| aha Public Power District | 37 | | 13.1 | | |
| Fort Calhoun | | 37 | | 13.1 | PWR |
| acific Gas & Electric Company | 238 | | 110.2 | | |
| Diablo Canyon 1 | | 154 | | 71.3 | PWR |
| Diablo Canyon 2 | | 84 | | 38.8 | PWR |
| nnsylvania Power & Light Co. | 451 | | 78.9 | | |
| Susquehanna 1 | | 220 | | 38.8 | BWR |
| Susquehanna 2 | | 231 | | 40.1 | BWR |
| nnsylvania Power Company | 69 | | 31.8 | | |
| Beaver Valley 2 | | 69 | | 31.8 | PWR |
| rtland General Electric Company | 106 | | 49.0 | | |
| Trojan | | 106 | | 49.0 | PWR |
| EG Nuclear LLC | 513 | | 133.8 | | |
| Hope Creek | | 373 | | 68.9 | BWR |
| Salem 1 | | 65 | | 30.2 | PWR |
| Salem 2 | | 75 | | 34.7 | PWR |
| chester Gas and Electric Company | 66 | | 23.6 | | |
| Ginna | | 66 | | 23.6 | PWR |
| uth Carolina Electric & Gas Company | 69 | | 31.9 | | |
| Summer | | 69 | | 31.9 | PWR |

TABLE B.10
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2019

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| ꓤCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| ıth Texas Project NOC | 93 | | 50.4 | | |
| South Texas 1 | | 92 | | 49.9 | PWR |
| South Texas 2 | | 1 | | 0.5 | PWR |
| ıthern California Edison Co. | 149 | | 60.5 | | |
| San Onofre 1 | | 40 | | 14.8 | PWR |
| San Onofre 3 | | 109 | | 45.7 | PWR |
| ;tems Energy Resources, Inc. | 284 | | 50.2 | | |
| Grand Gulf | | 284 | | 50.2 | BWR |
| ınessee Valley Authority | 131 | | 60.3 | | |
| Sequoyah 1 | | 54 | | 24.8 | PWR |
| Sequoyah 2 | | 77 | | 35.5 | PWR |
| ledo Edison Co. | 60 | | 28.1 | | |
| Davis-Besse | | 60 | | 28.1 | PWR |
| 'ginia Electric and Power Co. | 186 | | 85.9 | | |
| North Anna 1 | | 68 | | 31.4 | PWR |
| North Anna 2 | | 63 | | 29.2 | PWR |
| Surry 1 | | 55 | | 25.3 | PWR |
| sconsin Electric Power Company | 103 | | 37.7 | | |
| Point Beach 1 | | 38 | | 13.9 | PWR |
| Point Beach 2 | | 65 | | 23.8 | PWR |
| isconsin Public Service Corporation | 70 | | 26.5 | | |
| Kewaunee | | 70 | | 26.5 | PWR |
| ınkee Atomic Electric Company | 37 | | 8.4 | | |
| Yankee Rowe | | 37 | | 8.4 | PWR |
| ƆTAL SNF | 9854 | 9854 | 3000.7 | 3000.3 | |
| Ɔ. OF PURCHASERS | 46 | | | | |
| Ɔ. OF FUEL ORIGINATORS | 92 | | | | |
| Ɔ. OF PWR ASSEMBLIES | 4811 | | | | |
| Ɔ. OF BWR ASSEMBLIES | 5037 | | | | |
| Ɔ. OF RCH ASSEMBLIES | 6 | | | | |
| Ɔ. OF HTG ASSEMBLIES | 0 | | | | |

The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to ɹependent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.
BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor