APPENDIX A
2004 ACCEPTANCE PRIORITY RANKING

LISTING OF SPENT FUEL BY DATE OF PERMANENT DISCHARGE[1]

| Purchaser | Fuel Originator | Type | Ranking Date[3] | # of ASMB | MTU | Total MTU |
|---|---|---|---|---|---|---|
| Entergy Nuclear Generation Company | Pilgrim 1 | BWR | 99 05 08 | 160 | 27.6 | 39,609.4 |
| Duke Power Company | Oconee 1 | PWR | 99 05 20 | 68 | 32.0 | 39,641.3 |
| *Entergy Nuclear Indian Point 3, LLC | Indian Point 3 | PWR | 99 09 10 | 72 | 33.2 | 39,674.5 |
| AmerGen Energy Company, LLC | Three Mile Island 1 | PWR | 99 09 10 | 68 | 31.6 | 39,706.0 |
| *Entergy Arkansas, Inc. | Arkansas Nuclear One 1 | PWR | 99 09 11 | 62 | 28.8 | 39,734.8 |
| Virginia Electric and Power Co. | North Anna 2 | PWR | 99 09 12 | 73 | 33.9 | 39,768.6 |
| Florida Power & Light Co. | Saint Lucie 1 | PWR | 99 09 13 | 73 | 29.0 | 39,797.5 |
| Duke Power Company | McGuire 1 | PWR | 99 09 17 | 73 | 33.3 | 39,830.8 |
| PSEG Nuclear LLC | Salem 1 | PWR | 99 09 17 | 85 | 39.4 | 39,870.2 |
| Energy Northwest | Columbia | BWR | 99 09 18 | 248 | 41.6 | 39,911.8 |
| Texas Utilities Generating Company | Comanche Peak 1 | PWR | 99 09 25 | 89 | 36.3 | 39,948.1 |
| Carolina Power & Light Company | Robinson 2 | PWR | 99 09 25 | 60 | 26.1 | 39,974.1 |
| Pacific Gas & Electric Company | Diablo Canyon 2 | PWR | 99 09 26 | 101 | 43.0 | 40,017.0 |
| *Exelon Generation Company, LLC | Peach Bottom 3 | BWR | 99 09 29 | 273 | 46.3 | 40,063.3 |
| Florida Power Corporation | Crystal River 3 | PWR | 99 10 01 | 79 | 36.7 | 40,099.9 |
| *Exelon Generation Company, LLC | Dresden 2 | BWR | 99 10 01 | 248 | 41.8 | 40,141.7 |
| Omaha Public Power District | Fort Calhoun | PWR | 99 10 01 | 45 | 15.9 | 40,157.5 |
| Ameren UE | Callaway | PWR | 99 10 02 | 96 | 40.0 | 40,197.4 |
| Arizona Public Service Company | Palo Verde 1 | PWR | 99 10 02 | 101 | 44.3 | 40,241.7 |
| Georgia Power Company | Vogtle 2 | PWR | 99 10 03 | 81 | 34.5 | 40,276.1 |
| South Texas Project NOC | South Texas 2 | PWR | 99 10 13 | 93 | 50.3 | 40,326.3 |
| *Consumers Power Co. | Palisades | PWR | 99 10 15 | 64 | 25.9 | 40,352.2 |
| Alabama Power Company | Farley 2 | PWR | 99 10 16 | 61 | 26.0 | 40,378.2 |
| Wisconsin Electric Power Company | Point Beach 1 | PWR | 99 10 16 | 40 | 14.4 | 40,392.5 |
| Interstate Power & Light | Duane Arnold | BWR | 99 10 22 | 128 | 22.9 | 40,415.3 |
| Exelon Generation Company, LLC | Byron 2 | PWR | 99 10 23 | 76 | 32.4 | 40,447.6 |
| Systems Energy Resources, Inc. | Grand Gulf 1 | BWR | 99 10 23 | 228 | 40.1 | 40,487.7 |
| *Exelon Generation Company, LLC | La Salle County 1 | BWR | 99 10 23 | 372 | 66.1 | 40,553.8 |
| *Entergy Nuclear Vermont Yankee, LLC | Vermont Yankee | BWR | 99 10 29 | 85 | 15.2 | 40,568.9 |
| Duke Power Company | Oconee 2 | PWR | 99 11 04 | 62 | 29.0 | 40,597.9 |
| Northern States Power Co. | Monticello | BWR | 00 01 06 | 145 | 25.0 | 40,622.8 |
| *Exelon Generation Company, LLC | Quad Cities 2 | BWR | 00 01 21 | 240 | 41.5 | 40,664.2 |
| Pennsylvania Power Company | Beaver Valley 1 | PWR | 00 02 15 | 70 | 32.5 | 40,696.7 |
| Entergy Nuclear Indian Point 2, LLC | Indian Point 2 | PWR | 00 02 15 | 69 | 31.5 | 40,728.2 |
| Tennessee Valley Authority | Sequoyah 1 | PWR | 00 02 22 | 84 | 38.6 | 40,766.7 |
| Carolina Power & Light Company | Brunswick 1 | BWR | 00 02 26 | 220 | 38.8 | 40,805.4 |
| Florida Power & Light Co. | Turkey Point 3 | PWR | 00 02 28 | 69 | 31.9 | 40,837.2 |
| South Texas Project NOC | South Texas 1 | PWR | 00 03 01 | 86 | 46.6 | 40,883.7 |
| Alabama Power Company | Farley 1 | PWR | 00 03 03 | 53 | 22.6 | 40,906.3 |
| *Nine Mile Point Nuclear Power Station, LLC | Nine Mile Point 2 | BWR | 00 03 03 | 248 | 42.3 | 40,948.6 |
| Nebraska Public Power District | Cooper | BWR | 00 03 04 | 136 | 24.2 | 40,972.7 |
| Georgia Power Company | Hatch 2 | BWR | 00 03 04 | 192 | 34.2 | 41,006.9 |
| Entergy Gulf States, Inc. | River Bend | BWR | 00 03 04 | 253 | 43.4 | 41,050.2 |
| Baltimore Gas & Electric Co. | Calvert Cliffs 1 | PWR | 00 03 10 | 100 | 39.1 | 41,089.2 |
| Duke Power Company | Catawba 2 | PWR | 00 03 11 | 73 | 33.3 | 41,122.5 |
| Virginia Electric and Power Co. | North Anna 1 | PWR | 00 03 12 | 85 | 39.5 | 41,161.9 |
| Exelon Generation Company, LLC | Braidwood 1 | PWR | 00 03 18 | 108 | 45.5 | 41,207.4 |
| Pennsylvania Power & Light Co. | Susquehanna 1 | BWR | 00 03 18 | 256 | 44.2 | 41,251.5 |
| Arizona Public Service Company | Palo Verde 3 | PWR | 00 03 30 | 84 | 36.9 | 41,288.3 |
| Exelon Generation Company, LLC | Limerick 1 | BWR | 00 03 31 | 72 | 12.4 | 41,300.7 |
| Toledo Edison Co. | Davis-Besse | PWR | 00 04 01 | 78 | 36.5 | 41,337.2 |

APPENDIX A
2004 ACCEPTANCE PRIORITY RANKING

LISTING OF SPENT FUEL BY DATE OF PERMANENT DISCHARGE[1]

| urchaser | Fuel Originator | Type | Ranking Date | # of ASMB | MTU | Total MTU |
|---|---|---|---|---|---|---|
| etroit Edison Company | Enrico Fermi 2 | BWR | 00 04 01 | 208 | 35.5 | 41,372.6 |
| uke Power Company | Oconee 3 | PWR | 00 04 13 | 60 | 29.2 | 41,401.8 |
| arolina Power & Light Company | Harris | PWR | 00 04 14 | 65 | 29.7 | 41,431.4 |
| ennessee Valley Authority | Browns Ferry 3 | BWR | 00 04 15 | 288 | 51.6 | 41,482.9 |
| rginia Electric and Power Co. | Surry 1 | PWR | 00 04 16 | 53 | 24.5 | 41,507.4 |
| orida Power & Light Co. | Saint Lucie 2 | PWR | 00 04 17 | 77 | 30.2 | 41,537.5 |
| SEG Nuclear LLC | Hope Creek | BWR | 00 04 21 | 232 | 41.3 | 41,578.8 |
| isconsin Public Service Corporation | Kewaunee | PWR | 00 04 21 | 41 | 15.9 | 41,594.6 |
| ominion Nuclear Connecticut, Inc. | Millstone 2 | PWR | 00 04 21 | 77 | 29.3 | 41,623.9 |
| orthern States Power Co. | Prairie Island 2 | PWR | 00 04 28 | 48 | 16.8 | 41,640.7 |
| uke Power Company | McGuire 2 | PWR | 00 09 01 | 85 | 38.8 | 41,679.5 |
| ennessee Valley Authority | Watts Bar | PWR | 00 09 10 | 69 | 31.9 | 41,711.3 |
| ntergy Arkansas, Inc. | Arkansas Nuclear One 2 | PWR | 00 09 15 | 69 | 29.2 | 41,740.5 |
| xelon Generation Company, LLC | Dresden 3 | BWR | 00 09 15 | 240 | 40.5 | 41,780.9 |
| xelon Generation Company, LLC | Peach Bottom 2 | BWR | 00 09 15 | 299 | 50.8 | 41,831.7 |
| eorgia Power Company | Vogtle 1 | PWR | 00 09 16 | 97 | 41.5 | 41,873.1 |
| ochester Gas and Electric Company | Ginna | PWR | 00 09 18 | 57 | 20.0 | 41,893.0 |
| ennsylvania Power Company | Beaver Valley 2 | PWR | 00 09 23 | 61 | 28.3 | 41,921.3 |
| xelon Generation Company, LLC | Byron 1 | PWR | 00 09 23 | 101 | 42.4 | 41,963.6 |
| orida Power & Light Co. | Turkey Point 4 | PWR | 00 09 25 | 56 | 25.9 | 41,989.5 |
| eorgia Power Company | Hatch 1 | BWR | 00 09 29 | 184 | 32.9 | 42,022.3 |
| ansas Gas & Electric Company | Wolf Creek | PWR | 00 09 29 | 89 | 40.7 | 42,062.9 |
| exas Utilities Generating Company | Comanche Peak 2 | PWR | 00 09 30 | 93 | 38.0 | 42,100.9 |
| rginia Electric and Power Co. | Surry 2 | PWR | 00 10 01 | 64 | 29.6 | 42,130.4 |
| ona Public Service Company | Palo Verde 2 | PWR | 00 10 04 | 113 | 49.5 | 42,179.9 |
| SEG Nuclear LLC | Salem 2 | PWR | 00 10 05 | 85 | 39.4 | 42,219.2 |
| outh Carolina Electric & Gas Company | Summer | PWR | 00 10 06 | 66 | 27.6 | 42,246.8 |
| ntergy Nuclear FitzPatrick, LLC | Fitzpatrick | BWR | 00 10 07 | 198 | 34.0 | 42,280.7 |
| outhern California Edison Co. | San Onofre 2 | PWR | 00 10 07 | 92 | 39.9 | 42,320.6 |
| acific Gas & Electric Company | Diablo Canyon 1 | PWR | 00 10 08 | 89 | 37.2 | 42,357.7 |
| merGen Energy Company, LLC | Oyster Creek | BWR | 00 10 13 | 184 | 31.5 | 42,389.2 |
| ntergy Louisiana, Inc. | Waterford 3 | PWR | 00 10 13 | 77 | 32.3 | 42,421.5 |
| uke Power Company | Catawba 1 | PWR | 00 10 14 | 80 | 36.6 | 42,458.0 |
| merGen Energy Company, LLC | Clinton | BWR | 00 10 14 | 188 | 33.9 | 42,491.9 |
| isconsin Electric Power Company | Point Beach 2 | PWR | 00 10 14 | 40 | 14.4 | 42,506.2 |
| xelon Generation Company, LLC | Quad Cities 1 | BWR | 00 10 14 | 235 | 40.6 | 42,546.8 |
| PL Energy Seabrook, LLC | Seabrook | PWR | 00 10 20 | 104 | 47.6 | 42,594.4 |
| xelon Generation Company, LLC | Braidwood 2 | PWR | 00 10 21 | 73 | 30.6 | 42,624.9 |
| ennessee Valley Authority | Sequoyah 2 | PWR | 00 10 22 | 77 | 35.3 | 42,660.1 |
| xelon Generation Company, LLC | La Salle County 2 | BWR | 00 11 10 | 343 | 61.1 | 42,721.2 |
| uke Power Company | Oconee 1 | PWR | 00 11 23 | 60 | 28.8 | 42,750.0 |
| outhern California Edison Co. | San Onofre 3 | PWR | 01 01 02 | 101 | 43.7 | 42,793.6 |
| orthern States Power Co. | Prairie Island 1 | PWR | 01 01 19 | 49 | 17.3 | 42,810.9 |
| ominion Nuclear Connecticut, Inc. | Millstone 3 | PWR | 01 02 03 | 58 | 26.4 | 42,837.2 |
| leveland Electric Illuminating Co. | Perry 1 | BWR | 01 02 16 | 304 | 53.1 | 42,890.3 |
| arolina Power & Light Company | Brunswick 2 | BWR | 01 02 23 | 218 | 37.5 | 42,927.8 |
| labama Power Company | Farley 2 | PWR | 01 02 24 | 56 | 23.8 | 42,951.5 |
| ebraska Public Power District | Cooper | BWR | 01 03 03 | 1 | 0.2 | 42,951.7 |
| outh Texas Project NOC | South Texas 2 | PWR | 01 03 07 | 86 | 46.5 | 42,998.2 |
| uke Power Company | McGuire 1 | PWR | 01 03 09 | 85 | 38.8 | 43,037.0 |
| nsylvania Power & Light Co. | Susquehanna 2 | BWR | 01 03 10 | 299 | 52.2 | 43,089.1 |

APPENDIX A

2004 ACCEPTANCE PRIORITY RANKING

LISTING OF SPENT FUEL BY DATE OF PERMANENT DISCHARGE[1]

| urchaser | Fuel Originator | Type | Ranking Date | # of ASMB | MTU | Total MTU |
|---|---|---|---|---|---|---|
| irginia Electric and Power Co. | North Anna 2 | PWR | 01 03 11 | 133 | 61.7 | 43,150.8 |
| maha Public Power District | Fort Calhoun | PWR | 01 03 15 | 93 | 34.7 | 43,185.5 |
| altimore Gas & Electric Co. | Calvert Cliffs 2 | PWR | 01 03 16 | 94 | 36.7 | 43,222.1 |
| Entergy Arkansas, Inc. | Arkansas Nuclear One 1 | PWR | 01 03 17 | 57 | 26.4 | 43,248.5 |
| ennessee Valley Authority | Browns Ferry 2 | BWR | 01 03 18 | 199 | 34.3 | 43,282.7 |
| line Mile Point Nuclear Power Station, LLC | Nine Mile Point 1 | BWR | 01 03 18 | 148 | 25.1 | 43,307.8 |
| Consumers Power Co. | Palisades | PWR | 01 03 30 | 56 | 22.8 | 43,330.5 |
| rizona Public Service Company | Palo Verde 1 | PWR | 01 03 31 | 97 | 42.4 | 43,372.9 |
| orida Power & Light Co. | Saint Lucie 1 | PWR | 01 04 02 | 97 | 38.5 | 43,411.4 |
| Exelon Generation Company, LLC | Limerick 2 | BWR | 01 04 04 | 269 | 46.1 | 43,457.4 |
| SEG Nuclear LLC | Salem 1 | PWR | 01 04 05 | 85 | 39.4 | 43,496.8 |
| Visconsin Electric Power Company | Point Beach 1 | PWR | 01 04 06 | 37 | 13.2 | 43,510.0 |
| Exelon Generation Company, LLC | Byron 2 | PWR | 01 04 07 | 85 | 35.6 | 43,545.6 |
| meren UE | Callaway | PWR | 01 04 07 | 97 | 40.4 | 43,585.9 |
| arolina Power & Light Company | Robinson 2 | PWR | 01 04 07 | 56 | 24.4 | 43,610.2 |
| eorgia Power Company | Vogtle 2 | PWR | 01 04 07 | 81 | 34.4 | 43,644.6 |
| terstate Power & Light | Duane Arnold | BWR | 01 04 12 | 136 | 24.3 | 43,668.9 |
| ystems Energy Resources, Inc. | Grand Gulf 1 | BWR | 01 04 14 | 204 | 35.0 | 43,703.8 |
| ntergy Nuclear Generation Company | Pilgrim 1 | BWR | 01 04 21 | 144 | 24.3 | 43,728.0 |
| exas Utilities Generating Company | Comanche Peak 1 | PWR | 01 04 24 | 93 | 38.1 | 43,766.0 |
| uke Power Company | Oconee 2 | PWR | 01 04 26 | 61 | 29.5 | 43,795.5 |
| Entergy Nuclear Indian Point 3, LLC. | Indian Point 3 | PWR | 01 04 27 | 89 | 40.6 | 43,836.0 |
| Entergy Nuclear Vermont Yankee, LLC | Vermont Yankee | BWR | 01 04 27 | 59 | 10.6 | 43,846.5 |
| acific Gas & Electric Company | Diablo Canyon 2 | PWR | 01 04 28 | 93 | 39.0 | 43,885.5 |
| rgy Northwest | Columbia | BWR | 01 05 19 | 300 | 51.4 | 43,936.8 |
| ennsylvania Power Company | Beaver Valley 1 | PWR | 01 09 01 | 61 | 28.3 | 43,965.1 |
| irginia Electric and Power Co. | North Anna 1 | PWR | 01 09 09 | 67 | 31.2 | 43,996.2 |
| Exelon Generation Company, LLC | Peach Bottom 3 | BWR | 01 09 14 | 284 | 48.4 | 44,044.6 |
| uke Power Company | Catawba 2 | PWR | 01 09 15 | 93 | 42.6 | 44,087.1 |
| eorgia Power Company | Hatch 2 | BWR | 01 09 15 | 184 | 31.7 | 44,118.7 |
| Exelon Generation Company, LLC | Braidwood 1 | PWR | 01 09 22 | 89 | 37.3 | 44,156.0 |
| arolina Power & Light Company | Harris | PWR | 01 09 22 | 69 | 31.6 | 44,187.5 |
| Visconsin Public Service Corporation | Kewaunee | PWR | 01 09 23 | 40 | 15.6 | 44,203.1 |
| ntergy Gulf States, Inc. | River Bend | BWR | 01 09 23 | 200 | 35.1 | 44,238.1 |
| orida Power Corporation | Crystal River 3 | PWR | 01 09 29 | 77 | 35.7 | 44,273.8 |
| rizona Public Service Company | Palo Verde 3 | PWR | 01 09 29 | 104 | 45.5 | 44,319.2 |
| orida Power & Light Co. | Turkey Point 3 | PWR | 01 09 29 | 56 | 25.9 | 44,345.1 |
| outh Texas Project NOC | South Texas 1 | PWR | 01 10 03 | 81 | 43.9 | 44,388.9 |
| labama Power Company | Farley 1 | PWR | 01 10 06 | 88 | 37.4 | 44,426.2 |
| merGen Energy Company, LLC | Three Mile Island 1 | PWR | 01 10 09 | 85 | 39.5 | 44,465.6 |
| SEG Nuclear LLC | Hope Creek | BWR | 01 10 10 | 240 | 42.9 | 44,508.4 |
| irginia Electric and Power Co. | Surry 1 | PWR | 01 10 14 | 61 | 28.2 | 44,536.5 |
| Exelon Generation Company, LLC | Dresden 2 | BWR | 01 10 20 | 280 | 47.1 | 44,583.6 |
| ennessee Valley Authority | Sequoyah 1 | PWR | 01 10 21 | 77 | 35.2 | 44,618.7 |
| etroit Edison Company | Enrico Fermi 2 | BWR | 01 10 27 | 204 | 34.7 | 44,653.3 |
| ebraska Public Power District | Cooper | BWR | 01 11 03 | 128 | 22.8 | 44,676.1 |
| orthern States Power Co. | Monticello | BWR | 01 11 03 | 103 | 17.6 | 44,693.6 |
| uke Power Company | Oconee 3 | PWR | 01 11 10 | 55 | 26.8 | 44,720.4 |
| orida Power & Light Co. | Saint Lucie 2 | PWR | 01 11 26 | 77 | 30.1 | 44,750.5 |
| Exelon Generation Company, LLC | Quad Cities 1 | BWR | 02 01 09 | 1 | 0.2 | 44,750.6 |
| elon Generation Company, LLC | La Salle County 1 | BWR | 02 01 10 | 343 | 61.0 | 44,811.6 |

APPENDIX A
2004 ACCEPTANCE PRIORITY RANKING

LISTING OF SPENT FUEL BY DATE OF PERMANENT DISCHARGE[1]

| urchaser | Fuel Originator | Type | Ranking Date | # of ASMBs | MTU | Total MTU's |
|---|---|---|---|---|---|---|
| ndiana Michigan Power Co. | Cook 2 | PWR | 02 01 19 | 90 | 38.3 | 44,849.9 |
| orthern States Power Co. | Prairie Island 2 | PWR | 02 02 02 | 64 | 22.6 | 44,872.4 |
| ennsylvania Power Company | Beaver Valley 2 | PWR | 02 02 04 | 65 | 30.1 | 44,902.5 |
| Exelon Generation Company, LLC | Quad Cities 2 | BWR | 02 02 12 | 268 | 46.4 | 44,948.8 |
| altimore Gas & Electric Co. | Calvert Cliffs 1 | PWR | 02 02 15 | 97 | 38.0 | 44,986.7 |
| Toledo Edison Co. | Davis-Besse | PWR | 02 02 16 | 78 | 36.6 | 45,023.2 |
| Dominion Nuclear Connecticut, Inc. | Millstone 2 | PWR | 02 02 16 | 81 | 31.1 | 45,054.3 |
| uke Power Company | McGuire 2 | PWR | 02 02 22 | 93 | 42.6 | 45,096.8 |
| ennessee Valley Authority | Watts Bar | PWR | 02 02 24 | 93 | 42.8 | 45,139.5 |
| arolina Power & Light Company | Brunswick 1 | BWR | 02 03 01 | 245 | 42.1 | 45,181.5 |
| ennsylvania Power & Light Co. | Susquehanna 1 | BWR | 02 03 02 | 316 | 55.1 | 45,236.5 |
| Exelon Generation Company, LLC | Limerick 1 | BWR | 02 03 04 | 279 | 48.7 | 45,285.2 |
| eorgia Power Company | Vogtle 1 | PWR | 02 03 06 | 101 | 42.8 | 45,328.0 |
| Exelon Generation Company, LLC | Byron 1 | PWR | 02 03 12 | 96 | 40.3 | 45,368.2 |
| line Mile Point Nuclear Power Station, LLC | Nine Mile Point 2 | BWR | 02 03 16 | 284 | 48.3 | 45,416.4 |
| rizona Public Service Company | Palo Verde 2 | PWR | 02 03 16 | 109 | 47.8 | 45,464.2 |
| Rochester Gas and Electric Company | Ginna | PWR | 02 03 18 | 40 | 13.9 | 45,478.1 |
| ntergy Louisiana, Inc. | Waterford 3 | PWR | 02 03 22 | 92 | 39.4 | 45,517.4 |
| eorgia Power Company | Hatch 1 | BWR | 02 03 23 | 224 | 38.6 | 45,555.9 |
| uke Power Company | Oconee 1 | PWR | 02 03 23 | 60 | 29.3 | 45,585.1 |
| lorida Power & Light Co. | Turkey Point 4 | PWR | 02 03 23 | 56 | 25.8 | 45,610.9 |
| ansas Gas & Electric Company | Wolf Creek | PWR | 02 03 23 | 88 | 40.1 | 45,650.9 |
| irginia Electric and Power Co. | Surry 2 | PWR | 02 03 24 | 69 | 31.9 | 45,682.8 |
| ennessee Valley Authority | Browns Ferry 3 | BWR | 02 03 26 | 284 | 48.7 | 45,731.4 |
| as Utilities Generating Company | Comanche Peak 2 | PWR | 02 03 30 | 91 | 37.2 | 45,768.6 |
| merGen Energy Company, LLC | Clinton | BWR | 02 04 02 | 268 | 47.8 | 45,816.3 |
| SEG Nuclear LLC | Salem 2 | PWR | 02 04 04 | 77 | 35.4 | 45,851.7 |
| Entergy Arkansas, Inc. | Arkansas Nuclear One 2 | PWR | 02 04 12 | 81 | 34.8 | 45,886.4 |
| Visconsin Electric Power Company | Point Beach 2 | PWR | 02 04 12 | 36 | 12.8 | 45,899.2 |
| ennessee Valley Authority | Sequoyah 2 | PWR | 02 04 14 | 81 | 36.9 | 45,936.1 |
| arolina Power & Light Company | Brunswick 2 | BWR | 02 04 19 | 2 | 0.4 | 45,936.4 |
| outh Carolina Electric & Gas Company | Summer | PWR | 02 04 19 | 57 | 23.8 | 45,960.2 |
| xelon Generation Company, LLC | Braidwood 2 | PWR | 02 04 20 | 117 | 49.0 | 46,009.1 |
| ennessee Valley Authority | Browns Ferry 2 | BWR | 02 04 23 | 7 | 1.2 | 46,010.3 |
| uke Power Company | Catawba 1 | PWR | 02 04 27 | 101 | 46.2 | 46,056.5 |
| acific Gas & Electric Company | Diablo Canyon 1 | PWR | 02 04 30 | 108 | 45.2 | 46,101.6 |
| ndiana Michigan Power Co. | Cook 1 | PWR | 02 05 03 | 76 | 35.1 | 46,136.7 |
| maha Public Power District | Fort Calhoun | PWR | 02 05 03 | 40 | 15.0 | 46,151.6 |
| PL Energy Seabrook, LLC | Seabrook | PWR | 02 05 04 | 93 | 42.3 | 46,193.9 |
| Entergy Nuclear Vermont Yankee, LLC | Vermont Yankee | BWR | 02 05 11 | 44 | 7.6 | 46,201.5 |
| xelon Generation Company, LLC | La Salle County 1 | BWR | 02 05 18 | 3 | 0.6 | 46,202.0 |
| outhern California Edison Co. | San Onofre 2 | PWR | 02 05 20 | 104 | 45.5 | 46,247.5 |
| Dominion Nuclear Connecticut, Inc. | Millstone 3 | PWR | 02 09 07 | 117 | 53.3 | 46,300.7 |
| xelon Generation Company, LLC | Peach Bottom 2 | BWR | 02 09 10 | 284 | 48.6 | 46,349.3 |
| ystems Energy Resources, Inc. | Grand Gulf 1 | BWR | 02 09 13 | 240 | 40.8 | 46,390.0 |
| uke Power Company | McGuire 1 | PWR | 02 09 13 | 89 | 40.8 | 46,430.7 |
| abama Power Company | Farley 2 | PWR | 02 09 14 | 89 | 37.7 | 46,468.4 |
| isconsin Electric Power Company | Point Beach 1 | PWR | 02 09 14 | 40 | 14.1 | 46,482.5 |
| xelon Generation Company, LLC | Byron 2 | PWR | 02 09 16 | 108 | 45.2 | 46,527.6 |
| arolina Power & Light Company | Brunswick 1 | BWR | 02 09 21 | 3 | 0.6 | 46,528.1 |
| as Utilities Generating Company | Comanche Peak 1 | PWR | 02 09 28 | 89 | 36.3 | 46,564.4 |

APPENDIX A
2004 ACCEPTANCE PRIORITY RANKING

LISTING OF SPENT FUEL BY DATE OF PERMANENT DISCHARGE[1]

| urchaser | Fuel Originator | Type | Ranking Date | # of ASMB | MTU | Total MTU |
|---|---|---|---|---|---|---|
| rizona Public Service Company | Palo Verde 1 | PWR | 02 09 28 | 105 | 45.9 | 46,610.3 |
| lorida Power & Light Co. | Saint Lucie 1 | PWR | 02 09 30 | 93 | 36.9 | 46,647.1 |
| outh Texas Project NOC | South Texas 2 | PWR | 02 10 02 | 73 | 39.2 | 46,686.2 |
| Entergy Arkansas, Inc. | Arkansas Nuclear One 1 | PWR | 02 10 04 | 60 | 27.9 | 46,714.1 |
| merGen Energy Company, LLC | Oyster Creek | BWR | 02 10 04 | 196 | 33.7 | 46,747.7 |
| Entergy Nuclear Vermont Yankee, LLC | Vermont Yankee | BWR | 02 10 05 | 152 | 26.7 | 46,774.4 |
| Georgia Power Company | Vogtle 2 | PWR | 02 10 05 | 101 | 42.8 | 46,817.1 |
| Entergy Nuclear FitzPatrick, LLC | Fitzpatrick | BWR | 02 10 07 | 196 | 35.3 | 46,852.4 |
| Exelon Generation Company, LLC | Dresden 3 | BWR | 02 10 08 | 284 | 48.0 | 46,900.4 |
| PSEG Nuclear LLC | Salem 1 | PWR | 02 10 10 | 73 | 33.6 | 46,933.9 |
| Duke Power Company | Oconee 2 | PWR | 02 10 12 | 61 | 29.8 | 46,963.6 |
| Carolina Power & Light Company | Robinson 2 | PWR | 02 10 12 | 77 | 32.0 | 46,995.6 |
| Tennessee Valley Authority | Browns Ferry 2 | BWR | 02 10 19 | 50 | 8.6 | 47,004.2 |
| meren UE | Callaway | PWR | 02 10 23 | 96 | 40.1 | 47,044.2 |
| Entergy Nuclear Indian Point 2, LLC | Indian Point 2 | PWR | 02 10 25 | 92 | 41.6 | 47,085.7 |
| Exelon Generation Company, LLC | La Salle County 2 | BWR | 02 10 25 | 5 | 0.9 | 47,086.6 |
| Exelon Generation Company, LLC | Quad Cities 1 | BWR | 02 11 05 | 296 | 51.1 | 47,137.7 |
| Northern States Power Co. | Prairie Island 1 | PWR | 02 11 16 | 57 | 20.1 | 47,157.7 |
| lorida Power Corporation [23] | Crystal River 3 | PWR | 02 12 31 | 5 | 2.4 | 47,160.0 |
| Entergy Nuclear Indian Point 3, LLC [24] | Indian Point 3 | PWR | 02 12 31 | 2 | 1.0 | 47,160.9 |
| merGen Energy Company, LLC [25] | Three Mile Island 1 | PWR | 02 12 31 | 4 | 1.9 | 47,162.8 |

## APPENDIX A
## 2004 ACCEPTANCE PRIORITY RANKING

=inal Delivery Schedule approval and waste acceptance will be contingent upon these Purchasers meeting their one-time fee obligations.
‡e 2004 APR does not include 0.059 MTU of waste originally shipped to GE Vallecitos that has been moved to INEL.
WR = Boiling Water Reactor; PWR = Pressurized Water Reactor; RCH = Research Reactor; HTG = High Temperature Gas Reactor; MSC = scellaneous.
Ranking Date is the date of permanent discharge, or appending SNF that was not previously identified according to the date it is first reported.
\SMB = Assemblies.
lumbers have been rounded up to the nearest tenth.
Cumulative totals rounded up to the nearest tenth.
Although this SNF was discharged in 1985, it was reported to DOE in 1991 as being permanently discharged. As such, it has been assigned a nking date of December 31, 1991 for inclusion in the APR.
Although this SNF was discharged in 1990, it was reported to DOE in 1991 as being permanently discharged. As such, it has been assigned a nking date of December 31, 1991 for inclusion in the APR.
Although this SNF was discharged in 1985, it was reported to DOE in 1993 as being permanently discharged. As such, it has been assigned a nking date of December 31, 1993 for inclusion in the APR.
Although this SNF was discharged in 1986, it was reported to DOE in 1993 as being permanently discharged. As such, it has been assigned a nking date of December 31, 1993 for inclusion in the APR.
Although this SNF was discharged in 1985, it was reported to DOE in 1995 as being permanently discharged. As such, it has been assigned a nking date of December 31, 1995 for inclusion in the APR.
Although this SNF was discharged in 1985, it was reported to DOE in 1995 as being permanently discharged. As such, it has been assigned a nking date of December 31, 1995 for inclusion in the APR.
Although this SNF was discharged in 1983 or 1986, it was reported to DOE in 1998 as being permanently discharged. As such, it has been signed a ranking date of December 31, 1998 for inclusion in the APR.
Although this SNF was discharged in 1986, it was reported to DOE in 1998 as being permanently discharged. As such, it has been assigned a nking date of December 31, 1998 for inclusion in the APR.
Although this SNF was discharged in 1987, 1988 or 1992, it was reported to DOE in 1998 as being permanently discharged. As such, it has been signed a ranking date of December 31, 1998 for inclusion in the APR.
Although this SNF was discharged in 1989, it was reported to DOE in 1998 as being permanently discharged. As such, it has been assigned a nking date of December 31, 1998 for inclusion in the APR.
Although this SNF was discharged in 1990, it was reported to DOE in 1998 as being permanently discharged. As such, it has been assigned a nking date of December 31, 1998 for inclusion in the APR.
Although this SNF was discharged in 1990, it was reported to DOE in 1998 as being permanently discharged. As such, it has been assigned a nking date of December 31, 1998 for inclusion in the APR.
Although this SNF was discharged in 1991, it was reported to DOE in 1998 as being permanently discharged. As such, it has been assigned a nking date of December 31, 1998 for inclusion in the APR.
Although this SNF was discharged in 1991 or 1992, it was reported to DOE in 1998 as being permanently discharged. As such, it has been signed a ranking date of December 31, 1998 for inclusion in the APR.
Although this SNF was discharged in 1991 or 1993, it was reported to DOE in 1998 as being permanently discharged. As such, it has been signed a ranking date of December 31, 1998 for inclusion in the APR.
Although this SNF was discharged in 1993, it was reported to DOE in 1998 as being permanently discharged. As such, it has been assigned a nking date of December 31, 1998 for inclusion in the APR.
Although this SNF was discharged in 1981 or 1983, it was reported to DOE in 2002 as being permanently discharged. As such, it has been signed a ranking date of December 31, 2002 for inclusion in the APR.
Although this SNF was discharged in 1990, it was reported to DOE in 2002 as being permanently discharged. As such, it has been assigned a nking date of December 31, 2002 for inclusion in the APR.
Although this SNF was discharged in 1991, it was reported to DOE in 2002 as being permanently discharged. As such, it has been assigned a nking date of December 31, 2002 for inclusion in the APR.

# APPENDIX B

## ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS FOR THE DISPOSAL OF SPENT NUCLEAR FUEL

Tables B.1 through B.10 present the listing of Purchasers' allocations in each of the first 10 years of projected CRWMS operations. An allocation is a portion of the nominal acceptance capacity (measured in MTU) in a particular year for an individual Purchaser. The number of assemblies that was the basis for each allocation is also included. To determine which Purchasers receive allocations for each year, the MTU equivalents of the SNF that the Purchaser permanently discharged, as contained in the 2004 APR (see Appendix A), were summed until the projected nominal capacity for each year was approximated. In some cases, it was necessary to divide discharged SNF with the same date of discharge if inclusion of the entire discharge would cause the total amount allocated in a given year to be significantly different from the nominal acceptance rate. In these cases, the remaining assemblies in the discharge were used as part of the Purchasers' allocation for the following year.

TABLE B.1
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2010

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| ,RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| nerGen Energy Company, LLC | 160 | | 31.1 | | |
| Oyster Creek | | 160 | | 31.1 | BWR |
| onnecticut Yankee Atomic Power Co. | 156 | | 65.5 | | |
| Haddam Neck | | 156 | | 65.5 | PWR |
| iiryland Power Cooperative | 6 | | 0.8 | | |
| La Crosse | | 6 | | 0.8 | BWR |
| ominion Nuclear Connecticut, Inc. | 28 | | 5.5 | | |
| Millstone 1 | | 28 | | 5.5 | BWR |
| itergy Nuclear Indian Point 2, LLC | 15 | | 3.0 | | |
| Indian Point 1 | | 15 | | 3.0 | PWR |
| :elon Generation Company, LLC | 206 | | 21.1 | | |
| Dresden 1 | | 206 | | 21.1 | BWR |
| E. Uranium Management Corp. | 753 | | 145.2 | | |
| Dresden 2 | | 753 | | 145.2 | BWR |
| eneral Atomics | 19 | | 0.1 | | |
| General Atomics | | 19 | | 0.1 | RCH |
| ieral Electric Company | 0 | | 0.3 | | |
| various | | 0 | | 0.3 | |
| ne Mile Point Nuclear Power Station, LLC | 48 | | 9.4 | | |
| Nine Mile Point 1 | | 48 | | 9.4 | BWR |
| acific Gas & Electric Company | 95 | | 7.3 | | |
| Humboldt Bay | | 95 | | 7.3 | BWR |
| ochester Gas and Electric Company | 81 | | 32.0 | | |
| Ginna | | 81 | | 32.0 | PWR |
| outhern California Edison Co. | 97 | | 35.6 | | |
| San Onofre 1 | | 97 | | 35.6 | PWR |
| S. DOE | 91 | | 22.9 | | |
| Big Rock Point | | 47 | | 6.4 | BWR |
| Ginna | | 40 | | 15.3 | PWR |
| La Crosse | | 1 | | 0.1 | BWR |
| Point Beach 1 | | 3 | | 1.2 | PWR |
| isconsin Electric Power Company | 41 | | 16.3 | | |
| Point Beach 1 | | 41 | | 16.3 | PWR |
| ankee Atomic Electric Company | 36 | | 9.9 | | |
| Yankee Rowe | | 36 | | 9.9 | PWR |

TABLE B.1
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2010

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| .RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| OTAL SNF | 1832 | 1832 | 406.0 | 406.1 | |
| IO. OF PURCHASERS | 16 | | | | |
| IO. OF FUEL ORIGINATORS | 16 | | | | |
| IO. OF PWR ASSEMBLIES | 469 | | | | |
| IO. OF BWR ASSEMBLIES | 1344 | | | | |
| IO. OF RCH ASSEMBLIES | 19 | | | | |
| IO. OF HTG ASSEMBLIES | 0 | | | | |

The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to idependent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.

* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.2
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2011

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| ʀCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| ıerGen Energy Company, LLC | 220 | | 43.0 | | |
| Oyster Creek | | 220 | | 43.0 | BWR |
| rolina Power & Light Company | 156 | | 69.7 | | |
| Robinson 2 | | 156 | | 69.7 | PWR |
| nnecticut Yankee Atomic Power Co. | 55 | | 22.5 | | |
| Haddam Neck | | 55 | | 22.5 | PWR |
| nsumers Power Co. | 18 | | 2.5 | | |
| Big Rock Point | | 18 | | 2.5 | BWR |
| iryland Power Cooperative | 50 | | 6.0 | | |
| La Crosse | | 50 | | 6.0 | BWR |
| minion Nuclear Connecticut, Inc. | 208 | | 40.7 | | |
| Millstone 1 | | 208 | | 40.7 | BWR |
| ke Power Company | 53 | | 24.9 | | |
| Oconee 1 | | 53 | | 24.9 | PWR |
| tergy Nuclear Generation Company | 20 | | 3.9 | | |
| Pilgrim | | 20 | | 3.9 | BWR |
| ergy Nuclear Indian Point 2, LLC | 145 | | 27.7 | | |
| Indian Point 1 | | 145 | | 27.7 | PWR |
| ıtergy Nuclear Vermont Yankee, LLC | 378 | | 72.9 | | |
| Vermont Yankee | | 378 | | 72.9 | BWR |
| :elon Generation Company, LLC | 355 | | 60.5 | | |
| Dresden 1 | | 89 | | 9.2 | BWR |
| Dresden 2 | | 139 | | 26.8 | BWR |
| Dresden 3 | | 95 | | 18.5 | BWR |
| Quad Cities 1 | | 32 | | 6.2 | BWR |
| orida Power & Light Co. | 46 | | 20.9 | | |
| Turkey Point 3 | | 46 | | 20.9 | PWR |
| eneral Atomics | 4 | | 0.1 | | |
| General Atomics | | 4 | | 0.1 | RCH |
| aine Yankee Atomic Power Company | 72 | | 26.4 | | |
| Maine Yankee | | 72 | | 26.4 | PWR |
| ne Mile Point Nuclear Power Station, LLC | 252 | | 49.0 | | |
| Nine Mile Point 1 | | 252 | | 49.0 | BWR |
| orthern States Power Co. | 135 | | 26.2 | | |
| Monticello | | 135 | | 26.2 | BWR |

TABLE B.2
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2011

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| ᴗRCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| acific Gas & Electric Company | 78 | | 6.0 | | |
| Humboldt Bay | | 78 | | 6.0 | BWR |
| :ochester Gas and Electric Company | 12 | | 4.6 | | |
| Ginna | | 12 | | 4.6 | PWR |
| outhern California Edison Co. | 57 | | 20.5 | | |
| San Onofre 1 | | 57 | | 20.5 | PWR |
| I.S. DOE | 42 | | 6.8 | | |
| Big Rock Point | | 38 | | 5.2 | BWR |
| Point Beach 1 | | 3 | | 1.2 | PWR |
| Robinson 2 | | 1 | | 0.4 | PWR |
| irginia Electric and Power Co. | 18 | | 8.2 | | |
| Surry 1 | | 18 | | 8.2 | PWR |
| Visconsin Electric Power Company | 110 | | 43.1 | | |
| Point Beach 1 | | 74 | | 28.7 | PWR |
| Point Beach 2 | | 36 | | 14.4 | PWR |
| ankee Atomic Electric Company | 37 | | 10.1 | | |
| Yankee Rowe | | 37 | | 10.1 | PWR |
| OTAL SNF | 2521 | 2521 | 596.2 | 596.4 | |

| | |
|---|---|
| IO. OF PURCHASERS | 23 |
| IO. OF FUEL ORIGINATORS | 26 |
| IO. OF PWR ASSEMBLIES | 765 |
| IO. OF BWR ASSEMBLIES | 1752 |
| IO. OF RCH ASSEMBLIES | 4 |
| IO. OF HTG ASSEMBLIES | 0 |

The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to .dependent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.
.BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.3
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2012

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| .RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| nerGen Energy Company, LLC | 198 | | 46.8 | | |
| Oyster Creek | | 168 | | 32.9 | BWR |
| Three Mile Island 1 | | 30 | | 14.0 | PWR |
| VXT | 0 | | 0.1 | | |
| Oconee 1 | | 0 | | 0.1 | PWR |
| ırolina Power & Light Company | 108 | | 48.0 | | |
| Brunswick 2 | | 4 | | 0.7 | BWR |
| Robinson 2 | | 104 | | 47.3 | PWR |
| ›nnecticut Yankee Atomic Power Co. | 101 | | 41.6 | | |
| Haddam Neck | | 101 | | 41.6 | PWR |
| ›nsumers Power Co. | 227 | | 87.4 | | |
| Big Rock Point | | 22 | | 3.0 | BWR |
| Palisades | | 205 | | 84.4 | PWR |
| ıiryland Power Cooperative | 25 | | 3.0 | | |
| La Crosse | | 25 | | 3.0 | BWR |
| ›minion Nuclear Connecticut, Inc. | 268 | | 52.5 | | |
| Millstone 1 | | 268 | | 52.5 | BWR |
| e Power Company | 103 | | 48.1 | | |
| Oconee 1 | | 60 | | 28.2 | PWR |
| Oconee 2 | | 42 | | 19.5 | PWR |
| Oconee 3 | | 1 | | 0.5 | PWR |
| ıtergy Nuclear Generation Company | 132 | | 25.5 | | |
| Pilgrim | | 132 | | 25.5 | BWR |
| ıtergy Nuclear Indian Point 2, LLC | 72 | | 32.8 | | |
| Indian Point 2 | | 72 | | 32.8 | PWR |
| .elon Generation Company, LLC | 1261 | | 251.2 | | |
| Dresden 1 | | 64 | | 6.6 | BWR |
| Dresden 2 | | 173 | | 33.3 | BWR |
| Dresden 3 | | 289 | | 56.1 | BWR |
| Peach Bottom 2 | | 186 | | 36.3 | BWR |
| Quad Cities 1 | | 157 | | 30.4 | BWR |
| Quad Cities 2 | | 343 | | 66.4 | BWR |
| Zion 1 | | 49 | | 22.3 | PWR |
| ›rida Power & Light Co. | 133 | | 59.6 | | |
| Turkey Point 3 | | 83 | | 36.9 | PWR |
| Turkey Point 4 | | 50 | | 22.6 | PWR |
| :erstate Power & Light | 82 | | 15.4 | | |
| Duane Arnold | | 82 | | 15.4 | BWR |

TABLE B.3
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2012

| RCHASER / FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| laine Yankee Atomic Power Company | 152 | | 57.9 | | |
| Maine Yankee | | 152 | | 57.9 | PWR |
| ebraska Public Power District | 120 | | 23.6 | | |
| Cooper | | 120 | | 23.6 | BWR |
| ine Mile Point Nuclear Power Station, LLC | 200 | | 38.9 | | |
| Nine Mile Point 1 | | 200 | | 38.9 | BWR |
| orthern States Power Co. | 429 | | 99.6 | | |
| Monticello | | 349 | | 67.6 | BWR |
| Prairie Island 1 | | 40 | | 16.0 | PWR |
| Prairie Island 2 | | 40 | | 16.0 | PWR |
| maha Public Power District | 61 | | 22.3 | | |
| Fort Calhoun | | 61 | | 22.3 | PWR |
| acific Gas & Electric Company | 217 | | 15.9 | | |
| Humboldt Bay | | 217 | | 15.9 | BWR |
| ochester Gas and Electric Company | 62 | | 24.4 | | |
| Ginna | | 62 | | 24.4 | PWR |
| thern California Edison Co. | 106 | | 38.6 | | |
| San Onofre 1 | | 106 | | 38.6 | PWR |
| .S. DOE | 20 | | 7.8 | | |
| Dresden 1 | | 2 | | 0.3 | BWR |
| Haddam Neck | | 1 | | 0.5 | PWR |
| Peach Bottom 2 | | 2 | | 0.4 | BWR |
| Surry 2 | | 10 | | 4.5 | PWR |
| Turkey Point 3 | | 5 | | 2.3 | PWR |
| irginia Electric and Power Co. | 252 | | 113.3 | | |
| Surry 1 | | 162 | | 72.9 | PWR |
| Surry 2 | | 90 | | 40.6 | PWR |
| /isconsin Electric Power Company | 82 | | 32.6 | | |
| Point Beach 1 | | 48 | | 19.2 | PWR |
| Point Beach 2 | | 34 | | 13.4 | PWR |
| /isconsin Public Service Corporation | 11 | | 4.4 | | |
| Kewaunee | | 11 | | 4.4 | PWR |
| ankee Atomic Electric Company | 40 | | 9.7 | | |
| Yankee Rowe | | 40 | | 9.7 | PWR |
| OTAL SNF | 4462 | 4462 | 1201.0 | 1201.7 | |

TABLE B.3
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2012

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| ). OF PURCHASERS | 26 | | | | |
| ). OF FUEL ORIGINATORS | 40 | | | | |
| ). OF PWR ASSEMBLIES | 1659 | | | | |
| ). OF BWR ASSEMBLIES | 2803 | | | | |
| ). OF RCH ASSEMBLIES | 0 | | | | |
| ). OF HTG ASSEMBLIES | 0 | | | | |

he sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to ependent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.
BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.4
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2013

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| ·RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| ·merGen Energy Company, LLC | 422 | | 114.4 | | |
| Oyster Creek | | 296 | | 55.9 | BWR |
| Three Mile Island 1 | | 126 | | 58.5 | PWR |
| ·altimore Gas & Electric Co. | 216 | | 82.6 | | |
| Calvert Cliffs 1 | | 144 | | 54.0 | PWR |
| Calvert Cliffs 2 | | 72 | | 28.5 | PWR |
| ·WXT | 0 | | 0.1 | | |
| Oconee 1 | | 0 | | 0.1 | PWR |
| Oconee 2 | | 0 | | 0.1 | PWR |
| ·rogress Energy Carolinas, Inc. | 193 | | 50.5 | | |
| Brunswick 2 | | 140 | | 26.3 | BWR |
| Robinson 2 | | 53 | | 24.2 | PWR |
| ·onnecticut Yankee Atomic Power Co. | 53 | | 21.9 | | |
| Haddam Neck | | 53 | | 21.9 | PWR |
| ·onsumers Power Co. | 88 | | 30.0 | | |
| Big Rock Point | | 20 | | 2.7 | BWR |
| Palisades | | 68 | | 27.4 | PWR |
| ·ryland Power Cooperative | 32 | | 3.9 | | |
| La Crosse | | 32 | | 3.9 | BWR |
| ·ominion Nuclear Connecticut, Inc. | 169 | | 41.9 | | |
| Millstone 1 | | 124 | | 24.1 | BWR |
| Millstone 2 | | 45 | | 17.8 | PWR |
| ·uke Power Company | 380 | | 176.4 | | |
| Oconee 1 | | 116 | | 54.1 | PWR |
| Oconee 2 | | 138 | | 64.1 | PWR |
| Oconee 3 | | 126 | | 58.4 | PWR |
| ·ntergy Arkansas, Inc. | 111 | | 51.5 | | |
| Arkansas Nuclear One 1 | | 111 | | 51.5 | PWR |
| ·ntergy Nuclear FitzPatrick, LLC | 268 | | 51.4 | | |
| Fitzpatrick | | 268 | | 51.4 | BWR |
| ·ntergy Nuclear Generation Company | 428 | | 82.6 | | |
| Pilgrim | | 428 | | 82.6 | BWR |
| ·ntergy Nuclear Indian Point 2, LLC | 60 | | 27.1 | | |
| Indian Point 2 | | 60 | | 27.1 | PWR |
| ·ntergy Nuclear Indian Point 3, LLC | 64 | | 29.3 | | |
| Indian Point 3 | | 64 | | 29.3 | PWR |

TABLE B.4
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2013

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| ·RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| **tergy Nuclear Vermont Yankee, LLC** | 218 | | 40.2 | | |
| Vermont Yankee | | 218 | | 40.2 | BWR |
| **elon Generation Company, LLC** | 2372 | | 466.7 | | |
| Dresden 1 | | 530 | | 53.8 | BWR |
| Dresden 2 | | 196 | | 37.7 | BWR |
| Dresden 3 | | 176 | | 34.1 | BWR |
| Peach Bottom 2 | | 432 | | 80.9 | BWR |
| Peach Bottom 3 | | 440 | | 83.5 | BWR |
| Quad Cities 1 | | 183 | | 35.6 | BWR |
| Quad Cities 2 | | 180 | | 34.8 | BWR |
| Zion 1 | | 129 | | 58.6 | PWR |
| Zion 2 | | 106 | | 47.7 | PWR |
| **orida Power & Light Co.** | 181 | | 78.7 | | |
| Saint Lucie 1 | | 52 | | 20.6 | PWR |
| Turkey Point 3 | | 35 | | 15.8 | PWR |
| Turkey Point 4 | | 94 | | 42.3 | PWR |
| **orida Power Corporation** | 2 | | 0.9 | | |
| Crystal River 3 | | 2 | | 0.9 | PWR |
| **eneral Atomics** | 2 | | 0.1 | | |
| General Atomics | | 2 | | 0.1 | RCH |
| **eorgia Power Company** | 28 | | 5.2 | | |
| Hatch 1 | | 28 | | 5.2 | BWR |
| **diana Michigan Power Co.** | 127 | | 57.8 | | |
| Cook 1 | | 127 | | 57.8 | PWR |
| **terstate Power & Light** | 194 | | 36.4 | | |
| Duane Arnold | | 194 | | 36.4 | BWR |
| **aine Yankee Atomic Power Company** | 203 | | 78.0 | | |
| Maine Yankee | | 203 | | 78.0 | PWR |
| **ebraska Public Power District** | 72 | | 13.8 | | |
| Cooper | | 72 | | 13.8 | BWR |
| **ne Mile Point Nuclear Power Station, LLC** | 160 | | 30.8 | | |
| Nine Mile Point 1 | | 160 | | 30.8 | BWR |
| **orthern States Power Co.** | 179 | | 65.2 | | |
| Monticello | | 28 | | 5.2 | BWR |
| Prairie Island 1 | | 76 | | 29.9 | PWR |
| Prairie Island 2 | | 75 | | 30.1 | PWR |
| **maha Public Power District** | 96 | | 35.4 | | |
| Fort Calhoun | | 96 | | 35.4 | PWR |

TABLE B.4
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2013

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| 'ortland General Electric Company | 1 | | 0.5 | | |
| Trojan | | 1 | | 0.5 | PWR |
| :ochester Gas and Electric Company | 82 | | 32.3 | | |
| Ginna | | 82 | | 32.3 | PWR |
| acramento Municipal Utility District | 76 | | 35.3 | | |
| Rancho Seco | | 76 | | 35.3 | PWR |
| outhern California Edison Co. | 52 | | 19.2 | | |
| San Onofre 1 | | 52 | | 19.2 | PWR |
| ennessee Valley Authority | 329 | | 64.2 | | |
| Browns Ferry 1 | | 194 | | 37.9 | BWR |
| Browns Ferry 2 | | 132 | | 25.9 | BWR |
| Browns Ferry 3 | | 3 | | 0.6 | BWR |
| .S. DOE | 16 | | 7.3 | | |
| Oconee 1 | | 0 | | 0.1 | PWR |
| Surry 1 | | 1 | | 0.5 | PWR |
| Surry 2 | | 2 | | 0.9 | PWR |
| Turkey Point 3 | | 13 | | 5.9 | PWR |
| inia Electric and Power Co. | 121 | | 54.7 | | |
| Surry 1 | | 42 | | 19.2 | PWR |
| Surry 2 | | 79 | | 35.5 | PWR |
| /isconsin Electric Power Company | 162 | | 64.2 | | |
| Point Beach 1 | | 81 | | 32.3 | PWR |
| Point Beach 2 | | 81 | | 31.9 | PWR |
| /isconsin Public Service Corporation | 86 | | 33.8 | | |
| Kewaunee | | 86 | | 33.8 | PWR |
| ankee Atomic Electric Company | 76 | | 18.1 | | |
| Yankee Rowe | | 76 | | 18.1 | PWR |
| OTAL SNF | 7319 | 7319 | 2002.4 | 2002.8 | |
| O. OF PURCHASERS | 37 | | | | |
| O. OF FUEL ORIGINATORS | 58 | | | | |
| O. OF PWR ASSEMBLIES | 2843 | | | | |
| O. OF BWR ASSEMBLIES | 4474 | | | | |
| O. OF RCH ASSEMBLIES | 2 | | | | |
| O. OF HTG ASSEMBLIES | 0 | | | | |

: sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to

TABLE B.4
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2013

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |

ependent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.
BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.5
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2014

| RCHASER / FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| labama Power Company | 99 | | 45.6 | | |
| Farley 1 | | 99 | | 45.6 | PWR |
| merGen Energy Company, LLC | 205 | | 51.7 | | |
| Oyster Creek | | 153 | | 27.6 | BWR |
| Three Mile Island 1 | | 52 | | 24.1 | PWR |
| altimore Gas & Electric Co. | 279 | | 107.5 | | |
| Calvert Cliffs 1 | | 142 | | 55.7 | PWR |
| Calvert Cliffs 2 | | 137 | | 51.9 | PWR |
| arolina Power & Light Company | 649 | | 145.8 | | |
| Brunswick 1 | | 284 | | 53.0 | BWR |
| Brunswick 2 | | 264 | | 49.5 | BWR |
| Robinson 2 | | 101 | | 43.3 | PWR |
| onnecticut Yankee Atomic Power Co. | 102 | | 42.1 | | |
| Haddam Neck | | 102 | | 42.1 | PWR |
| onsumers Power Co. | 116 | | 32.9 | | |
| Big Rock Point | | 48 | | 6.4 | BWR |
| Palisades | | 68 | | 26.5 | PWR |
| xyland Power Cooperative | 40 | | 4.9 | | |
| a Crosse | | 40 | | 4.9 | BWR |
| ominion Nuclear Connecticut, Inc. | 461 | | 113.8 | | |
| Millstone 1 | | 316 | | 59.3 | BWR |
| Millstone 2 | | 145 | | 54.6 | PWR |
| uke Power Company | 268 | | 124.2 | | |
| Oconee 1 | | 67 | | 31.1 | PWR |
| Oconee 2 | | 68 | | 31.5 | PWR |
| Oconee 3 | | 133 | | 61.5 | PWR |
| ntergy Arkansas, Inc. | 169 | | 76.6 | | |
| Arkansas Nuclear One 1 | | 134 | | 61.7 | PWR |
| Arkansas Nuclear One 2 | | 35 | | 15.0 | PWR |
| ntergy Nuclear FitzPatrick, LLC | 160 | | 30.0 | | |
| Fitzpatrick | | 160 | | 30.0 | BWR |
| ntergy Nuclear Generation Company | 92 | | 17.1 | | |
| Pilgrim | | 92 | | 17.1 | BWR |
| ntergy Nuclear Indian Point 2, LLC | 117 | | 52.8 | | |
| Indian Point 2 | | 117 | | 52.8 | PWR |
| ntergy Nuclear Indian Point 3, LLC | 76 | | 34.7 | | |
| Indian Point 3 | | 76 | | 34.7 | PWR |

TABLE B.5
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2014

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| tergy Nuclear Vermont Yankee, LLC | 274 | | 50.7 | | |
| Vermont Yankee | | 274 | | 50.7 | BWR |
| elon Generation Company, LLC | 2207 | | 488.3 | | |
| Dresden 2 | | 384 | | 72.5 | BWR |
| Dresden 3 | | 200 | | 38.5 | BWR |
| Peach Bottom 2 | | 276 | | 51.3 | BWR |
| Peach Bottom 3 | | 488 | | 92.2 | BWR |
| Quad Cities 1 | | 417 | | 79.6 | BWR |
| Quad Cities 2 | | 180 | | 34.9 | BWR |
| Zion 1 | | 134 | | 61.2 | PWR |
| Zion 2 | | 128 | | 58.0 | PWR |
| rida Power & Light Co. | 400 | | 169.3 | | |
| Saint Lucie 1 | | 156 | | 58.4 | PWR |
| Turkey Point 3 | | 143 | | 65.4 | PWR |
| Turkey Point 4 | | 101 | | 45.6 | PWR |
| rida Power Corporation | 100 | | 46.4 | | |
| Crystal River 3 | | 100 | | 46.4 | PWR |
| neral Atomics | 5 | | 0.1 | | |
| General Atomics | | 5 | | 0.1 | RCH |
| rgia Power Company | 492 | | 91.6 | | |
| Hatch 1 | | 416 | | 77.7 | BWR |
| Hatch 2 | | 76 | | 14.0 | BWR |
| diana Michigan Power Co. | 294 | | 132.6 | | |
| Cook 1 | | 131 | | 57.7 | PWR |
| Cook 2 | | 163 | | 74.9 | PWR |
| erstate Power & Light | 172 | | 32.0 | | |
| Duane Arnold | | 172 | | 32.0 | BWR |
| ine Yankee Atomic Power Company | 141 | | 52.5 | | |
| Maine Yankee | | 141 | | 52.5 | PWR |
| braska Public Power District | 428 | | 80.9 | | |
| Cooper | | 428 | | 80.9 | BWR |
| ne Mile Point Nuclear Power Station, LLC | 368 | | 68.1 | | |
| Nine Mile Point 1 | | 368 | | 68.1 | BWR |
| rthern States Power Co. | 414 | | 111.4 | | |
| Monticello | | 252 | | 46.4 | BWR |
| Prairie Island 1 | | 81 | | 32.4 | PWR |
| Prairie Island 2 | | 81 | | 32.6 | PWR |
| aha Public Power District | 40 | | 14.8 | | |
| Fort Calhoun | | 40 | | 14.8 | PWR |

TABLE B.5
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2014

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| nnsylvania Power Company | 13 | | 6.0 | | |
| Beaver Valley 1 | | 13 | | 6.0 | PWR |
| rtland General Electric Company | 88 | | 40.5 | | |
| Trojan | | 88 | | 40.5 | PWR |
| EG Nuclear LLC | 102 | | 46.9 | | |
| Salem 1 | | 102 | | 46.9 | PWR |
| ochester Gas and Electric Company | 91 | | 35.8 | | |
| Ginna | | 91 | | 35.8 | PWR |
| acramento Municipal Utility District | 106 | | 49.2 | | |
| Rancho Seco | | 106 | | 49.2 | PWR |
| outhern California Edison Co. | 52 | | 19.3 | | |
| San Onofre 1 | | 52 | | 19.3 | PWR |
| ennessee Valley Authority | 1588 | | 297.6 | | |
| Browns Ferry 1 | | 607 | | 113.9 | BWR |
| Browns Ferry 2 | | 508 | | 95.5 | BWR |
| Browns Ferry 3 | | 473 | | 88.5 | BWR |
| . DOE | 432 | | 89.5 | | |
| Calvert Cliffs 1 | | 1 | | 0.4 | PWR |
| Fort St. Vrain | | 246 | | 3.0 | HTG |
| Oconee 1 | | 0 | | 0.1 | PWR |
| Surry 2 | | 8 | | 3.7 | PWR |
| Three Mile Island 2 | | 177 | | 82.6 | PWR |
| irginia Electric and Power Co. | 230 | | 105.5 | | |
| North Anna 1 | | 114 | | 52.4 | PWR |
| Surry 1 | | 72 | | 32.9 | PWR |
| Surry 2 | | 44 | | 20.2 | PWR |
| 'isconsin Electric Power Company | 125 | | 50.2 | | |
| Point Beach 1 | | 32 | | 12.8 | PWR |
| Point Beach 2 | | 93 | | 37.3 | PWR |
| 'isconsin Public Service Corporation | 87 | | 35.1 | | |
| Kewaunee | | 87 | | 35.1 | PWR |
| ankee Atomic Electric Company | 36 | | 8.5 | | |
| Yankee Rowe | | 36 | | 8.5 | PWR |
| OTAL SNF | 11118 | 11118 | 3002.5 | 3003.3 | |