Consumers Power Company

Eugene R VanHoof
*Director of Nuclear Fuel Supply*

1945 West Parnall Road, Jackson, MI 49201 • (517) 788-1646

May 31, 1985

ERV-85-74

Mr Christopher T Jedrey
US Department of Energy
Procurement and Assistance
Management Directorate
Office of Procurement Operations
Washington, DC 20585

Dear Mr Jedrey

Pursuant to Article VIII.B.2 of our Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste dated June 3, 1983, (DE-CR01-83NE44374), Consumers Power Company selects as its fee payment, Option 2, the single payment prior to delivery of the spent nuclear fuel.

Respectfully

VanHoof

CC RJOdlevak
SNSpring
JLBacon
ABBass
TCCampbell
GLSchwass

01010481