IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CONSUMERS ENERGY COMPANY,

Plaintiff,

v

UNITED STATES OF AMERICA,

Defendant.
______________________________/

Case No. 02-1894-C

(Chief Judge Damich)

**AFFIDAVIT OF STEPHEN T. WAWRO**

STATE OF MICHIGAN )
)ss
COUNTY OF BERRIEN )

Stephen T. Wawro, being duly sworn, deposes and states as follows:

1. I am more than eighteen years of age and would be competent to testify to the facts and matters stated herein of my own personal knowledge if called upon to do so.

2. I am employed in the position of Director of Nuclear Assets by Consumers Energy Company ("Consumers Energy"), Plaintiff in the above captioned matter.

3. Consumers Energy is the owner of the Big Rock Point Nuclear Plant ("Big Rock"), located in Charlevoix, Michigan and the Palisades Nuclear Plant ("Palisades"), located near Covert, Michigan.

4. On June 3, 1983, Consumers Energy executed the Standard Contract with the Department of Energy ("DOE"), for acceptance, transportation, and disposal of spent nuclear fuel ("SNF") and high-level radioactive waste ("HLW") produced by Consumers Energy's Big Rock and Palisades Nuclear Plants. Both facilities are covered by the same Standard Contract.

5. Big Rock was permanently shut down in August of 1997. All of Big Rock's SNF/HLW has been transferred to dry cask storage at the Big Rock site, and the power generation facility has been dismantled.

6. SNF/HLW generated by the Palisades plant is being stored in a spent fuel pool and in dry cask storage at the Palisades site. Palisades is operational and continues to generate SNF/HLW.

7. In accordance with the terms of the Standard Contract with DOE, Consumers Energy has paid $86,038,942.00 into the Nuclear Waste Fund through September 30, 2004, for disposal of SNF/HLW used to generate electricity after April 7, 1983.

8. Consumers Energy elected payment Option 2 under Article VIII.B.2(b) of the Standard Contract for payment of the one-time fee for SNF/HLW used to generate electricity prior to April 7, 1983.

9. Consumers Energy plans to decommission the Big Rock plant so the property can be used for non-nuclear purposes.

10. Consumers Energy currently possesses approximately 638 Mtu of SNF/HLW.

11. SNF/HLW is generated by the irradiation of nuclear fuel in the operation of a nuclear power plant, and during the decommissioning process.

12. DOE did not commence performance of its SNF/HLW acceptance, transportation and disposal obligation under the Standard Contract with Consumers Energy by January 31, 1998.

13. Consumers Energy has received a letter from DOE dated July 28, 2004 indicating that acceptance of Consumers Energy's SNF/HLW will not occur until sometime after 2010, and requesting submission of new Delivery Commitment Schedules using a 2010 beginning acceptance date. Consumers Energy is prepared to pay the one-time fee required under Article VIII.B.2(b) of the

Standard Contract prior to first delivery of SNF/HLW by Consumers Energy to DOE. Consumers Energy has been prepared to pay the one-time fee prior to first delivery since the original acceptance deadline of January 31, 1998.

14. Further, affiant sayeth not.

Stephen T. Wawro

Subscribed and sworn to before me this 18th day of October 2004.

Robbie S. Allen, Notary Public
Acting in Berrien County, Michigan
My Commission Expires: December 16, 2007

Robbie S. Allen
Notary Public Berrien County, MI
My Comm. Expires Dec. 16, 2007