APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMS[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 84 03 07 | 196 | 35.4 | 10371.2 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 84 03 08 | 54 | 24.8 | 10395.9 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE DRY STORAGE | PWR | 84 03 08 | 34 | 15.8 | 10411.7 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 3 | PWR | 84 03 08 | 18 | 8.4 | 10420.0 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | BRUNSWICK 2 | BWR | 84 03 10 | 161 | 33.7 | 10453.7 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | HARRIS 1 | BWR | 84 03 10 | 4 | 0.8 | 10454.4 |
| *INDIANA & MICH ELEC COMPANY | COOK 2 | COOK 1 | PWR | 84 03 10 | 91 | 41.8 | 10496.2 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 84 03 16 | 49 | 18.9 | 10515.0 |
| *NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 84 03 17 | 216 | 39.3 | 10554.3 |
| *COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 84 03 26 | 69 | 31.2 | 10585.4 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 84 03 31 | 36 | 8.5 | 10593.8 |
| *MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 84 03 31 | 73 | 27.5 | 10621.2 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 84 04 14 | 200 | 35.8 | 10657.0 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 2 | CALVERT CLIFFS 1 | PWR | 84 04 21 | 101 | 37.8 | 10694.7 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 84 04 27 | 52 | 23.9 | 10718.5 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 2 | PEACHBOTTOM 2 | BWR | 84 04 28 | 292 | 53.4 | 10771.9 |
| VIRGINIA POWER | NORTH ANNA 1 | NORTH ANNA 1 | PWR | 84 05 12 | 69 | 31.7 | 10803.5 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 84 05 30 | 16 | 2.1 | 10805.6 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 2 | INDIAN POINT 2 | PWR | 84 06 02 | 72 | 32.5 | 10838.1 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 84 06 15 | 106 | 19.4 | 10857.4 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 84 08 01 | 53 | 21.9 | 10879.2 |
| VIRGINIA POWER | NORTH ANNA 2 | NORTH ANNA 1 | PWR | 84 08 02 | 58 | 26.7 | 10905.9 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 84 09 03 | 41 | 15.5 | 10921.3 |
| *TOLEDO EDISON COMPANY | DAVIS-BESSE 1 | DAVIS-BESSE 1 | PWR | 84 09 11 | 65 | 30.6 | 10951.9 |
| NEBRASKA PUB POWER DIS | COOPER STATION | MORRIS | BWR | 84 09 15 | 116 | 21.3 | 10973.1 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 2 | BROWNS FERRY 1 | BWR | 84 09 15 | 603 | 110.4 | 11083.4 |
| VIRGINIA POWER | SURRY 1 | SURRY 1 | PWR | 84 09 26 | 42 | 19.2 | 11102.6 |
| VIRGINIA POWER | SURRY 1 | SURRY DRY STORAGE | PWR | 84 09 26 | 30 | 13.8 | 11116.3 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 84 09 28 | 22 | 8.9 | 11125.2 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 84 09 28 | 237 | 43.8 | 11168.9 |
| SOUTH CAROLINA ELEC & GAS CO | SUMMER 1 | SUMMER 1 | PWR | 84 09 28 | 44 | 20.2 | 11189.1 |
| TENNESSEE VALLEY AUTHORITY | SEQUOYAH 2 | SEQUOYAH 1 | PWR | 84 09 29 | 68 | 31.3 | 11220.3 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 84 09 30 | 1 | 0.1 | 11220.3 |
| PUB SVC ELEC & GAS COMPANY | SALEM 2 | SALEM 2 | PWR | 84 10 04 | 68 | 31.3 | 11251.5 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 2 | DRESDEN 2 | BWR | 84 10 05 | 196 | 35.6 | 11287.1 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 1 | PWR | 84 10 05 | 64 | 29.7 | 11316.7 |
| *U.S. DOE | OCONEE 1 | BABCOCK AND WILCOX | PWR | 84 10 05 | 0 | 0.1 | 11316.7 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 1 | BEAVER VALLEY 1 | PWR | 84 10 11 | 77 | 35.3 | 11352.0 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 1 | ARKANSAS NUCLEAR 1 | PWR | 84 10 12 | 68 | 31.6 | 11383.5 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 2 | ST LUCIE 2 | PWR | 84 10 13 | 80 | 31.0 | 11414.5 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 2 | SAN ONOFRE 2 | PWR | 84 10 24 | 64 | 27.4 | 11441.9 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 84 11 30 | 2 | 0.1 | 11441.8 |
| ALABAMA POWER COMPANY | FARLEY 2 | FARLEY 2 | PWR | 85 01 04 | 71 | 32.5 | 11474.3 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 85 01 11 | 5 | 1.9 | 11476.2 |
| DUKE POWER COMPANY | MCGUIRE 2 | MCGUIRE 2 | PWR | 85 01 25 | 39 | 18.0 | 11494.2 |

APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| *COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 85 01 30 | 73 | 33.2 | 11527.3 |
| IES UTILITIES, INC | DUANE ARNOLD | DUANE ARNOLD | BWR | 85 02 01 | 120 | 22.1 | 11549.4 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 85 02 08 | 45 | 17.1 | 11566.4 |
| PENNSYLVANIA POWER & LIGHT | SUSQUEHANNA 1 | SUSQUEHANNA 1 | BWR | 85 02 09 | 192 | 35.3 | 11601.7 |
| *NEW YORK POWER AUTHORITY | FITZPATRICK | FITZPATRICK | BWR | 85 02 14 | 198 | 34.5 | 11636.1 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 2 | MILLSTONE 2 | PWR | 85 02 16 | 80 | 32.3 | 11668.3 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 85 02 21 | 66 | 30.6 | 11698.9 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 3 | PWR | 85 02 21 | 2 | 1.0 | 11699.9 |
| BABCOCK AND WILCOX COMPANY | OCONEE 2 | BABCOCK AND WILCOX | PWR | 85 02 21 | 0 | 0.1 | 11699.9 |
| FLORIDA POWER CORP | CRYSTAL RIVER 3 | CRYSTAL RIVER 3 | PWR | 85 03 08 | 65 | 30.2 | 11730.0 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 85 03 11 | 28 | 3.1 | 11733.0 |
| SACRAMENTO MUNICIP UTIL DISTR | RANCHO SECO 1 | RANCHO SECO 1 | PWR | 85 03 15 | 65 | 30.2 | 11763.1 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 85 03 16 | 176 | 32.0 | 11795.1 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 2 | ARKANSAS NUCLEAR 2 | PWR | 85 03 16 | 68 | 29.1 | 11824.1 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 1 | BROWNS FERRY 1 | BWR | 85 03 19 | 420 | 76.7 | 11900.8 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 85 03 20 | 32 | 12.0 | 11912.8 |
| VIRGINIA POWER | SURRY 2 | SURRY 1 | PWR | 85 03 20 | 52 | 23.9 | 11936.6 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | HARRIS 1 BWR POOL | BWR | 85 03 29 | 82 | 15.1 | 11951.6 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | BRUNSWICK 1 | BWR | 85 03 29 | 102 | 18.9 | 11970.4 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 85 03 30 | 57 | 26.1 | 11996.5 |
| BABCOCK AND WILCOX COMPANY | QUAD CITIES 2 | BABCOCK AND WILCOX | BWR | 85 03 31 | 0 | 0.1 | 11996.5 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 85 04 05 | 31 | 12.5 | 12008.9 |
| GEORGIA POWER COMPANY | HATCH 2 | HATCH 1 | BWR | 85 04 05 | 181 | 33.3 | 12042.1 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 1 | CALVERT CLIFFS 1 | PWR | 85 04 06 | 76 | 29.3 | 12071.4 |
| *INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 85 04 06 | 94 | 40.2 | 12111.6 |
| ALABAMA POWER COMPANY | FARLEY 1 | FARLEY 1 | PWR | 85 04 06 | 62 | 28.5 | 12140.1 |
| DUKE POWER COMPANY | MCGUIRE 1 | MCGUIRE 1 | PWR | 85 04 19 | 69 | 31.7 | 12171.8 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 85 05 02 | 40 | 18.4 | 12190.1 |
| *NEW YORK POWER AUTHORITY | INDIAN POINT 3 | INDIAN POINT 3 | PWR | 85 06 07 | 72 | 33.0 | 12223.1 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 3 | PEACHBOTTOM 3 | BWR | 85 07 15 | 284 | 51.8 | 12274.8 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 85 07 31 | 2 | 0.1 | 12274.8 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 3 | PWR | 85 08 07 | 52 | 24.1 | 12298.9 |
| *MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 85 08 17 | 73 | 27.4 | 12326.3 |
| TENNESSEE VALLEY AUTHORITY | SEQUOYAH 1 | SEQUOYAH 1 | PWR | 85 08 22 | 56 | 25.7 | 12352.0 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 85 08 31 | 1 | 0.1 | 12352.0 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 3 | SAN ONOFRE 3 | PWR | 85 09 01 | 64 | 27.4 | 12379.3 |
| *COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 85 09 04 | 76 | 34.8 | 12414.1 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 85 09 05 | 55 | 20.1 | 12434.1 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 85 09 05 | 20 | 2.6 | 12436.7 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 85 09 20 | 120 | 22.0 | 12458.6 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 85 09 28 | 64 | 22.9 | 12481.5 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 85 10 04 | 22 | 8.7 | 12490.2 |
| SOUTH CAROLINA ELEC & GAS CO | SUMMER 1 | SUMMER 1 | PWR | 85 10 05 | 66 | 30.3 | 12520.5 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 2 | CALVERT CLIFFS 1 | PWR | 85 10 18 | 69 | 26.9 | 12547.3 |
| *COMMONWEALTH EDISON COMPANY | LASALLE 1 | LASALLE 1 | BWR | 85 10 18 | 232 | 42.6 | 12589.8 |

APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[3] | RANKING DATE[3] | # OF ASMB[4] | MTU[3,4] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 85 10 19 | 40 | 9.4 | 12599.2 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 1 | ST LUCIE 1 | PWR | 85 10 19 | 85 | 32.2 | 12631.3 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 85 10 26 | 200 | 35.7 | 12666.9 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 85 10 28 | 176 | 32.0 | 12698.9 |
| VIRGINIA POWER | NORTH ANNA 1 | NORTH ANNA 1 | PWR | 85 11 04 | 46 | 21.2 | 12720.0 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 2 | PWR | 85 11 21 | 1 | 0.4 | 12720.4 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 3 | PWR | 85 11 21 | 51 | 18.9 | 12739.3 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 85 11 27 | 141 | 26.2 | 12765.5 |
| *CONSUMERS POWER COMPANY | PALISADES | PALISADES | PWR | 85 11 30 | 52 | 20.2 | 12785.7 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | BRUNSWICK 2 | BWR | 85 11 30 | 91 | 16.7 | 12802.3 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | HARRIS 1 | BWR | 85 11 30 | 57 | 10.5 | 12812.7 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 85 12 31 | 2 | 0.1 | 12812.7 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 86 01 03 | 56 | 23.1 | 12835.8 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 86 01 05 | 216 | 38.3 | 12874.0 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 86 01 10 | 61 | 27.9 | 12901.9 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 2 | INDIAN POINT 2 | PWR | 86 01 13 | 68 | 31.1 | 12932.9 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | HARRIS 1 | PWR | 86 01 28 | 38 | 16.4 | 12949.3 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 86 01 28 | 10 | 4.4 | 12953.6 |
| VIRGINIA POWER | NORTH ANNA 2 | NORTH ANNA 1 | PWR | 86 02 02 | 38 | 17.5 | 12971.1 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 86 02 08 | 33 | 12.4 | 12983.4 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 1 | PWR | 86 02 11 | 51 | 23.7 | 13007.0 |
| PENNSYLVANIA POWER & LIGHT | SUSQUEHANNA 1 | SUSQUEHANNA 1 | BWR | 86 02 15 | 256 | 54.4 | 13061.3 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 86 02 28 | 37 | 14.1 | 13075.3 |
| *INDIANA & MICH ELEC COMPANY | COOK 2 | COOK 1 | PWR | 86 02 28 | 89 | 37.4 | 13112.7 |
| UNION ELEC COMPANY | CALLAWAY 1 | CALLAWAY 1 | PWR | 86 02 28 | 84 | 38.7 | 13151.4 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 86 03 04 | 61 | 22.3 | 13173.7 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 86 03 07 | 28 | 3.1 | 13176.7 |
| *NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 86 03 08 | 200 | 35.5 | 13212.2 |
| DUKE POWER COMPANY | MCGUIRE 2 | MCGUIRE 2 | PWR | 86 03 14 | 69 | 31.7 | 13243.8 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 2 | SAN ONOFRE 2 | PWR | 86 03 15 | 89 | 35.5 | 13279.3 |
| PUB SVC ELEC & GAS COMPANY | SALEM 1 | SALEM 1 | PWR | 86 03 21 | 69 | 31.7 | 13310.9 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 86 03 31 | 1 | 0.1 | 13310.9 |
| ALABAMA POWER COMPANY | FARLEY 2 | FARLEY 2 | PWR | 86 04 04 | 64 | 29.4 | 13340.3 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 2 | ST LUCIE 2 | PWR | 86 04 05 | 84 | 30.5 | 13370.8 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 86 04 09 | 61 | 28.1 | 13398.8 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 86 04 11 | 34 | 13.7 | 13412.4 |
| *GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 86 04 12 | 184 | 32.3 | 13444.7 |
| WASH PUB POWER SUPPLY SYSTEM | WASH NUCLEAR 2 | WASH NUCLEAR 2 | BWR | 86 04 15 | 96 | 17.7 | 13462.3 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 86 04 30 | 120 | 21.6 | 13483.8 |
| VIRGINIA POWER | SURRY 1 | SURRY 1 | PWR | 86 05 10 | 39 | 17.9 | 13501.7 |
| VIRGINIA POWER | SURRY 1 | SURRY DRY STORAGE | PWR | 86 05 10 | 20 | 9.2 | 13510.9 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 1 | BEAVER VALLEY 1 | PWR | 86 05 16 | 65 | 29.9 | 13540.7 |
| DUKE POWER COMPANY | MCGUIRE 1 | MCGUIRE 1 | PWR | 86 05 16 | 75 | 34.5 | 13575.1 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 2 | ARKANSAS NUCLEAR 2 | PWR | 86 06 13 | 60 | 25.7 | 13600.7 |
| BOSTON EDISON COMPANY | PILGRIM 1 | PILGRIM 1 | BWR | 86 07 24 | 132 | 34.3 | 13634.9 |

APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMS[4] | MTU[5] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| DUKE POWER COMPANY | CATAWBA 1 | CATAWBA 1 | PWR | 86 08 08 | 64 | 27.2 | 13662.1 |
| PENNSYLVANIA POWER & LIGHT | SUSQUEHANNA 2 | SUSQUEHANNA 1 | BWR | 86 08 09 | 324 | 59.6 | 13721.6 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 86 08 16 | 60 | 27.9 | 13749.4 |
| PACIFIC GAS AND ELECT | DIABLO CANYON 1 | DIABLO CANYON 1 | PWR | 86 08 29 | 66 | 30.5 | 13779.8 |
| *COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 86 09 04 | 60 | 27.5 | 13807.3 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 1 | ARKANSAS NUCLEAR 1 | PWR | 86 09 04 | 64 | 29.6 | 13836.9 |
| *U.S. DOE | ARKANSAS NUCLEAR 1 | BABCOCK AND WILCOX | PWR | 86 09 04 | 0 | 0.1 | 13836.9 |
| MISSISSIPPI POWER & LIGHT | GRAND GULF 1 | GRAND GULF 1 | BWR | 86 09 05 | 264 | 48.6 | 13885.4 |
| GEORGIA POWER COMPANY | HATCH 2 | HATCH 1 | BWR | 86 09 18 | 155 | 28.5 | 13913.8 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 2 | MILLSTONE 2 | PWR | 86 09 20 | 87 | 23.2 | 13937.0 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 86 09 27 | 29 | 11.7 | 13948.7 |
| PUB SVC ELEC & GAS COMPANY | SALEM 2 | SALEM 2 | PWR | 86 10 02 | 57 | 26.2 | 13974.8 |
| ALABAMA POWER COMPANY | FARLEY 1 | FARLEY 1 | PWR | 86 10 03 | 59 | 27.2 | 14002.0 |
| VIRGINIA POWER | SURRY 2 | SURRY 1 | PWR | 86 10 04 | 41 | 18.9 | 14020.8 |
| NEBRASKA PUB POWER DIS | COOPER STATION | MORRIS | BWR | 86 10 04 | 92 | 16.9 | 14037.6 |
| NEBRASKA PUB POWER DIS | COOPER STATION | COOPER STATION | BWR | 86 10 04 | 60 | 11.0 | 14048.6 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 86 10 13 | 152 | 26.9 | 14075.5 |
| KANSAS GAS AND ELECTRIC COMPANY | WOLF CREEK 1 | WOLF CREEK 1 | PWR | 86 10 16 | 35 | 16.2 | 14091.6 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 86 10 22 | 40 | 14.8 | 14106.3 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 1 | CALVERT CLIFFS 1 | PWR | 86 10 25 | 76 | 29.0 | 14135.3 |
| *GPU NUCLEAR | THREE MILE ISLAND 1 | THREE MILE ISLAND 1 | PWR | 86 10 31 | 75 | 34.8 | 14170.1 |
| LOUISIANA POWER AND LIGHT | WATERFORD 3 | WATERFORD 3 | PWR | 86 11 26 | 92 | 38.5 | 14208.6 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 2 | DRESDEN 2 | BWR | 86 11 29 | 172 | 30.5 | 14239.1 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 3 | PWR | 86 12 17 | 60 | 27.8 | 14266.9 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 87 01 02 | 24 | 3.1 | 14270.0 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 3 | SAN ONOFRE 3 | PWR | 87 01 02 | 89 | 35.4 | 14305.3 |
| *COMMONWEALTH EDISON COMPANY | LASALLE 2 | LASALLE 1 | BWR | 87 01 03 | 224 | 41.0 | 14346.3 |
| *NEW YORK POWER AUTHORITY | FITZPATRICK | FITZPATRICK | BWR | 87 01 15 | 196 | 35.8 | 14382.1 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 1 | ST LUCIE 1 | PWR | 87 02 07 | 84 | 31.3 | 14413.4 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 87 02 13 | 32 | 11.9 | 14425.2 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | BRUNSWICK 1 | BWR | 87 02 14 | 172 | 31.5 | 14456.7 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | HARRIS 1 BWR POOL | BWR | 87 02 14 | 4 | 0.8 | 14457.5 |
| *COMMONWEALTH EDISON COMPANY | BYRON 1 | BYRON 1 | PWR | 87 02 14 | 88 | 37.4 | 14494.8 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 87 02 24 | 29 | 11.0 | 14505.7 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 87 03 01 | 45 | 16.5 | 14522.2 |
| *COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 87 03 05 | 80 | 36.7 | 14558.8 |
| SOUTH CAROLINA ELEC & GAS CO | SUMMER 1 | SUMMER 1 | PWR | 87 03 06 | 60 | 27.7 | 14586.4 |
| IES UTILITIES, INC | DUANE ARNOLD | DUANE ARNOLD | BWR | 87 03 12 | 128 | 23.4 | 14609.8 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 2 | CALVERT CLIFFS 1 | PWR | 87 03 13 | 86 | 33.0 | 14642.8 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 2 | PEACHBOTTOM 2 | BWR | 87 03 14 | 272 | 49.7 | 14692.5 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 87 03 15 | 61 | 28.0 | 14720.4 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 87 03 28 | 11 | 4.8 | 14725.2 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | HARRIS 1 | PWR | 87 03 28 | 40 | 17.3 | 14742.4 |
| *MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 87 03 28 | 67 | 24.5 | 14766.9 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 3 | PEACHBOTTOM 3 | BWR | 87 04 01 | 192 | 35.1 | 14801.9 |

APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[1] | RANKING DATE[2] | # OF ASMB[3] | MTU[2,4] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 87 04 01 | 57 | 26.2 | 14828.1 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 87 04 03 | 37 | 14.9 | 14843.0 |
| PACIFIC GAS AND ELECT | DIABLO CANYON 2 | DIABLO CANYON 2 | PWR | 87 04 03 | 37 | 17.1 | 14860.0 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 87 04 08 | 41 | 15.0 | 14875.0 |
| WASH PUB POWER SUPPLY SYSTEM | WASH NUCLEAR 2 | WASH NUCLEAR 2 | BWR | 87 04 15 | 124 | 22.8 | 14897.7 |
| VIRGINIA POWER | NORTH ANNA 1 | NORTH ANNA 1 | PWR | 87 04 19 | 47 | 21.7 | 14919.3 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 87 04 22 | 272 | 49.8 | 14969.1 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 87 04 30 | 72 | 7.9 | 14976.9 |
| DUKE POWER COMPANY | MCGUIRE 2 | MCGUIRE 2 | PWR | 87 05 01 | 74 | 34.1 | 15011.0 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 87 05 02 | 36 | 8.3 | 15019.3 |
| *NEW YORK POWER AUTHORITY | INDIAN POINT 3 | INDIAN POINT 3 | PWR | 87 05 02 | 79 | 36.1 | 15055.4 |
| PHILADELPHIA ELEC COMPANY | LIMERICK 1 | LIMERICK 1 | BWR | 87 05 15 | 100 | 18.6 | 15073.9 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 87 06 06 | 196 | 34.7 | 15108.6 |
| LONG ISLAND POWER AUTHORITY | SHOREHAM | SHOREHAM | BWR | 87 06 06 | 254 | 46.5 | 15155.1 |
| *INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 87 06 21 | 80 | 35.8 | 15190.8 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 87 06 30 | 1 | 0.1 | 15190.8 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 87 07 18 | 53 | 21.9 | 15212.6 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 87 08 07 | 136 | 24.9 | 15237.5 |
| VIRGINIA POWER | NORTH ANNA 2 | NORTH ANNA 1 | PWR | 87 08 24 | 65 | 30.0 | 15267.4 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 2 | SAN ONOFRE 2 | PWR | 87 08 29 | 113 | 47.9 | 15315.3 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 1 | PWR | 87 09 02 | 56 | 25.9 | 15341.1 |
| DUKE POWER COMPANY | MCGUIRE 1 | MCGUIRE 1 | PWR | 87 09 04 | 72 | 31.0 | 15372.1 |
| UNION ELEC COMPANY | CALLAWAY 1 | CALLAWAY 1 | PWR | 87 09 10 | 96 | 44.3 | 15416.4 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 87 09 12 | 200 | 35.5 | 15451.8 |
| PENNSYLVANIA POWER & LIGHT | SUSQUEHANNA 1 | SUSQUEHANNA 1 | BWR | 87 09 12 | 240 | 44.1 | 15495.9 |
| GULF STATES UTILITIES | RIVER BEND 1 | RIVER BEND 1 | BWR | 87 09 14 | 164 | 30.5 | 15526.3 |
| FLORIDA POWER CORP | CRYSTAL RIVER 3 | CRYSTAL RIVER 3 | PWR | 87 09 18 | 89 | 41.3 | 15567.6 |
| KANSAS GAS AND ELECTRIC COMPANY | WOLF CREEK 1 | WOLF CREEK 1 | PWR | 87 09 27 | 52 | 24.0 | 15591.6 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 87 10 02 | 36 | 14.0 | 15605.6 |
| PUB SVC ELEC & GAS COMPANY | SALEM 1 | SALEM 1 | PWR | 87 10 02 | 70 | 32.3 | 15637.8 |
| ALABAMA POWER COMPANY | FARLEY 2 | FARLEY 2 | PWR | 87 10 02 | 64 | 29.5 | 15667.3 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 2 | ST LUCIE 2 | PWR | 87 10 02 | 72 | 27.4 | 15694.7 |
| ARIZONA PUBLIC SERVICE COMPANY | PALO VERDE 1 | PALO VERDE 1 | PWR | 87 10 02 | 73 | 31.1 | 15725.8 |
| DUKE POWER COMPANY | CATAWBA 1 | CATAWBA 1 | PWR | 87 10 03 | 65 | 27.6 | 15753.3 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 2 | INDIAN POINT 2 | PWR | 87 10 05 | 68 | 31.1 | 15784.4 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 87 10 21 | 136 | 24.5 | 15808.9 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 3 | MILLSTONE 3 | PWR | 87 10 31 | 75 | 34.7 | 15843.4 |
| MISSISSIPPI POWER & LIGHT | GRAND GULF 1 | GRAND GULF 1 | BWR | 87 11 07 | 288 | 53.0 | 15896.3 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 1 | BEAVER VALLEY 1 | PWR | 87 12 11 | 73 | 33.8 | 15930.0 |
| *NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 87 12 19 | 176 | 31.2 | 15961.1 |
| DUKE POWER COMPANY | CATAWBA 2 | CATAWBA 2 | PWR | 87 12 23 | 64 | 27.2 | 15988.3 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 2 | MILLSTONE 2 | PWR | 87 12 31 | 77 | 31.3 | 16019.6 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | BRUNSWICK 2 | BWR | 88 01 01 | 28 | 5.2 | 16024.7 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | HARRIS 1 | BWR | 88 01 01 | 155 | 28.4 | 16053.1 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 88 01 06 | 46 | 15.6 | 16068.6 |

APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[1] | RANKING DATE[2] | # OF ASMS[3] | MTU[3,4] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| GEORGIA POWER COMPANY | HATCH 2 | HATCH 1 | BWR | 88 01 13 | 208 | 38.2 | 16106.8 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 88 02 02 | 52 | 24.1 | 16130.9 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 88 02 05 | 33 | 11.7 | 16142.5 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 2 | ARKANSAS NUCLEAR 2 | PWR | 88 02 12 | 51 | 21.7 | 16164.1 |
| PUB SVC ELEC & GAS COMPANY | HOPE CREEK | HOPE CREEK | BWR | 88 02 14 | 232 | 43.0 | 16207.1 |
| ARIZONA PUBLIC SERVICE COMPANY | PALO VERDE 2 | PALO VERDE 2 | PWR | 88 02 20 | 85 | 35.9 | 16242.9 |
| *COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 88 02 24 | 80 | 36.8 | 16279.7 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 88 03 01 | 168 | 29.7 | 16309.3 |
| *COMMONWEALTH EDISON COMPANY | LASALLE 1 | LASALLE 1 | BWR | 88 03 01 | 224 | 41.1 | 16350.3 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 88 03 02 | 33 | 12.6 | 16363.0 |
| NEBRASKA PUB POWER DIS | COOPER STATION | COOPER STATION | BWR | 88 03 05 | 124 | 22.7 | 16385.5 |
| PENNSYLVANIA POWER & LIGHT | SUSQUEHANNA 2 | SUSQUEHANNA 1 | BWR | 88 03 05 | 232 | 42.6 | 16428.0 |
| PACIFIC GAS AND ELECT | DIABLO CANYON 1 | DIABLO CANYON 1 | PWR | 88 03 06 | 68 | 31.3 | 16459.3 |
| *TOLEDO EDISON COMPANY | DAVIS-BESSE 1 | DAVIS-BESSE 1 | PWR | 88 03 11 | 65 | 30.5 | 16489.8 |
| ALABAMA POWER COMPANY | FARLEY 1 | FARLEY 1 | PWR | 88 03 25 | 73 | 33.7 | 16523.5 |
| LOUISIANA POWER AND LIGHT | WATERFORD 3 | WATERFORD 3 | PWR | 88 04 01 | 81 | 32.2 | 16555.7 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 88 04 08 | 30 | 2.7 | 16558.3 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 88 04 08 | 33 | 13.0 | 16571.2 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 1 | CALVERT CLIFFS 1 | PWR | 88 04 08 | 95 | 37.0 | 16608.1 |
| VIRGINIA POWER | SURRY 1 | SURRY 1 | PWR | 88 04 09 | 68 | 31.2 | 16639.3 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 88 04 09 | 164 | 29.1 | 16668.4 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 88 04 13 | 49 | 22.5 | 16690.9 |
| WASH PUB POWER SUPPLY SYSTEM | WASH NUCLEAR 2 | WASH NUCLEAR 2 | BWR | 88 04 15 | 151 | 27.7 | 16718.5 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 3 | SAN ONOFRE 3 | PWR | 88 04 29 | 113 | 47.8 | 16766.3 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | MSC | 88 04 30 | N/A | 0.1 | 16766.3 |
| *INDIANA & MICH ELEC COMPANY | COOK 2 | COOK 1 | PWR | 88 05 01 | 72 | 29.0 | 16795.3 |
| DUKE POWER COMPANY | MCGUIRE 2 | MCGUIRE 2 | PWR | 88 05 27 | 69 | 29.7 | 16824.9 |
| *GPU NUCLEAR | THREE MILE ISLAND 1 | THREE MILE ISLAND 1 | PWR | 88 06 15 | 58 | 26.9 | 16851.0 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | HGR | 88 06 30 | 5 | 0.1 | 16851.8 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 1 | ST LUCIE 1 | PWR | 88 07 11 | 83 | 30.9 | 16882.5 |
| CAROLINA POWER & LIGHT COMPANY | HARRIS 1 | HARRIS 1 | PWR | 88 07 29 | 47 | 21.9 | 16904.5 |
| *CONSUMERS POWER COMPANY | PALISADES | PALISADES | PWR | 88 08 08 | 52 | 20.5 | 16924.9 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 3 | PWR | 88 08 10 | 88 | 40.8 | 16965.7 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 88 08 24 | 37 | 13.6 | 16979.2 |
| *NEW YORK POWER AUTHORITY | FITZPATRICK | FITZPATRICK | BWR | 88 08 27 | 184 | 33.6 | 17012.8 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 1 | ARKANSAS NUCLEAR 1 | PWR | 88 08 28 | 61 | 28.3 | 17041.0 |
| PUB SVC ELEC & GAS COMPANY | SALEM 2 | SALEM 2 | PWR | 88 08 31 | 82 | 37.8 | 17078.8 |
| *COMMONWEALTH EDISON COMPANY | BYRON 1 | BYRON 1 | PWR | 88 09 03 | 76 | 32.3 | 17111.0 |
| VIRGINIA POWER | SURRY 2 | SURRY 1 | PWR | 88 09 10 | 69 | 31.7 | 17142.6 |
| SOUTH CAROLINA ELEC & GAS CO | SUMMER 1 | SUMMER 1 | PWR | 88 09 16 | 61 | 28.0 | 17170.6 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 88 09 17 | 53 | 24.3 | 17194.9 |
| PACIFIC GAS AND ELECT | DIABLO CANYON 2 | DIABLO CANYON 2 | PWR | 88 09 17 | 74 | 34.1 | 17228.9 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 88 09 27 | 44 | 15.2 | 17244.1 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 88 09 28 | 150 | 27.6 | 17271.6 |
| *GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 88 09 29 | 176 | 30.9 | 17302.4 |