## APPENDIX A (Continued)
## 1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[1] | RANKING DATE[2] | # OF ASMB[3] | MTU[4,5] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| IES UTILITIES, INC | DUANE ARNOLD | DUANE ARNOLD | BWR | 88 09 29 | 120 | 22.0 | 17324.4 |
| KANSAS GAS AND ELECTRIC COMPANY | WOLF CREEK 1 | WOLF CREEK 1 | PWR | 88 10 07 | 73 | 33.8 | 17359.1 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 88 10 08 | 34 | 12.6 | 17370.6 |
| GEORGIA POWER COMPANY | VOGTLE 1 | VOGTLE 1 | PWR | 88 10 08 | 67 | 31.2 | 17401.8 |
| *COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 88 10 12 | 68 | 31.3 | 17433.0 |
| DUKE POWER COMPANY | MCGUIRE 1 | MCGUIRE 1 | PWR | 88 10 12 | 77 | 32.7 | 17465.7 |
| *COMMONWEALTH EDISON COMPANY | LASALLE 2 | LASALLE 1 | BWR | 88 10 14 | 236 | 43.2 | 17508.9 |
| *MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 88 10 15 | 65 | 23.9 | 17532.7 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 2 | DRESDEN 2 | BWR | 88 10 30 | 200 | 35.2 | 17567.8 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | BRUNSWICK 1 | BWR | 88 11 10 | 184 | 33.7 | 17601.5 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | HARRIS 1 | PWR | 88 11 11 | 12 | 5.2 | 17606.6 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 88 11 11 | 37 | 16.0 | 17622.5 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 88 11 12 | 40 | 9.2 | 17631.7 |
| DUKE POWER COMPANY | CATAWBA 1 | CATAWBA 1 | PWR | 88 11 24 | 61 | 25.9 | 17657.5 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 1 | PWR | 88 11 27 | 41 | 15.2 | 17672.7 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 3 | PWR | 88 11 27 | 11 | 4.1 | 17676.8 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 88 11 30 | 1 | 0.1 | 17676.9 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 88 12 31 | 1 | 0.1 | 17676.8 |
| ILLINOIS POWER COMPANY | CLINTON 1 | CLINTON 1 | BWR | 89 01 02 | 155 | 31.0 | 17707.7 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 1 | PWR | 89 01 03 | 52 | 24.1 | 17731.7 |
| BABCOCK AND WILCOX COMPANY | OCONEE 1 | BABCOCK AND WILCOX | PWR | 89 01 03 | 0 | 0.1 | 17731.7 |
| *COMMONWEALTH EDISON COMPANY | BYRON 2 | BYRON 1 | PWR | 89 01 07 | 88 | 37.6 | 17769.3 |
| PHILADELPHIA ELEC COMPANY | LIMERICK 1 | LIMERICK 1 | BWR | 89 01 11 | 636 | 117.4 | 17886.7 |
| TENNESSEE VALLEY AUTHORITY | SEQUOYAH 2 | SEQUOYAH 1 | PWR | 89 01 19 | 72 | 33.1 | 17919.8 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 2 | ST LUCIE 2 | PWR | 89 02 01 | 84 | 31.8 | 17951.6 |
| *NEW YORK POWER AUTHORITY | INDIAN POINT 3 | INDIAN POINT 3 | PWR | 89 02 03 | 62 | 28.5 | 17979.9 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 2 | MILLSTONE 2 | PWR | 89 02 04 | 73 | 29.9 | 18009.8 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 89 02 11 | 136 | 25.1 | 18034.8 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 89 02 20 | 45 | 17.1 | 18051.8 |
| VIRGINIA POWER | NORTH ANNA 2 | NORTH ANNA 1 | PWR | 89 02 20 | 69 | 31.7 | 18083.5 |
| CLEVELAND ELEC ILLUM COMPANY | PERRY 1 | PERRY 1 | BWR | 89 02 22 | 128 | 23.6 | 18107.1 |
| VIRGINIA POWER | NORTH ANNA 1 | NORTH ANNA 1 | PWR | 89 02 25 | 58 | 26.7 | 18133.7 |
| ARIZONA PUBLIC SERVICE COMPANY | PALO VERDE 3 | PALO VERDE 3 | PWR | 89 03 03 | 69 | 29.5 | 18163.2 |
| DUKE POWER COMPANY | CATAWBA 2 | CATAWBA 2 | PWR | 89 03 10 | 71 | 30.3 | 18193.4 |
| GULF STATES UTILITIES | RIVER BEND 1 | RIVER BEND 1 | BWR | 89 03 15 | 222 | 41.2 | 18234.5 |
| *INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 89 03 16 | 80 | 36.8 | 18271.3 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 89 03 17 | 36 | 12.9 | 18284.1 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 2 | INDIAN POINT 2 | PWR | 89 03 17 | 72 | 33.1 | 18317.2 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 2 | CALVERT CLIFFS 1 | PWR | 89 03 17 | 89 | 34.7 | 18351.9 |
| MISSISSIPPI POWER & LIGHT | GRAND GULF 1 | GRAND GULF 1 | BWR | 89 03 17 | 276 | 50.5 | 18402.3 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 2 | BEAVER VALLEY 2 | PWR | 89 03 18 | 53 | 24.5 | 18426.7 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 89 03 19 | 57 | 26.3 | 18452.9 |
| ALABAMA POWER COMPANY | FARLEY 2 | FARLEY 2 | PWR | 89 03 24 | 65 | 30.3 | 18483.2 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 89 03 29 | 44 | 16.1 | 18499.2 |
| PENNSYLVANIA POWER & LIGHT | SUSQUEHANNA 1 | SUSQUEHANNA 1 | BWR | 89 03 29 | 228 | 40.5 | 18539.6 |

APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[b] | RANKING DATE[c] | # OF ASMB[d] | MTU[e] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| PUB SVC ELEC & GAS COMPANY | SALEM 1 | SALEM 1 | PWR | 89 03 30 | 65 | 30.2 | 18569.8 |
| UNION ELEC COMPANY | CALLAWAY 1 | CALLAWAY 1 | PWR | 89 03 31 | 88 | 38.1 | 18607.8 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 89 04 07 | 196 | 34.9 | 18642.7 |
| NEBRASKA PUB POWER DIS | COOPER STATION | COOPER STATION | BWR | 89 04 07 | 104 | 19.1 | 18661.7 |
| ARIZONA PUBLIC SERVICE COMPANY | PALO VERDE 1 | PALO VERDE 1 | PWR | 89 04 08 | 105 | 41.8 | 18703.5 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 89 04 09 | 33 | 12.4 | 18715.9 |
| WASH PUB POWER SUPPLY SYSTEM | WASH NUCLEAR 2 | WASH NUCLEAR 2 | BWR | 89 04 15 | 137 | 25.1 | 18741.0 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 3 | MILLSTONE 3 | PWR | 89 05 11 | 85 | 39.3 | 18780.2 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 89 05 20 | 43 | 20.0 | 18800.1 |
| SACRAMENTO MUNICIP UTIL DISTR | RANCHO SECO 1 | RANCHO SECO 1 | PWR | 89 06 07 | 177 | 82.1 | 18882.1 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 89 06 09 | 23 | 2.9 | 18885.0 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 89 06 30 | 4 | 0.1 | 18885.0 |
| DUKE POWER COMPANY | MCGUIRE 2 | MCGUIRE 2 | PWR | 89 07 05 | 73 | 31.1 | 18916.0 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 89 07 31 | 2 | 0.1 | 18916.0 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 89 08 15 | 128 | 22.7 | 18938.7 |
| *U.S. DOE | FORT ST VRAIN | INEL | HTG | 89 08 29 | 18 | 0.2 | 18938.9 |
| PUB SVC COMPANY OF COLORADO | FORT ST VRAIN | FORT ST VRAIN | HTG | 89 08 29 | 1464 | 15.4 | 18954.3 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 89 09 01 | 132 | 23.5 | 18977.8 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 1 | BEAVER VALLEY 1 | PWR | 89 09 01 | 69 | 32.0 | 19009.7 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 89 09 02 | 56 | 22.1 | 19031.8 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 2 | SAN ONOFRE 2 | PWR | 89 09 02 | 109 | 45.7 | 19077.4 |
| *COMMONWEALTH EDISON COMPANY | BRAIDWOOD 1 | BRAIDWOOD 1 | PWR | 89 09 02 | 88 | 37.6 | 19115.0 |
| GEORGIA POWER COMPANY | HATCH 2 | HATCH 1 | BWR | 89 09 03 | 242 | 44.6 | 19159.6 |
| DETROIT EDISON COMPANY | ENRICO FERMI 2 | ENRICO FERMI 2 | BWR | 89 09 03 | 128 | 23.6 | 19183.1 |
| *COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 89 09 07 | 76 | 35.0 | 19218.1 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | BRUNSWICK 2 | BWR | 89 09 08 | 52 | 9.6 | 19227.7 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | HARRIS 1 | BWR | 89 09 08 | 116 | 21.4 | 19249.0 |
| PENNSYLVANIA POWER & LIGHT | SUSQUEHANNA 2 | SUSQUEHANNA 1 | BWR | 89 09 08 | 209 | 38.3 | 19287.3 |
| *COMMONWEALTH EDISON COMPANY | LASALLE 1 | LASALLE 1 | BWR | 89 09 15 | 172 | 31.5 | 19318.7 |
| PUB SVC ELEC & GAS COMPANY | HOPE CREEK | HOPE CREEK | BWR | 89 09 16 | 264 | 48.8 | 19367.5 |
| ALABAMA POWER COMPANY | FARLEY 1 | FARLEY 1 | PWR | 89 09 22 | 74 | 34.3 | 19401.8 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 89 09 23 | 32 | 11.7 | 19413.4 |
| LOUISIANA POWER AND LIGHT | WATERFORD 3 | WATERFORD 3 | PWR | 89 09 23 | 85 | 35.7 | 19449.1 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 2 | ARKANSAS NUCLEAR 2 | PWR | 89 09 25 | 81 | 33.3 | 19482.4 |
| HOUSTON LIGHTING & POWER | SOUTH TEXAS 1 | SOUTH TEXAS 1 | PWR | 89 10 01 | 36 | 19.6 | 19501.9 |
| PACIFIC GAS AND ELECT | DIABLO CANYON 1 | DIABLO CANYON 1 | PWR | 89 10 07 | 65 | 30.1 | 19532.0 |
| CAROLINA POWER & LIGHT COMPANY | HARRIS 1 | HARRIS 1 | PWR | 89 10 09 | 52 | 24.2 | 19556.1 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 3 | PWR | 89 11 08 | 56 | 26.0 | 19582.0 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 89 12 03 | 136 | 23.6 | 19605.6 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 89 12 31 | 1 | 0.1 | 19605.6 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 90 01 03 | 58 | 20.9 | 19626.5 |
| *GPU NUCLEAR | THREE MILE ISLAND 1 | THREE MILE ISLAND 1 | PWR | 90 01 05 | 91 | 42.3 | 19668.8 |
| *COMMONWEALTH EDISON COMPANY | BYRON 1 | BYRON 1 | PWR | 90 01 08 | 88 | 37.3 | 19706.0 |
| DUKE POWER COMPANY | MCGUIRE 1 | MCGUIRE 1 | PWR | 90 01 08 | 70 | 29.8 | 19735.8 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 1 | ST LUCIE 1 | PWR | 90 01 22 | 101 | 37.8 | 19773.6 |

APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[3,4] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| *TOLEDO EDISON COMPANY | DAVIS-BESSE 1 | DAVIS-BESSE 1 | PWR | 90 01 26 | 60 | 28.1 | 19801.6 |
| DUKE POWER COMPANY | CATAWBA 1 | CATAWBA 1 | PWR | 90 01 27 | 69 | 29.4 | 19831.0 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 90 02 03 | 56 | 25.8 | 19856.8 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 90 02 04 | 168 | 29.8 | 19886.6 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 90 02 17 | 39 | 13.7 | 19900.3 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 90 02 17 | 180 | 33.2 | 19933.5 |
| GEORGIA POWER COMPANY | VOGTLE 1 | VOGTLE 1 | PWR | 90 02 23 | 75 | 34.9 | 19968.4 |
| ARIZONA PUBLIC SERVICE COMPANY | PALO VERDE 2 | PALO VERDE 2 | PWR | 90 02 24 | 97 | 38.7 | 20007.1 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 90 03 02 | 33 | 12.5 | 20019.6 |
| NEBRASKA PUB POWER DIS | COOPER STATION | COOPER STATION | BWR | 90 03 03 | 168 | 30.9 | 20050.5 |
| *COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 90 03 03 | 76 | 34.9 | 20085.3 |
| PACIFIC GAS AND ELECT | DIABLO CANYON 2 | DIABLO CANYON 2 | PWR | 90 03 03 | 84 | 38.9 | 20124.2 |
| KANSAS GAS AND ELECTRIC COMPANY | WOLF CREEK 1 | WOLF CREEK 1 | PWR | 90 03 08 | 76 | 35.3 | 20159.5 |
| FLORIDA POWER CORP | CRYSTAL RIVER 3 | CRYSTAL RIVER 3 | PWR | 90 03 14 | 73 | 33.9 | 20193.3 |
| *COMMONWEALTH EDISON COMPANY | LASALLE 2 | LASALLE 1 | BWR | 90 03 16 | 215 | 39.5 | 20232.8 |
| TENNESSEE VALLEY AUTHORITY | SEQUOYAH 1 | SEQUOYAH 1 | PWR | 90 03 17 | 81 | 37.4 | 20270.1 |
| *COMMONWEALTH EDISON COMPANY | BRAIDWOOD 2 | BRAIDWOOD 1 | PWR | 90 03 17 | 84 | 35.6 | 20305.6 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 90 03 19 | 53 | 24.5 | 20330.1 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 90 03 23 | 37 | 13.3 | 20343.4 |
| SOUTH CAROLINA ELEC & GAS CO | SUMMER 1 | SUMMER 1 | PWR | 90 03 23 | 69 | 32.0 | 20375.3 |
| PUB SVC ELEC & GAS COMPANY | SALEM 2 | SALEM 2 | PWR | 90 03 30 | 75 | 34.8 | 20410.0 |
| HOUSTON LIGHTING & POWER | SOUTH TEXAS 1 | SOUTH TEXAS 1 | PWR | 90 03 30 | 48 | 26.1 | 20436.1 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 90 03 31 | 38 | 14.0 | 20450.0 |
| *NEW YORK POWER AUTHORITY | FITZPATRICK | FITZPATRICK | BWR | 90 03 31 | 148 | 27.4 | 20477.3 |
| *MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 90 04 07 | 73 | 27.4 | 20504.6 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 3 | SAN ONOFRE 3 | PWR | 90 04 14 | 109 | 45.7 | 20550.3 |
| WASH PUB POWER SUPPLY SYSTEM | WASH NUCLEAR 2 | WASH NUCLEAR 2 | BWR | 90 04 21 | 208 | 38.1 | 20588.4 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 1 | PWR | 90 04 26 | 52 | 24.2 | 20612.6 |
| DUKE POWER COMPANY | CATAWBA 2 | CATAWBA 2 | PWR | 90 06 09 | 69 | 29.4 | 20641.8 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 90 06 23 | 36 | 8.4 | 20650.1 |
| IES UTILITIES, INC | DUANE ARNOLD | DUANE ARNOLD | BWR | 90 06 28 | 104 | 19.1 | 20669.2 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 1 | PWR | 90 06 30 | 2 | 0.8 | 20669.9 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 3 | PWR | 90 06 30 | 38 | 14.1 | 20684.0 |
| *INDIANA & MICH ELEC COMPANY | COOK 2 | COOK 1 | PWR | 90 06 30 | 85 | 34.3 | 20718.2 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 90 07 31 | 4 | 0.1 | 20718.2 |
| VIRGINIA POWER | NORTH ANNA 2 | NORTH ANNA 1 | PWR | 90 08 21 | 63 | 29.0 | 20747.2 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 90 09 01 | 128 | 23.6 | 20770.8 |
| DUKE POWER COMPANY | MCGUIRE 2 | MCGUIRE 2 | PWR | 90 09 01 | 76 | 32.4 | 20803.1 |
| *COMMONWEALTH EDISON COMPANY | BYRON 2 | BYRON 1 | PWR | 90 09 01 | 79 | 33.7 | 20836.8 |
| CLEVELAND ELEC ILLUM COMPANY | PERRY 1 | PERRY 1 | BWR | 90 09 03 | 416 | 76.8 | 20913.5 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 2 | BEAVER VALLEY 2 | PWR | 90 09 03 | 69 | 31.8 | 20945.3 |
| *NIAGARA MOHAWK POWER CORP | NINE MILE POINT 2 | NINE MILE POINT 2 | BWR | 90 09 05 | 195 | 36.3 | 20981.5 |
| PENNSYLVANIA POWER & LIGHT | SUSQUEHANNA 1 | SUSQUEHANNA 1 | BWR | 90 09 07 | 220 | 38.8 | 21020.3 |
| PHILADELPHIA ELEC COMPANY | LIMERICK 1 | LIMERICK 1 | BWR | 90 09 07 | 164 | 30.4 | 21050.6 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 90 09 08 | 49 | 21.3 | 21071.9 |

APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[11] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| TENNESSEE VALLEY AUTHORITY | SEQUOYAH 2 | SEQUOYAH 1 | PWR | 90 09 08 | 78 | 36.0 | 21107.9 |
| *NEW YORK POWER AUTHORITY | INDIAN POINT 3 | INDIAN POINT 3 | PWR | 90 09 09 | 73 | 33.8 | 21141.6 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 90 09 10 | 53 | 19.0 | 21160.5 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 90 09 12 | 48 | 22.3 | 21182.8 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 2 | MILLSTONE 2 | PWR | 90 09 14 | 85 | 34.7 | 21217.5 |
| GEORGIA POWER COMPANY | VOGTLE 2 | VOGTLE 1 | PWR | 90 09 14 | 76 | 35.2 | 21252.7 |
| *CONSUMERS POWER COMPANY | PALISADES | PALISADES | PWR | 90 09 15 | 75 | 29.4 | 21282.0 |
| GULF STATES UTILITIES | RIVER BEND 1 | RIVER BEND 1 | BWR | 90 09 15 | 178 | 33.0 | 21314.9 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 90 09 21 | 20 | 2.7 | 21317.5 |
| UNION ELEC COMPANY | CALLAWAY 1 | CALLAWAY 1 | PWR | 90 09 21 | 71 | 30.3 | 21347.8 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 2 | DRESDEN 2 | BWR | 90 09 23 | 168 | 29.1 | 21376.9 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | BRUNSWICK 1 | BWR | 90 09 27 | 159 | 29.3 | 21406.1 |
| HOUSTON LIGHTING & POWER | SOUTH TEXAS 2 | SOUTH TEXAS 2 | PWR | 90 09 29 | 36 | 19.5 | 21425.6 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 2 | ST LUCIE 2 | PWR | 90 09 30 | 76 | 29.2 | 21454.8 |
| MISSISSIPPI POWER & LIGHT | GRAND GULF 1 | GRAND GULF 1 | BWR | 90 09 30 | 284 | 50.2 | 21505.0 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 1 | ARKANSAS NUCLEAR 1 | PWR | 90 10 01 | 57 | 26.5 | 21531.4 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 90 10 06 | 33 | 12.2 | 21543.6 |
| VIRGINIA POWER | SURRY 1 | SURRY 1 | PWR | 90 10 06 | 55 | 25.3 | 21568.9 |
| ALABAMA POWER COMPANY | FARLEY 2 | FARLEY 2 | PWR | 90 10 13 | 57 | 26.5 | 21595.3 |
| ILLINOIS POWER COMPANY | CLINTON 1 | CLINTON 1 | BWR | 90 10 14 | 216 | 39.7 | 21635.0 |
| *INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 90 10 20 | 80 | 36.9 | 21671.8 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 90 11 11 | 144 | 25.7 | 21697.4 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 90 11 24 | 64 | 29.5 | 21726.9 |
| *COMMONWEALTH EDISON COMPANY | BRAIDWOOD 1 | BRAIDWOOD 1 | PWR | 90 12 30 | 64 | 27.2 | 21754.1 |
| PUB SVC ELEC & GAS COMPANY | HOPE CREEK | HOPE CREEK | BWR | 91 01 01 | 264 | 48.8 | 21802.9 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 2 | PEACHBOTTOM 2 | BWR | 91 01 12 | 160 | 29.3 | 21832.1 |
| VIRGINIA POWER | NORTH ANNA 1 | NORTH ANNA 1 | PWR | 91 01 12 | 64 | 38.5 | 21870.5 |
| HOUSTON LIGHTING & POWER | SOUTH TEXAS 1 | SOUTH TEXAS 1 | PWR | 91 01 15 | 63 | 34.2 | 21904.7 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCR | 91 01 31 | 1 | 0.1 | 21904.7 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 2 | INDIAN POINT 2 | PWR | 91 02 01 | 56 | 25.8 | 21930.4 |
| PACIFIC GAS AND ELECT | DIABLO CANYON 1 | DIABLO CANYON 1 | PWR | 91 02 01 | 89 | 41.0 | 21971.4 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 3 | MILLSTONE 3 | PWR | 91 02 02 | 88 | 40.7 | 22012.1 |
| PUB SVC ELEC & GAS COMPANY | SALEM 1 | SALEM 1 | PWR | 91 02 09 | 65 | 30.2 | 22042.3 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 3 | PWR | 91 02 13 | 52 | 24.2 | 22066.4 |
| *GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 91 02 16 | 144 | 25.5 | 22091.8 |
| *COMMONWEALTH EDISON COMPANY | LASALLE 1 | LASALLE 1 | BWR | 91 02 16 | 192 | 35.1 | 22126.8 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 2 | ARKANSAS NUCLEAR 2 | PWR | 91 02 22 | 68 | 28.0 | 22154.8 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 91 03 04 | 53 | 24.6 | 22179.3 |
| ALABAMA POWER COMPANY | FARLEY 1 | FARLEY 1 | PWR | 91 03 08 | 63 | 29.3 | 22208.5 |
| PENNSYLVANIA POWER & LIGHT | SUSQUEHANNA 2 | SUSQUEHANNA 1 | BWR | 91 03 08 | 231 | 40.0 | 22248.4 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 91 03 09 | 37 | 14.1 | 22262.5 |
| LOUISIANA POWER AND LIGHT | WATERFORD 3 | WATERFORD 3 | PWR | 91 03 15 | 85 | 35.2 | 22297.5 |
| CAROLINA POWER & LIGHT COMPANY | HARRIS 1 | HARRIS 1 | PWR | 91 03 16 | 61 | 28.1 | 22325.6 |
| ARIZONA PUBLIC SERVICE COMPANY | PALO VERDE 3 | PALO VERDE 3 | PWR | 91 03 16 | 97 | 38.7 | 22364.2 |
| GEORGIA POWER COMPANY | HATCH 2 | HATCH 1 | BWR | 91 03 20 | 176 | 32.6 | 22396.8 |

**APPENDIX A (Continued)**
**1994 ACCEPTANCE PRIORITY RANKING**

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[1] | RANKING DATE[3] | # OF ASMB[4] | MTU[2,3] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| DUKE POWER COMPANY | CATAWBA 1 | CATAWBA 1 | PWR | 91 03 20 | 69 | 29.3 | 22426.0 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 91 03 22 | 29 | 10.4 | 22436.4 |
| PHILADELPHIA ELEC COMPANY | LIMERICK 2 | LIMERICK 1 | BWR | 91 03 22 | 224 | 41.8 | 22478.1 |
| DETROIT EDISON COMPANY | ENRICO FERMI 2 | ENRICO FERMI 2 | BWR | 91 03 29 | 136 | 24.5 | 22502.6 |
| VIRGINIA POWER | SURRY 2 | SURRY 1 | PWR | 91 03 30 | 81 | 37.3 | 22539.9 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 91 03 31 | 136 | 24.3 | 22564.1 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 91 04 05 | 29 | 10.9 | 22574.9 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 91 04 07 | 188 | 33.5 | 22608.3 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 1 | BEAVER VALLEY 1 | PWR | 91 04 12 | 57 | 26.5 | 22634.8 |
| WASH PUB POWER SUPPLY SYSTEM | WASH NUCLEAR 2 | WASH NUCLEAR 2 | BWR | 91 04 21 | 120 | 21.2 | 22656.0 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 91 04 30 | 1 | 0.1 | 22656.0 |
| BOSTON EDISON COMPANY | PILGRIM 1 | PILGRIM 1 | BWR | 91 05 04 | 168 | 29.8 | 22685.7 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 91 06 05 | 49 | 17.6 | 22703.3 |
| NORTH ATLANTIC ENERGY SERV CO | SEABROOK 1 | SEABROOK 1 | PWR | 91 07 27 | 60 | 27.9 | 22731.1 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 1 | PWR | 91 08 01 | 68 | 30.2 | 22761.3 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 2 | SAN ONOFRE 2 | PWR | 91 08 17 | 109 | 44.1 | 22805.4 |
| *TOLEDO EDISON COMPANY | DAVIS-BESSE 1 | DAVIS-BESSE 1 | PWR | 91 08 31 | 57 | 26.7 | 22832.1 |
| PACIFIC GAS AND ELECT | DIABLO CANYON 2 | DIABLO CANYON 2 | PWR | 91 08 31 | 113 | 52.0 | 22884.1 |
| *COMMONWEALTH EDISON COMPANY | BYRON 1 | BYRON 1 | PWR | 91 09 06 | 88 | 37.4 | 22921.4 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 91 09 08 | 216 | 37.6 | 22959.0 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | BRUNSWICK 2 | BWR | 91 09 12 | 149 | 27.5 | 22986.5 |
| *COMMONWEALTH EDISON COMPANY | BRAIDWOOD 2 | BRAIDWOOD 1 | PWR | 91 09 12 | 84 | 35.6 | 23022.0 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 3 | PEACHBOTTOM 3 | BWR | 91 09 13 | 256 | 46.8 | 23068.7 |
| HOUSTON LIGHTING & POWER | SOUTH TEXAS 2 | SOUTH TEXAS 2 | PWR | 91 09 14 | 80 | 43.2 | 23111.9 |
| GEORGIA POWER COMPANY | VOGTLE 1 | VOGTLE 1 | PWR | 91 09 15 | 72 | 33.4 | 23145.2 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 91 09 17 | 164 | 30.4 | 23175.6 |
| DUKE POWER COMPANY | MCGUIRE 1 | MCGUIRE 1 | PWR | 91 09 20 | 62 | 26.3 | 23201.9 |
| SOUTH CAROLINA ELEC & GAS CO | SUMMER 1 | SUMMER 1 | PWR | 91 09 20 | 72 | 31.8 | 23233.7 |
| KANSAS GAS AND ELECTRIC COMPANY | WOLF CREEK 1 | WOLF CREEK 1 | PWR | 91 09 20 | 104 | 48.3 | 23281.9 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 91 09 27 | 29 | 10.7 | 23292.6 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 91 10 01 | 76 | 17.4 | 23310.0 |
| TEXAS UTILITIES GENERATING CO | COMANCHE PEAK 1 | COMANCHE PEAK 1 | PWR | 91 10 03 | 53 | 24.4 | 23334.3 |
| NEBRASKA PUB POWER DIS | COOPER STATION | COOPER STATION | BWR | 91 10 04 | 164 | 30.2 | 23364.5 |
| TENNESSEE VALLEY AUTHORITY | SEQUOYAH 1 | SEQUOYAH 1 | PWR | 91 10 05 | 73 | 33.8 | 23398.3 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 91 10 17 | 53 | 21.9 | 23420.1 |
| ARIZONA PUBLIC SERVICE COMPANY | PALO VERDE 2 | PALO VERDE 2 | PWR | 91 10 17 | 105 | 43.2 | 23463.2 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 1 | ST LUCIE 1 | PWR | 91 10 18 | 84 | 31.4 | 23494.5 |
| DUKE POWER COMPANY | CATAWBA 2 | CATAWBA 2 | PWR | 91 10 18 | 76 | 32.2 | 23526.7 |
| PUB SVC ELEC & GAS COMPANY | SALEM 2 | SALEM 2 | PWR | 91 11 09 | 66 | 30.7 | 23557.3 |
| *GPU NUCLEAR | THREE MILE ISLAND 1 | THREE MILE ISLAND 1 | PWR | 91 11 15 | 81 | 37.6 | 23594.9 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 91 11 28 | 20 | 2.7 | 23597.6 |
| *NEW YORK POWER AUTHORITY | FITZPATRICK | FITZPATRICK | BWR | 91 11 28 | 152 | 27.2 | 23624.7 |
| TENNESSEE VALLEY AUTHORITY[7] | BROWNS FERRY 3 | BROWNS FERRY 3 | BWR | 91 12 31 | 25 | 4.6 | 23629.3 |
| YANKEE ATOMIC ELEC COMPANY[8] | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 91 12 31 | 4 | 1.0 | 23630.2 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 92 01 01 | 152 | 26.9 | 23657.0 |

A.25

APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE* | RANKING DATE[1] | # OF ASMB[1] | MTU[1]* | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| *COMMONWEALTH EDISON COMPANY | LASALLE 2 | LASALLE 1 | BWR | 92 01 04 | 224 | 41.4 | 23698.3 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 92 01 09 | 73 | 33.9 | 23732.1 |
| DUKE POWER COMPANY | MCGUIRE 2 | MCGUIRE 2 | PWR | 92 01 09 | 75 | 31.9 | 23764.0 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 3 | SAN ONOFRE 3 | PWR | 92 01 24 | 109 | 44.2 | 23808.2 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 92 02 01 | 53 | 18.9 | 23827.1 |
| *CONSUMERS POWER COMPANY | PALISADES | PALISADES | PWR | 92 02 06 | 76 | 29.8 | 23856.8 |
| *MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 92 02 15 | 57 | 21.7 | 23878.5 |
| ARIZONA PUBLIC SERVICE COMPANY | PALO VERDE 1 | PALO VERDE 1 | PWR | 92 02 15 | 97 | 40.5 | 23918.9 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 92 02 18 | 53 | 19.1 | 23937.9 |
| *INDIANA & MICH ELEC COMPANY | COOK 2 | COOK 1 | PWR | 92 02 22 | 76 | 30.7 | 23968.6 |
| VIRGINIA POWER | NORTH ANNA 2 | NORTH ANNA 1 | PWR | 92 02 26 | 74 | 34.2 | 24002.7 |
| IES UTILITIES, INC | DUANE ARNOLD | DUANE ARNOLD | BWR | 92 02 27 | 104 | 18.7 | 24021.3 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 1 | ARKANSAS NUCLEAR 1 | PWR | 92 02 28 | 61 | 28.3 | 24049.6 |
| *COMMONWEALTH EDISON COMPANY | BYRON 2 | BYRON 1 | PWR | 92 02 28 | 89 | 37.8 | 24087.3 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 92 02 29 | 128 | 23.5 | 24110.8 |
| VIRGINIA POWER | SURRY 1 | SURRY 1 | PWR | 92 02 29 | 65 | 30.0 | 24140.7 |
| ILLINOIS POWER COMPANY | CLINTON 1 | CLINTON 1 | BWR | 92 03 01 | 184 | 33.8 | 24174.5 |
| *NIAGARA MOHAWK POWER CORP | NINE MILE POINT 2 | NINE MILE POINT 2 | BWR | 92 03 04 | 216 | 39.9 | 24214.4 |
| GULF STATES UTILITIES | RIVER BEND 1 | RIVER BEND 1 | BWR | 92 03 05 | 200 | 37.1 | 24251.4 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 92 03 06 | 45 | 17.1 | 24268.4 |
| ALABAMA POWER COMPANY | FARLEY 2 | FARLEY 2 | PWR | 92 03 06 | 61 | 28.4 | 24296.8 |
| PENNSYLVANIA POWER & LIGHT | SUSQUEHANNA 1 | SUSQUEHANNA 1 | BWR | 92 03 06 | 228 | 39.5 | 24336.2 |
| GEORGIA POWER COMPANY | VOGTLE 2 | VOGTLE 1 | PWR | 92 03 11 | 93 | 43.2 | 24379.3 |
| TENNESSEE VALLEY AUTHORITY | SEQUOYAH 2 | SEQUOYAH 1 | PWR | 92 03 13 | 93 | 43.1 | 24422.4 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 2 | BEAVER VALLEY 2 | PWR | 92 03 13 | 65 | 30.0 | 24452.4 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 1 | CALVERT CLIFFS 1 | PWR | 92 03 13 | 85 | 33.1 | 24485.5 |
| UNION ELEC COMPANY | CALLAWAY 1 | CALLAWAY 1 | PWR | 92 03 20 | 101 | 42.9 | 24528.3 |
| PHILADELPHIA ELEC COMPANY | LIMERICK 1 | LIMERICK 1 | BWR | 92 03 20 | 94 | 17.5 | 24545.8 |
| CLEVELAND ELEC ILLUM COMPANY | PERRY 1 | PERRY 1 | BWR | 92 03 21 | 200 | 36.9 | 24582.7 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 92 03 27 | 37 | 13.1 | 24595.7 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 92 03 27 | 49 | 20.9 | 24616.6 |
| PUB SVC ELEC & GAS COMPANY | SALEM 1 | SALEM 1 | PWR | 92 04 04 | 88 | 40.7 | 24657.2 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 92 04 10 | 29 | 10.5 | 24667.7 |
| MISSISSIPPI POWER & LIGHT | GRAND GULF 1 | GRAND GULF 1 | BWR | 92 04 17 | 272 | 47.9 | 24715.5 |
| *NEW YORK POWER AUTHORITY | INDIAN POINT 3 | INDIAN POINT 3 | PWR | 92 04 18 | 80 | 36.9 | 24752.4 |
| WASH PUB POWER SUPPLY SYSTEM | WASH NUCLEAR 2 | WASH NUCLEAR 2 | BWR | 92 04 18 | 78 | 13.8 | 24766.2 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 2 | ST LUCIE 2 | PWR | 92 04 20 | 68 | 25.8 | 24792.0 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 2 | MILLSTONE 2 | PWR | 92 05 30 | 73 | 29.8 | 24821.7 |
| FLORIDA POWER CORP | CRYSTAL RIVER 3 | CRYSTAL RIVER 3 | PWR | 92 05 30 | 76 | 35.3 | 24857.0 |
| *INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 92 06 15 | 80 | 36.9 | 24893.8 |
| DUKE POWER COMPANY | CATAWBA 1 | CATAWBA 1 | PWR | 92 07 10 | 79 | 33.6 | 24927.4 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 3 | PWR | 92 07 21 | 56 | 26.0 | 24953.3 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 92 08 24 | 57 | 26.2 | 24979.5 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 2 | ARKANSAS NUCLEAR 2 | PWR | 92 09 04 | 76 | 31.0 | 25010.4 |
| *COMMONWEALTH EDISON COMPANY | BRAIDWOOD 1 | BRAIDWOOD 1 | PWR | 92 09 05 | 84 | 35.7 | 25046.1 |