APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[3,4] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| NORTH ATLANTIC ENERGY SERV CO | SEABROOK 1 | SEABROOK 1 | PWR | 92 09 07 | 76 | 35.2 | 25081.3 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 2 | PEACHBOTTOM 2 | BWR | 92 09 11 | 268 | 49.1 | 25130.3 |
| PENNSYLVANIA POWER & LIGHT | SUSQUEHANNA 2 | SUSQUEHANNA 1 | BWR | 92 09 11 | 240 | 41.6 | 25171.8 |
| DETROIT EDISON COMPANY | ENRICO FERMI 2 | ENRICO FERMI 2 | BWR | 92 09 11 | 316 | 56.9 | 25228.7 |
| PACIFIC GAS AND ELECT | DIABLO CANYON 1 | DIABLO CANYON 1 | PWR | 92 09 12 | 88 | 39.2 | 25267.9 |
| PUB SVC ELEC & GAS COMPANY | HOPE CREEK | HOPE CREEK | BWR | 92 09 12 | 240 | 46.1 | 25314.0 |
| CAROLINA POWER & LIGHT COMPANY | HARRIS 1 | HARRIS 1 | PWR | 92 09 12 | 64 | 29.0 | 25343.0 |
| GEORGIA POWER COMPANY | HATCH 2 | HATCH 1 | BWR | 92 09 15 | 172 | 31.9 | 25374.8 |
| LOUISIANA POWER AND LIGHT | WATERFORD 3 | WATERFORD 3 | PWR | 92 09 18 | 85 | 34.9 | 25409.6 |
| ARIZONA PUBLIC SERVICE COMPANY | PALO VERDE 3 | PALO VERDE 3 | PWR | 92 09 19 | 117 | 47.5 | 25457.1 |
| HOUSTON LIGHTING & POWER | SOUTH TEXAS 1 | SOUTH TEXAS 1 | PWR | 92 09 19 | 82 | 44.4 | 25501.5 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 92 09 20 | 152 | 26.8 | 25528.2 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 92 09 25 | 29 | 10.5 | 25538.7 |
| ALABAMA POWER COMPANY | FARLEY 1 | FARLEY 1 | PWR | 92 09 25 | 54 | 25.1 | 25563.8 |
| *COMMONWEALTH EDISON COMPANY | LASALLE 1 | LASALLE 1 | BWR | 92 10 03 | 200 | 37.0 | 25600.8 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 92 10 22 | 53 | 19.0 | 25619.7 |
| TEXAS UTILITIES GENERATING CO | COMANCHE PEAK 1 | COMANCHE PEAK 1 | PWR | 92 10 22 | 64 | 29.5 | 25649.2 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 92 11 09 | 193 | 88.9 | 25738.0 |
| *COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 92 11 12 | 76 | 35.0 | 25773.0 |
| *COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 92 11 12 | 84 | 38.7 | 25811.6 |
| *GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 92 11 28 | 168 | 29.6 | 25841.1 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 1 | PWR | 92 11 30 | 157 | 58.2 | 25899.2 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 1 | PWR | 92 12 03 | 56 | 25.9 | 25925.1 |
| VIRGINIA POWER | NORTH ANNA 1 | NORTH ANNA 1 | PWR | 93 01 04 | 68 | 31.5 | 25956.6 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 2 | DRESDEN 2 | BWR | 93 01 17 | 208 | 35.9 | 25992.4 |
| PHILADELPHIA ELEC COMPANY | LIMERICK 2 | LIMERICK 1 | BWR | 93 01 22 | 430 | 80.0 | 26072.3 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 93 01 28 | 129 | 22.8 | 26095.1 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 2 | INDIAN POINT 2 | PWR | 93 01 29 | 88 | 40.7 | 26135.7 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 2 | BROWNS FERRY 1 | BWR | 93 01 29 | 217 | 39.7 | 26175.4 |
| DUKE POWER COMPANY | CATAWBA 2 | CATAWBA 2 | PWR | 93 01 29 | 76 | 32.3 | 26207.6 |
| *COMMONWEALTH EDISON COMPANY | BYRON 1 | BYRON 1 | PWR | 93 02 05 | 88 | 37.4 | 26245.0 |
| *NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 93 02 19 | 192 | 34.1 | 26279.0 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 2 | CALVERT CLIFFS 1 | PWR | 93 02 19 | 93 | 35.0 | 26313.9 |
| HOUSTON LIGHTING & POWER | SOUTH TEXAS 2 | SOUTH TEXAS 2 | PWR | 93 02 27 | 72 | 39.0 | 26352.9 |
| *TOLEDO EDISON COMPANY | DAVIS-BESSE 1 | DAVIS-BESSE 1 | PWR | 93 03 01 | 65 | 30.5 | 26383.2 |
| TENNESSEE VALLEY AUTHORITY | SEQUOYAH 1 | SEQUOYAH 1 | PWR | 93 03 02 | 88 | 40.8 | 26424.1 |
| GEORGIA POWER COMPANY | HATCH 2 | HATCH 1 | BWR | 93 03 04 | 4 | 0.8 | 26424.8 |
| KANSAS GAS AND ELECTRIC COMPANY | WOLF CREEK 1 | WOLF CREEK 1 | PWR | 93 03 04 | 68 | 31.6 | 26456.3 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 93 03 05 | 45 | 17.1 | 26473.3 |
| NEBRASKA PUB POWER DIS | COOPER STATION | COOPER STATION | BWR | 93 03 05 | 184 | 34.2 | 26507.5 |
| *COMMONWEALTH EDISON COMPANY | BRAIDWOOD 2 | BRAIDWOOD 1 | PWR | 93 03 05 | 84 | 35.7 | 26543.2 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 93 03 06 | 144 | 25.4 | 26568.5 |
| VIRGINIA POWER | SURRY 2 | SURRY 1 | PWR | 93 03 06 | 69 | 31.7 | 26600.2 |
| SOUTH CAROLINA ELEC & GAS CO | SUMMER 1 | SUMMER 1 | PWR | 93 03 06 | 68 | 28.9 | 26629.1 |
| PACIFIC GAS AND ELECT | DIABLO CANYON 2 | DIABLO CANYON 2 | PWR | 93 03 06 | 88 | 38.5 | 26667.5 |

APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 93 03 09 | 168 | 31.1 | 26698.6 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 93 03 12 | 29 | 10.3 | 26708.9 |
| DUKE POWER COMPANY | MCGUIRE 1 | MCGUIRE 1 | PWR | 93 03 12 | 85 | 36.3 | 26745.1 |
| GEORGIA POWER COMPANY | VOGTLE 1 | VOGTLE 1 | PWR | 93 03 12 | 101 | 46.9 | 26792.0 |
| PUB SVC ELEC & GAS COMPANY | SALEM 2 | SALEM 2 | PWR | 93 03 19 | 41 | 19.0 | 26810.9 |
| ARIZONA PUBLIC SERVICE COMPANY | PALO VERDE 2 | PALO VERDE 2 | PWR | 93 03 19 | 97 | 38.9 | 26849.7 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 1 | BEAVER VALLEY 1 | PWR | 93 03 26 | 81 | 37.6 | 26887.3 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 93 03 27 | 29 | 10.5 | 26897.7 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 1 | ST LUCIE 1 | PWR | 93 03 27 | 84 | 31.3 | 26928.9 |
| BOSTON EDISON COMPANY | PILGRIM 1 | PILGRIM 1 | BWR | 93 04 03 | 140 | 24.9 | 26953.7 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 93 04 10 | 52 | 23.9 | 26977.6 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | BRUNSWICK 1 | BWR | 93 04 13 | 124 | 23.0 | 27000.5 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 93 04 29 | 60 | 27.3 | 27027.8 |
| WASH PUB POWER SUPPLY SYSTEM | WASH NUCLEAR 2 | WASH NUCLEAR 2 | BWR | 93 05 01 | 126 | 22.6 | 27050.3 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 93 05 15 | 53 | 21.9 | 27072.2 |
| *CONSUMERS POWER COMPANY | PALISADES | PALISADES | PWR | 93 06 04 | 60 | 24.0 | 27096.1 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 2 | SAN ONOFRE 2 | PWR | 93 06 05 | 108 | 43.8 | 27139.9 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 93 06 26 | 22 | 3.0 | 27142.8 |
| DUKE POWER COMPANY | MCGUIRE 2 | MCGUIRE 2 | PWR | 93 07 01 | 77 | 32.8 | 27175.6 |
| IES UTILITIES, INC | DUANE ARNOLD | DUANE ARNOLD | BWR | 93 07 29 | 128 | 22.9 | 27198.5 |
| *MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 93 07 30 | 77 | 29.5 | 27227.9 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 3 | MILLSTONE 3 | PWR | 93 07 31 | 84 | 38.3 | 27266.2 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 93 08 28 | 120 | 22.8 | 27289.0 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 93 09 02 | 56 | 22.7 | 27311.6 |
| *COMMONWEALTH EDISON COMPANY | BYRON 2 | BYRON 1 | PWR | 93 09 03 | 88 | 37.4 | 27349.0 |
| *COMMONWEALTH EDISON COMPANY | LASALLE 2 | LASALLE 1 | BWR | 93 09 04 | 232 | 43.0 | 27392.0 |
| ARIZONA PUBLIC SERVICE COMPANY | PALO VERDE 1 | PALO VERDE 1 | PWR | 93 09 04 | 93 | 38.6 | 27430.5 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 1 | ARKANSAS NUCLEAR 1 | PWR | 93 09 06 | 60 | 27.9 | 27458.3 |
| VIRGINIA POWER | NORTH ANNA 2 | NORTH ANNA 1 | PWR | 93 09 07 | 85 | 39.4 | 27497.6 |
| GEORGIA POWER COMPANY | VOGTLE 2 | VOGTLE 1 | PWR | 93 09 10 | 81 | 37.7 | 27535.2 |
| *GPU NUCLEAR | THREE MILE ISLAND 1 | THREE MILE ISLAND 1 | PWR | 93 09 17 | 55 | 30.2 | 27565.4 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 3 | PEACHBOTTOM 3 | BWR | 93 09 17 | 256 | 47.1 | 27612.4 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 2 | BEAVER VALLEY 2 | PWR | 93 09 17 | 73 | 33.9 | 27646.2 |
| ALABAMA POWER COMPANY | FARLEY 2 | FARLEY 2 | PWR | 93 09 24 | 60 | 27.8 | 27674.0 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 93 09 25 | 28 | 10.1 | 27684.1 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 93 09 25 | 41 | 14.5 | 27698.6 |
| PENNSYLVANIA POWER & LIGHT | SUSQUEHANNA 1 | SUSQUEHANNA 1 | BWR | 93 09 25 | 224 | 38.8 | 27737.3 |
| ILLINOIS POWER COMPANY | CLINTON 1 | CLINTON 1 | BWR | 93 09 26 | 156 | 28.9 | 27766.2 |
| MISSISSIPPI POWER & LIGHT | GRAND GULF 1 | GRAND GULF 1 | BWR | 93 09 28 | 276 | 48.6 | 27814.8 |
| UNION ELEC COMPANY | CALLAWAY 1 | CALLAWAY 1 | PWR | 93 10 01 | 106 | 45.1 | 27859.9 |
| *NIAGARA MOHAWK POWER CORP | NINE MILE POINT 2 | NINE MILE POINT 2 | BWR | 93 10 01 | 228 | 42.1 | 27902.0 |
| PUB SVC ELEC & GAS COMPANY | SALEM 1 | SALEM 1 | PWR | 93 10 02 | 63 | 29.3 | 27931.2 |
| TEXAS UTILITIES GENERATING CO | COMANCHE PEAK 1 | COMANCHE PEAK 1 | PWR | 93 10 07 | 88 | 40.5 | 27971.6 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 3 | SAN ONOFRE 3 | PWR | 93 10 10 | 108 | 43.8 | 28015.4 |
| *COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 93 10 21 | 76 | 34.8 | 28050.1 |

## APPENDIX A (Continued)
## 1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMS[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 93 10 29 | 49 | 17.6 | 28067.7 |
| DUKE POWER COMPANY | CATAWBA 1 | CATAWBA 1 | PWR | 93 10 29 | 77 | 34.0 | 28101.6 |
| DETROIT EDISON COMPANY | ENRICO FERMI 2 | ENRICO FERMI 2 | BWR | 93 12 28 | 280 | 50.3 | 28151.8 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 3 | PWR | 93 12 28 | 60 | 27.9 | 28179.6 |
| TENNESSEE VALLEY AUTHORITY[7] | BROWNS FERRY 3 | BROWNS FERRY 3 | BWR | 93 12 31 | 1 | 0.2 | 28179.8 |
| TENNESSEE VALLEY AUTHORITY[8] | BROWNS FERRY 1 | BROWNS FERRY 1 | BWR | 93 12 31 | 92 | 16.9 | 28196.6 |
| NORTHERN STATES POWER COMPANY[9] | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 93 12 31 | 1 | 0.4 | 28197.0 |

NOTES

* Final Delivery Schedule approval and waste acceptance will be contingent upon these Purchasers meeting their one-time fee obligations.

1 The 1994 APR does not include 0.059 MTU of waste shipped to the General Electric - Vallecitos facility since specific information regarding this waste has not been made available to DOE.

2 BWR = Boiling Water Reactor; PWR = Pressurized Water Reactor; RCH = Research Reactor; HTG = High Temperature Gas Reactor; MSC = Miscellaneous.

3 Ranking Date is the date of permanent discharge unless otherwise noted ** for purposes of redesignating temporarily discharged SNF as permanently discharged, or appending SNF that was not previously identified according to the date it is first reported.

4 ASMS = Assemblies.

5 Some Purchasers' listings in this ranking have changed from the 1992 APR due to transshipment of SNF to another storage location or transfer of SNF into dry storage. In some cases, this has resulted in slight changes in the aggregate weights (MTU) for this SNF due to independent rounding.

6 Through the RW-859 submittals, some utilities have submitted minor corrections to previously reported assembly weights. These changes will be reconciled at the time of waste acceptance.

7 Although this SNF was discharged in 1985, it was first reported to DOE in 1991 as being permanently discharged. As such, it has been assigned a ranking date of December 31, 1991 for inclusion in the APR.

8 Although this SNF was discharged in 1990, it was first reported to DOE in 1991 as being permanently discharged. As such, it has been assigned a ranking date of December 31, 1991 for inclusion in the APR.

9 Although this SNF was discharged in 1985, it was first reported to DOE in 1993 as being permanently discharged. As such, it has been assigned a ranking date of December 31, 1993 for inclusion in the APR.

10 Although this SNF was discharged in 1986, it was first reported to DOE in 1993 as being permanently discharged. As such, it has been assigned a ranking date of December 31, 1993 for inclusion in the APR.

# APPENDIX B

## ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS FOR THE DISPOSAL OF SPENT NUCLEAR FUEL

Tables B.1 through B.10 present the listing of Purchasers' allocations in each of the first 10 years of projected CRWMS operations. An allocation is a portion of the nominal acceptance capacity (measured in MTU) in a particular year for an individual Purchaser. The number of assemblies that was the basis for each allocation is also included. To determine which Purchasers receive allocations for each year, the MTU equivalents of the SNF that the Purchaser permanently discharged, as contained in the 1994 APR (see Appendix A), were summed until the projected nominal capacity for each year was approximated. In some cases, it was necessary to divide discharged SNF with the same date of discharge if inclusion of the entire discharge would cause the total amount allocated in a given year to be significantly different from the nominal acceptance rate. In these cases, the remaining assemblies in the discharge were used as part of the Purchaser's allocation for the following year. The information in Tables B.1 through B.10 is based on this summation, and grouped alphabetically by Purchaser. The exact order of delivery within each year will not be determined until the Purchasers' Final Delivery Schedules are approved by the Department. Some of the allocations presented in Tables B.1 through B.10 may differ from the 1992 allocations due to differences in the precision used in the supporting calculations. Similarly, the sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to independent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.

TABLE B.1.

ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, YEAR 1

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| COMMONWEALTH EDISON COMPANY | 206 | | 21.1 | | |
| DRESDEN 1 | | 206 | | 21.1 | BWR |
| CONNECTICUT YANKEE ATOMIC POWER | 156 | | 65.5 | | |
| HADDAM NECK | | 156 | | 65.5 | PWR |
| CONSOLIDATED EDISON COMPANY | 15 | | 3.0 | | |
| INDIAN POINT 1 | | 15 | | 3.0 | PWR |
| DAIRYLAND POWER COOP | 6 | | 0.8 | | |
| LACROSSE | | 6 | | 0.8 | BWR |
| U.S. DOE | 90 | | 22.8 | | |
| BIG ROCK 1 | | 47 | | 6.4 | BWR |
| GINNA | | 40 | | 15.3 | PWR |
| POINT BEACH 1 | | 3 | | 1.2 | PWR |
| G. E. URANIUM MGT. CORP (MORRIS OPERATION) | 753 | | 145.2 | | |
| DRESDEN 2 | | 753 | | 145.2 | BWR |
| GENERAL ATOMICS | 19 | | 0.1 | | |
| GENERAL ATOMICS | | 19 | | 0.1 | RCH |
| GPU NUCLEAR | 160 | | 31.1 | | |
| OYSTER CREEK 1 | | 160 | | 31.1 | BWR |
| NIAGARA MOHAWK POWER CORP | 48 | | 9.4 | | |
| NINE MILE POINT 1 | | 48 | | 5.4 | BWR |
| NORTHEAST UTIL SVC COMPANY | 28 | | 5.5 | | |
| MILLSTONE 1 | | 28 | | 5.5 | BWR |
| PACIFIC GAS AND ELECT | 95 | | 7.3 | | |
| HUMBOLDT BAY | | 95 | | 7.3 | BWR |
| ROCHESTER GAS & ELEC | 81 | | 32.0 | | |
| GINNA | | 81 | | 32.0 | PWR |
| SOUTHERN CALIF EDISON COMPANY | 97 | | 35.6 | | |
| SAN ONOFRE 1 | | 97 | | 35.6 | PWR |
| WISCONSIN ELEC POWER COMPANY | 41 | | 16.3 | | |
| POINT BEACH 1 | | 41 | | 16.3 | PWR |
| YANKEE ATOMIC ELEC COMPANY | 36 | | 9.9 | | |
| YANKEE-ROWE 1 | | 36 | | 9.9 | PWR |
| TOTAL SNF | 1831 | 1831 | 405.6 | 405.7 | |

* The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to independent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.

** BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.1. (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|

| | |
|---|---|
| NO. OF PURCHASERS | 15 |
| NO. OF FUEL ORIGINATORS | 17 |
| NO. OF PWR ASSEMBLIES | 469 |
| NO. OF BWR ASSEMBLIES | 1343 |
| NO. OF RCH ASSEMBLIES | 19 |

* The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to independent rounding. In such cases, DOE review and approval will be based on the value in the MTU Purchaser column.

** BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor