TABLE B.4. (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| WISCONSIN ELEC POWER COMPANY | 69 | | 27.1 | | |
| POINT BEACH 1 | | 32 | | 12.8 | PWR |
| POINT BEACH 2 | | 37 | | 14.3 | PWR |
| WISCONSIN PUB SVC CORP | 45 | | 17.7 | | |
| KEWAUNEE | | 45 | | 17.7 | PWR |
| YANKEE ATOMIC ELEC COMPANY | 36 | | 8.7 | | |
| YANKEE-ROWE 1 | | 36 | | 8.7 | PWR |
| TOTAL SNF | 3515 | 3515 | 903.1 | 903.8 | |

| | |
|---|---|
| NO. OF PURCHASERS | 33 |
| NO. OF FUEL ORIGINATORS | 46 |
| NO. OF PWR ASSEMBLIES | 1123 |
| NO. OF BWR ASSEMBLIES | 2392 |

* The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to independent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.

** BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.5.

ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, YEAR 5

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| ARK POWER & LIGHT COMPANY | 61 | | 28.2 | | |
| ARKANSAS NUCLEAR 1 | | 61 | | 28.2 | PWR |
| BALTIMORE GAS & ELEC COMPANY | 112 | | 41.5 | | |
| CALVERT CLIFFS 1 | | 112 | | 41.5 | PWR |
| CAROLINA POWER & LIGHT COMPANY | 193 | | 50.5 | | |
| BRUNSWICK 2 | | 140 | | 26.3 | BWR |
| ROBINSON 2 | | 53 | | 24.2 | PWR |
| COMMONWEALTH EDISON COMPANY | 680 | | 164.2 | | |
| DRESDEN 2 | | 196 | | 37.7 | BWR |
| DRESDEN 3 | | 176 | | 34.1 | BWR |
| QUAD CITIES 2 | | 180 | | 34.8 | BWR |
| ZION 1 | | 64 | | 29.1 | PWR |
| ZION 2 | | 64 | | 28.7 | PWR |
| CONNECTICUT YANKEE ATOMIC POWER | 53 | | 21.9 | | |
| HADDAM NECK | | 53 | | 21.9 | PWR |
| CONSOLIDATED EDISON COMPANY | 60 | | 27.1 | | |
| INDIAN POINT 2 | | 60 | | 27.1 | PWR |
| CONSUMERS POWER COMPANY | 68 | | 27.4 | | |
| PALISADES | | 68 | | 27.4 | PWR |
| U.S. DOE | 16 | | 7.5 | | |
| SURRY 1 | | 1 | | 0.5 | PWR |
| SURRY 2 | | 2 | | 1.0 | PWR |
| TURKEY POINT 3 | | 13 | | 6.0 | PWR |
| DUKE POWER COMPANY | 126 | | 58.4 | | |
| OCONEE 3 | | 126 | | 58.4 | PWR |
| FLORIDA POWER & LIGHT COMPANY | 79 | | 32.9 | | |
| ST LUCIE 1 | | 52 | | 20.7 | PWR |
| TURKEY POINT 3 | | 27 | | 12.3 | PWR |
| FLORIDA POWER CORP | 3 | | 1.4 | | |
| CRYSTAL RIVER 3 | | 3 | | 1.4 | PWR |
| GENERAL ATOMICS | 2 | | 0.1 | | |
| GENERAL ATOMICS | | 2 | | 0.1 | RCH |
| GEORGIA POWER COMPANY | 24 | | 4.5 | | |
| HATCH 1 | | 24 | | 4.5 | BWR |
| GPU NUCLEAR | 73 | | 33.9 | | |
| THREE MILE ISLAND 1 | | 73 | | 33.9 | PWR |
| IES UTILITIES, INC | 116 | | 21.8 | | |
| DUANE ARNOLD | | 116 | | 21.8 | BWR |

* The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to independent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.

** BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.5. (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| INDIANA & MICH ELEC COMPANY | 64 | | 29.2 | | |
| COOK 1 | | 64 | | 29.2 | PWR |
| NEBRASKA PUB POWER DIS | 72 | | 13.8 | | |
| COOPER STATION | | 72 | | 13.8 | BWR |
| NEW YORK POWER AUTHORITY | 8 | | 3.7 | | |
| INDIAN POINT 3 | | 8 | | 3.7 | PWR |
| NORTHEAST UTIL SVC COMPANY | 169 | | 41.9 | | |
| MILLSTONE 1 | | 124 | | 24.1 | BWR |
| MILLSTONE 2 | | 45 | | 17.9 | PWR |
| NORTHERN STATES POWER COMPANY | 96 | | 33.9 | | |
| MONTICELLO | | 20 | | 3.8 | BWR |
| PRAIRIE ISLAND 1 | | 41 | | 16.2 | PWR |
| PRAIRIE ISLAND 2 | | 35 | | 14.1 | PWR |
| OMAHA PUB POWER DIST | 52 | | 19.0 | | |
| FORT CALHOUN | | 52 | | 19.0 | PWR |
| PHILADELPHIA ELEC COMPANY | 252 | | 47.7 | | |
| PEACHBOTTOM 3 | | 252 | | 47.7 | BWR |
| PORTLAND GENERAL ELEC | 1 | | 0.5 | | |
| TROJAN | | 1 | | 0.5 | PWR |
| ROCHESTER GAS & ELEC | 41 | | 16.2 | | |
| GINNA | | 41 | | 16.2 | PWR |
| TENNESSEE VALLEY AUTHORITY | 300 | | 58.7 | | |
| BROWNS FERRY 1 | | 168 | | 32.9 | BWR |
| BROWNS FERRY 2 | | 132 | | 25.9 | BWR |
| VERMONT YANKEE NUCLEAR POWER CORP | 47 | | 8.7 | | |
| VERMONT YANKEE 1 | | 47 | | 8.7 | BWR |
| VIRGINIA POWER | 121 | | 54.7 | | |
| SURRY 1 | | 42 | | 19.2 | PWR |
| SURRY 2 | | 79 | | 35.6 | PWR |
| WISCONSIN ELEC POWER COMPANY | 92 | | 36.8 | | |
| POINT BEACH 1 | | 48 | | 19.2 | PWR |
| POINT BEACH 2 | | 44 | | 17.7 | PWR |
| WISCONSIN PUB SVC CORP | 41 | | 16.1 | | |
| KEWAUNEE | | 41 | | 16.1 | PWR |
| TOTAL SNF | 3022 | 3022 | 902.0 | 903.1 | |

* The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to independent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.

** BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.5. (Continued)

| PURCHASER/FUEL ORIGINATOR | | ASSEMBLIES | | MTU | | FUEL |
|---|---|---|---|---|---|---|
| | | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | TYPE** |
| NO. OF PURCHASERS | 29 | | | | | |
| NO. OF FUEL ORIGINATORS | 43 | | | | | |
| NO. OF PWR ASSEMBLIES | 1373 | | | | | |
| NO. OF BWR ASSEMBLIES | 1647 | | | | | |
| NO. OF RCH ASSEMBLIES | 2 | | | | | |

* The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to independent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.

** BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.6.

ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, YEAR 6

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| ALABAMA POWER COMPANY | 46 | | 21.2 | | |
| FARLEY 1 | | 46 | | 21.2 | PWR |
| BALTIMORE GAS & ELEC COMPANY | 72 | | 28.5 | | |
| CALVERT CLIFFS 2 | | 72 | | 28.5 | PWR |
| CAROLINA POWER & LIGHT COMPANY | 171 | | 32.1 | | |
| BRUNSWICK 1 | | 39 | | 7.3 | BWR |
| BRUNSWICK 2 | | 132 | | 24.8 | BWR |
| COMMONWEALTH EDISON COMPANY | 949 | | 175.3 | | |
| DRESDEN 1 | | 464 | | 47.1 | BWR |
| DRESDEN 2 | | 158 | | 30.4 | BWR |
| QUAD CITIES 1 | | 193 | | 37.3 | BWR |
| ZION 1 | | 65 | | 29.6 | PWR |
| ZION 2 | | 69 | | 31.2 | PWR |
| CONNECTICUT YANKEE ATOMIC POWER | 49 | | 20.2 | | |
| HADDAM NECK | | 49 | | 20.2 | PWR |
| CONSUMERS POWER COMPANY | 26 | | 3.5 | | |
| BIG ROCK 1 | | 26 | | 3.5 | BWR |
| DAIRYLAND POWER COOP | 28 | | 3.4 | | |
| LACROSSE | | 28 | | 3.4 | BWR |
| U.S. DOE | 396 | | 72.9 | | |
| FORT ST VRAIN | | 246 | | 3.0 | HTG |
| OCONEE 1 | | 0 | | 0.1 | PWR |
| SURRY 2 | | 8 | | 3.7 | PWR |
| THREE MILE ISLAND 2 | | 142 | | 66.2 | PWR |
| DUKE POWER COMPANY | 121 | | 56.2 | | |
| OCONEE 1 | | 56 | | 26.0 | PWR |
| OCONEE 2 | | 65 | | 30.2 | PWR |
| FLORIDA POWER & LIGHT COMPANY | 90 | | 40.9 | | |
| TURKEY POINT 3 | | 30 | | 13.7 | PWR |
| TURKEY POINT 4 | | 60 | | 27.2 | PWR |
| GPU NUCLEAR | 220 | | 55.3 | | |
| OYSTER CREEK 1 | | 168 | | 31.1 | BWR |
| THREE MILE ISLAND 1 | | 52 | | 24.2 | PWR |
| IES UTILITIES, INC | 4 | | 0.8 | | |
| DUANE ARNOLD | | 4 | | 0.8 | BWR |
| MAINE YANKEE ATOMIC | 133 | | 50.7 | | |
| MAINE YANKEE | | 133 | | 50.7 | PWR |

* The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to independent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.

** BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.6. (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| NEW YORK POWER AUTHORITY | 192 | | 51.1 | | |
| FITZPATRICK | | 136 | | 25.5 | BWR |
| INDIAN POINT 3 | | 56 | | 25.6 | PWR |
| NIAGARA MOHAWK POWER CORP | 168 | | 31.2 | | |
| NINE MILE POINT 1 | | 168 | | 31.2 | BWR |
| NORTHEAST UTIL SVC COMPANY | 72 | | 26.6 | | |
| MILLSTONE 2 | | 72 | | 26.6 | PWR |
| NORTHERN STATES POWER COMPANY | 48 | | 17.6 | | |
| MONTICELLO | | 8 | | 1.5 | BWR |
| PRAIRIE ISLAND 2 | | 40 | | 16.1 | PWR |
| OMAHA PUB POWER DIST | 44 | | 16.4 | | |
| FORT CALHOUN | | 44 | | 16.4 | PWR |
| PHILADELPHIA ELEC COMPANY | 260 | | 48.8 | | |
| PEACHBOTTOM 2 | | 260 | | 48.8 | BWR |
| ROCHESTER GAS & ELEC | 40 | | 15.7 | | |
| GINNA | | 40 | | 15.7 | PWR |
| SACRAMENTO MUNICIP UTIL DISTR | 56 | | 26.0 | | |
| RANCHO SECO 1 | | 56 | | 26.0 | PWR |
| SOUTHERN CALIF EDISON COMPANY | 52 | | 19.2 | | |
| SAN ONOFRE 1 | | 52 | | 19.2 | PWR |
| TENNESSEE VALLEY AUTHORITY | 29 | | 5.5 | | |
| BROWNS FERRY 1 | | 26 | | 5.0 | BWR |
| BROWNS FERRY 3 | | 3 | | 0.6 | BWR |
| VERMONT YANKEE NUCLEAR POWER CORP | 149 | | 27.5 | | |
| VERMONT YANKEE 1 | | 149 | | 27.5 | BWR |
| VIRGINIA POWER | 44 | | 20.2 | | |
| SURRY 2 | | 44 | | 20.2 | PWR |
| WISCONSIN ELEC POWER COMPANY | 62 | | 24.9 | | |
| POINT BEACH 1 | | 33 | | 13.3 | PWR |
| POINT BEACH 2 | | 29 | | 11.7 | PWR |
| YANKEE ATOMIC ELEC COMPANY | 40 | | 9.4 | | |
| YANKEE-ROWE 1 | | 40 | | 9.4 | PWR |
| TOTAL SNF | 3561 | 3561 | 901.1 | 901.7 | |

NO. OF PURCHASERS 27
NO. OF FUEL ORIGINATORS 42

* The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to independent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.

** BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor