## APPENDIX C
## CHANGES FROM 1992 APR TO 1994 APR

| Ranking Date | Purchaser | Originator / Location | 1992 APR #Assy | 1992 APR MTU | Annex B #Assy | Annex B MTU | 1994 APR #Assy | 1994 APR MTU | Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 69 09 00 | Commonwealth Edison | Dresden 1 / 3 | 55 | 5.63 | 55 | 5.62 | 55 | 5.7 | RW-859 revision for Annex "B" adjustments |
| 71 02 28 | U.S. DOE | Big Rock 1/ West Valley | 0 | 0.00 | | | 5 | 0.7 | Big Rock Point cycle adjustments |
| 71 09 10 | Commonwealth Edison | Dresden 1 / 2 | 63 | 6.45 | 63 | 6.44 | 63 | 6.5 | RW-859 revision for Annex "B" adjustments |
| 71 09 18 | Niagara Mohawk Pwr. | Nine Mile Point 1 | 17 | 3.29 | 17 | 3.28 | 17 | 3.3 | RW-859 revision for Annex "B" adjustments |
| 72 03 20 | U.S. DOE | Big Rock 1/ West Valley | 6 | 0.33 | | | 36 | 4.9 | Big Rock Point cycle adjustments |
| 72 04 02 | Niagara Mohawk Pwr. | Nine Mile Point 1 | 31 | 6.01 | 31 | 6.02 | 31 | 6.1 | RW-859 revision for Annex "B" adjustments |
| 73 02 06 | So. Calif Edison | San Onofre 1 | 4 | 1.19 | 4 | 1.25 | 4 | 1.3 | RW-859 revision for Annex "B" adjustments |
| 73 03 02 | U.S. DOE | Big Rock 1/ West Valley | 37 | 5.01 | | | 25 | 3.5 | Big Rock Point cycle adjustments |
| 73 08 31 | Pacific Gas & Elec | Humboldt Bay | 52 | 3.96 | | | 51 | 3.9 | 1 assembly discharged in 1974, not 1973 |
| 74 03 23 | U.S. DOE | Big Rock 1/ West Valley | 23 | 3.13 | | | 13 | 1.8 | Big Rock Point cycle adjustments |
| 74 03 31 | Commonwealth Edison | Quad Cities 1 | 32 | 6.19 | 32 | 6.18 | 32 | 6.2 | RW-859 revision for Annex "B" adjustments |
| 74 05 04 | Carolina Pwr & Light | Robinson 2/Brunswick 1 | 102 | 45.03 | 102 | 45.01 | 102 | 45.1 | RW-859 revision for Annex "B" adjustments |
| 74 06 03 | U.S. DOE | Big Rock 1/ West Valley | 15 | 1.77 | | | 0 | 0.0 | Big Rock Point cycle adjustments |
| 74 10 31 | Pacific Gas & Elec | Humboldt Bay | 28 | 2.12 | | | 27 | 2.1 | 2 assemblies discharged in 1975, not 1974, & 1 assembly discharged in 1974, not 1973. |
| 74 12 22 | Commonwealth Edison | Quad Cities 2 / 1 | 85 | 16.20 | 85 | 16.41 | 85 | 16.5 | RW-859 revision for Annex "B" adjustments |
| 75 01 09 | Commonwealth Edison | Quad Cities 1 | 1 | 0.19 | 1 | 0.20 | 1 | 0.2 | RW-859 revision for Annex "B" adjustments |
| 75 05 31 | Pacific Gas & Elec | Humboldt Bay | 34 | 2.58 | | | 33 | 2.6 | 3 assemblies discharged in 1976, not 1975, & 2 assemblies discharged in 1975, not 1974. |
| 75 09 26 | Virginia Power | Surry 1 | 29 | 13.07 | 29 | 13.06 | 29 | 13.1 | RW-859 revision for Annex "B" adjustments |
| 75 10 03 | Commonwealth Edison | Quad Cities 2 / 1 | 94 | 18.03 | 94 | 18.24 | 94 | 18.3 | RW-859 revision for Annex "B" adjustments |
| 75 10 31 | Carolina Pwr & Light | Robinson 2/Brunswick 1 | 45 | 20.39 | 45 | 20.37 | 45 | 20.4 | RW-859 revision for Annex "B" adjustments |
| 75 10 31 | Carolina Pwr & Light | Robinson 2/Brunswick 2 | 6 | 2.75 | 6 | 2.74 | 6 | 2.8 | RW-859 revision for Annex "B" adjustments |
| 76 01 03 | Commonwealth Edison | Quad Cities 1 | 156 | 29.86 | 156 | 30.12 | 156 | 30.2 | RW-859 revision for Annex "B" adjustments |
| 76 02 26 | Wisconsin Elec Pwr | Point Beach 2/1 | 34 | 13.40 | 34 | 13.39 | 34 | 13.4 | RW-859 revision for Annex "B" adjustments |
| 76 07 03 | Pacific Gas & Elec | Humboldt Bay | 181 | 13.02 | | | 184 | 13.3 | 3 assemblies discharged in 1976, not 1975 |
| 76 09 11 | Commonwealth Edison | Quad Cities 2 / 1 | 164 | 31.22 | 164 | 31.67 | 164 | 31.7 | RW-859 revision for Annex "B" adjustments |
| 77 01 08 | Commonwealth Edison | Zion 2/1 | 42 | 19.05 | 42 | 19.18 | 42 | 19.2 | RW-859 revision for Annex "B" adjustments |
| 77 03 05 | Niagara Mohawk Pwr. | Nine Mile Point 1 | 160 | 30.73 | 160 | 30.74 | 160 | 30.8 | RW-859 revision for Annex "B" adjustments |
| 77 03 20 | Commonwealth Edison | Quad Cities 1 | 183 | 35.52 | 183 | 35.57 | 183 | 35.6 | RW-859 revision for Annex "B" adjustments |
| 77 09 10 | Virginia Power | Surry 2/Dry Storage | 54 | 24.14 | 54 | 24.12 | 54 | 24.2 | RW-859 revision for Annex "B" adjustments |
| 78 01 15 | Commonwealth Edison | Quad Cities 2 / 1 | 180 | 34.34 | 180 | 34.77 | 180 | 34.8 | RW-859 revision for Annex "B" adjustments |
| 78 03 25 | Rochester Gas & Elec | Ginna | 41 | 16.10 | 41 | 16.11 | 41 | 16.2 | RW-859 revision for Annex "B" adjustments |
| 79 01 02 | Carolina Pwr & Light | Brunswick 1 | 37 | 6.90 | 37 | 6.89 | 37 | 6.9 | RW-859 revision for Annex "B" adjustments |
| 79 02 04 | U.S. DOE | Surry 2/INEL | 8 | 3.66 | 8 | 3.65 | 8 | 3.7 | RW-859 revision for Annex "B" adjustments |
| 79 02 04 | Virginia Power | Surry 2/1 | 44 | 20.14 | 44 | 20.15 | 44 | 20.2 | RW-859 revision for Annex "B" adjustments |
| 79 03 02 | Carolina Pwr & Light | Brunswick 2/Harris 1 | 45 | 8.43 | 45 | 8.44 | 45 | 8.5 | RW-859 revision for Annex "B" adjustments |
| 79 03 03 | Niagara Mohawk Pwr. | Nine Mile Point 1 | 168 | 31.15 | 168 | 31.14 | 168 | 31.2 | RW-859 revision for Annex "B" adjustments |
| 79 04 11 | Carolina Pwr & Light | Robinson 2/Brunswick 2 | 4 | 1.72 | 4 | 1.71 | 4 | 1.8 | RW-859 revision for Annex "B" adjustments |

## APPENDIX C (Continued)
## CHANGES FROM 1992 APR TO 1994 APR

| Ranking Date | Purchaser | Originator / Location | 1992 APR #Assy | 1992 APR MTU | Annex B #Assy | Annex B MTU | 1994 APR #Assy | 1994 APR MTU | Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 80 03 01 | Carolina Pwr & Light | Brunswick 2 | 98 | 18.35 | 98 | 18.36 | 98 | 18.4 | RW-859 revision for Annex "B" adjustments |
| 80 03 01 | Carolina Pwr & Light | Brunswick 2/Harris 1 | 34 | 6.37 | 34 | 6.38 | 34 | 6.4 | RW-859 revision for Annex "B" adjustments |
| 80 05 26 | Carolina Pwr & Light | Brunswick 1 | 238 | 44.38 | 238 | 44.36 | 238 | 44.4 | RW-859 revision for Annex "B" adjustments |
| 80 10 18 | Baltimore Gas & Elec | Calvert Cliffs 1 | 70 | 27.12 | 70 | 27.14 | 70 | 27.2 | RW-859 revision for Annex "B" adjustments |
| 80 10 31 | Consumers Power | Big Rock 1 | 22 | 2.83 | 22 | 2.82 | 22 | 2.9 | RW-859 revision for Annex "B" adjustments |
| 81 03 07 | Niagra Mohawk Pwr. | Nine Mile Point 1 | 200 | 36.82 | 100 | 36.83 | 200 | 36.9 | RW-859 revision for Annex "B" adjustments |
| 81 09 10 | Commonwealth Edison | Zion 2 | 64 | 29.21 | 64 | 29.27 | 64 | 29.3 | RW-859 revision for Annex "B" adjustments |
| 81 11 07 | U.S. DOE | Surry 2/INEL | 40 | 18.31 | 40 | 18.32 | 40 | 18.4 | RW-859 revision for Annex "B" adjustments |
| 82 03 07 | Virginia Power | North Anna 2/1 | 54 | 24.76 | 54 | 24.77 | 54 | 24.8 | RW-859 revision for Annex "B" adjustments |
| 82 04 24 | Carolina Pwr & Light | Brunswick 2 | 155 | 29.04 | 155 | 29.05 | 155 | 29.1 | RW-859 revision for Annex "B" adjustments |
| 82 05 17 | Virginia Power | North Anna 1 | 53 | 24.37 | 53 | 24.36 | 53 | 24.4 | RW-859 revision for Annex "B" adjustments |
| 82 11 08 | Arkansas P & L | Arkansas Nuclear 1 | 70 | 32.52 | | | 69 | 32.1 | 1 assembly reinserted in cycle 11 |
| 82 12 11 | Carolina Pwr & Light | Brunswick 1 | 39 | 7.28 | 39 | 7.27 | 39 | 7.3 | RW-859 revision for Annex "B" adjustments |
| 83 01 21 | Pub Svc Elec & Gas | Salem 2 | 70 | 32.13 | | | 68 | 31.3 | 2 assemblies reinserted in cycle 8 |
| 83 04 02 | Virginia Power | North Anna 2/1 | 55 | 25.31 | 55 | 25.30 | 55 | 25.4 | RW-859 revision for Annex "B" adjustments |
| 83 04 06 | Florida Power & Light | Turkey Point 3 | 50 | 22.85 | | | 49 | 22.4 | 1 assembly reinserted in cycle 13 |
| 84 03 10 | Carolina Pwr & Light | Brunswick 2 | 181 | 33.61 | 181 | 33.63 | 181 | 33.7 | RW-859 revision for Annex "B" adjustments |
| 84 03 17 | Niagara Mohawk Pwr. | Nine Mile Point 1 | 216 | 39.23 | 216 | 39.27 | 216 | 39.3 | RW-859 revision for Annex "B" adjustments |
| 84 05 12 | Virginia Power | North Anna 1 | 69 | 31.70 | 69 | 31.69 | 69 | 31.7 | RW-859 revision for Annex "B" adjustments |
| 84 08 02 | Virginia Power | North Anna 2/1 | 59 | 27.06 | | | 58 | 26.7 | 1 assembly reinserted in cycle 10, North Anna 1 |
| 84 09 15 | Tennessee Valley Auth | Browns Ferry 2/1 | 604 | 110.49 | | | 603 | 110.4 | 1 assembly reinserted in cycle 7 |
| 84 10 24 | Southern Calif Edison | San Onofre 2 | 64 | 27.31 | | | 64 | 27.4 | Ranking date was 10/20/84 in 1992 APR |
| 85 01 11 | Northern States Pwr | Prairie Island 1 | 6 | 2.22 | | | 5 | 1.9 | 1 assembly reinserted in cycle 11 |
| 85 03 20 | Virginia Power | Surry 2/1 | 52 | 23.81 | 52 | 23.80 | 52 | 23.9 | RW-859 revision for Annex "B" adjustments |
| 85 08 22 | Tennessee Valley Auth | Sequoyah 1 | 72 | 33.01 | | | 56 | 25.7 | 16 assemblies reinserted in cycle 6, Sequoyah 2 |
| 85 09 01 | Southern Calif Edison | San Onofre 3 | 65 | 27.76 | | | 64 | 27.4 | 1 assembly reinserted in cycle 6 |
| 85 10 04 | Wisconsin Electric Pwr | Point Beach 2/1 | 24 | 9.63 | | | 22 | 8.7 | 1 assembly reinserted in cycle 19, Point Beach 2 & 1 assembly reinserted in cycle 20, Point Beach 1. |
| 85 11 04 | Virginia Power | North Anna 1 | 46 | 21.13 | 46 | 21.14 | 46 | 21.2 | RW-859 revision for Annex "B" adjustments |
| 86 02 02 | Virginia Power | North Anna 2/1 | 46 | 21.19 | | | 38 | 17.5 | 8 assemblies reinserted in cycle 9 |
| 86 03 08 | Niagara Mohawk Pwr. | Nine Mile Point 1 | 200 | 35.40 | 200 | 35.49 | 200 | 35.5 | RW-859 revision for Annex "B" adjustments |
| 86 03 21 | Pub Svc Elec & Gas | Salem 1 | 75 | 34.37 | | | 69 | 31.7 | 6 assemblies reinserted in cycle 11 |
| 86 04 04 | Alabama Power | Farley 2 | 68 | 31.23 | | | 64 | 29.4 | 4 assemblies reinserted in cycle 9 |
| 86 09 20 | Northeast Utilities Svc | Millstone 2 | 57 | 23.14 | 57 | 23.15 | 57 | 23.2 | RW-859 revision for Annex "B" adjustments |
| 86 09 27 | Wisconsin Electric Pwr | Point Beach 2/1 | 30 | 12.08 | | | 29 | 11.7 | 1 assembly reinserted in cycle 21 |
| 86 10 02 | Pub Svc Elec & Gas | Salem 2 | 67 | 30.74 | | | 57 | 26.2 | 10 assemblies reinserted in cycle 8 |
| 87 02 14 | Carolina Pwr & Light | Brunswick 1 | 172 | 31.52 | 172 | 31.54 | 172 | 31.6 | RW-859 revision for Annex "B" adjustments |
| 87 02 24 | Wisconsin Public Svc | Kewaunee | 37 | 13.98 | | | 29 | 11.0 | 8 assemblies reinserted in cycle 18 |
| 87 03 13 | Baltimore Gas & Elec | Calvert Cliffs 2/1 | 87 | 33.37 | | | 85 | 33.0 | 1 assembly reinserted in cycle 10 |

## APPENDIX C (Continued)
## CHANGES FROM 1992 APR TO 1994 APR

| Ranking Date | Purchaser | Originator / Location | 1992 APR #Assy | 1992 APR MTU | Annex B #Assy | Annex B MTU | 1994 APR #Assy | 1994 APR MTU | Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 87 04 19 | Virginia Power | North Anna 1 | 55 | 25.34 | | | 47 | 21.7 | 8 assemblies reinserted in cycle 10 |
| 87 06 05 | Long Island Power Auth | Shoreham | 560 | 102.48 | | | 254 | 46.5 | Transferred 306 assemblies to Limerick |
| 87 08 24 | Virginia Power | North Anna 2/1 | 65 | 30.06 | 65 | 29.95 | 65 | 30.0 | RW-859 revision for Annex "B" adjustments |
| 87 08 29 | Southern Cal Edison | San Onofre 2 | 113 | 47.84 | | | 113 | 47.9 | Ranking date was 08/28/87 in 1992 APR |
| 87 10 02 | Pub Svc Elec & Gas | Salem 1 | 76 | 34.90 | | | 70 | 32.3 | 6 assemblies reinserted in cycle 11 |
| 87 10 02 | Arizona Public Svc | Palo Verde 1 | 74 | 31.46 | | | 73 | 31.1 | 1 assembly reinserted in cycle 5 |
| 87 12 19 | Niagara Mohawk Pwr. | Nine Mile Point 1 | 176 | 31.04 | 176 | 31.12 | 176 | 31.2 | RW-859 revision for Annex "B" adjustments |
| 87 12 31 | Northeast Utilities Svc | Millstone 2 | 77 | 31.25 | 77 | 31.29 | 77 | 31.3 | RW-859 revision for Annex "B" adjustments |
| 88 02 02 | Duke Power | Oconee 2/1 | 60 | 27.79 | | | 52 | 24.1 | 8 assemblies reinserted in cycle 13 |
| 88 02 05 | Rochester Gas & Elec | Ginna | 35 | 12.31 | | | 33 | 11.7 | 1 assembly reinserted in cycle 22 & 1 assembly reinserted in cycle 23. |
| 88 02 20 | Arizona Public Svc | Palo Verde 2 | 86 | 36.21 | | | 85 | 35.9 | 1 assembly reinserted in cycle 5 |
| 88 03 02 | Wisconsin Public Svc | Kewaunee | 35 | 13.29 | | | 33 | 12.6 | 1 assembly reinserted in cycle 18 & 1 assembly reinserted in cycle 19. |
| 88 04 01 | Louisiana Pwr & Light | Waterford 3 | 82 | 32.59 | | | 81 | 32.2 | 1 assembly reinserted in cycle 6 |
| 88 04 08 | Baltimore Gas & Elec | Calvert Cliffs 1 | 96 | 37.31 | | | 95 | 37.0 | 1 assembly reinserted in cycle 11 |
| 88 07 29 | Carolina Pwr & Light | Harris 1 | 51 | 23.71 | | | 47 | 21.9 | 4 assemblies reinserted in cycle 5 |
| 88 08 31 | Pub Svc Elec & Gas | Salem 2 | 86 | 39.56 | | | 82 | 37.8 | 4 assemblies reinserted in cycle 9 |
| 88 10 08 | Georgia Power | Vogtle 1 | 84 | 39.06 | | | 67 | 31.2 | 17 assemblies reinserted in cycle 3, Vogtle 2 |
| 88 11 10 | Carolina Pwr & Light | Brunswick 1 | 184 | 33.66 | 184 | 33.65 | 184 | 33.7 | RW-859 revision for Annex "B" adjustments |
| 89 01 18 | Tennessee Valley Auth | Sequoyah 2/1 | 80 | 36.75 | | | 72 | 33.1 | 8 assemblies reinserted in cycle 7 |
| 89 02 20 | Virginia Power | North Anna 2/1 | 69 | 31.89 | 69 | 31.68 | 69 | 31.7 | RW-859 revision for Annex "B" adjustments |
| 89 02 25 | Virginia Power | North Anna 1 | 65 | 29.99 | | | 58 | 26.7 | 4 assemblies reinserted in cycle 9 & 3 assemblies in cycle 10 of North Anna 2 |
| 89 03 03 | Arizona Public Svc | Palo Verde 3 | 70 | 29.85 | | | 69 | 29.5 | 1 assembly reinserted in cycle 4 |
| 89 03 17 | Baltimore Gas & Elec | Calvert Cliffs 2/1 | 93 | 36.20 | | | 89 | 34.7 | 4 assemblies reinserted in cycle 10 |
| 89 03 29 | Northern States Power | Prairie Island 2/1 | 45 | 16.38 | 44 | 16.02 | 44 | 16.1 | RW-859 revision for Annex "B" adjustments & 1 assembly reinserted in cycle 16. |
| 89 03 30 | Pub Svc Elec & Cas | Salem 1 | 78 | 36.20 | | | 65 | 30.2 | 4 assemblies reinserted in cycle 11 & 9 assemblies reinserted in cycle 12 |
| 89 05 20 | Duke Power | Oconee 2/1 | 52 | 34.10 | | | 43 | 20.0 | 9 assemblies reinserted in cycle 13 |
| 89 09 03 | Detroit Edison | Enrico Fermi 2 | 220 | 40.48 | | | 128 | 23.6 | 92 assemblies reinserted in cycle 5 |
| 89 09 22 | Alabama Power | Farley 1 | 75 | 34.74 | | | 74 | 34.3 | 1 assembly reinserted in cycle 12 |
| 90 01 08 | Duke Power | McGuire 1 | 75 | 31.91 | | | 70 | 29.8 | 5 assemblies reinserted in cycle 9 |
| 90 01 27 | Duke Power | Catawba 1 | 73 | 31.08 | | | 69 | 29.4 | 4 assemblies reinserted in cycle 7 |
| 90 02 17 | Omaha Public Power | Ft. Calhoun | 40 | 14.08 | | | 39 | 13.8 | 1 assembly reinserted in cycle 4 |
| 90 02 23 | Georgia Power | Vogtle 1 | 84 | 39.06 | | | 75 | 34.9 | 9 assemblies reinserted in cycle 5 |
| 90 08 21 | Virginia Power | North Anna 2/1 | 63 | 29.22 | 63 | 29.00 | 63 | 29.0 | RW-859 revision for Annex "B" adjustments |
| 90 09 01 | Commonwealth Edison | Byron 2/1 | 84 | 35.77 | | | 79 | 33.7 | 5 assemblies reinserted in cycle 4 |

APPENDIX C (Continued)
CHANGES FROM 1992 APR TO 1994 APR

| Ranking Date | Purchaser | Originator / Location | 1992 APR #Assy | 1992 APR MTU | Annex B #Assy | Annex B MTU | 1994 APR #Assy | 1994 APR MTU | Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 90 09 08 | Tennessee Valley Auth | Sequoyah 2/1 | 79 | 36.43 | | | 78 | 36.0 | 1 assembly reinserted in cycle 6 |
| 90 09 12 | Duke Power | Oconee 2/1 | 52 | 24.12 | | | 48 | 22.3 | 4 assemblies reinserted in cycle 13 |
| 90 09 14 | Georgia Power | Vogtle 2/1 | 84 | 38.89 | | | 76 | 35.2 | 8 assemblies reinserted in cycle 5 |
| 90 09 21 | Union Elec | Callaway 1 | 96 | 40.88 | | | 71 | 30.3 | 13 assemblies reinserted in cycle 6 & 12 assemblies reinserted in cycle 7 |
| 90 09 23 | Commonwealth Edison | Dresden 2 | 168 | 29.08 | | | 168 | 29.1 | Ranking date was 09/22/90 in 1992 APR |
| 90 09 27 | Carolina Pwr & Light | Brunswick 1 | 159 | 29.29 | 159 | 29.28 | 159 | 29.3 | RW-859 revision for Annex "B" adjustments |
| 91 01 12 | Virginia Power | North Anna 1 | 85 | 39.32 | 84 | 38.48 | 84 | 38.5 | RW-859 revision for Annex "B" adjustments & 1 assembly reinserted in cycle 9, North Anna 2 |
| 91 01 15 | Houston Lighting & Power | South Texas 1 | 76 | 41.18 | | | 63 | 34.2 | 13 assemblies reinserted in cycle 5 |
| 91 02 09 | Pub Svc Elec & Gas | Salem 1 | 69 | 32.05 | | | 65 | 30.2 | 4 assemblies reinserted in cycle 11 |
| 91 02 13 | Duke Power | Oconee 3 | 52 | 24.11 | 52 | 24.10 | 52 | 24.2 | RW-859 revision for Annex "B" adjustments |
| 91 03 04 | Portland General Elec | Trojan | 53 | 24.48 | 53 | 24.52 | 53 | 24.6 | RW-859 revision for Annex "B" adjustments |
| 91 03 08 | Alabama Power | Farley 1 | 64 | 29.71 | | | 63 | 29.3 | 1 assembly reinserted in cycle 12 |
| 91 03 08 | Pennsylvania P&L | Susquehanna 2/1 | 235 | 40.67 | | | 231 | 40.0 | 4 assemblies reinserted in cycle 6 |
| 91 03 20 | Duke Power | Catawba 1 | 73 | 30.91 | | | 69 | 29.3 | 4 assemblies reinserted in cycle 7 |
| 91 03 22 | Rochester Gas & Elec | Ginna | 37 | 13.17 | | | 29 | 10.4 | 8 assemblies reinserted in cycle 22 |
| 91 03 29 | Detroit Edison | Enrico Fermi 2 | 228 | 41.04 | | | 136 | 24.5 | 92 assemblies reinserted in cycle 4 |
| 91 03 30 | Virginia Power | Surry 2/1 | 69 | 31.70 | | | 81 | 37.3 | 12 assemblies reclassified temporary to permanent |
| 91 04 12 | Duquesne Light | Beaver Valley 1 | 73 | 33.91 | | | 57 | 26.5 | 16 assemblies reinserted in cycle 10 |
| 91 05 04 | Boston Edison | Pilgrim 1 | 169 | 29.77 | | | 168 | 29.8 | 1 assembly reclassified permanent to temporary |
| 91 08 31 | Toledo Edison | Davis-Besse 1 | 58 | 27.16 | | | 57 | 26.7 | 1 assembly reinserted in cycle 9 |
| 91 09 20 | Duke Power | McGuire 1 | 78 | 33.04 | | | 62 | 26.3 | 16 assemblies reinserted in cycle 9 |
| 91 11 09 | Pub Svc Elec & Gas | Salem 2 | 70 | 32.48 | | | 66 | 30.7 | 4 assemblies reclassified permanent to temporary |
| 91 11 15 | GPU Nuclear | Three Mile Island 1 | 81 | 37.58 | 81 | 37.59 | 81 | 37.6 | RW-859 revision for Annex "B" adjustments |
| 91 11 28 | Consumers Power | Big Rock 1 | 20 | 2.64 | | | 20 | 2.7 | Ranking date was 11/15/91 in 1992 APR |
| 91 11 28 | N Y Power Authority | Fitzpatrick | 152 | 28.03 | | | 152 | 27.2 | Individual assembly weights changed & ranking date was 10/01/91 in 1992 APR |