**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY, | ) | |
| | ) | |
| | ) | COFC No. 02-1894-C |
| Plaintiff, | ) | (Chief Judge Damich) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF CONSUMER ENERGY COMPANY'S UNOPPOSED MOTION FOR ENLARGMENT OF TIME**

Pursuant to Court of Federal Claims Rule 6(b)(1), Plaintiff Consumers Energy Company ("Plaintiff"), by and through counsel, hereby respectfully requests an enlargement of 29 days, until February 16, 2005, within which to file its proposed motions for summary judgment on the rate and date of acceptance of spent nuclear fuel. Such motions currently are due to be filed on January 18, 2005. This request arises from the motion for enlargement of time filed by Defendant the United States ("Defendant") in which to respond to Plaintiff's cross-motion for summary judgment on contract liability and to reply to Plaintiff's response to Defendant's motion for summary judgment upon Counts I and II of Plaintiff's complaint. The Court granted Defendant's motion for enlargement of time, and Defendant's response and reply currently are due on December 17, 2004. Plaintiff avers that it requires the additional time sought in this request to review Defendant's response and reply and to determine the impact of such pleadings on Plaintiff's proposed summary judgment motions. The extension of time will provide Plaintiff the same amount of time in which to review Defendant's response and reply as provided in the Court's Scheduling Order dated September 22, 2004.

In addition, Plaintiff requests an enlargement of time of 29 days, until February 22, 2005, within which the parties shall file a joint status report as directed by the Court's September 22, 2004 Scheduling Order. This extension of time will permit the parties sufficient time to confer on the issues to be addressed in the status report following Plaintiff's filing of the proposed summary judgment motions.

Counsel for Plaintiff has discussed this motion with counsel for Defendant, who indicated that Defendant does not oppose this request.

Respectfully submitted,

/s/ Thomas O. Mason

Thomas O. Mason
Williams Mullen
8270 Greensboro Drive, Suite 700
McLean, VA 22102
(703) 760-5200 (phone)
(703) 748-0244 (facsimile)
Attorneys for Plaintiff Consumers Energy Company

OF COUNSEL:

Harvey J. Messing (P23309)
Jeffrey S. Theuer (P44161)
LOOMIS, EWERT, PARSLEY, DAVIS & GOTTING, P.C.
232 S. Capitol Avenue, Suite 1000
Lansing, MI 48933
(517) 482-2400

James E. Brunner (P28051)
Arunas T. Udrys (P21660)
Consumers Energy Company
212 West Michigan Avenue
Jackson, MI 49201
(517) 788-2151

Dated: November 19, 2004

1100903v1