DOE/RW-0191

DAW

Office of Civilian Radioactive Waste Management

# Annual Capacity Report

June 1988

U.S. Department of Energy
Office of Civilian Radioactive Waste Management
Washington, DC 20585

## 1.0 INTRODUCTION

The Nuclear Waste Policy Act of 1982 (NWPA)[1] assigns the Federal Government responsibility to provide for the permanent disposal of spent nuclear fuel (SNF) and high-level radioactive waste (HLW). The Director of the Department of Energy's (DOE) Office of Civilian Radioactive Waste Management (OCRWM) is responsible for carrying out the functions of the Secretary under the NWPA. Section 302(a) of the NWPA authorizes the Secretary to enter into contracts* with owners or generators** of commercial SNF and/or HLW. The Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste[2] represents the sole contractual mechanism for DOE acceptance and disposal of SNF or HLW. It establishes the requirements and operational responsibilities of the parties to the Contract in the areas of administrative matters, fees, terms of payment for disposal services, waste acceptance criteria, and waste acceptance procedures. The Standard Disposal Contract provides for the acquisition of title to the SNF and/or HLW by DOE, its transportation to DOE facilities, and its subsequent disposal.

### 1.1 STANDARD DISPOSAL CONTRACT REQUIREMENT FOR AN ANNUAL CAPACITY REPORT

Under the terms of the Standard Disposal Contract (Article IV), the Annual Capacity Report (ACR) is to project the DOE's annual receiving capacity and present the annual acceptance ranking of SNF and/or HLW for disposal for 10 years following the projected commencement of operations of the DOE receiving facilities. As specified in the Contract, the ACR is for planning purposes only and thus is not contractually binding on either DOE or the Purchasers. The ACR will be published each year through 1990.

---

*Individual contracts are based upon the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR Part 961) which will be referred to as the "Standard Disposal Contract" or "Contract" for subsequent discussion in this report.

**Owners and generators of SNF and HLW who have entered into agreements with DOE and/or have paid fees for purchase of disposal services are referred to as "Purchasers".

According to the Contract, beginning in 1991, the ACR acceptance ranking will be converted into the Annual Acceptance Priority Ranking for receipt of SNF/HLW. The Contract specifies that, based on this priority ranking, the Purchasers shall, in 1992, submit to DOE for approval, Delivery Commitment Schedules identifying the SNF/HLW that Purchasers propose to deliver to the DOE waste management system (WMS). The Contract provides that, once approved, these schedules will become the bases for Final Delivery Schedules to be submitted by the Purchasers not less than 12 months before the actual date of DOE's anticipated acceptance of title to the SNF and subsequent transport to a DOE facility.

## 1.2 EXPANDED SCOPE OF THE ANNUAL CAPACITY REPORT

DOE recognizes that there is a need for DOE and the Purchasers to coordinate in the implementation of the Standard Disposal Contract to enable DOE and the Purchasers to carry out all of their responsibilities and/or for the Purchasers to make certain spent fuel management decisions. DOE acknowledges that the configuration and operating details of the WMS are still at the conceptual design stage and subject to uncertainty.

DOE also recognizes that the identification and resolution of Contract-related issues and the development of procedures for effective and equitable implementation of the WMS are elements of an iterative process that requires the cooperative efforts of both DOE and the Purchasers. DOE has identified a number of issues and system considerations which could affect the annual capacity available for allocation, as well as instances when overall WMS efficiency considerations may affect delivery quantities. DOE has expressed its intention to work with the Purchasers' representatives to address these issues and provide guidance, as appropriate, to the Purchasers for their use in planning for at-reactor storage and ultimate delivery of SNF/HLW to the WMS.

DOE/RW-0294P

Office of Civilian Radioactive
Waste Management

# Annual Capacity Report

December 1990

U.S. Department of Energy
Office of Civilian Radioactive Waste Management
Washington, DC 20585

HQ0002488

## SUMMARY

The Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR 961) requires the Department of Energy (DOE) to issue an Annual Capacity Report (ACR) for planning purposes. This report is currently scheduled to be the last in the series of ACRs to be published by DOE. The Standard Disposal Contract states that beginning in April 1991, DOE will publish the first annual Acceptance Priority Ranking report which will formally set forth the acceptance queue in which Purchasers will receive priority for allocation of the Waste Management System (WMS) acceptance capacity.

This 1990 issue of the ACR utilizes two projected WMS waste acceptance schedules as the bases for allocation of acceptance capacity to the Purchasers for a 10-year period following the projected commencement of facility operations. The acceptance schedules were selected to be representative of upper and lower boundaries for a WMS which includes a Monitored Retrievable Storage (MRS) facility capable of receiving and storing SNF starting in 1998. Use of an MRS in 1998 would require early MRS siting and modifications to the licensing conditions of the Amendments Act. The projected annual acceptance capacity allocations to Purchasers presented in Appendix A and summarized in Tables 3.1 and 3.2, are based on the oldest-fuel-first (OFF) priority ranking of spent nuclear fuel (SNF) and the two bounding case WMS acceptance schedules.

During 1989, the Secretary of Energy directed an extensive review of the Civilian Radioactive Waste Management Program to include a thorough and comprehensive assessment of the repository-related activities and to develop a schedule based on a realistic assessment of activity durations and past experience. On November 29, 1989, the results of that review were published in a report to Congress. In April 1990, DOE informed all Purchasers by letter that the 1989 ACR would not be published prior to development of revised waste acceptance schedules based on the Secretary's assessment of the program since such an effort would not be useful for planning purposes. As indicated in the Secretary's report to Congress, the reference development schedule for the MRS

years following the projected commencement of DOE facility operations. As specified in the Contract, the ACR is for planning purposes only and thus is not contractually binding on either DOE or the Purchasers. The Standard Disposal Contract states that beginning in April 1991, the ACR is scheduled to be replaced by the annual Acceptance Priority Ranking report for receipt of SNF/HLW. The Contract further specifies that, beginning in January 1992, and based on the Acceptance Priority Ranking, the Purchasers shall submit Delivery Commitment Schedules (DCS) to DOE identifying the range of discharge dates of the SNF/HLW that the Purchasers propose to deliver to the Waste Management System (WMS). The Contract provides that the approved DCSs will become the bases for Final Delivery Schedules, which are to be submitted by the Purchasers not less than 12 months before the designated year of DOE's anticipated acceptance of title to the SNF/HLW and subsequent transport to a DOE facility.

## 1.2 EXPANDED SCOPE OF THE ANNUAL CAPACITY REPORT

DOE recognizes that there is a need for DOE and the Purchasers to coordinate the implementation of the provisions of the Standard Disposal Contract to enable both parties to carry out all of their responsibilities and/or for the Purchasers to make certain spent fuel management decisions. DOE acknowledges that the configuration and operating details of the WMS are still at the conceptual design stage and subject to some uncertainty.

DOE also recognizes that the identification and resolution of Contract-related issues and the development of procedures for the effective and equitable implementation of the WMS are elements of an iterative process that requires the cooperative efforts of both DOE and the Purchasers. DOE has identified a number of issues and system considerations that could affect the waste acceptance process, including the capacity available for allocation, as well as instances where overall WMS efficiency considerations may affect delivery quantities. DOE has expressed its intention to work with the Purchasers' representatives to address these issues and provide appropriate guidance to the Purchasers for their use in planning for at-reactor storage and ultimate delivery of SNF/HLW to the WMS.

## 2.0 WASTE ACCEPTANCE PROJECTIONS

The two waste acceptance schedule projections used in this ACR are representative of bounding cases for a WMS configuration authorized by the Nuclear Waste Policy Amendments Act of 1987 (Amendments Act),[4] which includes an MRS facility. The upper bounding case is representative of the receipt rate of a WMS that is not restricted by MRS storage capacity limits of 10,000 MTU before repository operations and a maximum of 15,000 MTU at any time as imposed by the Amendments Act. This case is also not restricted by the MRS site selection and construction schedule linkages with the repository as imposed by the Amendments Act. The lower bounding case represents a receipt rate that would be in compliance with the Amendments Act restrictions on storage limits at an MRS before a repository starts operation. However, this case assumes removal of the schedule linkages with the repository imposed by the Amendments Act. Article II of the Contract indicates that "The services to be provided by DOE under this Contract [acceptance of title, subsequent transportation, and disposal of SNF/HLW] shall begin, after the commencement of facility operations, not later than January 31, 1998...." DOE recognizes that, under current conditions, waste acceptance at a DOE facility can begin in 1998 only if the Federal Government is able to consummate a timely agreement with a host State or Indian Tribe for the siting of an MRS facility which has been approved by Congress.

On November 29, 1989, the Secretary submitted a Report to Congress on Reassessment of the Civilian Radioactive Waste Management Program[5] which reported the results of a comprehensive review of the schedule for the waste management system. This schedule, based on a realistic assessment of activity durations and past experience, shows a significant slip for the start of repository operations--from the year 2003 to approximately 2010. The current restrictions in the Amendments Act linking the repository and MRS make it impossible for DOE to accept waste at an MRS facility on a schedule that is independent from that of the repository. DOE has indicated its preference that the MRS be sited through the efforts of the Office of the Nuclear Waste Negotiator[5], which was established by the Amendments Act. The Negotiator is a representative of the Federal Government, appointed by the President, and is

authorized to seek a State or Indian Tribe willing to host an MRS or a geological repository. Assuming that the site for the MRS will be obtained through the efforts of the Negotiator and approved by Congress, this may provide an opportunity to modify existing linkages with the repository to enable the MRS to begin receiving SNF significantly earlier than the repository and increase the amount of SNF that can be stored at the MRS. If the current linkages to the repository are maintained, it is estimated that commencement of facility operations and initial acceptance of SNF/HLW by DOE would not start until 2007.

The projected waste acceptance rates, presented in Tables 2.1 and 2.2, represent potential bounding cases for the Transportation System and an MRS facility receiving waste starting in 1998 as detailed in the Secretary's report to Congress. The waste acceptance rates for the first 10 years of WMS operation project a total acceptance of 24,100 MTU for the upper bounding case and 7,375 MTU for the lower bounding case. The upper bounding case is taken from the 1988 Draft Mission Plan Amendment and was used in the last ACR[6]. The lower bounding case requires early MRS siting but complies with the current 10,000 MTU storage limit prior to repository operation. These tables provide only an approximation of the system throughput rates and are subject to changes depending on the conditions for the siting of an MRS and the system design and configuration. DOE will further define and specify the system operating and waste acceptance parameters as the program progresses and inform the Purchasers at the earliest feasible time.

Under current conditions, the owners and generators of SNF/HLW will continue to be responsible for storing their spent fuel until acceptance by DOE. DOE will continue working with the Purchasers through cooperative efforts on developing technologies to expedite the effective use of available storage and the development of additional storage at reactor sites.

The number of Purchasers whose Final Delivery Schedules may be accommodated in any given year will be constrained by the acceptance capacity of the WMS. As in the last ACR[6], acceptance capacity available for allocation to the Purchasers equals the system operating capacity as shown in Tables 2.1 and

DOE/RW-0328P

# 1991 Acceptance Priority Ranking

December 1991

U.S. Department of Energy
Office of Civilian Radioactive Waste Management

The following number is for OCRWM Records Management purposes only and should not be used when ordering this publication.

Accession No: HQO•911211•0001

DOE/RW-0328P

# 1991 Acceptance Priority Ranking

*December 1991*

*U.S. Department of Energy*
*Office of Civilian Radioactive Waste Management*
*Washington, DC 20585*

## SUMMARY

The Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR Part 961) that the Department of Energy (DOE) has executed with the owners and generators of civilian spent nuclear fuel requires annual publication of the Acceptance Priority Ranking (APR). The 1991 APR details the order in which DOE will allocate Federal waste acceptance capacity. As required by the Standard Contract, the ranking is based on the age of permanently discharged spent nuclear fuel (SNF), with the owners of the oldest SNF, on an industry-wide basis, given the highest priority.

The 1991 APR will be the basis for the annual allocation of waste acceptance capacity to the Purchasers in the 1991 Annual Capacity Report (ACR), to be issued later this year. Purchasers with allocation in the first 10 years following the projected commencement of Federal waste management facility operations may submit Delivery Commitment Schedules (DCS) beginning January 1, 1992. The allocations in the 1991 ACR will be the basis for the DCS submittals.

This document is based on SNF discharges as of December 31, 1990, and reflects Purchaser comments and corrections, as appropriate, to the draft APR issued on May 15, 1991. It should be noted that the ranking in the 1991 APR is subject to change for several reasons. First, if assemblies currently in the ranking are reinserted into the reactor, they will be removed from the ranking and added to the queue when they are permanently discharged. Second, for Purchasers who have informed DOE of assembly status changes in the comments on the draft APR, formal revisions to their existing Form RW-859 or Annex B to Appendix G of the Standard Contract must be submitted as appropriate or their ranking in the 1992 APR will revert back to the ranking reflected in the draft APR. Finally, because of variations in individual utility RW-859 reporting schedules, the final year's discharges reported in the APR will be subject to correction. Future editions of the APR will reflect SNF discharges beyond December 31, 1990.

# 1991 ACCEPTANCE PRIORITY RANKING

LISTING OF SPENT NUCLEAR FUEL BY DATE OF PERMANENT DISCHARGE[1,2]

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[3] | DISCHARGE DATE[4] | # OF ASMB | MTU | CUMULATIVE TOTAL MTU |
|---|---|---|---|---|---|---|---|
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 67 11 30 | 1 | < 0.001 | < 0.01 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 67 12 31 | 7 | 0.001 | < 0.01 |
| *U.S. DOE | BIG ROCK 1 | WEST VALLEY | BWR | 68 06 21 | 5 | 0.638 | 0.64 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 68 10 31 | 1 | < 0.001 | 0.64 |
| *U.S. DOE | BIG ROCK 1 | WEST VALLEY | BWR | 69 04 18 | 1 | 0.113 | 0.75 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 1 | DRESDEN 2 | BWR | 69 09 06 | 39 | 3.969 | 4.72 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 1 | DRESDEN 3 | BWR | 69 09 06 | 55 | 5.632 | 10.35 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | MORRIS | PWR | 70 04 17 | 51 | 21.441 | 31.79 |
| MORRIS OPERATION | DRESDEN 2 | MORRIS | BWR | 70 06 05 | 29 | 5.569 | 37.36 |
| *SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | MORRIS | PWR | 70 10 02 | 48 | 17.575 | 54.94 |
| *U.S. DOE | GINNA | WEST VALLEY | PWR | 71 02 04 | 12 | 4.586 | 59.52 |
| MORRIS OPERATION | DRESDEN 2 | MORRIS | BWR | 71 02 26 | 215 | 41.528 | 101.05 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 71 04 16 | 23 | 9.687 | 110.74 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | MORRIS | PWR | 71 04 16 | 29 | 12.213 | 122.95 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 71 05 31 | 8 | 0.001 | 122.95 |
| PACIFIC GAS AND ELECT | HUMBOLDT BAY | HUMBOLDT BAY | BWR | 71 06 05 | 40 | 3.054 | 126.01 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 71 06 30 | 1 | < 0.001 | 126.01 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 1 | DRESDEN 2 | BWR | 71 09 10 | 63 | 6.447 | 132.46 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 1 | DRESDEN 3 | BWR | 71 09 10 | 49 | 5.050 | 137.51 |
| *NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 71 09 18 | 17 | 3.285 | 140.79 |
| *GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 71 09 18 | 24 | 4.627 | 145.42 |
| *SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | MORRIS | PWR | 71 12 25 | 47 | 17.248 | 162.67 |
| *SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 1 | PWR | 71 12 25 | 1 | 0.367 | 163.03 |
| *SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 2 | PWR | 71 12 25 | 1 | 0.367 | 163.40 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 72 02 12 | 36 | 9.837 | 173.24 |
| MORRIS OPERATION | DRESDEN 2 | MORRIS | BWR | 72 02 19 | 509 | 97.862 | 271.10 |
| *U.S. DOE | BIG ROCK 1 | WEST VALLEY | BWR | 72 03 20 | 6 | 0.831 | 271.93 |
| *NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 72 04 02 | 31 | 6.013 | 277.94 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 72 04 15 | 33 | 12.943 | 290.89 |
| *U.S. DOE | GINNA | WEST VALLEY | PWR | 72 04 15 | 28 | 10.701 | 301.59 |
| *GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 72 05 01 | 136 | 26.473 | 328.06 |

**1991 ACCEPTANCE PRIORITY RANKING** (Continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE | DISCHARGE DATE | # OF ASMB | MTU | CUMULATIVE TOTAL MTU |
|---|---|---|---|---|---|---|---|
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 72 06 10 | 53 | 22.123 | 350.18 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 72 08 19 | 6 | 0.718 | 350.90 |
| PACIFIC GAS AND ELECT | HUMBOLDT BAY | HUMBOLDT BAY | BWR | 72 08 25 | 55 | 4.195 | 355.10 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 72 09 01 | 28 | 5.437 | 360.53 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 72 09 30 | 41 | 16.282 | 376.81 |
| *U.S. DOE | POINT BEACH 1 | INEL | PWR | 72 09 30 | 3 | 1.194 | 378.01 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 72 10 06 | 48 | 19.037 | 397.05 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 72 11 30 | 1 | < 0.001 | 397.05 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 1 | INDIAN POINT 1 | PWR | 72 12 29 | 40 | 7.784 | 404.83 |
| *SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | MORRIS | PWR | 73 02 06 | 53 | 19.175 | 424.00 |
| *SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 1 | PWR | 73 02 06 | 4 | 1.289 | 425.29 |
| *U.S. DOE | BIG ROCK 1 | WEST VALLEY | BWR | 73 03 02 | 37 | 5.015 | 430.31 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 73 03 03 | 2 | 0.387 | 430.70 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MORRIS | BWR | 73 03 03 | 11 | 2.130 | 432.83 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 73 03 03 | 51 | 9.869 | 442.69 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | BRUNSWICK 1 PWR POOL | PWR | 73 03 16 | 7 | 3.192 | 445.89 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | BRUNSWICK 2 PWR POOL | PWR | 73 03 16 | 43 | 19.608 | 465.49 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 73 03 16 | 3 | 1.368 | 466.86 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 73 03 30 | 26 | 3.115 | 469.98 |
| *GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 73 04 13 | 148 | 28.896 | 498.87 |
| *NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 73 04 14 | 104 | 20.222 | 519.10 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 73 07 08 | 55 | 22.466 | 541.56 |
| PACIFIC GAS AND ELECT | HUMBOLDT BAY | HUMBOLDT BAY | BWR | 73 08 31 | 52 | 3.965 | 545.53 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 73 09 29 | 50 | 9.473 | 555.00 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 1 | DRESDEN 1 | BWR | 73 10 09 | 52 | 5.353 | 560.35 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 73 11 03 | 24 | 2.876 | 563.23 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 73 11 30 | 2 | < 0.001 | 563.23 |
| BOSTON EDISON COMPANY | PILGRIM 1 | PILGRIM 1 | BWR | 73 12 28 | 20 | 3.881 | 567.11 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 73 12 31 | 2 | < 0.001 | 567.11 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 74 01 01 | 12 | 4.599 | 571.71 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 74 03 11 | 44 | 8.569 | 580.28 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MORRIS | BWR | 74 03 15 | 111 | 21.483 | 601.76 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 74 03 15 | 11 | 2.129 | 603.89 |

## 1991 ACCEPTANCE PRIORITY RANKING (Continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE | DISCHARGE DATE | # OF ASMB | MTU | CUMULATIVE TOTAL MTU |
|---|---|---|---|---|---|---|---|
| *U.S. DOE | BIG ROCK 1 | WEST VALLEY | BWR | 74 03 23 | 23 | 3.133 | 607.02 |
| *NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 74 03 31 | 148 | 28.749 | 635.77 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 74 03 31 | 32 | 6.143 | 641.91 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 74 04 06 | 74 | 28.634 | 670.55 |
| *U.S. DOE | POINT BEACH 1 | INEL | PWR | 74 04 06 | 3 | 1.167 | 671.72 |
| *GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 74 04 13 | 72 | 14.072 | 685.79 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | BRUNSWICK 1 PWR POOL | PWR | 74 05 04 | 102 | 45.033 | 730.82 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 74 05 04 | 2 | 0.883 | 731.70 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 74 05 11 | 37 | 10.087 | 741.79 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 74 06 03 | 18 | 2.455 | 744.25 |
| *U.S. DOE | BIG ROCK 1 | WEST VALLEY | BWR | 74 06 03 | 13 | 1.768 | 746.01 |
| *MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 74 07 01 | 72 | 26.309 | 772.32 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 74 08 30 | 208 | 40.640 | 812.96 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 1 | DRESDEN 1 | BWR | 74 08 31 | 37 | 3.786 | 816.75 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 74 10 05 | 46 | 20.820 | 837.57 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 74 10 13 | 328 | 63.332 | 900.90 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 74 10 16 | 36 | 14.373 | 915.27 |
| DUKE POWER COMPANY | OCONEE 1 | MCGUIRE 1 | PWR | 74 10 19 | 12 | 5.608 | 920.88 |
| DUKE POWER COMPANY | OCONEE 1 | MCGUIRE 2 | PWR | 74 10 19 | 6 | 2.806 | 923.69 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 3 | PWR | 74 10 19 | 35 | 16.399 | 940.09 |
| VIRGINIA POWER | SURRY 1 | SURRY 1 | PWR | 74 10 24 | 18 | 8.172 | 948.26 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 1 | INDIAN POINT 1 | PWR | 74 10 31 | 120 | 22.800 | 971.06 |
| PACIFIC GAS AND ELECT | HUMBOLDT BAY | HUMBOLDT BAY | BWR | 74 10 31 | 28 | 2.120 | 973.18 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 2 | DRESDEN 2 | BWR | 74 11 03 | 156 | 29.973 | 1003.15 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 74 12 22 | 85 | 16.290 | 1019.44 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 75 01 09 | 1 | 0.192 | 1019.63 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 75 01 10 | 10 | 1.935 | 1021.57 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MORRIS | BWR | 75 01 10 | 71 | 13.742 | 1035.31 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 75 02 08 | 25 | 9.325 | 1044.64 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 75 03 10 | 25 | 9.837 | 1054.47 |
| *SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | MORRIS | PWR | 75 03 13 | 53 | 19.287 | 1073.76 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 75 03 29 | 44 | 19.925 | 1093.68 |
| *GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 75 03 30 | 112 | 21.908 | 1115.59 |