1992 ACCEPTANCE PRIORITY RANKING (continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 81 07 31 | 6 | < 0.01 | 7272.62 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 81 09 06 | 200 | 37.27 | 7309.89 |
| *COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 81 09 10 | 64 | 29.21 | 7339.10 |
| ALABAMA POWER COMPANY | FARLEY 1 | FARLEY 1 | PWR | 81 09 10 | 28 | 12.89 | 7351.99 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 1 | ST LUCIE 1 | PWR | 81 09 11 | 64 | 24.81 | 7376.80 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 81 09 18 | 40 | 14.59 | 7391.39 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 81 09 19 | 40 | 16.02 | 7407.41 |
| BOSTON EDISON COMPANY | PILGRIM 1 | PILGRIM 1 | BWR | 81 09 25 | 232 | 42.68 | 7450.09 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 81 09 26 | 53 | 21.83 | 7471.92 |
| FLORIDA POWER CORP | CRYSTAL RIVER 3 | CRYSTAL RIVER 3 | PWR | 81 09 28 | 65 | 30.15 | 7502.07 |
| *CONSUMERS POWER COMPANY | PALISADES | PALISADES | PWR | 81 09 29 | 68 | 28.02 | 7530.08 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 81 10 08 | 25 | 10.05 | 7540.14 |
| *U.S. DOE | POINT BEACH 1 | HANFORD | PWR | 81 10 08 | 3 | 1.20 | 7541.34 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 81 10 09 | 32 | 5.77 | 7547.11 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 81 10 16 | 120 | 22.11 | 7569.22 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 81 10 19 | 28 | 12.82 | 7582.04 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 3 | BROWNS FERRY 3 | BWR | 81 10 30 | 280 | 52.31 | 7634.36 |
| *POWER AUTH OF NY STATE | FITZPATRICK | FITZPATRICK | BWR | 81 10 31 | 188 | 35.09 | 7669.45 |
| VIRGINIA POWER | SURRY 2 | SURRY 1 | PWR | 81 11 07 | 13 | 5.95 | 7675.39 |
| *U.S. DOE | SURRY 2 | INEL | PWR | 81 11 07 | 40 | 18.31 | 7693.70 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 2 | MILLSTONE 2 | PWR | 81 12 05 | 73 | 28.34 | 7722.04 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 1 | BEAVER VALLEY 1 | PWR | 81 12 26 | 53 | 24.37 | 7746.41 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 81 12 29 | 19 | 8.81 | 7755.22 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE DRY STORAGE | PWR | 81 12 29 | 14 | 6.50 | 7761.72 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 3 | PWR | 81 12 29 | 31 | 14.35 | 7776.07 |
| DUKE POWER COMPANY | OCONEE 2 | MCGUIRE 2 | PWR | 81 12 29 | 7 | 3.25 | 7779.32 |
| PUB SVC ELEC & GAS COMPANY | SALEM 1 | SALEM 1 | PWR | 82 01 01 | 56 | 25.75 | 7805.07 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 82 01 02 | 188 | 34.63 | 7839.70 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 82 01 25 | 18 | 6.72 | 7846.42 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 82 01 31 | 1 | < 0.01 | 7846.42 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 82 02 05 | 22 | 2.78 | 7849.20 |
| *COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 82 02 12 | 52 | 23.69 | 7872.89 |
| GEORGIA POWER COMPANY | HATCH 2 | HATCH 1 | BWR | 82 02 19 | 52 | 9.41 | 7882.30 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 2 | PEACHBOTTOM 2 | BWR | 82 02 20 | 276 | 50.73 | 7933.03 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON DRY STORAGE | PWR | 82 02 26 | 21 | 9.00 | 7942.03 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 82 02 26 | 23 | 9.86 | 7951.89 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | HARRIS 1 | PWR | 82 02 26 | 2 | 0.86 | 7952.75 |
| VIRGINIA POWER | NORTH ANNA 2 | NORTH ANNA 1 | PWR | 82 03 07 | 54 | 24.76 | 7977.51 |
| *TOLEDO EDISON COMPANY | DAVIS-BESSE 1 | DAVIS-BESSE 1 | PWR | 82 03 13 | 53 | 25.03 | 8002.54 |
| *POWER AUTH OF NY STATE | INDIAN POINT 3 | INDIAN POINT 3 | PWR | 82 03 25 | 76 | 34.69 | 8037.23 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 82 03 26 | 37 | 17.00 | 8054.23 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 82 04 09 | 30 | 3.29 | 8057.52 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 82 04 09 | 37 | 14.46 | 8071.98 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 82 04 16 | 29 | 11.68 | 8083.66 |
| *U.S. DOE | CALVERT CLIFFS 1 | HANFORD | PWR | 82 04 17 | 1 | 0.39 | 8084.05 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 1 | CALVERT CLIFFS 1 | PWR | 82 04 17 | 76 | 29.51 | 8113.56 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 1 | PWR | 82 04 24 | 41 | 19.00 | 8132.56 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 3 | PWR | 82 04 24 | 9 | 4.19 | 8136.75 |

**1992 ACCEPTANCE PRIORITY RANKING (continued)**

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| DUKE POWER COMPANY | OCONEE 3 | OCONEE DRY STORAGE | PWR | 82 04 24 | 22 | 10.21 | 8146.96 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | BRUNSWICK 2 | BWR | 82 04 24 | 155 | 29.04 | 8176.00 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | HARRIS 1 | BWR | 82 04 24 | 4 | 0.75 | 8176.75 |
| VIRGINIA POWER | NORTH ANNA 1 | NORTH ANNA 1 | PWR | 82 05 17 | 53 | 24.37 | 8201.12 |
| NEBRASKA PUB POWER DIS | COOPER STATION | MORRIS | BWR | 82 05 21 | 110 | 20.49 | 8221.60 |
| *U.S. DOE | COOPER STATION | HANFORD | BWR | 82 05 21 | 2 | 0.38 | 8221.99 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 82 06 12 | 39 | 15.67 | 8237.65 |
| *INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 82 07 03 | 64 | 27.35 | 8265.00 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 2 | BROWNS FERRY 1 | BWR | 82 07 30 | 196 | 36.38 | 8301.39 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 2 | ARKANSAS NUCLEAR 2 | PWR | 82 08 20 | 60 | 24.29 | 8325.68 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 82 08 31 | 3 | < 0.01 | 8325.68 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MORRIS | BWR | 82 09 01 | 160 | 29.50 | 8355.18 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 82 09 01 | 8 | 1.41 | 8356.59 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 82 09 05 | 224 | 41.28 | 8397.87 |
| TENNESSEE VALLEY AUTHORITY | SEQUOYAH 1 | SEQUOYAH 1 | PWR | 82 09 10 | 68 | 31.21 | 8429.09 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 82 09 11 | 40 | 9.36 | 8438.45 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 82 09 11 | 192 | 35.38 | 8473.83 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 2 | INDIAN POINT 2 | PWR | 82 09 18 | 75 | 33.80 | 8507.63 |
| *MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 82 09 24 | 73 | 28.11 | 8535.74 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 82 10 09 | 41 | 18.80 | 8554.54 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 3 | PWR | 82 10 09 | 1 | 0.46 | 8555.00 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 82 10 09 | 104 | 19.18 | 8574.18 |
| PUB SVC ELEC & GAS COMPANY | SALEM 1 | SALEM 1 | PWR | 82 10 15 | 34 | 15.65 | 8589.83 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 2 | CALVERT CLIFFS 1 | PWR | 82 10 16 | 53 | 20.59 | 8610.42 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 82 10 22 | 20 | 8.04 | 8618.46 |
| ALABAMA POWER COMPANY | FARLEY 2 | FARLEY 2 | PWR | 82 10 22 | 52 | 23.80 | 8642.26 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 1 | ARKANSAS NUCLEAR 1 | PWR | 82 11 08 | 70 | 32.52 | 8674.78 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 82 11 15 | 41 | 15.55 | 8690.33 |
| *INDIANA & MICH ELEC COMPANY | COOK 2 | COOK 1 | PWR | 82 11 21 | 81 | 37.20 | 8727.53 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 82 12 03 | 20 | 7.28 | 8734.82 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | BRUNSWICK 1 | BWR | 82 12 11 | 39 | 7.28 | 8742.09 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | HARRIS 1 BWR POOL | BWR | 82 12 11 | 189 | 35.27 | 8777.37 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 2 | DRESDEN 2 | BWR | 83 01 07 | 224 | 41.31 | 8818.68 |
| ALABAMA POWER COMPANY | FARLEY 1 | FARLEY 1 | PWR | 83 01 14 | 66 | 30.30 | 8848.98 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 83 01 21 | 39 | 17.91 | 8866.89 |
| PUB SVC ELEC & GAS COMPANY | SALEM 2 | SALEM 2 | PWR | 83 01 21 | 70 | 32.13 | 8899.02 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 83 01 22 | 49 | 20.24 | 8919.26 |
| VIRGINIA POWER | SURRY 1 | SURRY 1 | PWR | 83 02 07 | 62 | 28.32 | 8947.58 |
| *GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 83 02 11 | 207 | 36.43 | 8984.02 |
| IOWA ELEC LIGHT & POWER COMPANY | DUANE ARNOLD | DUANE ARNOLD | BWR | 83 02 11 | 128 | 23.60 | 9007.61 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 3 | PEACHBOTTOM 3 | BWR | 83 02 14 | 284 | 52.05 | 9059.66 |
| SACRAMENTO MUNICIP UTIL DISTR | RANCHO SECO 1 | RANCHO SECO 1 | PWR | 83 02 17 | 69 | 31.97 | 9091.63 |
| *COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 83 02 24 | 56 | 25.58 | 9117.21 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 1 | ST LUCIE 1 | PWR | 83 02 26 | 87 | 33.13 | 9150.34 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 83 03 04 | 106 | 19.38 | 9169.72 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 83 03 17 | 29 | 11.44 | 9181.16 |
| FLORIDA POWER CORP | CRYSTAL RIVER 3 | CRYSTAL RIVER 3 | PWR | 83 03 19 | 60 | 28.14 | 9209.30 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 83 03 25 | 26 | 10.38 | 9219.68 |

## 1992 ACCEPTANCE PRIORITY RANKING (continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 83 03 27 | 16 | 5.97 | 9225.65 |
| VIRGINIA POWER | NORTH ANNA 2 | NORTH ANNA 1 | PWR | 83 04 02 | 55 | 25.31 | 9250.96 |
| GEORGIA POWER COMPANY | HATCH 2 | HATCH 1 | BWR | 83 04 04 | 56 | 10.28 | 9261.24 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 83 04 06 | 50 | 22.85 | 9284.09 |
| *U.S. DOE | MULTIPLE | MULTIPLE | MSC | 83 04 07 | N/A | 58.45 | 9342.54 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 1 | BROWNS FERRY 1 | BWR | 83 04 16 | 267 | 49.00 | 9391.54 |
| NEBRASKA PUB POWER DIS | COOPER STATION | MORRIS | BWR | 83 04 30 | 116 | 21.45 | 9412.98 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 83 05 13 | 22 | 2.82 | 9415.80 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 2 | MILLSTONE 2 | PWR | 83 05 28 | 76 | 29.62 | 9445.43 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 1 | PWR | 83 06 01 | 65 | 30.14 | 9475.56 |
| BABCOCK AND WILCOX COMPANY | OCONEE 1 | BABCOCK AND WILCOX | PWR | 83 06 01 | < 1 | < 0.01 | 9475.57 |
| *U.S. DOE | OCONEE 1 | BABCOCK AND WILCOX | PWR | 83 06 01 | < 1 | < 0.01 | 9475.57 |
| *POWER AUTH OF NY STATE | FITZPATRICK | FITZPATRICK | BWR | 83 06 03 | 200 | 36.67 | 9512.24 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 1 | BEAVER VALLEY 1 | PWR | 83 06 10 | 53 | 24.32 | 9536.57 |
| VIRGINIA POWER | SURRY 2 | SURRY 1 | PWR | 83 06 30 | 24 | 10.99 | 9547.56 |
| *U.S. DOE | SURRY 2 | INEL | PWR | 83 06 30 | 8 | 3.66 | 9551.22 |
| VIRGINIA POWER | SURRY 2 | SURRY DRY STORAGE | PWR | 83 06 30 | 29 | 13.27 | 9564.49 |
| *INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 83 07 16 | 66 | 28.21 | 9592.70 |
| TENNESSEE VALLEY AUTHORITY | SEQUOYAH 2 | SEQUOYAH 1 | PWR | 83 07 18 | 68 | 31.17 | 9623.87 |
| *TOLEDO EDISON COMPANY | DAVIS-BESSE 1 | DAVIS-BESSE 1 | PWR | 83 07 25 | 85 | 40.15 | 9664.02 |
| *CONSUMERS POWER COMPANY | PALISADES | PALISADES | PWR | 83 08 12 | 68 | 26.34 | 9690.36 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 83 08 28 | 41 | 15.55 | 9705.91 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 83 08 31 | 2 | < 0.01 | 9705.91 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 83 09 04 | 228 | 42.01 | 9747.92 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 3 | BROWNS FERRY 3 | BWR | 83 09 06 | 248 | 45.42 | 9793.35 |
| *COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 83 09 07 | 73 | 33.39 | 9826.74 |
| DUKE POWER COMPANY | OCONEE 2 | MCGUIRE 2 | PWR | 83 09 14 | 3 | 1.39 | 9828.13 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 83 09 14 | 70 | 32.52 | 9860.65 |
| BABCOCK AND WILCOX COMPANY | OCONEE 2 | BABCOCK AND WILCOX | PWR | 83 09 14 | < 1 | < 0.01 | 9860.66 |
| ALABAMA POWER COMPANY | FARLEY 2 | FARLEY 2 | PWR | 83 09 16 | 64 | 29.37 | 9890.03 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 83 09 30 | 42 | 16.87 | 9906.90 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 83 09 30 | 220 | 40.47 | 9947.37 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 1 | CALVERT CLIFFS 1 | PWR | 83 10 01 | 104 | 39.52 | 9986.89 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 2 | ARKANSAS NUCLEAR 2 | PWR | 83 10 05 | 65 | 26.96 | 10013.85 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 83 11 04 | 146 | 26.80 | 10040.65 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 83 11 05 | 22 | 2.40 | 10043.05 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 83 12 01 | 41 | 15.57 | 10058.62 |
| BOSTON EDISON COMPANY | PILGRIM 1 | PILGRIM 1 | BWR | 83 12 09 | 224 | 41.22 | 10099.84 |
| GEORGIA POWER COMPANY | HATCH 2 | HATCH 1 | BWR | 84 01 13 | 184 | 33.81 | 10133.65 |
| *U.S. DOE | FORT ST VRAIN | INEL | HTG | 84 01 20 | 240 | 2.74 | 10136.39 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON DRY STORAGE | PWR | 84 01 26 | 35 | 15.10 | 10151.49 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | HARRIS 1 | PWR | 84 01 26 | 17 | 7.31 | 10158.80 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 84 01 26 | 9 | 3.87 | 10162.67 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 84 02 03 | 1 | 0.18 | 10162.86 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MORRIS | BWR | 84 02 03 | 187 | 33.63 | 10196.48 |
| ALABAMA POWER COMPANY | FARLEY 1 | FARLEY 1 | PWR | 84 02 10 | 77 | 35.28 | 10231.76 |

**1992 ACCEPTANCE PRIORITY RANKING (continued)**

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| DUKE POWER COMPANY | MCGUIRE 1 | MCGUIRE 1 | PWR | 84 02 24 | 38 | 17.45 | 10315.63 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 84 03 02 | 26 | 9.39 | 10325.02 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 84 03 03 | 29 | 10.84 | 10335.87 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 84 03 07 | 196 | 35.33 | 10371.20 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 84 03 08 | 54 | 24.71 | 10395.91 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 3 | PWR | 84 03 08 | 52 | 24.11 | 10420.03 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | BRUNSWICK 2 | BWR | 84 03 10 | 181 | 33.61 | 10453.64 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | HARRIS 1 | BWR | 84 03 10 | 4 | 0.75 | 10454.38 |
| *INDIANA & MICH ELEC COMPANY | COOK 2 | COOK 1 | PWR | 84 03 10 | 91 | 41.79 | 10496.17 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 84 03 16 | 49 | 18.81 | 10514.98 |
| *NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 84 03 17 | 216 | 39.23 | 10554.21 |
| *COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 84 03 26 | 68 | 31.10 | 10585.31 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 84 03 31 | 36 | 8.41 | 10593.72 |
| *MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 84 03 31 | 73 | 27.44 | 10621.16 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 84 04 14 | 200 | 35.74 | 10656.90 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 2 | CALVERT CLIFFS 1 | PWR | 84 04 21 | 101 | 37.72 | 10694.62 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 84 04 27 | 52 | 23.85 | 10718.47 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 2 | PEACHBOTTOM 2 | BWR | 84 04 28 | 292 | 53.31 | 10771.79 |
| VIRGINIA POWER | NORTH ANNA 1 | NORTH ANNA 1 | PWR | 84 05 12 | 69 | 31.70 | 10803.49 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 84 05 30 | 16 | 2.05 | 10805.54 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 2 | INDIAN POINT 2 | PWR | 84 06 02 | 72 | 32.47 | 10838.01 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 84 06 15 | 106 | 19.36 | 10857.37 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 84 08 01 | 53 | 21.81 | 10879.18 |
| VIRGINIA POWER | NORTH ANNA 2 | NORTH ANNA 1 | PWR | 84 08 02 | 59 | 27.06 | 10906.24 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 84 09 03 | 41 | 15.50 | 10921.74 |
| *TOLEDO EDISON COMPANY | DAVIS-BESSE 1 | DAVIS-BESSE 1 | PWR | 84 09 11 | 65 | 30.58 | 10952.32 |
| NEBRASKA PUB POWER DIS | COOPER STATION | MORRIS | BWR | 84 09 15 | 116 | 21.22 | 10973.54 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 2 | BROWNS FERRY 1 | BWR | 84 09 15 | 604 | 110.49 | 11084.03 |
| VIRGINIA POWER | SURRY 1 | SURRY 1 | PWR | 84 09 26 | 72 | 32.87 | 11116.90 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 84 09 28 | 22 | 8.83 | 11125.73 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 84 09 28 | 237 | 43.78 | 11169.51 |
| SOUTH CAROLINA ELEC & GAS CO | SUMMER 1 | SUMMER 1 | PWR | 84 09 28 | 44 | 20.15 | 11189.66 |
| TENNESSEE VALLEY AUTHORITY | SEQUOYAH 2 | SEQUOYAH 1 | PWR | 84 09 29 | 68 | 31.23 | 11220.90 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 84 09 30 | 1 | < 0.01 | 11220.90 |
| PUB SVC ELEC & GAS COMPANY | SALEM 2 | SALEM 2 | PWR | 84 10 04 | 68 | 31.22 | 11252.11 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 2 | DRESDEN 2 | BWR | 84 10 05 | 196 | 35.55 | 11287.67 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 1 | PWR | 84 10 05 | 64 | 29.63 | 11317.30 |
| *U.S. DOE | OCONEE 1 | BABCOCK AND WILCOX | PWR | 84 10 05 | < 1 | < 0.01 | 11317.30 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 1 | BEAVER VALLEY 1 | PWR | 84 10 11 | 77 | 35.22 | 11352.52 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 1 | ARKANSAS NUCLEAR 1 | PWR | 84 10 12 | 68 | 31.54 | 11384.07 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 2 | ST LUCIE 2 | PWR | 84 10 12 | 80 | 30.98 | 11415.04 |
| *SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 2 | SAN ONOFRE 2 | PWR | 84 10 20 | 64 | 27.31 | 11442.35 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 84 11 30 | 2 | < 0.01 | 11442.35 |
| ALABAMA POWER COMPANY | FARLEY 2 | FARLEY 2 | PWR | 85 01 04 | 71 | 32.56 | 11474.92 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 85 01 11 | 6 | 2.22 | 11477.14 |
| DUKE POWER COMPANY | MCGUIRE 2 | MCGUIRE 2 | PWR | 85 01 25 | 39 | 18.00 | 11495.13 |
| *COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 85 01 30 | 73 | 33.15 | 11528.28 |
| IOWA ELEC LIGHT & POWER COMPANY | DUANE ARNOLD | DUANE ARNOLD | BWR | 85 02 01 | 120 | 22.03 | 11550.31 |

## 1992 ACCEPTANCE PRIORITY RANKING (continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 85 02 08 | 45 | 17.04 | 11567.35 |
| PENNSYLVANIA POWER & LIGHT | SUSQUEHANNA 1 | SUSQUEHANNA 1 | BWR | 85 02 09 | 192 | 35.26 | 11602.61 |
| *POWER AUTH OF NY STATE | FITZPATRICK | FITZPATRICK | BWR | 85 02 14 | 188 | 34.42 | 11637.03 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 2 | MILLSTONE 2 | PWR | 85 02 16 | 80 | 32.25 | 11669.28 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 85 02 21 | 66 | 30.57 | 11699.86 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 3 | PWR | 85 02 21 | 2 | 0.93 | 11700.79 |
| BABCOCK AND WILCOX COMPANY | OCONEE 2 | BABCOCK AND WILCOX | PWR | 85 02 21 | < 1 | < 0.01 | 11700.79 |
| FLORIDA POWER CORP | CRYSTAL RIVER 3 | CRYSTAL RIVER 3 | PWR | 85 03 08 | 65 | 30.10 | 11730.89 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 85 03 11 | 28 | 3.05 | 11733.94 |
| SACRAMENTO MUNICIP UTIL DISTR | RANCHO SECO 1 | RANCHO SECO 1 | PWR | 85 03 15 | 65 | 30.14 | 11764.07 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 85 03 16 | 176 | 31.94 | 11796.01 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 2 | ARKANSAS NUCLEAR 2 | PWR | 85 03 16 | 68 | 29.03 | 11825.04 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 1 | BROWNS FERRY 1 | BWR | 85 03 19 | 420 | 76.70 | 11901.74 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 85 03 20 | 32 | 11.96 | 11913.70 |
| VIRGINIA POWER | SURRY 2 | SURRY 1 | PWR | 85 03 20 | 52 | 23.81 | 11937.51 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | BRUNSWICK 1 | BWR | 85 03 29 | 170 | 31.27 | 11968.78 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | HARRIS 1 BWR POOL | BWR | 85 03 29 | 14 | 2.57 | 11971.35 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 85 03 30 | 57 | 26.09 | 11997.44 |
| BABCOCK AND WILCOX COMPANY | QUAD CITIES 2 | BABCOCK AND WILCOX | BWR | 85 03 31 | < 1 | 0.01 | 11997.45 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 85 04 05 | 31 | 12.42 | 12009.87 |
| GEORGIA POWER COMPANY | HATCH 2 | HATCH 1 | BWR | 85 04 05 | 181 | 33.22 | 12043.09 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 1 | CALVERT CLIFFS 1 | PWR | 85 04 06 | 76 | 29.28 | 12072.37 |
| *INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 85 04 06 | 94 | 40.17 | 12112.54 |
| ALABAMA POWER COMPANY | FARLEY 1 | FARLEY 1 | PWR | 85 04 06 | 62 | 28.50 | 12141.04 |
| DUKE POWER COMPANY | MCGUIRE 1 | MCGUIRE 1 | PWR | 85 04 19 | 69 | 31.66 | 12172.71 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 85 05 02 | 40 | 18.37 | 12191.08 |
| *POWER AUTH OF NY STATE | INDIAN POINT 3 | INDIAN POINT 3 | PWR | 85 06 07 | 72 | 32.97 | 12224.05 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 3 | PEACHBOTTOM 3 | BWR | 85 07 15 | 284 | 51.72 | 12275.77 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 85 07 31 | 2 | < 0.01 | 12275.77 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 3 | PWR | 85 08 07 | 52 | 24.06 | 12299.83 |
| *MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 85 08 17 | 73 | 27.38 | 12327.21 |
| TENNESSEE VALLEY AUTHORITY | SEQUOYAH 1 | SEQUOYAH 1 | PWR | 85 08 22 | 72 | 33.04 | 12360.26 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 85 08 31 | 1 | < 0.01 | 12360.26 |
| *SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 3 | SAN ONOFRE 3 | PWR | 85 09 01 | 65 | 27.76 | 12388.02 |
| *COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 85 09 04 | 76 | 34.78 | 12422.79 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 85 09 05 | 55 | 20.05 | 12442.84 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 85 09 06 | 20 | 2.57 | 12445.41 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 85 09 20 | 120 | 21.95 | 12467.36 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 85 09 28 | 64 | 22.90 | 12490.26 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 85 10 04 | 24 | 9.63 | 12499.89 |
| SOUTH CAROLINA ELEC & GAS CO | SUMMER 1 | SUMMER 1 | PWR | 85 10 05 | 66 | 30.22 | 12530.11 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 2 | CALVERT CLIFFS 1 | PWR | 85 10 18 | 69 | 26.84 | 12556.95 |
| *COMMONWEALTH EDISON COMPANY | LASALLE 1 | LASALLE 1 | BWR | 85 10 18 | 232 | 42.53 | 12599.49 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 85 10 19 | 40 | 9.33 | 12608.81 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 1 | ST LUCIE 1 | PWR | 85 10 19 | 85 | 32.17 | 12640.98 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 85 10 26 | 200 | 35.62 | 12676.60 |

## 1992 ACCEPTANCE PRIORITY RANKING (continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| *SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 2 | PWR | 85 11 21 | 1 | 0.37 | 12730.07 |
| *SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 3 | PWR | 85 11 21 | 51 | 18.89 | 12748.96 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 85 11 27 | 141 | 26.16 | 12775.12 |
| *CONSUMERS POWER COMPANY | PALISADES | PALISADES | PWR | 85 11 30 | 52 | 20.20 | 12795.33 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | BRUNSWICK 2 | BWR | 85 11 30 | 92 | 16.84 | 12812.17 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | HARRIS 1 | BWR | 85 11 30 | 56 | 10.24 | 12822.41 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 85 12 31 | 2 | < 0.01 | 12822.41 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 86 01 03 | 56 | 23.03 | 12845.44 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 86 01 05 | 216 | 38.25 | 12883.68 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 86 01 10 | 61 | 27.85 | 12911.53 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 2 | INDIAN POINT 2 | PWR | 86 01 13 | 68 | 31.04 | 12942.57 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | HARRIS 1 | PWR | 86 01 28 | 37 | 15.96 | 12958.53 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 86 01 28 | 11 | 4.74 | 12963.27 |
| VIRGINIA POWER | NORTH ANNA 2 | NORTH ANNA 1 | PWR | 86 02 02 | 46 | 21.19 | 12984.46 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 86 02 08 | 33 | 12.32 | 12996.79 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 1 | PWR | 86 02 13 | 51 | 23.61 | 13020.39 |
| PENNSYLVANIA POWER & LIGHT | SUSQUEHANNA 1 | SUSQUEHANNA 1 | BWR | 86 02 15 | 296 | 54.30 | 13074.70 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 86 02 28 | 37 | 14.00 | 13088.70 |
| *INDIANA & MICH ELEC COMPANY | COOK 2 | COOK 1 | PWR | 86 02 28 | 89 | 37.37 | 13126.06 |
| UNION ELEC COMPANY | CALLAWAY 1 | CALLAWAY 1 | PWR | 86 02 28 | 84 | 38.70 | 13164.76 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 86 03 04 | 61 | 22.28 | 13187.04 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 86 03 07 | 28 | 3.03 | 13190.08 |
| *NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 86 03 08 | 200 | 35.40 | 13225.47 |
| DUKE POWER COMPANY | MCGUIRE 2 | MCGUIRE 2 | PWR | 86 03 14 | 69 | 31.61 | 13257.08 |
| *SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 2 | SAN ONOFRE 2 | PWR | 86 03 15 | 89 | 35.47 | 13292.55 |
| PUB SVC ELEC & GAS COMPANY | SALEM 1 | SALEM 1 | PWR | 86 03 21 | 75 | 34.37 | 13326.92 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 86 03 31 | 1 | < 0.01 | 13326.92 |
| ALABAMA POWER COMPANY | FARLEY 2 | FARLEY 2 | PWR | 86 04 04 | 68 | 31.23 | 13358.14 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 2 | ST LUCIE 2 | PWR | 86 04 05 | 84 | 30.51 | 13388.65 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 86 04 09 | 61 | 28.02 | 13416.68 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 86 04 11 | 34 | 13.63 | 13430.30 |
| *GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 86 04 12 | 184 | 32.21 | 13462.52 |
| WASH PUB POWER SUPPLY SYSTEM | WASH NUCLEAR 2 | WASH NUCLEAR 2 | BWR | 86 04 15 | 96 | 17.63 | 13480.15 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 86 04 30 | 120 | 21.55 | 13501.70 |
| VIRGINIA POWER | SURRY 1 | SURRY 1 | PWR | 86 05 10 | 59 | 26.98 | 13528.68 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 1 | BEAVER VALLEY 1 | PWR | 86 05 16 | 65 | 29.85 | 13558.53 |
| DUKE POWER COMPANY | MCGUIRE 1 | MCGUIRE 1 | PWR | 86 05 16 | 75 | 34.44 | 13592.97 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 2 | ARKANSAS NUCLEAR 2 | PWR | 86 06 13 | 60 | 25.61 | 13618.58 |
| BOSTON EDISON COMPANY | PILGRIM 1 | PILGRIM 1 | BWR | 86 07 24 | 192 | 34.23 | 13652.81 |
| DUKE POWER COMPANY | CATAWBA 1 | CATAWBA 1 | PWR | 86 08 08 | 64 | 27.15 | 13679.96 |
| PENNSYLVANIA POWER & LIGHT | SUSQUEHANNA 2 | SUSQUEHANNA 1 | BWR | 86 08 09 | 324 | 59.51 | 13739.46 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 86 08 16 | 60 | 27.81 | 13767.27 |
| PACIFIC GAS AND ELECT | DIABLO CANYON 1 | DIABLO CANYON 1 | PWR | 86 08 29 | 66 | 30.43 | 13797.71 |
| *COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 86 09 04 | 60 | 27.47 | 13825.17 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 1 | ARKANSAS NUCLEAR 1 | PWR | 86 09 04 | 64 | 29.55 | 13854.73 |
| *U.S. DOE | ARKANSAS NUCLEAR 1 | BABCOCK AND WILCOX | PWR | 86 09 04 | < 1 | 0.01 | 13854.74 |
| MISSISSIPPI POWER & LIGHT | GRAND GULF 1 | GRAND GULF 1 | BWR | 86 09 05 | 264 | 48.56 | 13903.30 |
| GEORGIA POWER COMPANY | HATCH 2 | HATCH 1 | BWR | 86 09 18 | 155 | 28.40 | 13931.70 |

# 1992 ACCEPTANCE PRIORITY RANKING (continued)

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 2 | MILLSTONE 2 | PWR | 86 09 20 | 57 | 23.14 | 13954.85 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 86 09 27 | 30 | 12.08 | 13966.93 |
| PUB SVC ELEC & GAS COMPANY | SALEM 2 | SALEM 2 | PWR | 86 10 02 | 67 | 30.74 | 13997.67 |
| ALABAMA POWER COMPANY | FARLEY 1 | FARLEY 1 | PWR | 86 10 03 | 59 | 27.16 | 14024.83 |
| VIRGINIA POWER | SURRY 2 | SURRY 1 | PWR | 86 10 04 | 41 | 18.80 | 14043.63 |
| NEBRASKA PUB POWER DIS | COOPER STATION | MORRIS | BWR | 86 10 04 | 92 | 16.81 | 14060.44 |
| NEBRASKA PUB POWER DIS | COOPER STATION | COOPER STATION | BWR | 86 10 04 | 60 | 10.97 | 14071.41 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 86 10 13 | 152 | 26.87 | 14098.29 |
| KANSAS GAS AND ELECTRIC COMPANY | WOLF CREEK 1 | WOLF CREEK 1 | PWR | 86 10 16 | 35 | 16.14 | 14114.43 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 86 10 22 | 40 | 14.73 | 14129.16 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 1 | CALVERT CLIFFS 1 | PWR | 86 10 25 | 76 | 29.00 | 14158.15 |
| *GPU NUCLEAR | THREE MILE ISLAND 1 | THREE MILE ISLAND 1 | PWR | 86 10 31 | 75 | 34.75 | 14192.90 |
| LOUISIANA POWER AND LIGHT | WATERFORD 3 | WATERFORD 3 | PWR | 86 11 26 | 92 | 38.58 | 14231.48 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 2 | DRESDEN 2 | BWR | 86 11 29 | 172 | 30.45 | 14261.93 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 3 | PWR | 86 12 17 | 60 | 27.80 | 14289.73 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 87 01 02 | 24 | 3.09 | 14292.82 |
| *SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 3 | SAN ONOFRE 3 | PWR | 87 01 02 | 89 | 35.33 | 14328.15 |
| *COMMONWEALTH EDISON COMPANY | LASALLE 2 | LASALLE 1 | BWR | 87 01 03 | 224 | 40.97 | 14369.12 |
| *POWER AUTH OF NY STATE | FITZPATRICK | FITZPATRICK | BWR | 87 01 15 | 196 | 35.79 | 14404.90 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 1 | ST LUCIE 1 | PWR | 87 02 07 | 84 | 31.29 | 14436.20 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 87 02 13 | 32 | 11.84 | 14448.04 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | BRUNSWICK 1 | BWR | 87 02 14 | 172 | 31.52 | 14479.56 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | HARRIS 1 BWR POOL | BWR | 87 02 14 | 4 | 0.73 | 14480.29 |
| *COMMONWEALTH EDISON COMPANY | BYRON 1 | BYRON 1 | PWR | 87 02 14 | 88 | 37.30 | 14517.60 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 87 02 24 | 37 | 13.98 | 14531.58 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 87 03 01 | 46 | 16.43 | 14548.02 |
| *COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 87 03 05 | 80 | 36.62 | 14584.64 |
| SOUTH CAROLINA ELEC & GAS CO | SUMMER 1 | SUMMER 1 | PWR | 87 03 06 | 60 | 27.65 | 14612.29 |
| IOWA ELEC LIGHT & POWER COMPANY | DUANE ARNOLD | DUANE ARNOLD | BWR | 87 03 12 | 128 | 23.40 | 14635.68 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 2 | CALVERT CLIFFS 1 | PWR | 87 03 13 | 87 | 33.37 | 14669.05 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 2 | PEACHBOTTOM 2 | BWR | 87 03 14 | 272 | 49.69 | 14718.74 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 87 03 15 | 61 | 27.93 | 14746.67 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 87 03 28 | 23 | 9.91 | 14756.58 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | HARRIS 1 | PWR | 87 03 28 | 28 | 12.07 | 14768.65 |
| *MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 87 03 28 | 67 | 24.48 | 14793.14 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 3 | PEACHBOTTOM 3 | BWR | 87 04 01 | 192 | 35.01 | 14828.15 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 87 04 01 | 57 | 26.20 | 14854.35 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 87 04 03 | 37 | 14.85 | 14869.20 |
| PACIFIC GAS AND ELECT | DIABLO CANYON 2 | DIABLO CANYON 2 | PWR | 87 04 03 | 37 | 17.02 | 14886.22 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 87 04 08 | 41 | 14.96 | 14901.18 |
| WASH PUB POWER SUPPLY SYSTEM | WASH NUCLEAR 2 | WASH NUCLEAR 2 | BWR | 87 04 15 | 124 | 22.75 | 14923.94 |
| VIRGINIA POWER | NORTH ANNA 1 | NORTH ANNA 1 | PWR | 87 04 19 | 55 | 25.34 | 14949.28 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 87 04 22 | 272 | 49.79 | 14999.07 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 87 04 30 | 72 | 7.81 | 15006.88 |
| DUKE POWER COMPANY | MCGUIRE 2 | MCGUIRE 2 | PWR | 87 05 01 | 74 | 34.08 | 15040.95 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 87 05 02 | 36 | 8.28 | 15049.24 |
| *POWER AUTH OF NY STATE | INDIAN POINT 3 | INDIAN POINT 3 | PWR | 87 05 02 | 79 | 36.07 | 15085.30 |
| PHILADELPHIA ELEC COMPANY | LIMERICK 1 | LIMERICK 1 | BWR | 87 05 15 | 100 | 18.57 | 15103.87 |