APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 80 12 31 | 1 | 0.1 | 6643.7 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 1 | ARKANSAS NUCLEAR 1 | PWR | 81 01 02 | 68 | 31.5 | 6675.1 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 2 | DRESDEN 2 | BWR | 81 01 03 | 226 | 42.2 | 6717.3 |
| *COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 81 01 15 | 64 | 29.4 | 6746.7 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 2 | CALVERT CLIFFS 1 | PWR | 81 01 18 | 73 | 28.2 | 6774.8 |
| SACRAMENTO MUNICIP UTIL DISTR | RANCHO SECO 1 | RANCHO SECO 1 | PWR | 81 01 31 | 41 | 19.0 | 6793.7 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 81 02 21 | 41 | 16.5 | 6810.2 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 81 02 27 | 228 | 42.5 | 6852.6 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 81 02 28 | 78 | 35.7 | 6888.3 |
| *NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 81 03 07 | 200 | 36.9 | 6925.1 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 3 | PEACHBOTTOM 3 | BWR | 81 03 07 | 216 | 40.6 | 6965.6 |
| *INDIANA & MICH ELEC COMPANY | COOK 2 | COOK 1 | PWR | 81 03 14 | 92 | 42.3 | 7007.9 |
| IES UTILITIES, INC | DUANE ARNOLD | DUANE ARNOLD | BWR | 81 03 21 | 84 | 15.5 | 7023.4 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 2 | ARKANSAS NUCLEAR 2 | PWR | 81 03 28 | 35 | 15.0 | 7038.3 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 1 | BROWNS FERRY 1 | BWR | 81 04 10 | 245 | 45.9 | 7084.2 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 81 04 17 | 32 | 12.9 | 7097.0 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 81 04 19 | 15 | 5.9 | 7102.9 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MORRIS | BWR | 81 04 20 | 100 | 18.5 | 7121.3 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 81 04 20 | 4 | 0.8 | 7122.0 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 81 04 20 | 41 | 16.5 | 7138.5 |
| NEBRASKA PUB POWER DIS | COOPER STATION | MORRIS | BWR | 81 04 21 | 112 | 21.0 | 7159.4 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 81 05 01 | 35 | 16.1 | 7175.5 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 81 05 02 | 36 | 8.5 | 7184.0 |
| *MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 81 05 08 | 73 | 28.2 | 7212.2 |
| *U.S. DOE | FORT ST VRAIN | INEL | HTG | 81 05 13 | 240 | 2.9 | 7215.0 |
| *INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 81 05 29 | 64 | 27.5 | 7242.4 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 1 | PWR | 81 06 26 | 17 | 7.9 | 7250.3 |
| DUKE POWER COMPANY | OCONEE 1 | MCGUIRE 2 | PWR | 81 06 26 | 26 | 12.1 | 7262.4 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE DRY STORAGE | PWR | 81 06 26 | 26 | 12.1 | 7274.4 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 81 07 31 | 6 | 0.1 | 7274.4 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 81 09 06 | 200 | 37.3 | 7311.7 |
| *COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 81 09 10 | 64 | 29.3 | 7341.0 |
| ALABAMA POWER COMPANY | FARLEY 1 | FARLEY 1 | PWR | 81 09 10 | 28 | 12.9 | 7353.9 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 1 | ST LUCIE 1 | PWR | 81 09 11 | 64 | 24.9 | 7378.7 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 81 09 18 | 40 | 14.6 | 7393.2 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 81 09 19 | 40 | 16.1 | 7409.3 |
| BOSTON EDISON COMPANY | PILGRIM 1 | PILGRIM 1 | BWR | 81 09 25 | 232 | 42.7 | 7452.0 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 81 09 26 | 53 | 21.9 | 7473.8 |
| FLORIDA POWER CORP | CRYSTAL RIVER 3 | CRYSTAL RIVER 3 | PWR | 81 09 28 | 65 | 30.2 | 7503.9 |
| *CONSUMERS POWER COMPANY | PALISADES | PALISADES | PWR | 81 09 29 | 68 | 28.1 | 7531.9 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 81 10 08 | 25 | 10.1 | 7542.0 |
| *U.S. DOE | POINT BEACH 1 | HANFORD | PWR | 81 10 08 | 3 | 1.3 | 7543.2 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 81 10 09 | 32 | 5.8 | 7549.0 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 81 10 16 | 120 | 22.2 | 7571.1 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 81 10 19 | 28 | 12.9 | 7583.9 |

APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 3 | BROWNS FERRY 3 | BWR | 81 10 30 | 280 | 52.4 | 7636.2 |
| *NEW YORK POWER AUTHORITY | FITZPATRICK | FITZPATRICK | BWR | 81 10 31 | 188 | 35.1 | 7671.3 |
| VIRGINIA POWER | SURRY 2 | SURRY 1 | PWR | 81 11 07 | 13 | 6.0 | 7677.3 |
| *U.S. DOE | SURRY 2 | INEL | PWR | 81 11 07 | 40 | 18.4 | 7695.6 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 2 | MILLSTONE 2 | PWR | 81 12 05 | 73 | 28.4 | 7723.9 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 1 | BEAVER VALLEY 1 | PWR | 81 12 26 | 53 | 24.4 | 7748.3 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 81 12 29 | 15 | 7.0 | 7755.2 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE DRY STORAGE | PWR | 81 12 29 | 45 | 20.9 | 7776.1 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 3 | PWR | 81 12 29 | 4 | 1.9 | 7777.9 |
| DUKE POWER COMPANY | OCONEE 2 | MCGUIRE 2 | PWR | 81 12 29 | 7 | 3.3 | 7781.2 |
| PUB SVC ELEC & GAS COMPANY | SALEM 1 | SALEM 1 | PWR | 82 01 01 | 56 | 25.8 | 7806.9 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 82 01 02 | 188 | 34.7 | 7841.6 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 82 01 25 | 18 | 6.8 | 7848.3 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 82 01 31 | 1 | 0.1 | 7848.3 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 82 02 05 | 22 | 2.8 | 7851.1 |
| *COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 82 02 12 | 52 | 23.7 | 7874.8 |
| GEORGIA POWER COMPANY | HATCH 2 | HATCH 1 | BWR | 82 02 19 | 52 | 9.5 | 7884.2 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 2 | PEACHBOTTOM 2 | BWR | 82 02 20 | 276 | 50.8 | 7934.9 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON DRY STORAGE | PWR | 82 02 26 | 21 | 9.0 | 7943.9 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 82 02 26 | 4 | 1.8 | 7945.6 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | HARRIS 1 | PWR | 82 02 26 | 21 | 9.0 | 7954.6 |
| VIRGINIA POWER | NORTH ANNA 2 | NORTH ANNA 1 | PWR | 82 03 07 | 54 | 24.8 | 7979.4 |
| *TOLEDO EDISON COMPANY | DAVIS-BESSE 1 | DAVIS-BESSE 1 | PWR | 82 03 13 | 53 | 25.1 | 8004.4 |
| *NEW YORK POWER AUTHORITY | INDIAN POINT 3 | INDIAN POINT 3 | PWR | 82 03 25 | 76 | 34.7 | 8039.1 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 82 03 26 | 37 | 17.0 | 8056.1 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 82 04 09 | 30 | 3.3 | 8059.4 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 82 04 09 | 37 | 14.5 | 8073.9 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 82 04 16 | 29 | 11.7 | 8085.5 |
| *U.S. DOE | CALVERT CLIFFS 1 | HANFORD | PWR | 82 04 17 | 1 | 0.4 | 8085.9 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 1 | CALVERT CLIFFS 1 | PWR | 82 04 17 | 76 | 29.6 | 8115.4 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE DRY STORAGE | PWR | 82 04 24 | 42 | 19.5 | 8134.9 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 3 | PWR | 82 04 24 | 1 | 0.5 | 8135.4 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 1 | PWR | 82 04 24 | 29 | 13.5 | 8148.8 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | BRUNSWICK 2 | BWR | 82 04 24 | 155 | 29.1 | 8177.9 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | HARRIS 1 | BWR | 82 04 24 | 4 | 0.8 | 8178.6 |
| VIRGINIA POWER | NORTH ANNA 1 | NORTH ANNA 1 | PWR | 82 05 17 | 53 | 24.4 | 8203.0 |
| NEBRASKA PUB POWER DIS | COOPER STATION | MORRIS | BWR | 82 05 21 | 110 | 20.5 | 8223.5 |
| *U.S. DOE | COOPER STATION | HANFORD | BWR | 82 05 21 | 2 | 0.4 | 8223.9 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 82 06 12 | 39 | 15.7 | 8239.5 |
| *INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 82 07 03 | 64 | 27.4 | 8266.9 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 2 | BROWNS FERRY 1 | BWR | 82 07 30 | 196 | 36.4 | 8303.3 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 2 | ARKANSAS NUCLEAR 2 | PWR | 82 08 20 | 60 | 24.3 | 8327.6 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 82 08 31 | 3 | 0.1 | 8327.6 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MORRIS | BWR | 82 09 01 | 160 | 29.5 | 8357.1 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 82 09 01 | 8 | 1.5 | 8358.5 |

APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 82 09 05 | 224 | 41.3 | 8399.8 |
| TENNESSEE VALLEY AUTHORITY | SEQUOYAH 1 | SEQUOYAH 1 | PWR | 82 09 10 | 68 | 31.3 | 8431.0 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 82 09 11 | 40 | 9.4 | 8440.3 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 82 09 11 | 192 | 35.4 | 8475.7 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 2 | INDIAN POINT 2 | PWR | 82 09 18 | 75 | 33.9 | 8509.5 |
| *MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 82 09 24 | 73 | 28.2 | 8537.6 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 82 10 09 | 41 | 18.9 | 8556.4 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 3 | PWR | 82 10 09 | 1 | 0.5 | 8556.9 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 82 10 09 | 104 | 19.2 | 8576.1 |
| PUB SVC ELEC & GAS COMPANY | SALEM 1 | SALEM 1 | PWR | 82 10 15 | 34 | 15.7 | 8591.7 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 2 | CALVERT CLIFFS 1 | PWR | 82 10 16 | 53 | 20.6 | 8612.3 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 82 10 22 | 20 | 8.1 | 8620.3 |
| ALABAMA POWER COMPANY | FARLEY 2 | FARLEY 2 | PWR | 82 10 22 | 52 | 23.8 | 8644.1 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 1 | ARKANSAS NUCLEAR 1 | PWR | 82 11 08 | 69 | 32.1 | 8676.2 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 82 11 15 | 41 | 15.6 | 8691.7 |
| *INDIANA & MICH ELEC COMPANY | COOK 2 | COOK 1 | PWR | 82 11 21 | 81 | 37.3 | 8729.0 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 82 12 03 | 20 | 7.3 | 8736.2 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | BRUNSWICK 1 | BWR | 82 12 11 | 39 | 7.3 | 8743.5 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | HARRIS 1 BWR POOL | BWR | 82 12 11 | 189 | 35.3 | 8778.8 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 2 | DRESDEN 2 | BWR | 83 01 07 | 224 | 41.4 | 8820.1 |
| ALABAMA POWER COMPANY | FARLEY 1 | FARLEY 1 | PWR | 83 01 14 | 66 | 30.4 | 8850.4 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 83 01 21 | 39 | 18.0 | 8868.3 |
| PUB SVC ELEC & GAS COMPANY | SALEM 2 | SALEM 2 | PWR | 83 01 21 | 68 | 31.3 | 8899.5 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 83 01 22 | 49 | 20.3 | 8919.7 |
| VIRGINIA POWER | SURRY 1 | SURRY 1 | PWR | 83 02 07 | 43 | 19.7 | 8939.4 |
| VIRGINIA POWER | SURRY 1 | SURRY DRY STORAGE | PWR | 83 02 07 | 19 | 8.7 | 8948.1 |
| *GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 83 02 11 | 207 | 36.5 | 8984.5 |
| IES UTILITIES, INC | DUANE ARNOLD | DUANE ARNOLD | BWR | 83 02 11 | 128 | 23.6 | 9008.1 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 3 | PEACHBOTTOM 3 | BWR | 83 02 14 | 284 | 52.1 | 9060.1 |
| SACRAMENTO MUNICIP UTIL DISTR | RANCHO SECO 1 | RANCHO SECO 1 | PWR | 83 02 17 | 69 | 32.0 | 9092.1 |
| *COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 83 02 24 | 56 | 25.6 | 9117.7 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 1 | ST LUCIE 1 | PWR | 83 02 26 | 87 | 33.2 | 9150.8 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 83 03 04 | 106 | 19.4 | 9170.2 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 83 03 17 | 29 | 11.5 | 9181.6 |
| FLORIDA POWER CORP | CRYSTAL RIVER 3 | CRYSTAL RIVER 3 | PWR | 83 03 19 | 60 | 28.2 | 9209.8 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 83 03 25 | 26 | 10.4 | 9220.2 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 83 03 27 | 16 | 6.0 | 9226.1 |
| VIRGINIA POWER | NORTH ANNA 2 | NORTH ANNA 1 | PWR | 83 04 02 | 55 | 25.4 | 9251.4 |
| GEORGIA POWER COMPANY | HATCH 2 | HATCH 1 | BWR | 83 04 04 | 56 | 10.3 | 9261.7 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 83 04 06 | 49 | 22.4 | 9284.1 |
| *U.S. DOE | MULTIPLE | MULTIPLE | MSC | 83 04 07 | N/A | 58.5 | 9342.6 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 1 | BROWNS FERRY 1 | BWR | 83 04 16 | 267 | 49.1 | 9391.6 |
| NEBRASKA PUB POWER DIS | COOPER STATION | MORRIS | BWR | 83 04 30 | 116 | 21.5 | 9413.0 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 83 05 13 | 22 | 2.9 | 9415.8 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 2 | MILLSTONE 2 | PWR | 83 05 28 | 76 | 29.7 | 9445.4 |

APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 1 | PWR | 83 06 01 | 26 | 12.1 | 9457.5 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE DRY STORAGE | PWR | 83 06 01 | 39 | 18.1 | 9475.6 |
| BABCOCK AND WILCOX COMPANY | OCONEE 1 | BABCOCK AND WILCOX | PWR | 83 06 01 | 0 | 0.1 | 9475.6 |
| *U.S. DOE | OCONEE 1 | BABCOCK AND WILCOX | PWR | 83 06 01 | 0 | 0.1 | 9475.6 |
| *NEW YORK POWER AUTHORITY | FITZPATRICK | FITZPATRICK | BWR | 83 06 03 | 200 | 36.7 | 9512.3 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 1 | BEAVER VALLEY 1 | PWR | 83 06 10 | 53 | 24.4 | 9536.6 |
| VIRGINIA POWER | SURRY 2 | SURRY 1 | PWR | 83 06 30 | 23 | 10.6 | 9547.1 |
| *U.S. DOE | SURRY 2 | INEL | PWR | 83 06 30 | 8 | 3.7 | 9550.8 |
| VIRGINIA POWER | SURRY 2 | SURRY DRY STORAGE | PWR | 83 06 30 | 30 | 13.8 | 9564.5 |
| *INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 83 07 16 | 66 | 28.3 | 9592.7 |
| TENNESSEE VALLEY AUTHORITY | SEQUOYAH 2 | SEQUOYAH 1 | PWR | 83 07 18 | 68 | 31.2 | 9623.9 |
| *TOLEDO EDISON COMPANY | DAVIS-BESSE 1 | DAVIS-BESSE 1 | PWR | 83 07 25 | 85 | 40.2 | 9664.0 |
| *CONSUMERS POWER COMPANY | PALISADES | PALISADES | PWR | 83 08 12 | 20 | 7.8 | 9671.8 |
| *CONSUMERS POWER COMPANY | PALISADES | PALISADES DRY STOR | PWR | 83 08 12 | 48 | 18.6 | 9690.4 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 83 08 28 | 41 | 15.6 | 9705.9 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 83 08 31 | 2 | 0.1 | 9705.9 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 83 09 04 | 228 | 42.1 | 9747.9 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 3 | BROWNS FERRY 3 | BWR | 83 09 06 | 248 | 45.5 | 9793.4 |
| *COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 83 09 07 | 73 | 33.4 | 9826.8 |
| DUKE POWER COMPANY | OCONEE 2 | MCGUIRE 2 | PWR | 83 09 14 | 3 | 1.4 | 9828.1 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE DRY STORAGE | PWR | 83 09 14 | 28 | 13.1 | 9841.1 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 83 09 14 | 42 | 19.6 | 9860.7 |
| BABCOCK AND WILCOX COMPANY | OCONEE 2 | BABCOCK AND WILCOX | PWR | 83 09 14 | 0 | 0.1 | 9860.7 |
| ALABAMA POWER COMPANY | FARLEY 2 | FARLEY 2 | PWR | 83 09 16 | 64 | 29.4 | 9890.0 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 83 09 30 | 42 | 16.9 | 9906.9 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 83 09 30 | 220 | 40.5 | 9947.4 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 1 | CALVERT CLIFFS 1 | PWR | 83 10 01 | 104 | 39.6 | 9986.9 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 2 | ARKANSAS NUCLEAR 2 | PWR | 83 10 05 | 65 | 27.0 | 10013.9 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 83 11 04 | 146 | 26.8 | 10040.7 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 83 11 05 | 22 | 2.4 | 10043.1 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 83 12 01 | 41 | 15.6 | 10058.6 |
| BOSTON EDISON COMPANY | PILGRIM 1 | PILGRIM 1 | BWR | 83 12 09 | 224 | 41.3 | 10099.9 |
| GEORGIA POWER COMPANY | HATCH 2 | HATCH 1 | BWR | 84 01 13 | 184 | 33.9 | 10133.7 |
| *U.S. DOE | FORT ST VRAIN | INEL | HTG | 84 01 20 | 240 | 2.8 | 10136.4 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON DRY STORAGE | PWR | 84 01 26 | 35 | 15.2 | 10151.5 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | HARRIS 1 | PWR | 84 01 26 | 23 | 9.9 | 10161.4 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 84 01 26 | 3 | 1.3 | 10162.7 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 84 02 03 | 1 | 0.2 | 10162.9 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MORRIS | BWR | 84 02 03 | 187 | 33.7 | 10196.5 |
| ALABAMA POWER COMPANY | FARLEY 1 | FARLEY 1 | PWR | 84 02 10 | 77 | 35.3 | 10231.8 |
| TENNESSEE VALLEY AUTHORITY | SEQUOYAH 1 | SEQUOYAH 1 | PWR | 84 02 21 | 72 | 33.1 | 10264.8 |
| PUB SVC ELEC & GAS COMPANY | SALEM 1 | SALEM 1 | PWR | 84 02 24 | 73 | 33.4 | 10298.2 |
| DUKE POWER COMPANY | MCGUIRE 1 | MCGUIRE 1 | PWR | 84 02 24 | 38 | 17.5 | 10315.6 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 84 03 02 | 26 | 9.4 | 10325.0 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 84 03 03 | 29 | 10.9 | 10335.9 |

APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 84 03 07 | 196 | 35.4 | 10371.2 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 84 03 08 | 54 | 24.8 | 10395.9 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE DRY STORAGE | PWR | 84 03 08 | 34 | 15.8 | 10411.7 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 3 | PWR | 84 03 08 | 18 | 8.4 | 10420.0 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | BRUNSWICK 2 | BWR | 84 03 10 | 181 | 33.7 | 10453.7 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | HARRIS 1 | BWR | 84 03 10 | 4 | 0.8 | 10454.4 |
| *INDIANA & MICH ELEC COMPANY | COOK 2 | COOK 1 | PWR | 84 03 10 | 91 | 41.8 | 10496.2 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 84 03 16 | 49 | 18.9 | 10515.0 |
| *NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 84 03 17 | 216 | 39.3 | 10554.3 |
| *COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 84 03 26 | 68 | 31.2 | 10585.4 |
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 84 03 31 | 36 | 8.5 | 10593.8 |
| *MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 84 03 31 | 73 | 27.5 | 10621.2 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 84 04 14 | 200 | 35.8 | 10657.0 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 2 | CALVERT CLIFFS 1 | PWR | 84 04 21 | 101 | 37.8 | 10694.7 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 84 04 27 | 52 | 23.9 | 10718.5 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 2 | PEACHBOTTOM 2 | BWR | 84 04 28 | 292 | 53.4 | 10771.9 |
| VIRGINIA POWER | NORTH ANNA 1 | NORTH ANNA 1 | PWR | 84 05 12 | 69 | 31.7 | 10803.5 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 84 05 30 | 16 | 2.1 | 10805.6 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 2 | INDIAN POINT 2 | PWR | 84 06 02 | 72 | 32.5 | 10838.1 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 84 06 15 | 106 | 19.4 | 10857.4 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 84 08 01 | 53 | 21.9 | 10879.2 |
| VIRGINIA POWER | NORTH ANNA 2 | NORTH ANNA 1 | PWR | 84 08 02 | 58 | 26.7 | 10905.8 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 84 09 03 | 41 | 15.5 | 10921.3 |
| *TOLEDO EDISON COMPANY | DAVIS-BESSE 1 | DAVIS-BESSE 1 | PWR | 84 09 11 | 65 | 30.6 | 10951.9 |
| NEBRASKA PUB POWER DIS | COOPER STATION | MORRIS | BWR | 84 09 15 | 116 | 21.3 | 10973.1 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 2 | BROWNS FERRY 1 | BWR | 84 09 15 | 603 | 110.4 | 11083.4 |
| VIRGINIA POWER | SURRY 1 | SURRY 1 | PWR | 84 09 26 | 42 | 19.2 | 11102.6 |
| VIRGINIA POWER | SURRY 1 | SURRY DRY STORAGE | PWR | 84 09 26 | 30 | 13.8 | 11116.3 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 84 09 28 | 22 | 8.9 | 11125.2 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 84 09 28 | 237 | 43.8 | 11168.9 |
| SOUTH CAROLINA ELEC & GAS CO | SUMMER 1 | SUMMER 1 | PWR | 84 09 28 | 44 | 20.2 | 11189.1 |
| TENNESSEE VALLEY AUTHORITY | SEQUOYAH 2 | SEQUOYAH 1 | PWR | 84 09 29 | 68 | 31.3 | 11220.3 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 84 09 30 | 1 | 0.1 | 11220.3 |
| PUB SVC ELEC & GAS COMPANY | SALEM 2 | SALEM 2 | PWR | 84 10 04 | 68 | 31.3 | 11251.5 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 2 | DRESDEN 2 | BWR | 84 10 05 | 196 | 35.6 | 11287.1 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 1 | PWR | 84 10 05 | 64 | 29.7 | 11316.7 |
| *U.S. DOE | OCONEE 1 | BABCOCK AND WILCOX | PWR | 84 10 05 | 0 | 0.1 | 11316.7 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 1 | BEAVER VALLEY 1 | PWR | 84 10 11 | 77 | 35.3 | 11352.0 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 1 | ARKANSAS NUCLEAR 1 | PWR | 84 10 12 | 68 | 31.6 | 11383.5 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 2 | ST LUCIE 2 | PWR | 84 10 12 | 80 | 31.0 | 11414.5 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 2 | SAN ONOFRE 2 | PWR | 84 10 24 | 64 | 27.4 | 11441.8 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 84 11 30 | 2 | 0.1 | 11441.8 |
| ALABAMA POWER COMPANY | FARLEY 2 | FARLEY 2 | PWR | 85 01 04 | 71 | 32.6 | 11474.3 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 85 01 11 | 5 | 1.9 | 11476.2 |
| DUKE POWER COMPANY | MCGUIRE 2 | MCGUIRE 2 | PWR | 85 01 25 | 39 | 18.0 | 11494.2 |

APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| *COMMONWEALTH EDISON COMPANY | ZION 1 | ZION 1 | PWR | 85 01 30 | 73 | 33.2 | 11527.3 |
| IES UTILITIES, INC | DUANE ARNOLD | DUANE ARNOLD | BWR | 85 02 01 | 120 | 22.1 | 11549.4 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 85 02 08 | 45 | 17.1 | 11566.4 |
| PENNSYLVANIA POWER & LIGHT | SUSQUEHANNA 1 | SUSQUEHANNA 1 | BWR | 85 02 09 | 192 | 35.3 | 11601.7 |
| *NEW YORK POWER AUTHORITY | FITZPATRICK | FITZPATRICK | BWR | 85 02 14 | 188 | 34.5 | 11636.1 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 2 | MILLSTONE 2 | PWR | 85 02 16 | 80 | 32.3 | 11668.3 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 1 | PWR | 85 02 21 | 66 | 30.6 | 11698.9 |
| DUKE POWER COMPANY | OCONEE 2 | OCONEE 3 | PWR | 85 02 21 | 2 | 1.0 | 11699.9 |
| BABCOCK AND WILCOX COMPANY | OCONEE 2 | BABCOCK AND WILCOX | PWR | 85 02 21 | 0 | 0.1 | 11699.9 |
| FLORIDA POWER CORP | CRYSTAL RIVER 3 | CRYSTAL RIVER 3 | PWR | 85 03 08 | 65 | 30.2 | 11730.0 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 85 03 11 | 28 | 3.1 | 11733.0 |
| SACRAMENTO MUNICIP UTIL DISTR | RANCHO SECO 1 | RANCHO SECO 1 | PWR | 85 03 15 | 65 | 30.2 | 11763.1 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 2 | QUAD CITIES 1 | BWR | 85 03 16 | 176 | 32.0 | 11795.1 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 2 | ARKANSAS NUCLEAR 2 | PWR | 85 03 16 | 68 | 29.1 | 11824.1 |
| TENNESSEE VALLEY AUTHORITY | BROWNS FERRY 1 | BROWNS FERRY 1 | BWR | 85 03 19 | 420 | 76.7 | 11900.8 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 85 03 20 | 32 | 12.0 | 11912.8 |
| VIRGINIA POWER | SURRY 2 | SURRY 1 | PWR | 85 03 20 | 52 | 23.9 | 11936.6 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | HARRIS 1 BWR POOL | BWR | 85 03 29 | 82 | 15.1 | 11951.6 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 1 | BRUNSWICK 1 | BWR | 85 03 29 | 102 | 18.9 | 11970.4 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 3 | TURKEY POINT 3 | PWR | 85 03 30 | 57 | 26.1 | 11996.5 |
| BABCOCK AND WILCOX COMPANY | QUAD CITIES 2 | BABCOCK AND WILCOX | BWR | 85 03 31 | 0 | 0.1 | 11996.5 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 85 04 05 | 31 | 12.5 | 12008.9 |
| GEORGIA POWER COMPANY | HATCH 2 | HATCH 1 | BWR | 85 04 05 | 181 | 33.3 | 12042.1 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 1 | CALVERT CLIFFS 1 | PWR | 85 04 06 | 76 | 29.3 | 12071.4 |
| *INDIANA & MICH ELEC COMPANY | COOK 1 | COOK 1 | PWR | 85 04 06 | 94 | 40.2 | 12111.6 |
| ALABAMA POWER COMPANY | FARLEY 1 | FARLEY 1 | PWR | 85 04 06 | 62 | 28.5 | 12140.1 |
| DUKE POWER COMPANY | MCGUIRE 1 | MCGUIRE 1 | PWR | 85 04 19 | 69 | 31.7 | 12171.8 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 85 05 02 | 40 | 18.4 | 12190.1 |
| *NEW YORK POWER AUTHORITY | INDIAN POINT 3 | INDIAN POINT 3 | PWR | 85 06 07 | 72 | 33.0 | 12223.1 |
| PHILADELPHIA ELEC COMPANY | PEACHBOTTOM 3 | PEACHBOTTOM 3 | BWR | 85 07 15 | 284 | 51.8 | 12274.8 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 85 07 31 | 2 | 0.1 | 12274.8 |
| DUKE POWER COMPANY | OCONEE 3 | OCONEE 3 | PWR | 85 08 07 | 52 | 24.1 | 12298.9 |
| *MAINE YANKEE ATOMIC | MAINE YANKEE | MAINE YANKEE | PWR | 85 08 17 | 73 | 27.4 | 12326.3 |
| TENNESSEE VALLEY AUTHORITY | SEQUOYAH 1 | SEQUOYAH 1 | PWR | 85 08 22 | 56 | 25.7 | 12352.0 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 85 08 31 | 1 | 0.1 | 12352.0 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 3 | SAN ONOFRE 3 | PWR | 85 09 01 | 64 | 27.4 | 12379.3 |
| *COMMONWEALTH EDISON COMPANY | ZION 2 | ZION 1 | PWR | 85 09 04 | 76 | 34.8 | 12414.1 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 2 | PRAIRIE ISLAND 1 | PWR | 85 09 05 | 55 | 20.1 | 12434.1 |
| *CONSUMERS POWER COMPANY | BIG ROCK 1 | BIG ROCK 1 | BWR | 85 09 06 | 20 | 2.6 | 12436.7 |
| *VERMONT YANKEE NUCLEAR POWER CORP | VERMONT YANKEE 1 | VERMONT YANKEE 1 | BWR | 85 09 20 | 120 | 22.0 | 12458.6 |
| OMAHA PUB POWER DIST | FORT CALHOUN | FORT CALHOUN | PWR | 85 09 28 | 64 | 22.9 | 12481.5 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 2 | POINT BEACH 1 | PWR | 85 10 04 | 22 | 8.7 | 12490.2 |
| SOUTH CAROLINA ELEC & GAS CO | SUMMER 1 | SUMMER 1 | PWR | 85 10 05 | 66 | 30.3 | 12520.5 |
| BALTIMORE GAS & ELEC COMPANY | CALVERT CLIFFS 2 | CALVERT CLIFFS 1 | PWR | 85 10 18 | 69 | 26.9 | 12547.3 |
| *COMMONWEALTH EDISON COMPANY | LASALLE 1 | LASALLE 1 | BWR | 85 10 18 | 232 | 42.6 | 12589.8 |

APPENDIX A (Continued)
1994 ACCEPTANCE PRIORITY RANKING

| PURCHASER | FUEL ORIGINATOR | STORAGE LOCATION | TYPE[2] | RANKING DATE[3] | # OF ASMB[4] | MTU[5,6] | TOTAL MTU |
|---|---|---|---|---|---|---|---|
| YANKEE ATOMIC ELEC COMPANY | YANKEE-ROWE 1 | YANKEE-ROWE 1 | PWR | 85 10 19 | 40 | 9.4 | 12599.2 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 1 | ST LUCIE 1 | PWR | 85 10 19 | 85 | 32.2 | 12631.3 |
| *NORTHEAST UTIL SVC COMPANY | MILLSTONE 1 | MILLSTONE 1 | BWR | 85 10 26 | 200 | 35.7 | 12666.9 |
| *COMMONWEALTH EDISON COMPANY | DRESDEN 3 | DRESDEN 3 | BWR | 85 10 28 | 176 | 32.0 | 12698.9 |
| VIRGINIA POWER | NORTH ANNA 1 | NORTH ANNA 1 | PWR | 85 11 04 | 46 | 21.2 | 12720.0 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 2 | PWR | 85 11 21 | 1 | 0.4 | 12720.4 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 1 | SAN ONOFRE 3 | PWR | 85 11 21 | 51 | 18.9 | 12739.3 |
| GEORGIA POWER COMPANY | HATCH 1 | HATCH 1 | BWR | 85 11 27 | 141 | 26.2 | 12765.5 |
| *CONSUMERS POWER COMPANY | PALISADES | PALISADES | PWR | 85 11 30 | 52 | 20.3 | 12785.7 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | BRUNSWICK 2 | BWR | 85 11 30 | 91 | 16.7 | 12802.3 |
| CAROLINA POWER & LIGHT COMPANY | BRUNSWICK 2 | HARRIS 1 | BWR | 85 11 30 | 57 | 10.5 | 12812.7 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 85 12 31 | 2 | 0.1 | 12812.7 |
| *CONNECTICUT YANKEE ATOMIC POWER | HADDAM NECK | HADDAM NECK | PWR | 86 01 03 | 56 | 23.1 | 12835.8 |
| *COMMONWEALTH EDISON COMPANY | QUAD CITIES 1 | QUAD CITIES 1 | BWR | 86 01 05 | 216 | 38.3 | 12874.0 |
| FLORIDA POWER & LIGHT COMPANY | TURKEY POINT 4 | TURKEY POINT 4 | PWR | 86 01 10 | 61 | 27.9 | 12901.9 |
| CONSOLIDATED EDISON COMPANY | INDIAN POINT 2 | INDIAN POINT 2 | PWR | 86 01 13 | 68 | 31.1 | 12932.9 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | HARRIS 1 | PWR | 86 01 28 | 38 | 16.4 | 12949.3 |
| CAROLINA POWER & LIGHT COMPANY | ROBINSON 2 | ROBINSON 2 | PWR | 86 01 28 | 10 | 4.4 | 12953.6 |
| VIRGINIA POWER | NORTH ANNA 2 | NORTH ANNA 1 | PWR | 86 02 02 | 38 | 17.5 | 12971.1 |
| *ROCHESTER GAS & ELEC | GINNA | GINNA | PWR | 86 02 08 | 33 | 12.4 | 12983.4 |
| DUKE POWER COMPANY | OCONEE 1 | OCONEE 1 | PWR | 86 02 13 | 51 | 23.7 | 13007.0 |
| PENNSYLVANIA POWER & LIGHT | SUSQUEHANNA 1 | SUSQUEHANNA 1 | BWR | 86 02 15 | 296 | 54.4 | 13061.3 |
| WISCONSIN PUB SVC CORP | KEWAUNEE | KEWAUNEE | PWR | 86 02 28 | 37 | 14.1 | 13075.3 |
| *INDIANA & MICH ELEC COMPANY | COOK 2 | COOK 1 | PWR | 86 02 28 | 89 | 37.4 | 13112.7 |
| UNION ELEC COMPANY | CALLAWAY 1 | CALLAWAY 1 | PWR | 86 02 28 | 84 | 38.7 | 13151.4 |
| NORTHERN STATES POWER COMPANY | PRAIRIE ISLAND 1 | PRAIRIE ISLAND 1 | PWR | 86 03 04 | 61 | 22.3 | 13173.7 |
| DAIRYLAND POWER COOP | LACROSSE | LACROSSE | BWR | 86 03 07 | 28 | 3.1 | 13176.7 |
| *NIAGARA MOHAWK POWER CORP | NINE MILE POINT 1 | NINE MILE POINT 1 | BWR | 86 03 08 | 200 | 35.5 | 13212.2 |
| DUKE POWER COMPANY | MCGUIRE 2 | MCGUIRE 2 | PWR | 86 03 14 | 69 | 31.7 | 13243.8 |
| SOUTHERN CALIF EDISON COMPANY | SAN ONOFRE 2 | SAN ONOFRE 2 | PWR | 86 03 15 | 89 | 35.5 | 13279.3 |
| PUB SVC ELEC & GAS COMPANY | SALEM 1 | SALEM 1 | PWR | 86 03 21 | 69 | 31.7 | 13310.9 |
| GENERAL ATOMICS | GENERAL ATOMICS | GENERAL ATOMICS | RCH | 86 03 31 | 1 | 0.1 | 13310.9 |
| ALABAMA POWER COMPANY | FARLEY 2 | FARLEY 2 | PWR | 86 04 04 | 64 | 29.4 | 13340.3 |
| FLORIDA POWER & LIGHT COMPANY | ST LUCIE 2 | ST LUCIE 2 | PWR | 86 04 05 | 84 | 30.6 | 13370.8 |
| PORTLAND GENERAL ELEC | TROJAN | TROJAN | PWR | 86 04 09 | 61 | 28.1 | 13398.8 |
| WISCONSIN ELEC POWER COMPANY | POINT BEACH 1 | POINT BEACH 1 | PWR | 86 04 11 | 34 | 13.7 | 13412.4 |
| *GPU NUCLEAR | OYSTER CREEK 1 | OYSTER CREEK 1 | BWR | 86 04 12 | 184 | 32.3 | 13444.7 |
| WASH PUB POWER SUPPLY SYSTEM | WASH NUCLEAR 2 | WASH NUCLEAR 2 | BWR | 86 04 15 | 96 | 17.7 | 13462.3 |
| NORTHERN STATES POWER COMPANY | MONTICELLO | MONTICELLO | BWR | 86 04 30 | 120 | 21.6 | 13483.8 |
| VIRGINIA POWER | SURRY 1 | SURRY 1 | PWR | 86 05 10 | 39 | 17.9 | 13501.7 |
| VIRGINIA POWER | SURRY 1 | SURRY DRY STORAGE | PWR | 86 05 10 | 20 | 9.2 | 13510.8 |
| DUQUESNE LIGHT COMPANY | BEAVER VALLEY 1 | BEAVER VALLEY 1 | PWR | 86 05 16 | 65 | 29.9 | 13540.7 |
| DUKE POWER COMPANY | MCGUIRE 1 | MCGUIRE 1 | PWR | 86 05 16 | 75 | 34.5 | 13575.1 |
| *ARK POWER & LIGHT COMPANY | ARKANSAS NUCLEAR 2 | ARKANSAS NUCLEAR 2 | PWR | 86 06 13 | 60 | 25.7 | 13600.7 |
| BOSTON EDISON COMPANY | PILGRIM 1 | PILGRIM 1 | BWR | 86 07 24 | 192 | 34.3 | 13634.9 |