## APPENDIX

## ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS FOR THE DISPOSAL OF SPENT NUCLEAR FUEL

Tables A.1 through A.10 present the listing of Purchasers' allocations in each of the first 10 years of projected CRWMS operations. An allocation is a portion of the nominal acceptance capacity (measured in MTU) in a particular year for an individual Purchaser. The number of assemblies that was the basis for each allocation is also included. To determine which Purchasers receive allocations for each year, the MTU equivalents of the SNF that the Purchaser permanently discharged, as contained in the 1992 APR, were summed until the projected nominal capacity for each year was approximated. In some cases, it was necessary to divide discharged SNF with the same date of discharge if inclusion of the entire discharge would cause the total amount allocated in a given year to be significantly different from the nominal acceptance rate. In these cases, the remaining assemblies in the discharge were used as part of the Purchaser's allocation for the following year. The information in Tables A.1 through A.10 is based on this summation, and grouped alphabetically by Purchaser. The exact order of delivery within each year will not be determined until the Purchasers' FDSs are approved by DOE. Some of the allocations presented in Tables A.1 through A.10 may differ from the 1991 allocations due to differences in the precision used in the supporting calculations. Similarly, the sum of the allocations in the Originator column may not match the total in the Purchaser column due to independent rounding.

## TABLE A.1.

## ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, YEAR 1

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR | FUEL TYPE* |
|---|---|---|---|---|---|
| COMMONWEALTH EDISON COMPANY | 206 | | 21.10 | | |
| DRESDEN 1 | | 206 | | 21.10 | BWR |
| CONNECTICUT YANKEE ATOMIC POWER | 156 | | 65.46 | | |
| HADDAM NECK | | 156 | | 65.46 | PWR |
| CONSOLIDATED EDISON COMPANY | 15 | | 2.92 | | |
| INDIAN POINT 1 | | 15 | | 2.92 | PWR |
| DAIRYLAND POWER COOP | 6 | | 0.72 | | |
| LACROSSE | | 6 | | 0.72 | BWR |
| U.S. DOE | 55 | | 18.06 | | |
| BIG ROCK 1 | | 12 | | 1.58 | BWR |
| GINNA | | 40 | | 15.29 | PWR |
| POINT BEACH 1 | | 3 | | 1.19 | PWR |
| G. E. URANIUM MGT. CORP (MORRIS OPERATION) | 753 | | 145.23[1] | | |
| DRESDEN 2 | | 753 | | 145.23[1] | BWR |
| GENERAL ATOMICS | 19 | | <0.01 | | |
| GENERAL ATOMICS | | 19 | | <0.01 | RCH |
| GPU NUCLEAR | 160 | | 31.10 | | |
| OYSTER CREEK 1 | | 160 | | 31.10 | BWR |
| NIAGARA MOHAWK POWER CORP | 48 | | 9.30 | | |
| NINE MILE POINT 1 | | 48 | | 9.30 | BWR |
| NORTHEAST UTIL SVC COMPANY | 28 | | 5.44 | | |
| MILLSTONE 1 | | 28 | | 5.44 | BWR |
| PACIFIC GAS AND ELECT | 95 | | 7.25 | | |
| HUMBOLDT BAY | | 95 | | 7.25 | BWR |
| ROCHESTER GAS & ELEC | 81 | | 31.98 | | |
| GINNA | | 81 | | 31.98 | PWR |
| SOUTHERN CALIF EDISON COMPANY | 97 | | 35.56 | | |
| SAN ONOFRE 1 | | 97 | | 35.56 | PWR |
| WISCONSIN ELEC POWER COMPANY | 41 | | 16.28 | | |
| POINT BEACH 1 | | 41 | | 16.28 | PWR |
| YANKEE ATOMIC ELEC COMPANY | 36 | | 9.84 | | |
| YANKEE-ROWE 1 | | 36 | | 9.84 | PWR |
| TOTAL SNF | 1796 | 1796 | 400.24 | 400.24 | |

NO. OF PURCHASERS 15
NO. OF FUEL ORIGINATORS 17

* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; RCH=Research Reactor; HTG=High Temperature Gas Reactor
1 Corrected to reflect a previous DOE data entry error

TABLE A.1. (Continued)

| PURCHASER/FUEL ORIGINATOR | | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR | FUEL TYPE* |
|---|---|---|---|---|---|---|
| NO. OF PWR ASSEMBLIES | 469 | | | | | |
| NO. OF BWR ASSEMBLIES | 1308 | | | | | |
| NO. OF RCH ASSEMBLIES | 19 | | | | | |

* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; RCH=Research Reactor; HTG=High Temperature Gas Reactor

TABLE A.2.

ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, YEAR 2

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR | FUEL TYPE* |
|---|---|---|---|---|---|
| BOSTON EDISON COMPANY | 20 | | 3.88 | | |
| PILGRIM 1 | | 20 | | 3.88 | BWR |
| CAROLINA POWER & LIGHT COMPANY | 157 | | 70.08 | | |
| ROBINSON 2 | | 157 | | 70.08 | PWR |
| COMMONWEALTH EDISON COMPANY | 355 | | 60.43 | | |
| DRESDEN 1 | | 89 | | 9.14 | BWR |
| DRESDEN 2 | | 139 | | 26.71 | BWR |
| DRESDEN 3 | | 95 | | 18.44 | BWR |
| QUAD CITIES 1 | | 32 | | 6.14 | BWR |
| CONNECTICUT YANKEE ATOMIC POWER | 55 | | 22.47 | | |
| HADDAM NECK | | 55 | | 22.47 | PWR |
| CONSOLIDATED EDISON COMPANY | 145 | | 27.66 | | |
| INDIAN POINT 1 | | 145 | | 27.66 | PWR |
| CONSUMERS POWER COMPANY | 18 | | 2.46 | | |
| BIG ROCK 1 | | 18 | | 2.46 | BWR |
| DAIRYLAND POWER COOP | 50 | | 5.99 | | |
| LACROSSE | | 50 | | 5.99 | BWR |
| U.S. DOE | 76 | | 11.08 | | |
| BIG ROCK 1 | | 73 | | 9.92 | BWR |
| POINT BEACH 1 | | 3 | | 1.17 | PWR |
| DUKE POWER COMPANY | 53 | | 24.81 | | |
| OCONEE 1 | | 53 | | 24.81 | PWR |
| FLORIDA POWER & LIGHT COMPANY | 46 | | 20.82 | | |
| TURKEY POINT 3 | | 46 | | 20.82 | PWR |
| GENERAL ATOMICS | 4 | | <0.01 | | |
| GENERAL ATOMICS | | 4 | | <0.01 | RCH |
| GPU NUCLEAR | 220 | | 42.97 | | |
| OYSTER CREEK 1 | | 220 | | 42.97 | BWR |
| MAINE YANKEE ATOMIC | 72 | | 26.31 | | |
| MAINE YANKEE | | 72 | | 26.31 | PWR |
| NIAGARA MOHAWK POWER CORP | 252 | | 48.97 | | |
| NINE MILE POINT 1 | | 252 | | 48.97 | BWR |
| NORTHEAST UTIL SVC COMPANY | 208 | | 40.64 | | |
| MILLSTONE 1 | | 208 | | 40.64 | BWR |
| NORTHERN STATES POWER COMPANY | 135 | | 26.13 | | |
| MONTICELLO | | 135 | | 26.13 | BWR |
| PACIFIC GAS AND ELECT | 80 | | 6.08 | | |
| HUMBOLDT BAY | | 80 | | 6.08 | BWR |

* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; RCH=Research Reactor; HTG=High Temperature Gas Reactor

TABLE A.2. (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR | FUEL TYPE* |
|---|---|---|---|---|---|
| ROCHESTER GAS & ELEC | 12 | | 4.60 | | |
| GINNA | | 12 | | 4.60 | PWR |
| SOUTHERN CALIF EDISON COMPANY | 57 | | 20.46 | | |
| SAN ONOFRE 1 | | 57 | | 20.46 | PWR |
| VERMONT YANKEE NUCLEAR POWER CORP | 378 | | 72.81 | | |
| VERMONT YANKEE 1 | | 378 | | 72.81 | BWR |
| VIRGINIA POWER | 18 | | 8.17 | | |
| SURRY 1 | | 18 | | 8.17 | PWR |
| WISCONSIN ELEC POWER COMPANY | 110 | | 43.01 | | |
| POINT BEACH 1 | | 74 | | 28.63 | PWR |
| POINT BEACH 2 | | 36 | | 14.37 | PWR |
| YANKEE ATOMIC ELEC COMPANY | 37 | | 10.09 | | |
| YANKEE-ROWE 1 | | 37 | | 10.09 | PWR |
| TOTAL SNF | 2558 | 2558 | 599.92 | 599.92 | |

| | |
|---|---|
| NO. OF PURCHASERS | 23 |
| NO. OF FUEL ORIGINATORS | 28 |
| NO. OF PWR ASSEMBLIES | 765 |
| NO. OF BWR ASSEMBLIES | 1789 |
| NO. OF RCH ASSEMBLIES | 4 |

* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; RCH=Research Reactor; HTG=High Temperature Gas Reactor

TABLE A.3.

ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, YEAR 3

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR | FUEL TYPE* |
|---|---|---|---|---|---|
| BABCOCK AND WILCOX COMPANY | 0 | | <0.01 | | |
| OCONEE 1 | | 0 | | <0.01 | PWR |
| BOSTON EDISON COMPANY | 132 | | 25.42 | | |
| PILGRIM 1 | | 132 | | 25.42 | BWR |
| CAROLINA POWER & LIGHT COMPANY | 56 | | 24.31 | | |
| BRUNSWICK 2 | | 4 | | 0.72 | BWR |
| ROBINSON 2 | | 52 | | 23.58 | PWR |
| COMMONWEALTH EDISON COMPANY | 763 | | 153.85 | | |
| DRESDEN 1 | | 64 | | 6.55 | BWR |
| DRESDEN 2 | | 173 | | 33.25 | BWR |
| DRESDEN 3 | | 141 | | 27.39 | BWR |
| QUAD CITIES 1 | | 157 | | 30.05 | BWR |
| QUAD CITIES 2 | | 179 | | 34.32 | BWR |
| ZION 1 | | 49 | | 22.29 | PWR |
| CONNECTICUT YANKEE ATOMIC POWER | 48 | | 19.75 | | |
| HADDAM NECK | | 48 | | 19.75 | PWR |
| CONSOLIDATED EDISON COMPANY | 72 | | 32.74 | | |
| INDIAN POINT 2 | | 72 | | 32.74 | PWR |
| CONSUMERS POWER COMPANY | 227 | | 87.34 | | |
| BIG ROCK 1 | | 22 | | 3.00 | BWR |
| PALISADES | | 205 | | 84.34 | PWR |
| DAIRYLAND POWER COOP | 25 | | 3.00 | | |
| LACROSSE | | 25 | | 3.00 | BWR |
| U.S. DOE | 10 | | 3.24 | | |
| DRESDEN 1 | | 2 | | 0.20 | BWR |
| HADDAM NECK | | 1 | | 0.41 | PWR |
| PEACHBOTTOM 2 | | 2 | | 0.38 | BWR |
| TURKEY POINT 3 | | 5 | | 2.24 | PWR |
| DUKE POWER COMPANY | 102 | | 47.61 | | |
| OCONEE 1 | | 60 | | 28.12 | PWR |
| OCONEE 2 | | 42 | | 19.50 | PWR |
| FLORIDA POWER & LIGHT COMPANY | 82 | | 37.00 | | |
| TURKEY POINT 3 | | 32 | | 14.36 | PWR |
| TURKEY POINT 4 | | 50 | | 22.64 | PWR |
| GPU NUCLEAR | 198 | | 46.79 | | |
| OYSTER CREEK 1 | | 168 | | 32.86 | BWR |
| THREE MILE ISLAND 1 | | 30 | | 13.93 | PWR |
| IOWA ELEC LIGHT & POWER COMPANY | 82 | | 15.38 | | |
| DUANE ARNOLD | | 82 | | 15.38 | BWR |
| MAINE YANKEE ATOMIC | 152 | | 57.86 | | |
| MAINE YANKEE | | 152 | | 57.86 | PWR |

* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; RCH=Research Reactor; HTG=High Temperature Gas Reactor

TABLE A.3. (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR | FUEL TYPE* |
|---|---|---|---|---|---|
| NIAGARA MOHAWK POWER CORP | 200 | | 38.80 | | |
| NINE MILE POINT 1 | | 200 | | 38.80 | BWR |
| NORTHEAST UTIL SVC COMPANY | 144 | | 28.19 | | |
| MILLSTONE 1 | | 144 | | 28.19 | BWR |
| NORTHERN STATES POWER COMPANY | 389 | | 83.50 | | |
| MONTICELLO | | 349 | | 67.54 | BWR |
| PRAIRIE ISLAND 1 | | 40 | | 15.96 | PWR |
| OMAHA PUB POWER DIST | 25 | | 9.32 | | |
| FORT CALHOUN | | 25 | | 9.32 | PWR |
| PACIFIC GAS AND ELECT | 34 | | 2.58 | | |
| HUMBOLDT BAY | | 34 | | 2.58 | BWR |
| PHILADELPHIA ELEC COMPANY | 186 | | 36.27 | | |
| PEACHBOTTOM 2 | | 186 | | 36.27 | BWR |
| ROCHESTER GAS & ELEC | 62 | | 24.38 | | |
| GINNA | | 62 | | 24.38 | PWR |
| SOUTHERN CALIF EDISON COMPANY | 53 | | 19.29 | | |
| SAN ONOFRE 1 | | 53 | | 19.29 | PWR |
| VIRGINIA POWER | 154 | | 69.38 | | |
| SURRY 1 | | 73 | | 32.96 | PWR |
| SURRY 2 | | 81 | | 36.42 | PWR |
| WISCONSIN ELEC POWER COMPANY | 50 | | 19.77 | | |
| POINT BEACH 1 | | 16 | | 6.37 | PWR |
| POINT BEACH 2 | | 34 | | 13.40 | PWR |
| WISCONSIN PUB SVC CORP | 11 | | 4.38 | | |
| KEWAUNEE | | 11 | | 4.38 | PWR |
| YANKEE ATOMIC ELEC COMPANY | 40 | | 9.65 | | |
| YANKEE-ROWE 1 | | 40 | | 9.65 | PWR |
| TOTAL SNF | 3297 | 3297 | 899.79 | 899.79 | |

| | |
|---|---|
| NO. OF PURCHASERS | 26 |
| NO. OF FUEL ORIGINATORS | 42 |
| NO. OF PWR ASSEMBLIES | 1233 |
| NO. OF BWR ASSEMBLIES | 2064 |

* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; RCH=Research Reactor; HTG=High Temperature Gas Reactor

TABLE A.4.

ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, YEAR 4

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR | FUEL TYPE* |
|---|---|---|---|---|---|
| ARK POWER & LIGHT COMPANY | 50 | | 23.22 | | |
| ARKANSAS NUCLEAR 1 | | 50 | | 23.22 | PWR |
| BABCOCK AND WILCOX COMPANY | 0 | | 0.02 | | |
| OCONEE 1 | | 0 | | <0.01 | PWR |
| OCONEE 2 | | 0 | | 0.01 | PWR |
| BALTIMORE GAS & ELEC COMPANY | 32 | | 12.55 | | |
| CALVERT CLIFFS 1 | | 32 | | 12.55 | PWR |
| BOSTON EDISON COMPANY | 428 | | 82.60 | | |
| PILGRIM 1 | | 428 | | 82.60 | BWR |
| CAROLINA POWER & LIGHT COMPANY | 52 | | 23.69 | | |
| ROBINSON 2 | | 52 | | 23.69 | PWR |
| COMMONWEALTH EDISON COMPANY | 603 | | 121.01 | | |
| DRESDEN 1 | | 66 | | 6.81 | BWR |
| DRESDEN 3 | | 148 | | 28.62 | BWR |
| QUAD CITIES 1 | | 183 | | 35.32 | BWR |
| QUAD CITIES 2 | | 164 | | 31.22 | BWR |
| ZION 2 | | 42 | | 19.05 | PWR |
| CONNECTICUT YANKEE ATOMIC POWER | 53 | | 21.77 | | |
| HADDAM NECK | | 53 | | 21.77 | PWR |
| CONSUMERS POWER COMPANY | 20 | | 2.67 | | |
| BIG ROCK 1 | | 20 | | 2.67 | BWR |
| DAIRYLAND POWER COOP | 32 | | 3.86 | | |
| LACROSSE | | 32 | | 3.86 | BWR |
| U.S. DOE | 10 | | 4.50 | | |
| SURRY 2 | | 10 | | 4.50 | PWR |
| DUKE POWER COMPANY | 134 | | 62.41 | | |
| OCONEE 1 | | 60 | | 28.07 | PWR |
| OCONEE 2 | | 73 | | 33.87 | PWR |
| OCONEE 3 | | 1 | | 0.46 | PWR |
| FLORIDA POWER & LIGHT COMPANY | 91 | | 40.42 | | |
| TURKEY POINT 3 | | 57 | | 25.23 | PWR |
| TURKEY POINT 4 | | 34 | | 15.20 | PWR |
| GEORGIA POWER COMPANY | 4 | | 0.75 | | |
| HATCH 1 | | 4 | | 0.75 | BWR |
| GPU NUCLEAR | 181 | | 49.40 | | |
| OYSTER CREEK 1 | | 128 | | 24.82 | BWR |
| THREE MILE ISLAND 1 | | 53 | | 24.59 | PWR |
| INDIANA & MICH ELEC COMPANY | 63 | | 28.51 | | |
| COOK 1 | | 63 | | 28.51 | PWR |

* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; RCH=Research Reactor; HTG=High Temperature Gas Reactor

TABLE A.4. (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR | FUEL TYPE* |
|---|---|---|---|---|---|
| IOWA ELEC LIGHT & POWER COMPANY | 74 | | 13.88 | | |
| DUANE ARNOLD | | 74 | | 13.88 | BWR |
| MAINE YANKEE ATOMIC | 70 | | 27.24 | | |
| MAINE YANKEE | | 70 | | 27.24 | PWR |
| NEBRASKA PUB POWER DIS | 120 | | 23.52 | | |
| COOPER STATION | | 120 | | 23.52 | BWR |
| NIAGARA MOHAWK POWER CORP | 160 | | 30.73 | | |
| NINE MILE POINT 1 | | 160 | | 30.73 | BWR |
| NORTHEAST UTIL SVC COMPANY | 124 | | 24.27 | | |
| MILLSTONE 1 | | 124 | | 24.27 | BWR |
| NORTHERN STATES POWER COMPANY | 75 | | 29.84 | | |
| PRAIRIE ISLAND 1 | | 35 | | 13.80 | PWR |
| PRAIRIE ISLAND 2 | | 40 | | 16.03 | PWR |
| OMAHA PUB POWER DIST | 36 | | 12.82 | | |
| FORT CALHOUN | | 36 | | 12.82 | PWR |
| PACIFIC GAS AND ELECT | 181 | | 13.02 | | |
| HUMBOLDT BAY | | 181 | | 13.02 | BWR |
| PHILADELPHIA ELEC COMPANY | 360 | | 68.04 | | |
| PEACHBOTTOM 2 | | 172 | | 32.20 | BWR |
| PEACHBOTTOM 3 | | 188 | | 35.83 | BWR |
| POWER AUTH OF NY STATE | 132 | | 25.83 | | |
| FITZPATRICK | | 132 | | 25.83 | BWR |
| ROCHESTER GAS & ELEC | 41 | | 16.04 | | |
| GINNA | | 41 | | 16.04 | PWR |
| SACRAMENTO MUNICIP UTIL DISTR | 20 | | 9.26 | | |
| RANCHO SECO 1 | | 20 | | 9.26 | PWR |
| SOUTHERN CALIF EDISON COMPANY | 53 | | 19.22 | | |
| SAN ONOFRE 1 | | 53 | | 19.22 | PWR |
| VERMONT YANKEE NUCLEAR POWER CORP | 65 | | 11.94 | | |
| VERMONT YANKEE 1 | | 65 | | 11.94 | BWR |
| VIRGINIA POWER | 98 | | 43.85 | | |
| SURRY 1 | | 89 | | 39.80 | PWR |
| SURRY 2 | | 9 | | 4.05 | PWR |
| WISCONSIN ELEC POWER COMPANY | 69 | | 27.07 | | |
| POINT BEACH 1 | | 32 | | 12.80 | PWR |
| POINT BEACH 2 | | 37 | | 14.26 | PWR |
| WISCONSIN PUB SVC CORP | 45 | | 17.63 | | |
| KEWAUNEE | | 45 | | 17.63 | PWR |

* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; RCH=Research Reactor; HTG=High Temperature Gas Reactor

TABLE A.4. (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR | FUEL TYPE* |
|---|---|---|---|---|---|
| YANKEE ATOMIC ELEC COMPANY | 36 | | 8.62 | | |
| YANKEE-ROWE 1 | | 36 | | 8.62 | PWR |
| TOTAL SNF | 3512 | 3512 | 900.17 | 900.17 | |

| | |
|---|---|
| NO. OF PURCHASERS | 33 |
| NO. OF FUEL ORIGINATORS | 46 |
| NO. OF PWR ASSEMBLIES | 1123 |
| NO. OF BWR ASSEMBLIES | 2389 |

* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; RCH=Research Reactor; HTG=High Temperature Gas Reactor

TABLE A.5.

ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, YEAR 5

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR | FUEL TYPE* |
|---|---|---|---|---|---|
| ARK POWER & LIGHT COMPANY | 61 | | 28.20 | | |
| ARKANSAS NUCLEAR 1 | | 61 | | 28.20 | PWR |
| BALTIMORE GAS & ELEC COMPANY | 112 | | 41.44 | | |
| CALVERT CLIFFS 1 | | 112 | | 41.44 | PWR |
| CAROLINA POWER & LIGHT COMPANY | 193 | | 50.45 | | |
| BRUNSWICK 2 | | 140 | | 26.29 | BWR |
| ROBINSON 2 | | 53 | | 24.16 | PWR |
| COMMONWEALTH EDISON COMPANY | 680 | | 163.76 | | |
| DRESDEN 2 | | 196 | | 37.67 | BWR |
| DRESDEN 3 | | 176 | | 34.06 | BWR |
| QUAD CITIES 2 | | 180 | | 34.34 | BWR |
| ZION 1 | | 64 | | 29.08 | PWR |
| ZION 2 | | 64 | | 28.62 | PWR |
| CONNECTICUT YANKEE ATOMIC POWER | 53 | | 21.81 | | |
| HADDAM NECK | | 53 | | 21.81 | PWR |
| CONSOLIDATED EDISON COMPANY | 60 | | 27.00 | | |
| INDIAN POINT 2 | | 60 | | 27.00 | PWR |
| CONSUMERS POWER COMPANY | 68 | | 27.31 | | |
| PALISADES | | 68 | | 27.31 | PWR |
| U.S. DOE | 16 | | 7.30 | | |
| SURRY 1 | | 1 | | 0.45 | PWR |
| SURRY 2 | | 2 | | 0.91 | PWR |
| TURKEY POINT 3 | | 13 | | 5.93 | PWR |
| DUKE POWER COMPANY | 126 | | 58.35 | | |
| OCONEE 3 | | 126 | | 58.35 | PWR |
| FLORIDA POWER & LIGHT COMPANY | 79 | | 32.85 | | |
| ST LUCIE 1 | | 52 | | 20.64 | PWR |
| TURKEY POINT 3 | | 27 | | 12.21 | PWR |
| FLORIDA POWER CORP | 3 | | 1.39 | | |
| CRYSTAL RIVER 3 | | 3 | | 1.39 | PWR |
| GENERAL ATOMICS | 2 | | <0.01 | | |
| GENERAL ATOMICS | | 2 | | <0.01 | RCH |
| GEORGIA POWER COMPANY | 24 | | 4.49 | | |
| HATCH 1 | | 24 | | 4.49 | BWR |
| GPU NUCLEAR | 73 | | 33.88 | | |
| THREE MILE ISLAND 1 | | 73 | | 33.88 | PWR |
| INDIANA & MICH ELEC COMPANY | 64 | | 29.11 | | |
| COOK 1 | | 64 | | 29.11 | PWR |
| IOWA ELEC LIGHT & POWER COMPANY | 116 | | 21.79 | | |
| DUANE ARNOLD | | 116 | | 21.79 | BWR |

* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; RCH=Research Reactor; HTG=High Temperature Gas Reactor

TABLE A.5. (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR | FUEL TYPE* |
|---|---|---|---|---|---|
| NEBRASKA PUB POWER DIS | 72 | | 13.75 | | |
| COOPER STATION | | 72 | | 13.75 | BWR |
| NORTHEAST UTIL SVC COMPANY | 169 | | 41.89 | | |
| MILLSTONE 1 | | 124 | | 24.08 | BWR |
| MILLSTONE 2 | | 45 | | 17.81 | PWR |
| NORTHERN STATES POWER COMPANY | 96 | | 33.86 | | |
| MONTICELLO | | 20 | | 3.74 | BWR |
| PRAIRIE ISLAND 1 | | 41 | | 16.11 | PWR |
| PRAIRIE ISLAND 2 | | 35 | | 14.01 | PWR |
| OMAHA PUB POWER DIST | 52 | | 18.91 | | |
| FORT CALHOUN | | 52 | | 18.91 | PWR |
| PHILADELPHIA ELEC COMPANY | 252 | | 47.67 | | |
| PEACHBOTTOM 3 | | 252 | | 47.67 | BWR |
| PORTLAND GENERAL ELEC | 1 | | 0.46 | | |
| TROJAN | | 1 | | 0.46 | PWR |
| POWER AUTH OF NY STATE | 8 | | 3.65 | | |
| INDIAN POINT 3 | | 8 | | 3.65 | PWR |
| ROCHESTER GAS & ELEC | 41 | | 16.10 | | |
| GINNA | | 41 | | 16.10 | PWR |
| TENNESSEE VALLEY AUTHORITY | 300 | | 58.63 | | |
| BROWNS FERRY 1 | | 168 | | 32.83 | BWR |
| BROWNS FERRY 2 | | 132 | | 25.80 | BWR |
| VERMONT YANKEE NUCLEAR POWER CORP | 47 | | 8.63 | | |
| VERMONT YANKEE 1 | | 47 | | 8.63 | BWR |
| VIRGINIA POWER | 121 | | 54.69 | | |
| SURRY 1 | | 42 | | 19.17 | PWR |
| SURRY 2 | | 79 | | 35.52 | PWR |
| WISCONSIN ELEC POWER COMPANY | 92 | | 36.74 | | |
| POINT BEACH 1 | | 48 | | 19.12 | PWR |
| POINT BEACH 2 | | 44 | | 17.61 | PWR |
| WISCONSIN PUB SVC CORP | 41 | | 16.04 | | |
| KEWAUNEE | | 41 | | 16.04 | PWR |
| TOTAL SNF | 3022 | 3022 | 900.14 | 900.14 | |

| | |
|---|---|
| NO. OF PURCHASERS | 29 |
| NO. OF FUEL ORIGINATORS | 43 |
| NO. OF PWR ASSEMBLIES | 1373 |
| NO. OF BWR ASSEMBLIES | 1647 |
| NO. OF RCH ASSEMBLIES | 2 |

* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; RCH=Research Reactor; HTG=High Temperature Gas Reactc

TABLE A.6.

ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, YEAR 6

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR | FUEL TYPE* |
|---|---|---|---|---|---|
| ALABAMA POWER COMPANY | 46 | | 21.14 | | |
| FARLEY 1 | | 46 | | 21.14 | PWR |
| BALTIMORE GAS & ELEC COMPANY | 72 | | 28.46 | | |
| CALVERT CLIFFS 2 | | 72 | | 28.46 | PWR |
| CAROLINA POWER & LIGHT COMPANY | 171 | | 32.00 | | |
| BRUNSWICK 1 | | 39 | | 7.27 | BWR |
| BRUNSWICK 2 | | 132 | | 24.73 | BWR |
| COMMONWEALTH EDISON COMPANY | 949 | | 175.30 | | |
| DRESDEN 1 | | 464 | | 47.03 | BWR |
| DRESDEN 2 | | 158 | | 30.35 | BWR |
| QUAD CITIES 1 | | 193 | | 37.28 | BWR |
| ZION 1 | | 65 | | 29.52 | PWR |
| ZION 2 | | 69 | | 31.11 | PWR |
| CONNECTICUT YANKEE ATOMIC POWER | 49 | | 20.19 | | |
| HADDAM NECK | | 49 | | 20.19 | PWR |
| CONSUMERS POWER COMPANY | 26 | | 3.49 | | |
| BIG ROCK 1 | | 26 | | 3.49 | BWR |
| DAIRYLAND POWER COOP | 28 | | 3.37 | | |
| LACROSSE | | 28 | | 3.37 | BWR |
| U.S. DOE | 396 | | 72.81 | | |
| FORT ST VRAIN | | 246 | | 2.96 | HTG |
| OCONEE 1 | | 0 | | <0.01 | PWR |
| SURRY 2 | | 8 | | 3.66 | PWR |
| THREE MILE ISLAND 2 | | 142 | | 66.19 | PWR |
| DUKE POWER COMPANY | 121 | | 56.12 | | |
| OCONEE 1 | | 56 | | 25.98 | PWR |
| OCONEE 2 | | 65 | | 30.14 | PWR |
| FLORIDA POWER & LIGHT COMPANY | 90 | | 40.82 | | |
| TURKEY POINT 3 | | 30 | | 13.70 | PWR |
| TURKEY POINT 4 | | 60 | | 27.12 | PWR |
| GPU NUCLEAR | 220 | | 55.21 | | |
| OYSTER CREEK 1 | | 168 | | 31.07 | BWR |
| THREE MILE ISLAND 1 | | 52 | | 24.14 | PWR |
| IOWA ELEC LIGHT & POWER COMPANY | 4 | | 0.75 | | |
| DUANE ARNOLD | | 4 | | 0.75 | BWR |
| MAINE YANKEE ATOMIC | 133 | | 50.64 | | |
| MAINE YANKEE | | 133 | | 50.64 | PWR |
| NIAGARA MOHAWK POWER CORP | 168 | | 31.15 | | |
| NINE MILE POINT 1 | | 168 | | 31.15 | BWR |
| NORTHEAST UTIL SVC COMPANY | 72 | | 26.50 | | |
| MILLSTONE 2 | | 72 | | 26.50 | PWR |

* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; RCH=Research Reactor; HTG=High Temperature Gas Reactor

TABLE A.6. (Continued)

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR | FUEL TYPE* |
|---|---|---|---|---|---|
| NORTHERN STATES POWER COMPANY | 48 | | 17.51 | | |
| MONTICELLO | | 8 | | 1.47 | BWR |
| PRAIRIE ISLAND 2 | | 40 | | 16.04 | PWR |
| OMAHA PUB POWER DIST | 44 | | 16.36 | | |
| FORT CALHOUN | | 44 | | 16.36 | PWR |
| PHILADELPHIA ELEC COMPANY | 260 | | 48.72 | | |
| PEACHBOTTOM 2 | | 260 | | 48.72 | BWR |
| POWER AUTH OF NY STATE | 192 | | 51.07 | | |
| FITZPATRICK | | 136 | | 25.48 | BWR |
| INDIAN POINT 3 | | 56 | | 25.58 | PWR |
| ROCHESTER GAS & ELEC | 40 | | 15.70 | | |
| GINNA | | 40 | | 15.70 | PWR |
| SACRAMENTO MUNICIP UTIL DISTR | 56 | | 25.92 | | |
| RANCHO SECO 1 | | 56 | | 25.92 | PWR |
| SOUTHERN CALIF EDISON COMPANY | 52 | | 19.20 | | |
| SAN ONOFRE 1 | | 52 | | 19.20 | PWR |
| TENNESSEE VALLEY AUTHORITY | 29 | | 5.49 | | |
| BROWNS FERRY 1 | | 26 | | 4.93 | BWR |
| BROWNS FERRY 3 | | 3 | | 0.56 | BWR |
| VERMONT YANKEE NUCLEAR POWER CORP | 149 | | 27.44 | | |
| VERMONT YANKEE 1 | | 149 | | 27.44 | BWR |
| VIRGINIA POWER | 44 | | 20.14 | | |
| SURRY 2 | | 44 | | 20.14 | PWR |
| WISCONSIN ELEC POWER COMPANY | 62 | | 24.83 | | |
| POINT BEACH 1 | | 33 | | 13.21 | PWR |
| POINT BEACH 2 | | 29 | | 11.62 | PWR |
| YANKEE ATOMIC ELEC COMPANY | 40 | | 9.40 | | |
| YANKEE-ROWE 1 | | 40 | | 9.40 | PWR |
| TOTAL SNF | 3561 | 3561 | 899.74 | 899.74 | |

| | |
|---|---|
| NO. OF PURCHASERS | 27 |
| NO. OF FUEL ORIGINATORS | 42 |
| NO. OF PWR ASSEMBLIES | 1353 |
| NO. OF BWR ASSEMBLIES | 1962 |
| NO. OF HTG ASSEMBLIES | 246 |

* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; RCH=Research Reactor; HTG=High Temperature Gas Reactor

TABLE A.7.

ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, YEAR 7

| PURCHASER/FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER | MTU ORIGINATOR | FUEL TYPE* |
|---|---|---|---|---|---|
| ARK POWER & LIGHT COMPANY | 65 | | 30.11 | | |
| ARKANSAS NUCLEAR 1 | | 65 | | 30.11 | PWR |
| BALTIMORE GAS & ELEC COMPANY | 136 | | 52.12 | | |
| CALVERT CLIFFS 1 | | 72 | | 28.43 | PWR |
| CALVERT CLIFFS 2 | | 64 | | 23.68 | PWR |
| BOSTON EDISON COMPANY | 62 | | 11.41 | | |
| PILGRIM 1 | | 62 | | 11.41 | BWR |
| CAROLINA POWER & LIGHT COMPANY | 48 | | 20.59 | | |
| ROBINSON 2 | | 48 | | 20.59 | PWR |
| COMMONWEALTH EDISON COMPANY | 250 | | 66.84 | | |
| QUAD CITIES 2 | | 180 | | 34.92 | BWR |
| ZION 1 | | 70 | | 31.92 | PWR |
| CONSOLIDATED EDISON COMPANY | 63 | | 28.29 | | |
| INDIAN POINT 2 | | 63 | | 28.29 | PWR |
| CONSUMERS POWER COMPANY | 68 | | 26.49 | | |
| PALISADES | | 68 | | 26.49 | PWR |
| U.S. DOE | 35 | | 16.32 | | |
| OCONEE 1 | | 0 | | 0.01 | PWR |
| THREE MILE ISLAND 2 | | 35 | | 16.31 | PWR |
| DUKE POWER COMPANY | 132 | | 61.12 | | |
| OCONEE 1 | | 67 | | 31.10 | PWR |
| OCONEE 3 | | 65 | | 30.02 | PWR |
| DUQUESNE LIGHT COMPANY | 35 | | 16.13 | | |
| BEAVER VALLEY 1 | | 35 | | 16.13 | PWR |
| FLORIDA POWER & LIGHT COMPANY | 170 | | 71.32 | | |
| ST LUCIE 1 | | 68 | | 25.29 | PWR |
| TURKEY POINT 3 | | 37 | | 16.90 | PWR |
| TURKEY POINT 4 | | 65 | | 29.13 | PWR |
| FLORIDA POWER CORP | 56 | | 26.01 | | |
| CRYSTAL RIVER 3 | | 56 | | 26.01 | PWR |
| GEORGIA POWER COMPANY | 188 | | 35.24 | | |
| HATCH 1 | | 188 | | 35.24 | BWR |
| INDIANA & MICH ELEC COMPANY | 137 | | 62.41 | | |
| COOK 1 | | 66 | | 29.81 | PWR |
| COOK 2 | | 71 | | 32.61 | PWR |
| NEBRASKA PUB POWER DIS | 164 | | 31.18 | | |
| COOPER STATION | | 164 | | 31.18 | BWR |
| NORTHEAST UTIL SVC COMPANY | 148 | | 28.08 | | |
| MILLSTONE 1 | | 148 | | 28.08 | BWR |

* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; RCH=Research Reactor; HTG=High Temperature Gas Reactor