**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY, | ) | |
| | ) | |
| | ) | COFC No. 02-1894-C |
| Plaintiff, | ) | (Chief Judge Damich) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF CONSUMER ENERGY COMPANY'S UNOPPOSED MOTION FOR ENLARGMENT OF TIME**

Pursuant to Court of Federal Claims Rule 6(b)(1), Plaintiff Consumers Energy Company ("Plaintiff"), by and through counsel, hereby respectfully requests an enlargement of 10 days, until January 13, 2005, within which to file its reply to Defendant United States' ("Defendant") response to Plaintiff's motion for summary judgment on contract liability. Plaintiff's reply currently is due to be filed on January 3, 2005. Defendant filed its response on December 20, 2004. The intervening holidays and schedules of Plaintiff's counsel necessitate this request, and the enlargement of time will allow Plaintiff sufficient time to prepare its reply. This is the first request by Plaintiff regarding the reply. Counsel for Plaintiff has discussed this motion with counsel for Defendant, who indicated that Defendant does not oppose this request.

Respectfully submitted,

/s/ Thomas O. Mason

Thomas O. Mason
Williams Mullen
8270 Greensboro Drive, Suite 700
McLean, VA 22102
(703) 760-5200 (phone)
(703) 748-0244 (facsimile)
Attorneys for Plaintiff Consumers Energy Company

OF COUNSEL:

Harvey J. Messing (P23309)
Jeffrey S. Theuer (P44161)
LOOMIS, EWERT, PARSLEY, DAVIS
& GOTTING, P.C.
232 S. Capitol Avenue, Suite 1000
Lansing, MI 48933
(517) 482-2400

James E. Brunner (P28051)
Arunas T. Udrys (P21660)
Consumers Energy Company
212 West Michigan Avenue
Jackson, MI 49201
(517) 788-2151

Dated: December 28, 2004

1111596v1