**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY, | ) | |
| | ) | |
| | ) | COFC No. 02-1894-C |
| Plaintiff, | ) | (Chief Judge Damich) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**APPENDIX TO**
**CONSUMERS ENERGY COMPANY'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON CONTRACT LIABILITY**

Thomas O. Mason
WILLIAMS MULLEN
8270 Greensboro Drive, Suite 700
McLean, VA 22102
(703) 760-5200 (phone)
(703) 748-0244 (facsimile)

OF COUNSEL:
Harvey J. Messing (P23309)
Jeffrey S. Theuer (P44161)
LOOMIS, EWERT, PARSLEY, DAVIS
& GOTTING, P.C.
232 S. Capitol Avenue, Suite 1000
Lansing, MI 48933
(517) 482-2400

James E. Brunner (P28051)
Arunas T. Udrys (P21660)
Consumers Energy Company
212 West Michigan Avenue
Jackson, MI 49201
(517) 788-2151

Attorneys for Plaintiff Consumers Energy Company

# INDEX TO APPENDIX

**DOCUMENT** **PAGE NO.**

Appendix A - January 17, 2003 Order in *Indiana Michigan Power Company* .............................. 1

Appendix B - Defendant's Response to Indiana Michigan Power Company's Motion regarding Contract Liability ........................................................................................................2

Appendix C - Standard Contract ........................................................................................11

Appendix D - Letter from Consumers Energy selecting Option 2 ...............................................45

Appendix E - Appendix to Consumers Energy's August 20, 1993 DCS .....................................46

Appendix F - 2004 APR/ACR ............................................................................................47

# In the United States Court of Federal Claims

FILED
JAN 1 7 2003
U.S. COURT OF FEDERAL CLAIMS

* * * * * * *

INDIANA MICHIGAN POWER CO., *

Plaintiff, * No. 98-486C

v. * Filed: January 17, 2003

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Whether styled as a motion for summary judgment or a motion for the Government to acknowledge liability, it seems clear that decisions by the Federal Circuit establish liability against the United States. Therefore, we direct that the Clerk enter judgment for plaintiff on the issue of liability. The parties should advise the court by telephone conference call or status report within the next two weeks whether we should enter a schedule for further discovery or other deadlines acceptable to the parties. We are available to meet with counsel on the record or otherwise, at their request.

Robert H. Hodges, Jr.
Judge