Consumers Power Company

Eugene R VanHoof
*Director of Nuclear Fuel Supply*

1945 West Parnall Road, Jackson, MI 49201 – (517) 788-1646

May 31, 1985

ERV-85-74

Mr Christopher T Jedrey
US Department of Energy
Procurement and Assistance
Management Directorate
Office of Procurement Operations
Washington, DC 20585

Dear Mr Jedrey

Pursuant to Article VIII.B.2 of our Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste dated June 3, 1983, (DE-CR01-83NE44374), Consumers Power Company selects as its fee payment, Option 2, the single payment prior to delivery of the spent nuclear fuel.

Respectfully

ERVanHoof

CC RJOdlevak
SNSpring
JLBacon
ABBass
TCCampbell
GLSchwass

01010481

OC0585-0038A-FS02

SEP 23 '96 08:53 FROM BIG ROCK POINT TO 9-16167642060 PAGE.009

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.8. of the Standard Contract - Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 99-1201-4374-04

1.2 Contact Person:
(a) Name: GRBoss
(b) Telephone (include Area Code): 616/547-8251

1.3 Contract Number: DE-CR01-83NE44374

1.4 Reactor/Facility Information:
(a) Name: Big Rock Point
(b) Address: 10269 US 31 North
(c) City, State & Zip Code: Charlevoix, MI 49720

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 25 ton transfer, 60 ton shipping
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck x ; Rail ____ ; Barge ____
2.4 Proposed Delivery Date: 1999
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 06 02 74 to 06 26 93 (Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 0.10 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 1 PWR ____ Other ____

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] 8/20/93
Authorized Purchaser Signature Date

3.2 D P Hoffman
Name (Please Type or Print)

3.3 Vice President Nuclear Operations
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] Chief, Logistics and Utility Interface Branch 12-14-93
Technical Representative Title Date

4.2 [signature] 1/14/94
Contracting Officer Date



Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy