APPENDIX A
2004 ACCEPTANCE PRIORITY RANKING

LISTING OF SPENT FUEL BY DATE OF PERMANENT DISCHARGE[1]

| urchaser | Fuel Originator | Type | Ranking Date | # of ASMB | MTU | Total MTU |
|---|---|---|---|---|---|---|
| ntergy Nuclear Generation Company | Pilgrim 1 | BWR | 99 05 08 | 160 | 27.6 | 39,609.4 |
| uke Power Company | Oconee 1 | PWR | 99 05 20 | 68 | 32.0 | 39,641.3 |
| Entergy Nuclear Indian Point 3, LLC | Indian Point 3 | PWR | 99 09 10 | 72 | 33.2 | 39,674.5 |
| merGen Energy Company, LLC | Three Mile Island 1 | PWR | 99 09 10 | 68 | 31.6 | 39,706.0 |
| Entergy Arkansas, Inc. | Arkansas Nuclear One 1 | PWR | 99 09 11 | 62 | 28.8 | 39,734.8 |
| 'irginia Electric and Power Co. | North Anna 2 | PWR | 99 09 12 | 73 | 33.9 | 39,768.6 |
| lorida Power & Light Co. | Saint Lucie 1 | PWR | 99 09 13 | 73 | 29.0 | 39,797.5 |
| uke Power Company | McGuire 1 | PWR | 99 09 17 | 73 | 33.3 | 39,830.8 |
| SEG Nuclear LLC | Salem 1 | PWR | 99 09 17 | 85 | 39.4 | 39,870.2 |
| nergy Northwest | Columbia | BWR | 99 09 18 | 248 | 41.6 | 39,911.8 |
| exas Utilities Generating Company | Comanche Peak 1 | PWR | 99 09 25 | 89 | 36.3 | 39,948.1 |
| arolina Power & Light Company | Robinson 2 | PWR | 99 09 25 | 60 | 26.1 | 39,974.1 |
| acific Gas & Electric Company | Diablo Canyon 2 | PWR | 99 09 26 | 101 | 43.0 | 40,017.0 |
| Exelon Generation Company, LLC | Peach Bottom 3 | BWR | 99 09 29 | 273 | 46.3 | 40,063.3 |
| lorida Power Corporation | Crystal River 3 | PWR | 99 10 01 | 79 | 36.7 | 40,099.9 |
| Exelon Generation Company, LLC | Dresden 2 | BWR | 99 10 01 | 248 | 41.8 | 40,141.7 |
| maha Public Power District | Fort Calhoun | PWR | 99 10 01 | 45 | 15.9 | 40,157.5 |
| meren UE | Callaway | PWR | 99 10 02 | 96 | 40.0 | 40,197.4 |
| rizona Public Service Company | Palo Verde 1 | PWR | 99 10 02 | 101 | 44.3 | 40,241.7 |
| eorgia Power Company | Vogtle 2 | PWR | 99 10 03 | 81 | 34.5 | 40,276.1 |
| outh Texas Project NOC | South Texas 2 | PWR | 99 10 13 | 93 | 50.3 | 40,326.3 |
| Consumers Power Co. | Palisades | PWR | 99 10 15 | 64 | 25.9 | 40,352.2 |
| labama Power Company | Farley 2 | PWR | 99 10 16 | 61 | 26.0 | 40,378.2 |
| Visconsin Electric Power Company | Point Beach 1 | PWR | 99 10 16 | 40 | 14.4 | 40,392.5 |
| rstate Power & Light | Duane Arnold | BWR | 99 10 22 | 128 | 22.9 | 40,415.3 |
| xelon Generation Company, LLC | Byron 2 | PWR | 99 10 23 | 76 | 32.4 | 40,447.6 |
| Systems Energy Resources, Inc. | Grand Gulf 1 | BWR | 99 10 23 | 228 | 40.1 | 40,487.7 |
| Exelon Generation Company, LLC | La Salle County 1 | BWR | 99 10 23 | 372 | 66.1 | 40,553.8 |
| Entergy Nuclear Vermont Yankee, LLC | Vermont Yankee | BWR | 99 10 29 | 85 | 15.2 | 40,568.9 |
| Duke Power Company | Oconee 2 | PWR | 99 11 04 | 62 | 29.0 | 40,597.9 |
| Northern States Power Co. | Monticello | BWR | 00 01 06 | 145 | 25.0 | 40,622.8 |
| Exelon Generation Company, LLC | Quad Cities 2 | BWR | 00 01 21 | 240 | 41.5 | 40,664.2 |
| Pennsylvania Power Company | Beaver Valley 1 | PWR | 00 02 15 | 70 | 32.5 | 40,696.7 |
| Entergy Nuclear Indian Point 2, LLC | Indian Point 2 | PWR | 00 02 15 | 69 | 31.5 | 40,728.2 |
| Tennessee Valley Authority | Sequoyah 1 | PWR | 00 02 22 | 84 | 38.6 | 40,766.7 |
| Carolina Power & Light Company | Brunswick 1 | BWR | 00 02 26 | 220 | 38.8 | 40,805.4 |
| Florida Power & Light Co. | Turkey Point 3 | PWR | 00 02 28 | 69 | 31.9 | 40,837.2 |
| South Texas Project NOC | South Texas 1 | PWR | 00 03 01 | 86 | 46.6 | 40,883.7 |
| Alabama Power Company | Farley 1 | PWR | 00 03 03 | 53 | 22.6 | 40,906.3 |
| Nine Mile Point Nuclear Power Station, LLC | Nine Mile Point 2 | BWR | 00 03 03 | 248 | 42.3 | 40,948.6 |
| Nebraska Public Power District | Cooper | BWR | 00 03 04 | 136 | 24.2 | 40,972.7 |
| Georgia Power Company | Hatch 2 | BWR | 00 03 04 | 192 | 34.2 | 41,006.9 |
| Entergy Gulf States, Inc. | River Bend | BWR | 00 03 04 | 253 | 43.4 | 41,050.2 |
| Baltimore Gas & Electric Co. | Calvert Cliffs 1 | PWR | 00 03 10 | 100 | 39.1 | 41,089.2 |
| Duke Power Company | Catawba 2 | PWR | 00 03 11 | 73 | 33.3 | 41,122.5 |
| Virginia Electric and Power Co. | North Anna 1 | PWR | 00 03 12 | 85 | 39.5 | 41,161.9 |
| Exelon Generation Company, LLC | Braidwood 1 | PWR | 00 03 18 | 108 | 45.5 | 41,207.4 |
| Pennsylvania Power & Light Co. | Susquehanna 1 | BWR | 00 03 18 | 256 | 44.2 | 41,251.5 |
| Arizona Public Service Company | Palo Verde 3 | PWR | 00 03 30 | 84 | 36.9 | 41,288.3 |
| Exelon Generation Company, LLC | Limerick 1 | BWR | 00 03 31 | 72 | 12.4 | 41,300.7 |
| edo Edison Co. | Davis-Besse | PWR | 00 04 01 | 78 | 36.5 | 41,337.2 |

APPENDIX A

2004 ACCEPTANCE PRIORITY RANKING

LISTING OF SPENT FUEL BY DATE OF PERMANENT DISCHARGE[1]

| rchaser | Fuel Originator | Type | Ranking Date | # of ASMBs | MTU | Total MTU |
|---|---|---|---|---|---|---|
| troit Edison Company | Enrico Fermi 2 | BWR | 00 04 01 | 208 | 35.5 | 41,372.6 |
| ke Power Company | Oconee 3 | PWR | 00 04 13 | 60 | 29.2 | 41,401.8 |
| rolina Power & Light Company | Harris | PWR | 00 04 14 | 65 | 29.7 | 41,431.4 |
| nnessee Valley Authority | Browns Ferry 3 | BWR | 00 04 15 | 288 | 51.6 | 41,482.9 |
| ginia Electric and Power Co. | Surry 1 | PWR | 00 04 16 | 53 | 24.5 | 41,507.4 |
| rida Power & Light Co. | Saint Lucie 2 | PWR | 00 04 17 | 77 | 30.2 | 41,537.5 |
| EG Nuclear LLC | Hope Creek | BWR | 00 04 21 | 232 | 41.3 | 41,578.8 |
| isconsin Public Service Corporation | Kewaunee | PWR | 00 04 21 | 41 | 15.9 | 41,594.6 |
| ominion Nuclear Connecticut, Inc. | Millstone 2 | PWR | 00 04 21 | 77 | 29.3 | 41,623.9 |
| rthern States Power Co. | Prairie Island 2 | PWR | 00 04 28 | 48 | 16.8 | 41,640.7 |
| ke Power Company | McGuire 2 | PWR | 00 09 01 | 85 | 38.8 | 41,679.5 |
| nnessee Valley Authority | Watts Bar | PWR | 00 09 10 | 69 | 31.9 | 41,711.3 |
| ntergy Arkansas, Inc. | Arkansas Nuclear One 2 | PWR | 00 09 15 | 69 | 29.2 | 41,740.5 |
| xelon Generation Company, LLC | Dresden 3 | BWR | 00 09 15 | 240 | 40.5 | 41,780.9 |
| xelon Generation Company, LLC | Peach Bottom 2 | BWR | 00 09 15 | 299 | 50.8 | 41,831.7 |
| eorgia Power Company | Vogtle 1 | PWR | 00 09 16 | 97 | 41.5 | 41,873.1 |
| ochester Gas and Electric Company | Ginna | PWR | 00 09 18 | 57 | 20.0 | 41,893.0 |
| ennsylvania Power Company | Beaver Valley 2 | PWR | 00 09 23 | 61 | 28.3 | 41,921.3 |
| xelon Generation Company, LLC | Byron 1 | PWR | 00 09 23 | 101 | 42.4 | 41,963.6 |
| orida Power & Light Co. | Turkey Point 4 | PWR | 00 09 25 | 56 | 25.9 | 41,989.5 |
| eorgia Power Company | Hatch 1 | BWR | 00 09 29 | 184 | 32.9 | 42,022.3 |
| ansas Gas & Electric Company | Wolf Creek | PWR | 00 09 29 | 89 | 40.7 | 42,062.9 |
| exas Utilities Generating Company | Comanche Peak 2 | PWR | 00 09 30 | 93 | 38.0 | 42,100.9 |
| irginia Electric and Power Co. | Surry 2 | PWR | 00 10 01 | 64 | 29.6 | 42,130.4 |
| ona Public Service Company | Palo Verde 2 | PWR | 00 10 04 | 113 | 49.5 | 42,179.9 |
| SEG Nuclear LLC | Salem 2 | PWR | 00 10 05 | 85 | 39.4 | 42,219.2 |
| outh Carolina Electric & Gas Company | Summer | PWR | 00 10 06 | 66 | 27.6 | 42,246.8 |
| ntergy Nuclear FitzPatrick, LLC | Fitzpatrick | BWR | 00 10 07 | 198 | 34.0 | 42,280.7 |
| outhern California Edison Co. | San Onofre 2 | PWR | 00 10 07 | 92 | 39.9 | 42,320.6 |
| acific Gas & Electric Company | Diablo Canyon 1 | PWR | 00 10 08 | 89 | 37.2 | 42,357.7 |
| merGen Energy Company, LLC | Oyster Creek | BWR | 00 10 13 | 184 | 31.5 | 42,389.2 |
| ntergy Louisiana, Inc. | Waterford 3 | PWR | 00 10 13 | 77 | 32.3 | 42,421.5 |
| uke Power Company | Catawba 1 | PWR | 00 10 14 | 80 | 36.6 | 42,458.0 |
| merGen Energy Company, LLC | Clinton | BWR | 00 10 14 | 188 | 33.9 | 42,491.9 |
| isconsin Electric Power Company | Point Beach 2 | PWR | 00 10 14 | 40 | 14.4 | 42,506.2 |
| xelon Generation Company, LLC | Quad Cities 1 | BWR | 00 10 14 | 235 | 40.6 | 42,546.8 |
| PL Energy Seabrook, LLC | Seabrook | PWR | 00 10 20 | 104 | 47.6 | 42,594.4 |
| xelon Generation Company, LLC | Braidwood 2 | PWR | 00 10 21 | 73 | 30.6 | 42,624.9 |
| ennessee Valley Authority | Sequoyah 2 | PWR | 00 10 22 | 77 | 35.3 | 42,660.1 |
| xelon Generation Company, LLC | La Salle County 2 | BWR | 00 11 10 | 343 | 61.1 | 42,721.2 |
| uke Power Company | Oconee 1 | PWR | 00 11 23 | 60 | 28.8 | 42,750.0 |
| outhern California Edison Co. | San Onofre 3 | PWR | 01 01 02 | 101 | 43.7 | 42,793.6 |
| orthern States Power Co. | Prairie Island 1 | PWR | 01 01 19 | 49 | 17.3 | 42,810.9 |
| ominion Nuclear Connecticut, Inc. | Millstone 3 | PWR | 01 02 03 | 58 | 26.4 | 42,837.2 |
| leveland Electric Illuminating Co. | Perry 1 | BWR | 01 02 16 | 304 | 53.1 | 42,890.3 |
| arolina Power & Light Company | Brunswick 2 | BWR | 01 02 23 | 218 | 37.5 | 42,927.8 |
| labama Power Company | Farley 2 | PWR | 01 02 24 | 56 | 23.8 | 42,951.5 |
| ebraska Public Power District | Cooper | BWR | 01 03 03 | 1 | 0.2 | 42,951.7 |
| outh Texas Project NOC | South Texas 2 | PWR | 01 03 07 | 86 | 46.5 | 42,998.2 |
| uke Power Company | McGuire 1 | PWR | 01 03 09 | 85 | 38.8 | 43,037.0 |
| nsylvania Power & Light Co. | Susquehanna 2 | BWR | 01 03 10 | 299 | 52.2 | 43,089.1 |

APPENDIX A

2004 ACCEPTANCE PRIORITY RANKING

LISTING OF SPENT FUEL BY DATE OF PERMANENT DISCHARGE[1]

| rchaser | Fuel Originator | Type | Ranking Date | # of ASMBs | MTU | Total MTU |
|---|---|---|---|---|---|---|
| ginia Electric and Power Co. | North Anna 2 | PWR | 01 03 11 | 133 | 61.7 | 43,150.8 |
| ıaha Public Power District | Fort Calhoun | PWR | 01 03 15 | 93 | 34.7 | 43,185.5 |
| ltimore Gas & Electric Co. | Calvert Cliffs 2 | PWR | 01 03 16 | 94 | 36.7 | 43,222.1 |
| ıtergy Arkansas, Inc. | Arkansas Nuclear One 1 | PWR | 01 03 17 | 57 | 26.4 | 43,248.5 |
| nnessee Valley Authority | Browns Ferry 2 | BWR | 01 03 18 | 199 | 34.3 | 43,282.7 |
| ine Mile Point Nuclear Power Station, LLC | Nine Mile Point 1 | BWR | 01 03 18 | 148 | 25.1 | 43,307.8 |
| onsumers Power Co. | Palisades | PWR | 01 03 30 | 56 | 22.8 | 43,330.5 |
| zona Public Service Company | Palo Verde 1 | PWR | 01 03 31 | 97 | 42.4 | 43,372.9 |
| orida Power & Light Co. | Saint Lucie 1 | PWR | 01 04 02 | 97 | 38.5 | 43,411.4 |
| xelon Generation Company, LLC | Limerick 2 | BWR | 01 04 04 | 269 | 46.1 | 43,457.4 |
| SEG Nuclear LLC | Salem 1 | PWR | 01 04 05 | 85 | 39.4 | 43,496.8 |
| isconsin Electric Power Company | Point Beach 1 | PWR | 01 04 06 | 37 | 13.2 | 43,510.0 |
| xelon Generation Company, LLC | Byron 2 | PWR | 01 04 07 | 85 | 35.6 | 43,545.6 |
| neren UE | Callaway | PWR | 01 04 07 | 97 | 40.4 | 43,585.9 |
| arolina Power & Light Company | Robinson 2 | PWR | 01 04 07 | 56 | 24.4 | 43,610.2 |
| eorgia Power Company | Vogtle 2 | PWR | 01 04 07 | 81 | 34.4 | 43,644.6 |
| terstate Power & Light | Duane Arnold | BWR | 01 04 12 | 136 | 24.3 | 43,668.9 |
| ystems Energy Resources, Inc. | Grand Gulf 1 | BWR | 01 04 14 | 204 | 35.0 | 43,703.8 |
| ıtergy Nuclear Generation Company | Pilgrim 1 | BWR | 01 04 21 | 144 | 24.3 | 43,728.0 |
| exas Utilities Generating Company | Comanche Peak 1 | PWR | 01 04 24 | 93 | 38.1 | 43,766.0 |
| uke Power Company | Oconee 2 | PWR | 01 04 26 | 61 | 29.5 | 43,795.5 |
| ntergy Nuclear Indian Point 3, LLC | Indian Point 3 | PWR | 01 04 27 | 89 | 40.6 | 43,836.0 |
| ntergy Nuclear Vermont Yankee, LLC | Vermont Yankee | BWR | 01 04 27 | 59 | 10.6 | 43,846.5 |
| acific Gas & Electric Company | Diablo Canyon 2 | PWR | 01 04 28 | 93 | 39.0 | 43,885.5 |
| rgy Northwest | Columbia | BWR | 01 05 19 | 300 | 51.4 | 43,936.8 |
| ennsylvania Power Company | Beaver Valley 1 | PWR | 01 09 01 | 61 | 28.3 | 43,965.1 |
| irginia Electric and Power Co. | North Anna 1 | PWR | 01 09 09 | 67 | 31.2 | 43,996.2 |
| Exelon Generation Company, LLC | Peach Bottom 3 | BWR | 01 09 14 | 284 | 48.4 | 44,044.6 |
| uke Power Company | Catawba 2 | PWR | 01 09 15 | 93 | 42.6 | 44,087.1 |
| eorgia Power Company | Hatch 2 | BWR | 01 09 15 | 184 | 31.7 | 44,118.7 |
| Exelon Generation Company, LLC | Braidwood 1 | PWR | 01 09 22 | 89 | 37.3 | 44,156.0 |
| arolina Power & Light Company | Harris | PWR | 01 09 22 | 69 | 31.6 | 44,187.5 |
| Visconsin Public Service Corporation | Kewaunee | PWR | 01 09 23 | 40 | 15.6 | 44,203.1 |
| ntergy Gulf States, Inc. | River Bend | BWR | 01 09 23 | 200 | 35.1 | 44,238.1 |
| orida Power Corporation | Crystal River 3 | PWR | 01 09 29 | 77 | 35.7 | 44,273.8 |
| rizona Public Service Company | Palo Verde 3 | PWR | 01 09 29 | 104 | 45.5 | 44,319.2 |
| orida Power & Light Co. | Turkey Point 3 | PWR | 01 09 29 | 56 | 25.9 | 44,345.1 |
| outh Texas Project NOC | South Texas 1 | PWR | 01 10 03 | 81 | 43.9 | 44,388.9 |
| labama Power Company | Farley 1 | PWR | 01 10 06 | 88 | 37.4 | 44,426.2 |
| merGen Energy Company, LLC | Three Mile Island 1 | PWR | 01 10 09 | 85 | 39.5 | 44,465.6 |
| SEG Nuclear LLC | Hope Creek | BWR | 01 10 10 | 240 | 42.9 | 44,508.4 |
| irginia Electric and Power Co. | Surry 1 | PWR | 01 10 14 | 61 | 28.2 | 44,536.5 |
| Exelon Generation Company, LLC | Dresden 2 | BWR | 01 10 20 | 280 | 47.1 | 44,583.6 |
| ennessee Valley Authority | Sequoyah 1 | PWR | 01 10 21 | 77 | 35.2 | 44,618.7 |
| etroit Edison Company | Enrico Fermi 2 | BWR | 01 10 27 | 204 | 34.7 | 44,653.3 |
| ebraska Public Power District | Cooper | BWR | 01 11 03 | 128 | 22.8 | 44,676.1 |
| orthern States Power Co. | Monticello | BWR | 01 11 03 | 103 | 17.6 | 44,693.6 |
| uke Power Company | Oconee 3 | PWR | 01 11 10 | 55 | 26.8 | 44,720.4 |
| orida Power & Light Co. | Saint Lucie 2 | PWR | 01 11 26 | 77 | 30.1 | 44,750.5 |
| Exelon Generation Company, LLC | Quad Cities 1 | BWR | 02 01 09 | 1 | 0.2 | 44,750.6 |
| elon Generation Company, LLC | La Salle County 1 | BWR | 02 01 10 | 343 | 61.0 | 44,811.6 |

APPENDIX A
2004 ACCEPTANCE PRIORITY RANKING

LISTING OF SPENT FUEL BY DATE OF PERMANENT DISCHARGE[1]

| urchaser | Fuel Originator | Type | Ranking Date | # of ASMB | MTU | Total MTU |
|---|---|---|---|---|---|---|
| ndiana Michigan Power Co. | Cook 2 | PWR | 02 01 19 | 90 | 38.3 | 44,849.9 |
| orthern States Power Co. | Prairie Island 2 | PWR | 02 02 02 | 64 | 22.6 | 44,872.4 |
| ennsylvania Power Company | Beaver Valley 2 | PWR | 02 02 04 | 65 | 30.1 | 44,902.5 |
| Exelon Generation Company, LLC | Quad Cities 2 | BWR | 02 02 12 | 268 | 46.4 | 44,948.8 |
| altimore Gas & Electric Co. | Calvert Cliffs 1 | PWR | 02 02 15 | 97 | 38.0 | 44,986.7 |
| Toledo Edison Co. | Davis-Besse | PWR | 02 02 16 | 78 | 36.6 | 45,023.2 |
| Dominion Nuclear Connecticut, Inc. | Millstone 2 | PWR | 02 02 16 | 81 | 31.1 | 45,054.3 |
| uke Power Company | McGuire 2 | PWR | 02 02 22 | 93 | 42.6 | 45,096.8 |
| ennessee Valley Authority | Watts Bar | PWR | 02 02 24 | 93 | 42.8 | 45,139.5 |
| arolina Power & Light Company | Brunswick 1 | BWR | 02 03 01 | 245 | 42.1 | 45,181.5 |
| ennsylvania Power & Light Co. | Susquehanna 1 | BWR | 02 03 02 | 316 | 55.1 | 45,236.5 |
| Exelon Generation Company, LLC | Limerick 1 | BWR | 02 03 04 | 279 | 48.7 | 45,285.2 |
| eorgia Power Company | Vogtle 1 | PWR | 02 03 06 | 101 | 42.8 | 45,328.0 |
| Exelon Generation Company, LLC | Byron 1 | PWR | 02 03 12 | 96 | 40.3 | 45,368.2 |
| Nine Mile Point Nuclear Power Station, LLC | Nine Mile Point 2 | BWR | 02 03 16 | 284 | 48.3 | 45,416.4 |
| rizona Public Service Company | Palo Verde 2 | PWR | 02 03 16 | 109 | 47.8 | 45,464.2 |
| Rochester Gas and Electric Company | Ginna | PWR | 02 03 18 | 40 | 13.9 | 45,478.1 |
| ntergy Louisiana, Inc. | Waterford 3 | PWR | 02 03 22 | 92 | 39.4 | 45,517.4 |
| eorgia Power Company | Hatch 1 | BWR | 02 03 23 | 224 | 38.6 | 45,555.9 |
| uke Power Company | Oconee 1 | PWR | 02 03 23 | 60 | 29.3 | 45,585.1 |
| lorida Power & Light Co. | Turkey Point 4 | PWR | 02 03 23 | 56 | 25.8 | 45,610.9 |
| ansas Gas & Electric Company | Wolf Creek | PWR | 02 03 23 | 88 | 40.1 | 45,650.9 |
| irginia Electric and Power Co. | Surry 2 | PWR | 02 03 24 | 69 | 31.9 | 45,682.8 |
| ennessee Valley Authority | Browns Ferry 3 | BWR | 02 03 26 | 284 | 48.7 | 45,731.4 |
| as Utilities Generating Company | Comanche Peak 2 | PWR | 02 03 30 | 91 | 37.2 | 45,768.6 |
| nerGen Energy Company, LLC | Clinton | BWR | 02 04 02 | 268 | 47.8 | 45,816.3 |
| SEG Nuclear LLC | Salem 2 | PWR | 02 04 04 | 77 | 35.4 | 45,851.7 |
| Entergy Arkansas, Inc. | Arkansas Nuclear One 2 | PWR | 02 04 12 | 81 | 34.8 | 45,886.4 |
| Visconsin Electric Power Company | Point Beach 2 | PWR | 02 04 12 | 36 | 12.8 | 45,899.2 |
| ennessee Valley Authority | Sequoyah 2 | PWR | 02 04 14 | 81 | 36.9 | 45,936.1 |
| arolina Power & Light Company | Brunswick 2 | BWR | 02 04 19 | 2 | 0.4 | 45,936.4 |
| outh Carolina Electric & Gas Company | Summer | PWR | 02 04 19 | 57 | 23.8 | 45,960.2 |
| Exelon Generation Company, LLC | Braidwood 2 | PWR | 02 04 20 | 117 | 49.0 | 46,009.1 |
| ennessee Valley Authority | Browns Ferry 2 | BWR | 02 04 23 | 7 | 1.2 | 46,010.3 |
| uke Power Company | Catawba 1 | PWR | 02 04 27 | 101 | 46.2 | 46,056.5 |
| acific Gas & Electric Company | Diablo Canyon 1 | PWR | 02 04 30 | 108 | 45.2 | 46,101.6 |
| ndiana Michigan Power Co. | Cook 1 | PWR | 02 05 03 | 76 | 35.1 | 46,136.7 |
| maha Public Power District | Fort Calhoun | PWR | 02 05 03 | 40 | 15.0 | 46,151.6 |
| PL Energy Seabrook, LLC | Seabrook | PWR | 02 05 04 | 93 | 42.3 | 46,193.9 |
| Entergy Nuclear Vermont Yankee, LLC | Vermont Yankee | BWR | 02 05 11 | 44 | 7.6 | 46,201.5 |
| Exelon Generation Company, LLC | La Salle County 1 | BWR | 02 05 18 | 3 | 0.6 | 46,202.0 |
| outhern California Edison Co. | San Onofre 2 | PWR | 02 05 20 | 104 | 45.5 | 46,247.5 |
| Dominion Nuclear Connecticut, Inc. | Millstone 3 | PWR | 02 09 07 | 117 | 53.3 | 46,300.7 |
| Exelon Generation Company, LLC | Peach Bottom 2 | BWR | 02 09 10 | 284 | 48.6 | 46,349.3 |
| ystems Energy Resources, Inc. | Grand Gulf 1 | BWR | 02 09 13 | 240 | 40.8 | 46,390.0 |
| uke Power Company | McGuire 1 | PWR | 02 09 13 | 89 | 40.8 | 46,430.7 |
| abama Power Company | Farley 2 | PWR | 02 09 14 | 89 | 37.7 | 46,468.4 |
| isconsin Electric Power Company | Point Beach 1 | PWR | 02 09 14 | 40 | 14.1 | 46,482.5 |
| Exelon Generation Company, LLC | Byron 2 | PWR | 02 09 16 | 108 | 45.2 | 46,527.6 |
| arolina Power & Light Company | Brunswick 1 | BWR | 02 09 21 | 3 | 0.6 | 46,528.1 |
| as Utilities Generating Company | Comanche Peak 1 | PWR | 02 09 28 | 89 | 36.3 | 46,564.4 |

APPENDIX A
2004 ACCEPTANCE PRIORITY RANKING

LISTING OF SPENT FUEL BY DATE OF PERMANENT DISCHARGE[1]

| urchaser | Fuel Originator | Type | Ranking Date | # of ASMB | MTU | Total MTU |
|---|---|---|---|---|---|---|
| rizona Public Service Company | Palo Verde 1 | PWR | 02 09 28 | 105 | 45.9 | 46,610.3 |
| lorida Power & Light Co. | Saint Lucie 1 | PWR | 02 09 30 | 93 | 36.9 | 46,647.1 |
| outh Texas Project NOC | South Texas 2 | PWR | 02 10 02 | 73 | 39.2 | 46,686.2 |
| Entergy Arkansas, Inc. | Arkansas Nuclear One 1 | PWR | 02 10 04 | 60 | 27.9 | 46,714.1 |
| merGen Energy Company, LLC | Oyster Creek | BWR | 02 10 04 | 196 | 33.7 | 46,747.7 |
| Entergy Nuclear Vermont Yankee, LLC | Vermont Yankee | BWR | 02 10 05 | 152 | 26.7 | 46,774.4 |
| ieorgia Power Company | Vogtle 2 | PWR | 02 10 05 | 101 | 42.8 | 46,817.1 |
| ntergy Nuclear FitzPatrick, LLC | Fitzpatrick | BWR | 02 10 07 | 196 | 35.3 | 46,852.4 |
| Exelon Generation Company, LLC | Dresden 3 | BWR | 02 10 08 | 284 | 48.0 | 46,900.4 |
| 'SEG Nuclear LLC | Salem 1 | PWR | 02 10 10 | 73 | 33.6 | 46,933.9 |
| uke Power Company | Oconee 2 | PWR | 02 10 12 | 61 | 29.8 | 46,963.6 |
| arolina Power & Light Company | Robinson 2 | PWR | 02 10 12 | 77 | 32.0 | 46,995.6 |
| ennessee Valley Authority | Browns Ferry 2 | BWR | 02 10 19 | 50 | 8.6 | 47,004.2 |
| meren UE | Callaway | PWR | 02 10 23 | 96 | 40.1 | 47,044.2 |
| ntergy Nuclear Indian Point 2, LLC | Indian Point 2 | PWR | 02 10 25 | 92 | 41.6 | 47,085.7 |
| Exelon Generation Company, LLC | La Salle County 2 | BWR | 02 10 25 | 5 | 0.9 | 47,086.6 |
| Exelon Generation Company, LLC | Quad Cities 1 | BWR | 02 11 05 | 296 | 51.1 | 47,137.7 |
| lorthern States Power Co. | Prairie Island 1 | PWR | 02 11 16 | 57 | 20.1 | 47,157.7 |
| lorida Power Corporation [23] | Crystal River 3 | PWR | 02 12 31 | 5 | 2.4 | 47,160.0 |
| Entergy Nuclear Indian Point 3, LLC [24] | Indian Point 3 | PWR | 02 12 31 | 2 | 1.0 | 47,160.9 |
| merGen Energy Company, LLC [25] | Three Mile Island 1 | PWR | 02 12 31 | 4 | 1.9 | 47,162.8 |

## APPENDIX A
## 2004 ACCEPTANCE PRIORITY RANKING

ınal Delivery Schedule approval and waste acceptance will be contingent upon these Purchasers meeting their one-time fee obligations.

ɒe 2004 APR does not include 0.059 MTU of waste originally shipped to GE Vallecitos that has been moved to INEL.

WR = Boiling Water Reactor; PWR = Pressurized Water Reactor; RCH = Research Reactor; HTG = High Temperature Gas Reactor; MSC = cellaneous.

anking Date is the date of permanent discharge, or appending SNF that was not previously identified according to the date it is first reported.

SMB = Assemblies.

umbers have been rounded up to the nearest tenth.

umulative totals rounded up to the nearest tenth.

lthough this SNF was discharged in 1985, it was reported to DOE in 1991 as being permanently discharged. As such, it has been assigned a king date of December 31, 1991 for inclusion in the APR.

lthough this SNF was discharged in 1990, it was reported to DOE in 1991 as being permanently discharged. As such, it has been assigned a king date of December 31, 1991 for inclusion in the APR.

lthough this SNF was discharged in 1985, it was reported to DOE in 1993 as being permanently discharged. As such, it has been assigned a king date of December 31, 1993 for inclusion in the APR.

Although this SNF was discharged in 1986, it was reported to DOE in 1993 as being permanently discharged. As such, it has been assigned a king date of December 31, 1993 for inclusion in the APR.

Although this SNF was discharged in 1985, it was reported to DOE in 1995 as being permanently discharged. As such, it has been assigned a ıking date of December 31, 1995 for inclusion in the APR.

Although this SNF was discharged in 1985, it was reported to DOE in 1995 as being permanently discharged. As such, it has been assigned a ıking date of December 31, 1995 for inclusion in the APR.

Although this SNF was discharged in 1983 or 1986, it was reported to DOE in 1998 as being permanently discharged. As such, it has been signed a ranking date of December 31, 1998 for inclusion in the APR.

Although this SNF was discharged in 1986, it was reported to DOE in 1998 as being permanently discharged. As such, it has been assigned a ıking date of December 31, 1998 for inclusion in the APR.

Although this SNF was discharged in 1987, 1988 or 1992, it was reported to DOE in 1998 as being permanently discharged. As such, it has been signed a ranking date of December 31, 1998 for inclusion in the APR.

Although this SNF was discharged in 1989, it was reported to DOE in 1998 as being permanently discharged. As such, it has been assigned a ıking date of December 31, 1998 for inclusion in the APR.

Although this SNF was discharged in 1990, it was reported to DOE in 1998 as being permanently discharged. As such, it has been assigned a king date of December 31, 1998 for inclusion in the APR.

Although this SNF was discharged in 1990, it was reported to DOE in 1998 as being permanently discharged. As such, it has been assigned a ıking date of December 31, 1998 for inclusion in the APR.

Although this SNF was discharged in 1991, it was reported to DOE in 1998 as being permanently discharged. As such, it has been assigned a ıking date of December 31, 1998 for inclusion in the APR.

Although this SNF was discharged in 1991 or 1992, it was reported to DOE in 1998 as being permanently discharged. As such, it has been signed a ranking date of December 31, 1998 for inclusion in the APR.

Although this SNF was discharged in 1991 or 1993, it was reported to DOE in 1998 as being permanently discharged. As such, it has been signed a ranking date of December 31, 1998 for inclusion in the APR.

Although this SNF was discharged in 1993, it was reported to DOE in 1998 as being permanently discharged. As such, it has been assigned a ıking date of December 31, 1998 for inclusion in the APR.

Although this SNF was discharged in 1981 or 1983, it was reported to DOE in 2002 as being permanently discharged. As such, it has been signed a ranking date of December 31, 2002 for inclusion in the APR.

Although this SNF was discharged in 1990, it was reported to DOE in 2002 as being permanently discharged. As such, it has been assigned a ıking date of December 31, 2002 for inclusion in the APR.

Although this SNF was discharged in 1991, it was reported to DOE in 2002 as being permanently discharged. As such, it has been assigned a ıking date of December 31, 2002 for inclusion in the APR.

# APPENDIX B

## ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS FOR THE DISPOSAL OF SPENT NUCLEAR FUEL

Tables B.1 through B.10 present the listing of Purchasers' allocations in each of the first 10 years of projected CRWMS operations. An allocation is a portion of the nominal acceptance capacity (measured in MTU) in a particular year for an individual Purchaser. The number of assemblies that was the basis for each allocation is also included. To determine which Purchasers receive allocations for each year, the MTU equivalents of the SNF that the Purchaser permanently discharged, as contained in the 2004 APR (see Appendix A), were summed until the projected nominal capacity for each year was approximated. In some cases, it was necessary to divide discharged SNF with the same date of discharge if inclusion of the entire discharge would cause the total amount allocated in a given year to be significantly different from the nominal acceptance rate. In these cases, the remaining assemblies in the discharge were used as part of the Purchasers' allocation for the following year.

TABLE B.1
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2010

| .RCHASER / FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| nerGen Energy Company, LLC | 160 | | 31.1 | | |
| Oyster Creek | | 160 | | 31.1 | BWR |
| onnecticut Yankee Atomic Power Co. | 156 | | 65.5 | | |
| Haddam Neck | | 156 | | 65.5 | PWR |
| airyland Power Cooperative | 6 | | 0.8 | | |
| La Crosse | | 6 | | 0.8 | BWR |
| ominion Nuclear Connecticut, Inc. | 28 | | 5.5 | | |
| Millstone 1 | | 28 | | 5.5 | BWR |
| itergy Nuclear Indian Point 2, LLC | 15 | | 3.0 | | |
| Indian Point 1 | | 15 | | 3.0 | PWR |
| :elon Generation Company, LLC | 206 | | 21.1 | | |
| Dresden 1 | | 206 | | 21.1 | BWR |
| E. Uranium Management Corp. | 753 | | 145.2 | | |
| Dresden 2 | | 753 | | 145.2 | BWR |
| eneral Atomics | 19 | | 0.1 | | |
| General Atomics | | 19 | | 0.1 | RCH |
| ieral Electric Company | 0 | | 0.3 | | |
| various | | 0 | | 0.3 | |
| ne Mile Point Nuclear Power Station, LLC | 48 | | 9.4 | | |
| Nine Mile Point 1 | | 48 | | 9.4 | BWR |
| acific Gas & Electric Company | 95 | | 7.3 | | |
| Humboldt Bay | | 95 | | 7.3 | BWR |
| ochester Gas and Electric Company | 81 | | 32.0 | | |
| Ginna | | 81 | | 32.0 | PWR |
| outhern California Edison Co. | 97 | | 35.6 | | |
| San Onofre 1 | | 97 | | 35.6 | PWR |
| S. DOE | 91 | | 22.9 | | |
| Big Rock Point | | 47 | | 6.4 | BWR |
| Ginna | | 40 | | 15.3 | PWR |
| La Crosse | | 1 | | 0.1 | BWR |
| Point Beach 1 | | 3 | | 1.2 | PWR |
| isconsin Electric Power Company | 41 | | 16.3 | | |
| Point Beach 1 | | 41 | | 16.3 | PWR |
| ankee Atomic Electric Company | 36 | | 9.9 | | |
| Yankee Rowe | | 36 | | 9.9 | PWR |

TABLE B.1
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2010

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| TAL SNF | 1832 | 1832 | 406.0 | 406.1 | |
| ). OF PURCHASERS | 16 | | | | |
| ). OF FUEL ORIGINATORS | 16 | | | | |
| ). OF PWR ASSEMBLIES | 469 | | | | |
| ). OF BWR ASSEMBLIES | 1344 | | | | |
| ). OF RCH ASSEMBLIES | 19 | | | | |
| ). OF HTG ASSEMBLIES | 0 | | | | |

The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to lependent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.
BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.2
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2011

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| erGen Energy Company, LLC | 220 | | 43.0 | | |
| Oyster Creek | | 220 | | 43.0 | BWR |
| rolina Power & Light Company | 156 | | 69.7 | | |
| Robinson 2 | | 156 | | 69.7 | PWR |
| nnecticut Yankee Atomic Power Co. | 55 | | 22.5 | | |
| Haddam Neck | | 55 | | 22.5 | PWR |
| nsumers Power Co. | 18 | | 2.5 | | |
| Big Rock Point | | 18 | | 2.5 | BWR |
| iryland Power Cooperative | 50 | | 6.0 | | |
| La Crosse | | 50 | | 6.0 | BWR |
| minion Nuclear Connecticut, Inc. | 208 | | 40.7 | | |
| Millstone 1 | | 208 | | 40.7 | BWR |
| ke Power Company | 53 | | 24.9 | | |
| Oconee 1 | | 53 | | 24.9 | PWR |
| tergy Nuclear Generation Company | 20 | | 3.9 | | |
| Pilgrim | | 20 | | 3.9 | BWR |
| ergy Nuclear Indian Point 2, LLC | 145 | | 27.7 | | |
| Indian Point 1 | | 145 | | 27.7 | PWR |
| tergy Nuclear Vermont Yankee, LLC | 378 | | 72.9 | | |
| Vermont Yankee | | 378 | | 72.9 | BWR |
| elon Generation Company, LLC | 355 | | 60.5 | | |
| Dresden 1 | | 89 | | 9.2 | BWR |
| Dresden 2 | | 139 | | 26.8 | BWR |
| Dresden 3 | | 95 | | 18.5 | BWR |
| Quad Cities 1 | | 32 | | 6.2 | BWR |
| orida Power & Light Co. | 46 | | 20.9 | | |
| Turkey Point 3 | | 46 | | 20.9 | PWR |
| eneral Atomics | 4 | | 0.1 | | |
| General Atomics | | 4 | | 0.1 | RCH |
| aine Yankee Atomic Power Company | 72 | | 26.4 | | |
| Maine Yankee | | 72 | | 26.4 | PWR |
| ne Mile Point Nuclear Power Station, LLC | 252 | | 49.0 | | |
| Nine Mile Point 1 | | 252 | | 49.0 | BWR |
| orthern States Power Co. | 135 | | 26.2 | | |
| Monticello | | 135 | | 26.2 | BWR |

TABLE B.2
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2011

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| ɹRCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| ıcific Gas & Electric Company | 78 | | 6.0 | | |
| Humboldt Bay | | 78 | | 6.0 | BWR |
| ɔchester Gas and Electric Company | 12 | | 4.6 | | |
| Ginna | | 12 | | 4.6 | PWR |
| ɔuthern California Edison Co. | 57 | | 20.5 | | |
| San Onofre 1 | | 57 | | 20.5 | PWR |
| .S. DOE | 42 | | 6.8 | | |
| Big Rock Point | | 38 | | 5.2 | BWR |
| Point Beach 1 | | 3 | | 1.2 | PWR |
| Robinson 2 | | 1 | | 0.4 | PWR |
| irginia Electric and Power Co. | 18 | | 8.2 | | |
| Surry 1 | | 18 | | 8.2 | PWR |
| /isconsin Electric Power Company | 110 | | 43.1 | | |
| Point Beach 1 | | 74 | | 28.7 | PWR |
| Point Beach 2 | | 36 | | 14.4 | PWR |
| ankee Atomic Electric Company | 37 | | 10.1 | | |
| Yankee Rowe | | 37 | | 10.1 | PWR |
| OTAL SNF | 2521 | 2521 | 596.2 | 596.4 | |

| | |
|---|---|
| IO. OF PURCHASERS | 23 |
| IO. OF FUEL ORIGINATORS | 26 |
| IO. OF PWR ASSEMBLIES | 765 |
| IO. OF BWR ASSEMBLIES | 1752 |
| IO. OF RCH ASSEMBLIES | 4 |
| IO. OF HTG ASSEMBLIES | 0 |

The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to .dependent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.
BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.3
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2012

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| ıerGen Energy Company, LLC | 198 | | 46.8 | | |
| Oyster Creek | | 168 | | 32.9 | BWR |
| Three Mile Island 1 | | 30 | | 14.0 | PWR |
| ΛXT | 0 | | 0.1 | | |
| Oconee 1 | | 0 | | 0.1 | PWR |
| rolina Power & Light Company | 108 | | 48.0 | | |
| Brunswick 2 | | 4 | | 0.7 | BWR |
| Robinson 2 | | 104 | | 47.3 | PWR |
| ınnecticut Yankee Atomic Power Co. | 101 | | 41.6 | | |
| Haddam Neck | | 101 | | 41.6 | PWR |
| ınsumers Power Co. | 227 | | 87.4 | | |
| Big Rock Point | | 22 | | 3.0 | BWR |
| Palisades | | 205 | | 84.4 | PWR |
| ıiryland Power Cooperative | 25 | | 3.0 | | |
| La Crosse | | 25 | | 3.0 | BWR |
| ɹminion Nuclear Connecticut, Inc. | 268 | | 52.5 | | |
| Millstone 1 | | 268 | | 52.5 | BWR |
| e Power Company | 103 | | 48.1 | | |
| Oconee 1 | | 60 | | 28.2 | PWR |
| Oconee 2 | | 42 | | 19.5 | PWR |
| Oconee 3 | | 1 | | 0.5 | PWR |
| ıtergy Nuclear Generation Company | 132 | | 25.5 | | |
| Pilgrim | | 132 | | 25.5 | BWR |
| ıtergy Nuclear Indian Point 2, LLC | 72 | | 32.8 | | |
| Indian Point 2 | | 72 | | 32.8 | PWR |
| .elon Generation Company, LLC | 1261 | | 251.2 | | |
| Dresden 1 | | 64 | | 6.6 | BWR |
| Dresden 2 | | 173 | | 33.3 | BWR |
| Dresden 3 | | 289 | | 56.1 | BWR |
| Peach Bottom 2 | | 186 | | 36.3 | BWR |
| Quad Cities 1 | | 157 | | 30.4 | BWR |
| Quad Cities 2 | | 343 | | 66.4 | BWR |
| Zion 1 | | 49 | | 22.3 | PWR |
| ɔrida Power & Light Co. | 133 | | 59.6 | | |
| Turkey Point 3 | | 83 | | 36.9 | PWR |
| Turkey Point 4 | | 50 | | 22.6 | PWR |
| :erstate Power & Light | 82 | | 15.4 | | |
| Duane Arnold | | 82 | | 15.4 | BWR |

TABLE B.3
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2012

| ꞌRCHASER / FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| ıne Yankee Atomic Power Company | 152 | | 57.9 | | |
| Maine Yankee | | 152 | | 57.9 | PWR |
| ɔraska Public Power District | 120 | | 23.6 | | |
| Cooper | | 120 | | 23.6 | BWR |
| ıe Mile Point Nuclear Power Station, LLC | 200 | | 38.9 | | |
| Nine Mile Point 1 | | 200 | | 38.9 | BWR |
| rthern States Power Co. | 429 | | 99.6 | | |
| Monticello | | 349 | | 67.6 | BWR |
| Prairie Island 1 | | 40 | | 16.0 | PWR |
| Prairie Island 2 | | 40 | | 16.0 | PWR |
| ıaha Public Power District | 61 | | 22.3 | | |
| Fort Calhoun | | 61 | | 22.3 | PWR |
| cific Gas & Electric Company | 217 | | 15.9 | | |
| Humboldt Bay | | 217 | | 15.9 | BWR |
| ıchester Gas and Electric Company | 62 | | 24.4 | | |
| Ginna | | 62 | | 24.4 | PWR |
| ıthern California Edison Co. | 106 | | 38.6 | | |
| San Onofre 1 | | 106 | | 38.6 | PWR |
| S. DOE | 20 | | 7.8 | | |
| Dresden 1 | | 2 | | 0.3 | BWR |
| Haddam Neck | | 1 | | 0.5 | PWR |
| Peach Bottom 2 | | 2 | | 0.4 | BWR |
| Surry 2 | | 10 | | 4.5 | PWR |
| Turkey Point 3 | | 5 | | 2.3 | PWR |
| rginia Electric and Power Co. | 252 | | 113.3 | | |
| Surry 1 | | 162 | | 72.9 | PWR |
| Surry 2 | | 90 | | 40.6 | PWR |
| 'isconsin Electric Power Company | 82 | | 32.6 | | |
| Point Beach 1 | | 48 | | 19.2 | PWR |
| Point Beach 2 | | 34 | | 13.4 | PWR |
| 'isconsin Public Service Corporation | 11 | | 4.4 | | |
| Kewaunee | | 11 | | 4.4 | PWR |
| ankee Atomic Electric Company | 40 | | 9.7 | | |
| Yankee Rowe | | 40 | | 9.7 | PWR |
| ɔTAL SNF | 4462 | 4462 | 1201.0 | 1201.7 | |

TABLE B.3
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2012

| RCHASER / FUEL ORIGINATOR | ASSEMBLIES PURCHASER | ASSEMBLIES ORIGINATOR | MTU PURCHASER* | MTU ORIGINATOR* | FUEL TYPE** |
|---|---|---|---|---|---|
| ). OF PURCHASERS | 26 | | | | |
| ). OF FUEL ORIGINATORS | 40 | | | | |
| ). OF PWR ASSEMBLIES | 1659 | | | | |
| ). OF BWR ASSEMBLIES | 2803 | | | | |
| ). OF RCH ASSEMBLIES | 0 | | | | |
| ). OF HTG ASSEMBLIES | 0 | | | | |

`he sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to ependent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.
BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.4
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2013

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| ıerGen Energy Company, LLC | 422 | | 114.4 | | |
| Oyster Creek | | 296 | | 55.9 | BWR |
| Three Mile Island 1 | | 126 | | 58.5 | PWR |
| ltimore Gas & Electric Co. | 216 | | 82.6 | | |
| Calvert Cliffs 1 | | 144 | | 54.0 | PWR |
| Calvert Cliffs 2 | | 72 | | 28.5 | PWR |
| VXT | 0 | | 0.1 | | |
| Oconee 1 | | 0 | | 0.1 | PWR |
| Oconee 2 | | 0 | | 0.1 | PWR |
| ogress Energy Carolinas, Inc. | 193 | | 50.5 | | |
| Brunswick 2 | | 140 | | 26.3 | BWR |
| Robinson 2 | | 53 | | 24.2 | PWR |
| ›nnecticut Yankee Atomic Power Co. | 53 | | 21.9 | | |
| Haddam Neck | | 53 | | 21.9 | PWR |
| ›nsumers Power Co. | 88 | | 30.0 | | |
| Big Rock Point | | 20 | | 2.7 | BWR |
| Palisades | | 68 | | 27.4 | PWR |
| ıryland Power Cooperative | 32 | | 3.9 | | |
| La Crosse | | 32 | | 3.9 | BWR |
| ›minion Nuclear Connecticut, Inc. | 169 | | 41.9 | | |
| Millstone 1 | | 124 | | 24.1 | BWR |
| Millstone 2 | | 45 | | 17.8 | PWR |
| ɹke Power Company | 380 | | 176.4 | | |
| Oconee 1 | | 116 | | 54.1 | PWR |
| Oconee 2 | | 138 | | 64.1 | PWR |
| Oconee 3 | | 126 | | 58.4 | PWR |
| ıtergy Arkansas, Inc. | 111 | | 51.5 | | |
| Arkansas Nuclear One 1 | | 111 | | 51.5 | PWR |
| ıtergy Nuclear FitzPatrick, LLC | 268 | | 51.4 | | |
| Fitzpatrick | | 268 | | 51.4 | BWR |
| ıtergy Nuclear Generation Company | 428 | | 82.6 | | |
| Pilgrim | | 428 | | 82.6 | BWR |
| ıtergy Nuclear Indian Point 2, LLC | 60 | | 27.1 | | |
| Indian Point 2 | | 60 | | 27.1 | PWR |
| ıtergy Nuclear Indian Point 3, LLC | 64 | | 29.3 | | |
| Indian Point 3 | | 64 | | 29.3 | PWR |