TABLE B.4
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2013

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| tergy Nuclear Vermont Yankee, LLC | 218 | | 40.2 | | |
| Vermont Yankee | | 218 | | 40.2 | BWR |
| elon Generation Company, LLC | 2372 | | 466.7 | | |
| Dresden 1 | | 530 | | 53.8 | BWR |
| Dresden 2 | | 196 | | 37.7 | BWR |
| Dresden 3 | | 176 | | 34.1 | BWR |
| Peach Bottom 2 | | 432 | | 80.9 | BWR |
| Peach Bottom 3 | | 440 | | 83.5 | BWR |
| Quad Cities 1 | | 183 | | 35.6 | BWR |
| Quad Cities 2 | | 180 | | 34.8 | BWR |
| Zion 1 | | 129 | | 58.6 | PWR |
| Zion 2 | | 106 | | 47.7 | PWR |
| orida Power & Light Co. | 181 | | 78.7 | | |
| Saint Lucie 1 | | 52 | | 20.6 | PWR |
| Turkey Point 3 | | 35 | | 15.8 | PWR |
| Turkey Point 4 | | 94 | | 42.3 | PWR |
| orida Power Corporation | 2 | | 0.9 | | |
| Crystal River 3 | | 2 | | 0.9 | PWR |
| eneral Atomics | 2 | | 0.1 | | |
| General Atomics | | 2 | | 0.1 | RCH |
| eorgia Power Company | 28 | | 5.2 | | |
| Hatch 1 | | 28 | | 5.2 | BWR |
| diana Michigan Power Co. | 127 | | 57.8 | | |
| Cook 1 | | 127 | | 57.8 | PWR |
| terstate Power & Light | 194 | | 36.4 | | |
| Duane Arnold | | 194 | | 36.4 | BWR |
| aine Yankee Atomic Power Company | 203 | | 78.0 | | |
| Maine Yankee | | 203 | | 78.0 | PWR |
| ebraska Public Power District | 72 | | 13.8 | | |
| Cooper | | 72 | | 13.8 | BWR |
| ne Mile Point Nuclear Power Station, LLC | 160 | | 30.8 | | |
| Nine Mile Point 1 | | 160 | | 30.8 | BWR |
| orthern States Power Co. | 179 | | 65.2 | | |
| Monticello | | 28 | | 5.2 | BWR |
| Prairie Island 1 | | 76 | | 29.9 | PWR |
| Prairie Island 2 | | 75 | | 30.1 | PWR |
| maha Public Power District | 96 | | 35.4 | | |
| Fort Calhoun | | 96 | | 35.4 | PWR |

TABLE B.4
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2013

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| rtland General Electric Company | 1 | | 0.5 | | |
| Trojan | | 1 | | 0.5 | PWR |
| chester Gas and Electric Company | 82 | | 32.3 | | |
| Ginna | | 82 | | 32.3 | PWR |
| cramento Municipal Utility District | 76 | | 35.3 | | |
| Rancho Seco | | 76 | | 35.3 | PWR |
| uthern California Edison Co. | 52 | | 19.2 | | |
| San Onofre 1 | | 52 | | 19.2 | PWR |
| nnessee Valley Authority | 329 | | 64.2 | | |
| Browns Ferry 1 | | 194 | | 37.9 | BWR |
| Browns Ferry 2 | | 132 | | 25.9 | BWR |
| Browns Ferry 3 | | 3 | | 0.6 | BWR |
| S. DOE | 16 | | 7.3 | | |
| Oconee 1 | | 0 | | 0.1 | PWR |
| Surry 1 | | 1 | | 0.5 | PWR |
| Surry 2 | | 2 | | 0.9 | PWR |
| Turkey Point 3 | | 13 | | 5.9 | PWR |
| inia Electric and Power Co. | 121 | | 54.7 | | |
| Surry 1 | | 42 | | 19.2 | PWR |
| Surry 2 | | 79 | | 35.5 | PWR |
| isconsin Electric Power Company | 162 | | 64.2 | | |
| Point Beach 1 | | 81 | | 32.3 | PWR |
| Point Beach 2 | | 81 | | 31.9 | PWR |
| 'isconsin Public Service Corporation | 86 | | 33.8 | | |
| Kewaunee | | 86 | | 33.8 | PWR |
| ankee Atomic Electric Company | 76 | | 18.1 | | |
| Yankee Rowe | | 76 | | 18.1 | PWR |
| OTAL SNF | 7319 | 7319 | 2002.4 | 2002.8 | |
| O. OF PURCHASERS | 37 | | | | |
| O. OF FUEL ORIGINATORS | 58 | | | | |
| O. OF PWR ASSEMBLIES | 2843 | | | | |
| O. OF BWR ASSEMBLIES | 4474 | | | | |
| O. OF RCH ASSEMBLIES | 2 | | | | |
| O. OF HTG ASSEMBLIES | 0 | | | | |

e sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to

TABLE B.4
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2013

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |

ependent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.
BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.5
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2014

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| ?CHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| bama Power Company | 99 | | 45.6 | | |
| Farley 1 | | 99 | | 45.6 | PWR |
| erGen Energy Company, LLC | 205 | | 51.7 | | |
| Oyster Creek | | 153 | | 27.6 | BWR |
| Three Mile Island 1 | | 52 | | 24.1 | PWR |
| timore Gas & Electric Co. | 279 | | 107.5 | | |
| Calvert Cliffs 1 | | 142 | | 55.7 | PWR |
| Calvert Cliffs 2 | | 137 | | 51.9 | PWR |
| rolina Power & Light Company | 649 | | 145.8 | | |
| Brunswick 1 | | 284 | | 53.0 | BWR |
| Brunswick 2 | | 264 | | 49.5 | BWR |
| Robinson 2 | | 101 | | 43.3 | PWR |
| nnecticut Yankee Atomic Power Co. | 102 | | 42.1 | | |
| Haddam Neck | | 102 | | 42.1 | PWR |
| nsumers Power Co. | 116 | | 32.9 | | |
| Big Rock Point | | 48 | | 6.4 | BWR |
| Palisades | | 68 | | 26.5 | PWR |
| ryland Power Cooperative | 40 | | 4.9 | | |
| La Crosse | | 40 | | 4.9 | BWR |
| minion Nuclear Connecticut, Inc. | 461 | | 113.8 | | |
| Millstone 1 | | 316 | | 59.3 | BWR |
| Millstone 2 | | 145 | | 54.6 | PWR |
| ıke Power Company | 268 | | 124.2 | | |
| Oconee 1 | | 67 | | 31.1 | PWR |
| Oconee 2 | | 68 | | 31.5 | PWR |
| Oconee 3 | | 133 | | 61.5 | PWR |
| ıtergy Arkansas, Inc. | 169 | | 76.6 | | |
| Arkansas Nuclear One 1 | | 134 | | 61.7 | PWR |
| Arkansas Nuclear One 2 | | 35 | | 15.0 | PWR |
| ıtergy Nuclear FitzPatrick, LLC | 160 | | 30.0 | | |
| Fitzpatrick | | 160 | | 30.0 | BWR |
| ıtergy Nuclear Generation Company | 92 | | 17.1 | | |
| Pilgrim | | 92 | | 17.1 | BWR |
| ıtergy Nuclear Indian Point 2, LLC | 117 | | 52.8 | | |
| Indian Point 2 | | 117 | | 52.8 | PWR |
| ıtergy Nuclear Indian Point 3, LLC | 76 | | 34.7 | | |
| Indian Point 3 | | 76 | | 34.7 | PWR |

TABLE B.5
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2014

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| **tergy Nuclear Vermont Yankee, LLC** | 274 | | 50.7 | | |
| Vermont Yankee | | 274 | | 50.7 | BWR |
| **elon Generation Company, LLC** | 2207 | | 488.3 | | |
| Dresden 2 | | 384 | | 72.5 | BWR |
| Dresden 3 | | 200 | | 38.5 | BWR |
| Peach Bottom 2 | | 276 | | 51.3 | BWR |
| Peach Bottom 3 | | 488 | | 92.2 | BWR |
| Quad Cities 1 | | 417 | | 79.6 | BWR |
| Quad Cities 2 | | 180 | | 34.9 | BWR |
| Zion 1 | | 134 | | 61.2 | PWR |
| Zion 2 | | 128 | | 58.0 | PWR |
| **orida Power & Light Co.** | 400 | | 169.3 | | |
| Saint Lucie 1 | | 156 | | 58.4 | PWR |
| Turkey Point 3 | | 143 | | 65.4 | PWR |
| Turkey Point 4 | | 101 | | 45.6 | PWR |
| **orida Power Corporation** | 100 | | 46.4 | | |
| Crystal River 3 | | 100 | | 46.4 | PWR |
| **neral Atomics** | 5 | | 0.1 | | |
| General Atomics | | 5 | | 0.1 | RCH |
| **rgia Power Company** | 492 | | 91.6 | | |
| Hatch 1 | | 416 | | 77.7 | BWR |
| Hatch 2 | | 76 | | 14.0 | BWR |
| **diana Michigan Power Co.** | 294 | | 132.6 | | |
| Cook 1 | | 131 | | 57.7 | PWR |
| Cook 2 | | 163 | | 74.9 | PWR |
| **erstate Power & Light** | 172 | | 32.0 | | |
| Duane Arnold | | 172 | | 32.0 | BWR |
| **aine Yankee Atomic Power Company** | 141 | | 52.5 | | |
| Maine Yankee | | 141 | | 52.5 | PWR |
| **braska Public Power District** | 428 | | 80.9 | | |
| Cooper | | 428 | | 80.9 | BWR |
| **ne Mile Point Nuclear Power Station, LLC** | 368 | | 68.1 | | |
| Nine Mile Point 1 | | 368 | | 68.1 | BWR |
| **rthern States Power Co.** | 414 | | 111.4 | | |
| Monticello | | 252 | | 46.4 | BWR |
| Prairie Island 1 | | 81 | | 32.4 | PWR |
| Prairie Island 2 | | 81 | | 32.6 | PWR |
| **aha Public Power District** | 40 | | 14.8 | | |
| Fort Calhoun | | 40 | | 14.8 | PWR |

TABLE B.5
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2014

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| CHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| ısylvania Power Company | 13 | | 6.0 | | |
| Beaver Valley 1 | | 13 | | 6.0 | PWR |
| land General Electric Company | 88 | | 40.5 | | |
| Trojan | | 88 | | 40.5 | PWR |
| .G Nuclear LLC | 102 | | 46.9 | | |
| Salem 1 | | 102 | | 46.9 | PWR |
| :hester Gas and Electric Company | 91 | | 35.8 | | |
| Ginna | | 91 | | 35.8 | PWR |
| ramento Municipal Utility District | 106 | | 49.2 | | |
| Rancho Seco | | 106 | | 49.2 | PWR |
| ıthern California Edison Co. | 52 | | 19.3 | | |
| San Onofre 1 | | 52 | | 19.3 | PWR |
| ınessee Valley Authority | 1588 | | 297.6 | | |
| Browns Ferry 1 | | 607 | | 113.9 | BWR |
| Browns Ferry 2 | | 508 | | 95.5 | BWR |
| Browns Ferry 3 | | 473 | | 88.5 | BWR |
| . DOE | 432 | | 89.5 | | |
| Calvert Cliffs 1 | | 1 | | 0.4 | PWR |
| Fort St. Vrain | | 246 | | 3.0 | HTG |
| Oconee 1 | | 0 | | 0.1 | PWR |
| Surry 2 | | 8 | | 3.7 | PWR |
| Three Mile Island 2 | | 177 | | 82.6 | PWR |
| rginia Electric and Power Co. | 230 | | 105.5 | | |
| North Anna 1 | | 114 | | 52.4 | PWR |
| Surry 1 | | 72 | | 32.9 | PWR |
| Surry 2 | | 44 | | 20.2 | PWR |
| isconsin Electric Power Company | 125 | | 50.2 | | |
| Point Beach 1 | | 32 | | 12.8 | PWR |
| Point Beach 2 | | 93 | | 37.3 | PWR |
| isconsin Public Service Corporation | 87 | | 35.1 | | |
| Kewaunee | | 87 | | 35.1 | PWR |
| ankee Atomic Electric Company | 36 | | 8.5 | | |
| Yankee Rowe | | 36 | | 8.5 | PWR |
| ɔTAL SNF | 11118 | 11118 | 3002.5 | 3003.3 | |

TABLE B.5
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2014

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| ). OF PURCHASERS | 39 | | | | |
| ). OF FUEL ORIGINATORS | 67 | | | | |
| ). OF PWR ASSEMBLIES | 3991 | | | | |
| ). OF BWR ASSEMBLIES | 6876 | | | | |
| ). OF RCH ASSEMBLIES | 5 | | | | |
| ). OF HTG ASSEMBLIES | 246 | | | | |

The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to
ependent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.
BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.6
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2015

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| .RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| abama Power Company | 260 | | 119.3 | | |
| Farley 1 | | 144 | | 66.1 | PWR |
| Farley 2 | | 116 | | 53.2 | PWR |
| nerGen Energy Company, LLC | 207 | | 36.4 | | |
| Oyster Creek | | 207 | | 36.4 | BWR |
| altimore Gas & Electric Co. | 233 | | 89.6 | | |
| Calvert Cliffs 1 | | 180 | | 69.0 | PWR |
| Calvert Cliffs 2 | | 53 | | 20.6 | PWR |
| WXT | 0 | | 0.1 | | |
| Oconee 1 | | 0 | | 0.1 | PWR |
| Oconee 2 | | 0 | | 0.1 | PWR |
| arolina Power & Light Company | 494 | | 118.3 | | |
| Brunswick 1 | | 228 | | 42.5 | BWR |
| Brunswick 2 | | 159 | | 29.8 | BWR |
| Robinson 2 | | 107 | | 46.0 | PWR |
| onnecticut Yankee Atomic Power Co. | 102 | | 42.1 | | |
| Haddam Neck | | 102 | | 42.1 | PWR |
| nsumers Power Co. | 180 | | 59.9 | | |
| Big Rock Point | | 44 | | 5.6 | BWR |
| Palisades | | 136 | | 54.4 | PWR |
| airyland Power Cooperative | 52 | | 5.7 | | |
| La Crosse | | 52 | | 5.7 | BWR |
| ominion Nuclear Connecticut, Inc. | 341 | | 93.3 | | |
| Millstone 1 | | 192 | | 35.4 | BWR |
| Millstone 2 | | 149 | | 58.0 | PWR |
| uke Power Company | 350 | | 162.3 | | |
| Oconee 1 | | 134 | | 62.1 | PWR |
| Oconee 2 | | 144 | | 66.8 | PWR |
| Oconee 3 | | 72 | | 33.4 | PWR |
| ntergy Arkansas, Inc. | 195 | | 83.3 | | |
| Arkansas Nuclear One 1 | | 69 | | 32.1 | PWR |
| Arkansas Nuclear One 2 | | 126 | | 51.3 | PWR |
| ntergy Nuclear FitzPatrick, LLC | 388 | | 71.8 | | |
| Fitzpatrick | | 388 | | 71.8 | BWR |
| ntergy Nuclear Generation Company | 456 | | 83.9 | | |
| Pilgrim | | 456 | | 83.9 | BWR |
| ntergy Nuclear Indian Point 2, LLC | 75 | | 33.8 | | |
| Indian Point 2 | | 75 | | 33.8 | PWR |

TABLE B.6
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2015

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| tergy Nuclear Indian Point 3, LLC | 76 | | 34.7 | | |
| Indian Point 3 | | 76 | | 34.7 | PWR |
| tergy Nuclear Vermont Yankee, LLC | 226 | | 41.5 | | |
| Vermont Yankee | | 226 | | 41.5 | BWR |
| elon Generation Company, LLC | 2089 | | 451.7 | | |
| Dresden 2 | | 224 | | 41.3 | BWR |
| Dresden 3 | | 408 | | 75.1 | BWR |
| Peach Bottom 2 | | 276 | | 50.7 | BWR |
| Peach Bottom 3 | | 284 | | 52.0 | BWR |
| Quad Cities 1 | | 224 | | 41.3 | BWR |
| Quad Cities 2 | | 428 | | 79.3 | BWR |
| Zion 1 | | 125 | | 57.2 | PWR |
| Zion 2 | | 120 | | 54.8 | PWR |
| orida Power & Light Co. | 270 | | 112.4 | | |
| Saint Lucie 1 | | 151 | | 57.9 | PWR |
| Turkey Point 3 | | 49 | | 22.4 | PWR |
| Turkey Point 4 | | 70 | | 32.1 | PWR |
| orida Power Corporation | 125 | | 58.3 | | |
| Crystal River 3 | | 125 | | 58.3 | PWR |
| eneral Atomics | 12 | | 0.1 | | |
| General Atomics | | 12 | | 0.1 | RCH |
| eorgia Power Company | 574 | | 105.3 | | |
| Hatch 1 | | 282 | | 51.8 | BWR |
| Hatch 2 | | 292 | | 53.5 | BWR |
| diana Michigan Power Co. | 275 | | 120.2 | | |
| Cook 1 | | 194 | | 83.0 | PWR |
| Cook 2 | | 81 | | 37.2 | PWR |
| erstate Power & Light | 128 | | 23.6 | | |
| Duane Arnold | | 128 | | 23.6 | BWR |
| ine Yankee Atomic Power Company | 78 | | 30.0 | | |
| Maine Yankee | | 78 | | 30.0 | PWR |
| braska Public Power District | 226 | | 41.9 | | |
| Cooper | | 226 | | 41.9 | BWR |
| rthern States Power Co. | 558 | | 143.1 | | |
| Monticello | | 356 | | 64.7 | BWR |
| Prairie Island 1 | | 122 | | 47.1 | PWR |
| Prairie Island 2 | | 80 | | 31.2 | PWR |

TABLE B.6
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2015

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| :CHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| ɔha Public Power District | 60 | | 21.9 | | |
| Fort Calhoun | | 60 | | 21.9 | PWR |
| nsylvania Power Company | 106 | | 48.7 | | |
| Beaver Valley 1 | | 106 | | 48.7 | PWR |
| tland General Electric Company | 76 | | 34.9 | | |
| Trojan | | 76 | | 34.9 | PWR |
| ΞG Nuclear LLC | 158 | | 72.6 | | |
| Salem 1 | | 90 | | 41.4 | PWR |
| Salem 2 | | 68 | | 31.2 | PWR |
| ɔhester Gas and Electric Company | 34 | | 12.7 | | |
| Ginna | | 34 | | 12.7 | PWR |
| ɔramento Municipal Utility District | 69 | | 32.0 | | |
| Rancho Seco | | 69 | | 32.0 | PWR |
| ınessee Valley Authority | 1075 | | 236.0 | | |
| Browns Ferry 1 | | 267 | | 49.0 | BWR |
| Browns Ferry 2 | | 196 | | 36.4 | BWR |
| Browns Ferry 3 | | 476 | | 88.2 | BWR |
| Sequoyah 1 | | 68 | | 31.2 | PWR |
| Sequoyah 2 | | 68 | | 31.2 | PWR |
| ledo Edison Co. | 138 | | 65.2 | | |
| Davis-Besse | | 138 | | 65.2 | PWR |
| S. DOE | 534 | | 88.0 | | |
| Calvert Cliffs 1 | | 1 | | 0.4 | PWR |
| Cooper | | 2 | | 0.4 | BWR |
| Fort St. Vrain | | 480 | | 5.6 | HTG |
| multiple | | 0 | | 58.4 | |
| Oconee 1 | | 0 | | 0.1 | PWR |
| Point Beach 1 | | 3 | | 1.2 | PWR |
| Surry 2 | | 48 | | 22.0 | PWR |
| rginia Electric and Power Co. | 290 | | 133.0 | | |
| North Anna 1 | | 53 | | 24.4 | PWR |
| North Anna 2 | | 109 | | 50.1 | PWR |
| Surry 1 | | 62 | | 28.3 | PWR |
| Surry 2 | | 66 | | 30.2 | PWR |
| isconsin Electric Power Company | 142 | | 57.0 | | |
| Point Beach 1 | | 87 | | 35.0 | PWR |
| Point Beach 2 | | 55 | | 22.1 | PWR |
| isconsin Public Service Corporation | 66 | | 25.9 | | |
| Kewaunee | | 66 | | 25.9 | PWR |

TABLE B.6
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2015

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| ..RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| 'ankee Atomic Electric Company | 40 | | 9.4 | | |
| Yankee Rowe | | 40 | | 9.4 | PWR |
| 'OTAL SNF | 10758 | 10758 | 2999.9 | 3000.4 | |

| | |
|---|---|
| ÑO. OF PURCHASERS | 39 |
| ÑO. OF FUEL ORIGINATORS | 69 |
| ÑO. OF PWR ASSEMBLIES | 4245 |
| ÑO. OF BWR ASSEMBLIES | 6021 |
| ÑO. OF RCH ASSEMBLIES | 12 |
| ÑO. OF HTG ASSEMBLIES | 480 |

The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to ndependent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.

* BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.7
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2016

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| :HASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| ıma Power Company | 160 | | 73.4 | | |
| arley 1 | | 89 | | 40.9 | PWR |
| arley 2 | | 71 | | 32.6 | PWR |
| ren UE | 84 | | 38.7 | | |
| :allaway | | 84 | | 38.7 | PWR |
| more Gas & Electric Co. | 246 | | 93.8 | | |
| :alvert Cliffs 1 | | 76 | | 29.3 | PWR |
| :alvert Cliffs 2 | | 170 | | 64.6 | PWR |
| (T | 0 | | 0.1 | | |
| Oconee 2 | | 0 | | 0.1 | PWR |
| Quad Cities 2 | | 0 | | 0.1 | BWR |
| olina Power & Light Company | 565 | | 116.0 | | |
| Brunswick 1 | | 184 | | 33.8 | BWR |
| Brunswick 2 | | 333 | | 61.4 | BWR |
| Robinson 2 | | 48 | | 20.7 | PWR |
| ınecticut Yankee Atomic Power Co. | 109 | | 44.5 | | |
| Haddam Neck | | 109 | | 44.5 | PWR |
| ısumers Power Co. | 88 | | 24.8 | | |
| Big Rock Point | | 36 | | 4.6 | BWR |
| Palisades | | 52 | | 20.2 | PWR |
| iryland Power Cooperative | 56 | | 6.1 | | |
| La Crosse | | 56 | | 6.1 | BWR |
| minion Nuclear Connecticut, Inc. | 480 | | 103.6 | | |
| Millstone 1 | | 400 | | 71.4 | BWR |
| Millstone 2 | | 80 | | 32.3 | PWR |
| ıke Power Company | 433 | | 200.0 | | |
| McGuire 1 | | 107 | | 49.1 | PWR |
| McGuire 2 | | 39 | | 18.0 | PWR |
| Oconee 1 | | 115 | | 53.2 | PWR |
| Oconee 2 | | 68 | | 31.5 | PWR |
| Oconee 3 | | 104 | | 48.2 | PWR |
| ıergy Northwest | 59 | | 10.8 | | |
| Columbia | | 59 | | 10.8 | BWR |
| ıtergy Arkansas, Inc. | 136 | | 60.6 | | |
| Arkansas Nuclear One 1 | | 68 | | 31.5 | PWR |
| Arkansas Nuclear One 2 | | 68 | | 29.0 | PWR |
| ıtergy Nuclear FitzPatrick, LLC | 188 | | 34.4 | | |
| Fitzpatrick | | 188 | | 34.4 | BWR |

TABLE B.7
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2016

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| ʀCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| ıtergy Nuclear Indian Point 2, LLC | 140 | | 63.5 | | |
| Indian Point 2 | | 140 | | 63.5 | PWR |
| ıtergy Nuclear Indian Point 3, LLC | 72 | | 33.0 | | |
| Indian Point 3 | | 72 | | 33.0 | PWR |
| ıtergy Nuclear Vermont Yankee, LLC | 226 | | 41.3 | | |
| Vermont Yankee | | 226 | | 41.3 | BWR |
| :elon Generation Company, LLC | 1985 | | 419.8 | | |
| Dresden 2 | | 196 | | 35.6 | BWR |
| Dresden 3 | | 176 | | 32.0 | BWR |
| La Salle County 1 | | 232 | | 42.5 | BWR |
| Peach Bottom 2 | | 292 | | 53.3 | BWR |
| Peach Bottom 3 | | 284 | | 51.7 | BWR |
| Quad Cities 1 | | 412 | | 73.6 | BWR |
| Quad Cities 2 | | 176 | | 31.9 | BWR |
| Zion 1 | | 73 | | 33.3 | PWR |
| Zion 2 | | 144 | | 65.9 | PWR |
| orida Power & Light Co. | 337 | | 141.8 | | |
| Saint Lucie 1 | | 85 | | 32.2 | PWR |
| Saint Lucie 2 | | 80 | | 31.0 | PWR |
| Turkey Point 3 | | 57 | | 26.1 | PWR |
| Turkey Point 4 | | 115 | | 52.6 | PWR |
| orida Power Corporation | 65 | | 30.1 | | |
| Crystal River 3 | | 65 | | 30.1 | PWR |
| ɜneral Atomics | 8 | | 0.1 | | |
| General Atomics | | 8 | | 0.1 | RCH |
| ɜorgia Power Company | 559 | | 103.2 | | |
| Hatch 1 | | 378 | | 69.9 | BWR |
| Hatch 2 | | 181 | | 33.2 | BWR |
| diana Michigan Power Co. | 274 | | 119.3 | | |
| Cook 1 | | 94 | | 40.2 | PWR |
| Cook 2 | | 180 | | 79.2 | PWR |
| erstate Power & Light | 120 | | 22.0 | | |
| Duane Arnold | | 120 | | 22.0 | BWR |
| ıine Yankee Atomic Power Company | 146 | | 54.8 | | |
| Maine Yankee | | 146 | | 54.8 | PWR |
| braska Public Power District | 116 | | 21.2 | | |
| Cooper | | 116 | | 21.2 | BWR |

TABLE B.7
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2016

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| ıe Mile Point Nuclear Power Station, LLC | 416 | | 74.8 | | |
| Nine Mile Point 1 | | 416 | | 74.8 | BWR |
| ırthern States Power Co. | 160 | | 58.9 | | |
| Prairie Island 1 | | 66 | | 24.1 | PWR |
| Prairie Island 2 | | 94 | | 34.8 | PWR |
| naha Public Power District | 90 | | 32.3 | | |
| Fort Calhoun | | 90 | | 32.3 | PWR |
| ennsylvania Power & Light Co. | 488 | | 89.6 | | |
| Susquehanna 1 | | 488 | | 89.6 | BWR |
| ennsylvania Power Company | 77 | | 35.2 | | |
| Beaver Valley 1 | | 77 | | 35.2 | PWR |
| ortland General Electric Company | 92 | | 42.2 | | |
| Trojan | | 92 | | 42.2 | PWR |
| SEG Nuclear LLC | 141 | | 64.6 | | |
| Salem 1 | | 73 | | 33.4 | PWR |
| Salem 2 | | 68 | | 31.2 | PWR |
| ochester Gas and Electric Company | 94 | | 35.1 | | |
| Ginna | | 94 | | 35.1 | PWR |
| acramento Municipal Utility District | 65 | | 30.1 | | |
| Rancho Seco | | 65 | | 30.1 | PWR |
| outh Carolina Electric & Gas Company | 110 | | 50.4 | | |
| Summer | | 110 | | 50.4 | PWR |
| outhern California Edison Co. | 180 | | 73.9 | | |
| San Onofre 1 | | 52 | | 19.3 | PWR |
| San Onofre 2 | | 64 | | 27.3 | PWR |
| San Onofre 3 | | 64 | | 27.3 | PWR |
| ennessee Valley Authority | 1219 | | 277.0 | | |
| Browns Ferry 1 | | 420 | | 76.7 | BWR |
| Browns Ferry 2 | | 603 | | 110.3 | BWR |
| Sequoyah 1 | | 128 | | 58.7 | PWR |
| Sequoyah 2 | | 68 | | 31.2 | PWR |
| oledo Edison Co. | 65 | | 30.6 | | |
| Davis-Besse | | 65 | | 30.6 | PWR |
| .S. DOE | 0 | | 0.1 | | |
| Oconee 1 | | 0 | | 0.1 | PWR |

TABLE B.7
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2016

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| ᴙCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| ɼginia Electric and Power Co. | 330 | | 151.3 | | |
| North Anna 1 | | 107 | | 49.1 | PWR |
| North Anna 2 | | 97 | | 44.6 | PWR |
| Surry 1 | | 72 | | 32.9 | PWR |
| Surry 2 | | 54 | | 24.7 | PWR |
| isconsin Electric Power Company | 75 | | 29.9 | | |
| Point Beach 1 | | 31 | | 12.4 | PWR |
| Point Beach 2 | | 44 | | 17.5 | PWR |
| isconsin Public Service Corporation | 131 | | 49.8 | | |
| Kewaunee | | 131 | | 49.8 | PWR |
| ınkee Atomic Electric Company | 76 | | 17.7 | | |
| Yankee Rowe | | 76 | | 17.7 | PWR |
| )TAL SNF | 10461 | 10461 | 3000.5 | 3000.6 | |

| | |
|---|---|
| ). OF PURCHASERS | 43 |
| ). OF FUEL ORIGINATORS | 76 |
| ) OF PWR ASSEMBLIES | 4481 |
| OF BWR ASSEMBLIES | 5972 |
| ). OF RCH ASSEMBLIES | 8 |
| ). OF HTG ASSEMBLIES | 0 |

'he sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to ependent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.
BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor