TABLE B.8
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2017

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| ˍRCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| labama Power Company | 169 | | 77.8 | | |
| Farley 1 | | 59 | | 27.2 | PWR |
| Farley 2 | | 110 | | 50.6 | PWR |
| meren UE | 96 | | 44.3 | | |
| Callaway | | 96 | | 44.3 | PWR |
| merGen Energy Company, LLC | 259 | | 67.0 | | |
| Oyster Creek | | 184 | | 32.2 | BWR |
| Three Mile Island-1 | | 75 | | 34.7 | PWR |
| rizona Public Service Company | 157 | | 66.5 | | |
| Palo Verde 1 | | 73 | | 31.1 | PWR |
| Palo Verde 2 | | 84 | | 35.4 | PWR |
| 3altimore Gas & Electric Co. | 162 | | 62.0 | | |
| Calvert Cliffs 1 | | 76 | | 29.0 | PWR |
| Calvert Cliffs 2 | | 86 | | 33.0 | PWR |
| Carolina Power & Light Company | 409 | | 87.3 | | |
| Brunswick 1 | | 176 | | 32.3 | BWR |
| Brunswick 2 | | 183 | | 33.5 | BWR |
| Robinson 2 | | 50 | | 21.6 | PWR |
| nnecticut Yankee Atomic Power Co. | 53 | | 21.8 | | |
| Haddam Neck | | 53 | | 21.8 | PWR |
| Consumers Power Co. | 24 | | 3.1 | | |
| Big Rock Point | | 24 | | 3.1 | BWR |
| Dairyland Power Cooperative | 72 | | 7.8 | | |
| La Crosse | | 72 | | 7.8 | BWR |
| Dominion Nuclear Connecticut, Inc. | 405 | | 123.7 | | |
| Millstone 1 | | 196 | | 34.7 | BWR |
| Millstone 2 | | 134 | | 54.4 | PWR |
| Millstone 3 | | 75 | | 34.6 | PWR |
| Duke Power Company | 711 | | 318.5 | | |
| Catawba 1 | | 129 | | 54.7 | PWR |
| Catawba 2 | | 64 | | 27.2 | PWR |
| McGuire 1 | | 147 | | 65.4 | PWR |
| McGuire 2 | | 143 | | 65.7 | PWR |
| Oconee 1 | | 56 | | 25.8 | PWR |
| Oconee 2 | | 112 | | 51.9 | PWR |
| Oconee 3 | | 60 | | 27.8 | PWR |
| Energy Northwest | 161 | | 29.4 | | |
| Columbia | | 161 | | 29.4 | BWR |

TABLE B.8
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2017

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| tergy Arkansas, Inc. | 175 | | 76.8 | | |
| Arkansas Nuclear One 1 | | 64 | | 29.6 | PWR |
| Arkansas Nuclear One 2 | | 111 | | 47.2 | PWR |
| tergy Gulf States, Inc. | 164 | | 30.5 | | |
| River Bend | | 164 | | 30.5 | BWR |
| tergy Louisiana, Inc. | 92 | | 38.6 | | |
| Waterford 3 | | 92 | | 38.6 | PWR |
| tergy Nuclear FitzPatrick, LLC | 196 | | 35.8 | | |
| Fitzpatrick | | 196 | | 35.8 | BWR |
| tergy Nuclear Generation Company | 192 | | 34.2 | | |
| Pilgrim | | 192 | | 34.2 | BWR |
| tergy Nuclear Indian Point 2, LLC | 68 | | 31.1 | | |
| Indian Point 2 | | 68 | | 31.1 | PWR |
| tergy Nuclear Indian Point 3, LLC | 79 | | 36.1 | | |
| Indian Point 3 | | 79 | | 36.1 | PWR |
| tergy Nuclear Vermont Yankee, LLC | 136 | | 24.9 | | |
| Vermont Yankee | | 136 | | 24.9 | BWR |
| elon Generation Company, LLC | 1620 | | 375.2 | | |
| Byron 1 | | 88 | | 37.3 | PWR |
| Dresden 2 | | 172 | | 30.4 | BWR |
| La Salle County 2 | | 224 | | 41.0 | BWR |
| Limerick 1 | | 100 | | 18.6 | BWR |
| Peach Bottom 2 | | 272 | | 49.7 | BWR |
| Peach Bottom 3 | | 192 | | 35.0 | BWR |
| Quad Cities 1 | | 200 | | 35.4 | BWR |
| Quad Cities 2 | | 152 | | 26.9 | BWR |
| Zion 1 | | 140 | | 64.3 | PWR |
| Zion 2 | | 80 | | 36.6 | PWR |
| orida Power & Light Co. | 301 | | 117.1 | | |
| Saint Lucie 1 | | 84 | | 31.3 | PWR |
| Saint Lucie 2 | | 156 | | 57.9 | PWR |
| Turkey Point 3 | | 61 | | 27.9 | PWR |
| orida Power Corporation | 89 | | 41.3 | | |
| Crystal River 3 | | 89 | | 41.3 | PWR |
| neral Atomics | 2 | | 0.1 | | |
| General Atomics | | 2 | | 0.1 | RCH |
| orgia Power Company | 635 | | 116.3 | | |
| Hatch 1 | | 272 | | 49.8 | BWR |
| Hatch 2 | | 363 | | 66.5 | BWR |

TABLE B.8
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2017

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| :CHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| ana Michigan Power Co. | 80 | | 35.7 | | |
| Cook 1 | | 80 | | 35.7 | PWR |
| rstate Power & Light | 128 | | 23.4 | | |
| Duane Arnold | | 128 | | 23.4 | BWR |
| sas Gas & Electric Company | 60 | | 27.7 | | |
| Wolf Creek | | 60 | | 27.7 | PWR |
| ne Yankee Atomic Power Company | 67 | | 24.5 | | |
| Maine Yankee | | 67 | | 24.5 | PWR |
| ıraska Public Power District | 204 | | 37.3 | | |
| Cooper | | 204 | | 37.3 | BWR |
| e Mile Point Nuclear Power Station, LLC | 176 | | 31.1 | | |
| Nine Mile Point 1 | | 176 | | 31.1 | BWR |
| thern States Power Co. | 385 | | 92.6 | | |
| Monticello | | 256 | | 46.0 | BWR |
| Prairie Island 1 | | 41 | | 15.0 | PWR |
| Prairie Island 2 | | 88 | | 31.6 | PWR |
| ha Public Power District | 46 | | 16.4 | | |
| Fort Calhoun | | 46 | | 16.4 | PWR |
| :ific Gas & Electric Company | 103 | | 47.5 | | |
| Diablo Canyon 1 | | 66 | | 30.4 | PWR |
| Diablo Canyon 2 | | 37 | | 17.0 | PWR |
| ınsylvania Power & Light Co. | 564 | | 103.5 | | |
| Susquehanna 1 | | 240 | | 44.0 | BWR |
| Susquehanna 2 | | 324 | | 59.5 | BWR |
| nnsylvania Power Company | 138 | | 63.6 | | |
| Beaver Valley 1 | | 138 | | 63.6 | PWR |
| rtland General Electric Company | 118 | | 54.2 | | |
| Trojan | | 118 | | 54.2 | PWR |
| EG Nuclear LLC | 428 | | 133.0 | | |
| Hope Creek | | 232 | | 43.0 | BWR |
| Salem 1 | | 139 | | 63.9 | PWR |
| Salem 2 | | 57 | | 26.2 | PWR |
| chester Gas and Electric Company | 65 | | 23.5 | | |
| Ginna | | 65 | | 23.5 | PWR |

TABLE B.8
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2017

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| ;ARCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| ɔuth Carolina Electric & Gas Company | 60 | | 27.6 | | |
| Summer | | 60 | | 27.6 | PWR |
| ɔuthern California Edison Co. | 291 | | 118.7 | | |
| San Onofre 2 | | 202 | | 83.3 | PWR |
| San Onofre 3 | | 89 | | 35.4 | PWR |
| ɾstems Energy Resources, Inc. | 552 | | 101.5 | | |
| Grand Gulf — | | 552 | | 101.5 | BWR |
| S. DOE | 0 | | 0.1 | | |
| Arkansas Nuclear One 1 | | 0 | | 0.1 | PWR |
| rginia Electric and Power Co. | 187 | | 86.0 | | |
| North Anna 1 | | 47 | | 21.7 | PWR |
| North Anna 2 | | 57 | | 26.4 | PWR |
| Surry 1 | | 58 | | 26.5 | PWR |
| Surry 2 | | 25 | | 11.5 | PWR |
| :sconsin Electric Power Company | 135 | | 53.7 | | |
| Point Beach 1 | | 71 | | 28.5 | PWR |
| Point Beach 2 | | 64 | | 25.2 | PWR |
| ïsconsin Public Service Corporation | 61 | | 23.1 | | |
| ısKewaunee | | 61 | | 23.1 | PWR |
| :nkee Atomic Electric Company | 36 | | 8.3 | | |
| Yankee Rowe | | 36 | | 8.3 | PWR |
| ›TAL SNF | 10311 | 10311 | 3000.2 | 3000.3 | |
| ). OF PURCHASERS | 47 | | | | |
| ). OF FUEL ORIGINATORS | 84 | | | | |
| ). OF PWR ASSEMBLIES | 4566 | | | | |
| ). OF BWR ASSEMBLIES | 5743 | | | | |
| ). OF RCH ASSEMBLIES | 2 | | | | |
| ). OF HTG ASSEMBLIES | 0 | | | | |

'he sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to ependent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.
3WR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.9
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2018

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| abama Power Company | 130 | | 60.2 | | |
| Farley 1 | | 73 | | 33.7 | PWR |
| Farley 2 | | 57 | | 26.6 | PWR |
| neren UE | 88 | | 38.0 | | |
| Callaway | | 88 | | 38.0 | PWR |
| nerGen Energy Company, LLC | 402 | | 88.6 | | |
| Clinton | | 168 | | 30.9 | BWR |
| Oyster Creek | | 176 | | 30.8 | BWR |
| Three Mile Island 1 | | 58 | | 26.9 | PWR |
| izona Public Service Company | 169 | | 69.4 | | |
| Palo Verde 1 | | 100 | | 39.8 | PWR |
| Palo Verde 3 | | 69 | | 29.6 | PWR |
| altimore Gas & Electric Co. | 165 | | 64.2 | | |
| Calvert Cliffs 1 | | 93 | | 36.1 | PWR |
| Calvert Cliffs 2 | | 72 | | 28.0 | PWR |
| WXT | 0 | | 0.1 | | |
| Oconee 1 | | 0 | | 0.1 | PWR |
| rolina Power & Light Company | 405 | | 87.4 | | |
| Brunswick 1 | | 184 | | 33.7 | BWR |
| Brunswick 2 | | 168 | | 30.9 | BWR |
| Harris | | 4 | | 1.9 | PWR |
| Robinson 2 | | 49 | | 21.0 | PWR |
| leveland Electric Illuminating Co. | 123 | | 22.6 | | |
| Perry | | 123 | | 22.6 | BWR |
| onnecticut Yankee Atomic Power Co. | 54 | | 21.0 | | |
| Haddam Neck | | 54 | | 21.0 | PWR |
| onsumers Power Co. | 94 | | 25.9 | | |
| Big Rock Point (Shut Down) | | 42 | | 5.5 | BWR |
| Palisades | | 52 | | 20.4 | PWR |
| etroit Edison Company | 104 | | 19.1 | | |
| Enrico Fermi 2 | | 104 | | 19.1 | BWR |
| ominion Nuclear Connecticut, Inc. | 354 | | 103.9 | | |
| Millstone 1 (Shut Down) | | 196 | | 34.9 | BWR |
| Millstone 2 | | 73 | | 29.8 | PWR |
| Millstone 3 | | 85 | | 39.2 | PWR |

TABLE B.9
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2018

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| <e Power Company | 535 | | 234.6 | | |
| Catawba 1 | | 61 | | 25.8 | PWR |
| Catawba 2 | | 71 | | 30.2 | PWR |
| McGuire 1 | | 77 | | 32.7 | PWR |
| McGuire 2 | | 142 | | 60.7 | PWR |
| Oconee 1 | | 53 | | 24.5 | PWR |
| Oconee 2 | | 43 | | 19.9 | PWR |
| Oconee 3 | | 88 | | 40.8 | PWR |
| ergy Northwest | 288 | | 52.5 | | |
| Columbia | | 288 | | 52.5 | BWR |
| tergy Arkansas, Inc. | 61 | | 28.2 | | |
| Arkansas Nuclear One 1 | | 61 | | 28.2 | PWR |
| tergy Gulf States, Inc. | 222 | | 41.1 | | |
| River Bend | | 222 | | 41.1 | BWR |
| tergy Louisiana, Inc. | 80 | | 31.8 | | |
| Waterford 3 | | 80 | | 31.8 | PWR |
| tergy Nuclear FitzPatrick, LLC | 184 | | 33.6 | | |
| Fitzpatrick | | 184 | | 33.6 | BWR |
| rgy Nuclear Indian Point 2, LLC | 72 | | 33.0 | | |
| Indian Point 2 | | 72 | | 33.0 | PWR |
| tergy Nuclear Indian Point 3, LLC | 62 | | 28.4 | | |
| Indian Point 3 | | 62 | | 28.4 | PWR |
| tergy Nuclear Vermont Yankee, LLC | 136 | | 25.0 | | |
| Vermont Yankee | | 136 | | 25.0 | BWR |
| elon Generation Company, LLC | 2328 | | 523.9 | | |
| Braidwood 1 | | 88 | | 37.5 | PWR |
| Byron 1 | | 76 | | 32.2 | PWR |
| Byron 2 | | 88 | | 37.6 | PWR |
| Dresden 2 | | 200 | | 35.2 | BWR |
| Dresden 3 | | 168 | | 29.6 | BWR |
| La Salle County 1 | | 396 | | 72.5 | BWR |
| La Salle County 2 | | 236 | | 43.1 | BWR |
| Limerick 1 | | 636 | | 117.4 | BWR |
| Quad Cities 1 | | 132 | | 23.5 | BWR |
| Quad Cities 2 | | 164 | | 29.1 | BWR |
| Zion 1 (Shut Down) | | 76 | | 35.0 | PWR |
| Zion 2 (Shut Down) | | 68 | | 31.2 | PWR |
| rida Power & Light Co. | 220 | | 86.9 | | |
| Saint Lucie 1 | | 83 | | 30.8 | PWR |
| Saint Lucie 2 | | 84 | | 31.8 | PWR |
| Turkey Point 4 | | 53 | | 24.3 | PWR |

TABLE B.9
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2018

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| :CHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| eral Atomics | 13 | | 0.1 | | |
| General Atomics | | 13 | | 0.1 | RCH |
| ırgia Power Company | 459 | | 103.3 | | |
| Hatch 1 | | 150 | | 27.5 | BWR |
| Hatch 2 | | 242 | | 44.6 | BWR |
| Vogtle 1 | | 67 | | 31.2 | PWR |
| iana Michigan Power Co. | 152 | | 65.7 | | |
| Cook 1 | | 80 | | 36.8 | PWR |
| Cook 2 | | 72 | | 29.0 | PWR |
| ırstate Power & Light | 120 | | 21.9 | | |
| Duane Arnold | | 120 | | 21.9 | BWR |
| ısas Gas & Electric Company | 73 | | 33.7 | | |
| Wolf Creek | | 73 | | 33.7 | PWR |
| ine Yankee Atomic Power Company | 57 | | 20.8 | | |
| Maine Yankee (Shut Down) | | 57 | | 20.8 | PWR |
| braska Public Power District | 176 | | 32.2 | | |
| Cooper | | 176 | | 32.2 | BWR |
| rthern States Power Co. | 209 | | 52.3 | | |
| Monticello | | 128 | | 22.7 | BWR |
| Prairie Island 1 | | 37 | | 13.5 | PWR |
| Prairie Island 2 | | 44 | | 16.0 | PWR |
| naha Public Power District | 44 | | 15.2 | | |
| Fort Calhoun | | 44 | | 15.2 | PWR |
| ıcific Gas & Electric Company | 142 | | 65.3 | | |
| Diablo Canyon 1 | | 68 | | 31.3 | PWR |
| Diablo Canyon 2 | | 74 | | 34.0 | PWR |
| ınnsylvania Power & Light Co. | 669 | | 121.2 | | |
| Susquehanna 1 | | 228 | | 40.5 | BWR |
| Susquehanna 2 | | 441 | | 80.8 | BWR |
| ınnsylvania Power Company | 122 | | 56.3 | | |
| Beaver Valley 1 | | 69 | | 31.9 | PWR |
| Beaver Valley 2 | | 53 | | 24.4 | PWR |
| ırtland General Electric Company | 106 | | 48.8 | | |
| Trojan (Shut Down) | | 106 | | 48.8 | PWR |

TABLE B.9
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2018

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| EG Nuclear LLC | 301 | | 96.0 | | |
| Hope Creek | | 155 | | 28.6 | BWR |
| Salem 1 | | 65 | | 30.2 | PWR |
| Salem 2 | | 81 | | 37.3 | PWR |
| chester Gas and Electric Company | 36 | | 12.8 | | |
| Ginna | | 36 | | 12.8 | PWR |
| cramento Municipal Utility District | 177 | | 82.0 | | |
| Rancho Seco (Shut Down) | | 177 | | 82.0 | PWR |
| uth Carolina Electric & Gas Company | 61 | | 28.0 | | |
| Summer | | 61 | | 28.0 | PWR |
| uth Texas Project NOC | 18 | | 9.8 | | |
| South Texas 1 | | 18 | | 9.8 | PWR |
| uthern California Edison Co. | 274 | | 112.7 | | |
| San Onofre 1 (Shut Down) | | 52 | | 19.2 | PWR |
| San Onofre 2 | | 109 | | 45.7 | PWR |
| San Onofre 3 | | 113 | | 47.8 | PWR |
| stems Energy Resources, Inc. | 276 | | 50.4 | | |
| Grand Gulf | | 276 | | 50.4 | BWR |
| nnessee Valley Authority | 72 | | 33.1 | | |
| Sequoyah 2 | | 72 | | 33.1 | PWR |
| ledo Edison Co. | 65 | | 30.5 | | |
| Davis-Besse | | 65 | | 30.5 | PWR |
| S. DOE | 1482 | | 15.7 | | |
| Fort St. Vrain | | 1482 | | 15.7 | HTG |
| ginia Electric and Power Co. | 236 | | 108.6 | | |
| North Anna 1 | | 54 | | 24.9 | PWR |
| North Anna 2 | | 61 | | 28.2 | PWR |
| Surry 1 | | 52 | | 23.8 | PWR |
| Surry 2 | | 69 | | 31.6 | PWR |
| sconsin Electric Power Company | 100 | | 37.8 | | |
| Point Beach 1 | | 66 | | 25.3 | PWR |
| Point Beach 2 | | 34 | | 12.5 | PWR |
| sconsin Public Service Corporation | 45 | | 17.1 | | |
| Kewaunee | | 45 | | 17.1 | PWR |
| nkee Atomic Electric Company | 40 | | 9.2 | | |
| Yankee Rowe (Shut Down) | | 40 | | 9.2 | PWR |

TABLE B.9
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2018

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| TAL SNF | 11801 | 11801 | 2999.9 | 3000.1 | |
| . OF PURCHASERS | 50 | | | | |
| . OF FUEL ORIGINATORS | 95 | | | | |
| . OF PWR ASSEMBLIES | 4467 | | | | |
| . OF BWR ASSEMBLIES | 5839 | | | | |
| . OF RCH ASSEMBLIES | 13 | | | | |
| . OF HTG ASSEMBLIES | 1482 | | | | |

he sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to ependent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.
BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor

TABLE B.10
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2019

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| abama Power Company | 194 | | 89.9 | | |
| Farley 1 | | 137 | | 63.5 | PWR |
| Farley 2 | | 57 | | 26.4 | PWR |
| neren UE | 71 | | 30.3 | | |
| Callaway | | 71 | | 30.3 | PWR |
| nerGen Energy Company, LLC | 451 | | 107.4 | | |
| Clinton | | 216 | | 39.7 | BWR |
| Oyster Creek | | 144 | | 25.5 | BWR |
| Three Mile Island 1 | | 91 | | 42.3 | PWR |
| izona Public Service Company | 166 | | 66.2 | | |
| Palo Verde 2 | | 97 | | 38.7 | PWR |
| Palo Verde 3 | | 69 | | 27.5 | PWR |
| rolina Power & Light Company | 303 | | 94.8 | | |
| Brunswick 1 | | 159 | | 29.3 | BWR |
| Harris | | 107 | | 49.4 | PWR |
| Robinson 2 | | 37 | | 16.0 | PWR |
| eveland Electric Illuminating Co. | 416 | | 76.7 | | |
| Perry | | 416 | | 76.7 | BWR |
| sumers Power Co. | 95 | | 32.0 | | |
| Big Rock Point | | 20 | | 2.6 | BWR |
| Palisades | | 75 | | 29.3 | PWR |
| minion Nuclear Connecticut, Inc. | 164 | | 71.2 | | |
| Millstone 2 | | 85 | | 34.7 | PWR |
| Millstone 3 | | 79 | | 36.5 | PWR |
| ike Power Company | 561 | | 246.3 | | |
| Catawba 1 | | 138 | | 58.6 | PWR |
| Catawba 2 | | 69 | | 29.3 | PWR |
| McGuire 1 | | 70 | | 29.7 | PWR |
| McGuire 2 | | 76 | | 32.3 | PWR |
| Oconee 1 | | 52 | | 24.1 | PWR |
| Oconee 2 | | 48 | | 22.3 | PWR |
| Oconee 3 | | 108 | | 50.0 | PWR |
| ergy Northwest | 208 | | 37.9 | | |
| Columbia | | 208 | | 37.9 | BWR |
| tergy Arkansas, Inc. | 206 | | 87.6 | | |
| Arkansas Nuclear One 1 | | 57 | | 26.4 | PWR |
| Arkansas Nuclear One 2 | | 149 | | 61.1 | PWR |
| tergy Gulf States, Inc. | 178 | | 32.9 | | |
| River Bend | | 178 | | 32.9 | BWR |

TABLE B.10
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2019

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| :CHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| ergy Louisiana, Inc. | 170 | | 70.8 | | |
| Waterford 3 | | 170 | | 70.8 | PWR |
| ergy Nuclear FitzPatrick, LLC | 148 | | 27.3 | | |
| Fitzpatrick | | 148 | | 27.3 | BWR |
| ergy Nuclear Indian Point 2, LLC | 56 | | 25.8 | | |
| Indian Point 2 | | 56 | | 25.8 | PWR |
| ergy Nuclear Indian Point 3, LLC | 73 | | 33.8 | | |
| Indian Point 3 | | 73 | | 33.8 | PWR |
| ergy Nuclear Vermont Yankee, LLC | 129 | | 23.6 | | |
| Vermont Yankee | | 129 | | 23.6 | BWR |
| elon Generation Company, LLC | 1870 | | 433.6 | | |
| Braidwood 1 | | 60 | | 25.5 | PWR |
| Braidwood 2 | | 84 | | 35.6 | PWR |
| Byron 1 | | 88 | | 37.4 | PWR |
| Byron 2 | | 79 | | 33.7 | PWR |
| Dresden 2 | | 168 | | 29.1 | BWR |
| Dresden 3 | | 136 | | 23.6 | BWR |
| La Salle County 1 | | 192 | | 35.2 | BWR |
| La Salle County 2 | | 216 | | 39.5 | BWR |
| Limerick 1 | | 164 | | 30.4 | BWR |
| Limerick 2 | | 139 | | 25.9 | BWR |
| Peach Bottom 2 | | 160 | | 29.2 | BWR |
| Quad Cities 1 | | 144 | | 25.6 | BWR |
| Quad Cities 2 | | 168 | | 29.8 | BWR |
| Zion 2 | | 72 | | 33.1 | PWR |
| orida Power & Light Co. | 297 | | 122.2 | | |
| Saint Lucie 1 | | 101 | | 37.7 | PWR |
| Saint Lucie 2 | | 76 | | 29.3 | PWR |
| Turkey Point 3 | | 56 | | 25.7 | PWR |
| Turkey Point 4 | | 64 | | 29.4 | PWR |
| orida Power Corporation | 73 | | 33.8 | | |
| Crystal River 3 | | 73 | | 33.8 | PWR |
| eneral Atomics | 6 | | 0.1 | | |
| General Atomics | | 6 | | 0.1 | RCH |
| eorgia Power Company | 467 | | 117.3 | | |
| Hatch 1 | | 180 | | 33.2 | BWR |
| Hatch 2 | | 176 | | 32.6 | BWR |
| Vogtle 1 | | 75 | | 34.9 | PWR |
| Vogtle 2 | | 36 | | 16.7 | PWR |

TABLE B.10
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2019

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| RCHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| diana Michigan Power Co. | 166 | | 71.5 | | |
| Cook 1 | | 81 | | 37.3 | PWR |
| Cook 2 | | 85 | | 34.2 | PWR |
| terstate Power & Light | 104 | | 19.1 | | |
| Duane Arnold | | 104 | | 19.1 | BWR |
| ansas Gas & Electric Company | 76 | | 35.3 | | |
| Wolf Creek | | 76 | | 35.3 | PWR |
| aine Yankee Atomic Power Company | 73 | | 27.4 | | |
| Maine Yankee | | 73 | | 27.4 | PWR |
| ebraska Public Power District | 168 | | 30.9 | | |
| Cooper | | 168 | | 30.9 | BWR |
| ne Mile Point Nuclear Power Station, LLC | 196 | | 36.3 | | |
| Nine Mile Point 2 | | 196 | | 36.3 | BWR |
| orthern States Power Co. | 107 | | 38.4 | | |
| Prairie Island 1 | | 54 | | 19.4 | PWR |
| Prairie Island 2 | | 53 | | 18.9 | PWR |
| naha Public Power District | 37 | | 13.1 | | |
| Fort Calhoun | | 37 | | 13.1 | PWR |
| acific Gas & Electric Company | 238 | | 110.2 | | |
| Diablo Canyon 1 | | 154 | | 71.3 | PWR |
| Diablo Canyon 2 | | 84 | | 38.8 | PWR |
| nnsylvania Power & Light Co. | 451 | | 78.9 | | |
| Susquehanna 1 | | 220 | | 38.8 | BWR |
| Susquehanna 2 | | 231 | | 40.1 | BWR |
| nnsylvania Power Company | 69 | | 31.8 | | |
| Beaver Valley 2 | | 69 | | 31.8 | PWR |
| rtland General Electric Company | 106 | | 49.0 | | |
| Trojan | | 106 | | 49.0 | PWR |
| EG Nuclear LLC | 513 | | 133.8 | | |
| Hope Creek | | 373 | | 68.9 | BWR |
| Salem 1 | | 65 | | 30.2 | PWR |
| Salem 2 | | 75 | | 34.7 | PWR |
| chester Gas and Electric Company | 66 | | 23.6 | | |
| Ginna | | 66 | | 23.6 | PWR |
| uth Carolina Electric & Gas Company | 69 | | 31.9 | | |
| Summer | | 69 | | 31.9 | PWR |

TABLE B.10
ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS, 2019

| | ASSEMBLIES | | MTU | | |
|---|---|---|---|---|---|
| ₹CHASER / FUEL ORIGINATOR | PURCHASER | ORIGINATOR | PURCHASER* | ORIGINATOR* | FUEL TYPE** |
| ıth Texas Project NOC | 93 | | 50.4 | | |
| South Texas 1 | | 92 | | 49.9 | PWR |
| South Texas 2 | | 1 | | 0.5 | PWR |
| ıthern California Edison Co. | 149 | | 60.5 | | |
| San Onofre 1 | | 40 | | 14.8 | PWR |
| San Onofre 3 | | 109 | | 45.7 | PWR |
| ₃tems Energy Resources, Inc. | 284 | | 50.2 | | |
| Grand Gulf | | 284 | | 50.2 | BWR |
| ınessee Valley Authority | 131 | | 60.3 | | |
| Sequoyah 1 | | 54 | | 24.8 | PWR |
| Sequoyah 2 | | 77 | | 35.5 | PWR |
| ledo Edison Co. | 60 | | 28.1 | | |
| Davis-Besse | | 60 | | 28.1 | PWR |
| ginia Electric and Power Co. | 186 | | 85.9 | | |
| North Anna 1 | | 68 | | 31.4 | PWR |
| North Anna 2 | | 63 | | 29.2 | PWR |
| Surry 1 | | 55 | | 25.3 | PWR |
| ₃consin Electric Power Company | 103 | | 37.7 | | |
| Point Beach 1 | | 38 | | 13.9 | PWR |
| Point Beach 2 | | 65 | | 23.8 | PWR |
| isconsin Public Service Corporation | 70 | | 26.5 | | |
| Kewaunee | | 70 | | 26.5 | PWR |
| ınkee Atomic Electric Company | 37 | | 8.4 | | |
| Yankee Rowe | | 37 | | 8.4 | PWR |
| ƆTAL SNF | 9854 | 9854 | 3000.7 | 3000.3 | |
| Ɔ. OF PURCHASERS | 46 | | | | |
| Ɔ. OF FUEL ORIGINATORS | 92 | | | | |
| Ɔ. OF PWR ASSEMBLIES | 4811 | | | | |
| Ɔ. OF BWR ASSEMBLIES | 5037 | | | | |
| Ɔ. OF RCH ASSEMBLIES | 6 | | | | |
| Ɔ. OF HTG ASSEMBLIES | 0 | | | | |

The sum of the allocations in the MTU Originator column may not match the total in the MTU Purchaser column due to ıependent rounding. In such cases, DCS review and approval will be based on the value in the MTU Purchaser column.
BWR=Boiling Water Reactor; PWR=Pressurized Water Reactor; HTG=High Temperature Gas Reactor; RCH=Research Reactor