**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY, | ) | |
| | ) | |
| | ) | COFC No. 02-1894-C |
| Plaintiff, | ) | (Chief Judge Damich) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF CONSUMER ENERGY COMPANY'S**
**SECOND UNOPPOSED MOTION FOR ENLARGMENT OF TIME**

Pursuant to Court of Federal Claims Rule 6(b)(1), Plaintiff Consumers Energy Company ("Plaintiff"), by and through counsel, hereby respectfully requests an enlargement of 33 days, until March 21, 2005, within which to file its proposed motions for summary judgment on the rate and date of acceptance of spent nuclear fuel. Such motions currently are due to be filed on February 16, 2005. This request arises from the Court's request to hold oral arguments on Plaintiff's motion for summary judgment on contract liability and Defendant United States' ("Defendant") motion for summary judgment on Counts I and II of Plaintiff's complaint on February 16, 2005. Counsel for Plaintiff has informed the Court that Plaintiff is agreeable to the February 16, 2005 date for oral arguments. Because the oral arguments fall on the same day as the due date for Plaintiff's motions for summary judgment on rate and date of acceptance, Plaintiff seeks additional time within which to file its motions. Plaintiff avers that it requires significant time to prepare for the oral arguments, and the simultaneous preparation and filing of the summary judgment motions would detract from that effort.

Counsel for Plaintiff has discussed this motion with counsel for Defendant, who indicated that Defendant does not oppose this request. This is the second request for additional filed by Plaintiff with respect to the motions for summary judgment on rate and date of acceptance.

Respectfully submitted,

/s/ Thomas O. Mason

Thomas O. Mason
Williams Mullen
8270 Greensboro Drive, Suite 700
McLean, VA 22102
(703) 760-5200 (phone)
(703) 748-0244 (facsimile)
Attorneys for Plaintiff Consumers Energy Company

OF COUNSEL:

Harvey J. Messing (P23309)
Jeffrey S. Theuer (P44161)
LOOMIS, EWERT, PARSLEY, DAVIS & GOTTING, P.C.
232 S. Capitol Avenue, Suite 1000
Lansing, MI 48933
(517) 482-2400

James E. Brunner (P28051)
Arunas T. Udrys (P21660)
Consumers Energy Company
212 West Michigan Avenue
Jackson, MI 49201
(517) 788-2151

Dated: January 17, 2005

1116763v1