# In the United States Court of Federal Claims

No. 02-1894 C
(Filed: January 19, 2005)

*******************************************
*
**CONSUMERS ENERGY COMPANY**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*******************************************

## ORDER

The Court hereby **ORDERS** that oral argument shall be held on February 16, 2005, at 10:00 a.m. at the court in Washington, D.C., on Defendant's Motion for Summary Judgment on Counts I and II and on Plaintiff's Motion for Summary Judgment on Contract Liability.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge