# In the United States Court of Federal Claims

No. 02-1894 C
(Filed: February 22, 2005)

******************************************

**CONSUMERS ENERGY COMPANY**,

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

******************************************

## ORDER

At oral argument held in this case on February 16, 2005, each of the parties requested an opportunity to present to the court a supplement to the appendices on record in support of or in opposition to the motions at issue. The Court grants the parties' requests and therefore **ORDERS** that: 1) Plaintiff shall file with the court (and with opposing counsel) a copy of the correspondence it generally described as having been received by Plaintiff from the Department of Energy (DOE) in December 2004; and 2) Defendant shall file with the court (and with opposing counsel) a copy of the document it generally described as correspondence between DOE and the Tennessee Valley Authority regarding the delivery commitment schedule process.

Each party shall file its document as a supplemental appendix in support of or in opposition to the particular motion for summary judgment at issue at the oral argument. If a party wishes the document to be entered on the record with respect to both of the motions for summary judgment at issue, the party shall submit separate electronic filings as to each motion. The documents shall be filed electronically on or before March 1, 2005.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge