**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY, | ) | |
| | ) | |
| | ) | COFC No. 02-1894-C |
| Plaintiff, | ) | (Chief Judge Damich) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S SUPPLEMENTAL APPENDIX IN SUPPORT OF CONSUMERS ENERGY COMPANY'S MOTION FOR SUMMARY JUDGMENT ON CONTRACT LIABILITY**

Plaintiff Consumers Energy Company, by counsel, supplements the record in accordance with the Court's instructions during oral argument on February 16, 2005, and by Order dated February 22, 2005, in support of Consumers Energy Company's Motion for Summary Judgment as to Liability on Count I – Contract Liability.

Respectfully submitted,

/s/ Thomas O. Mason

Thomas O. Mason
Williams Mullen
8270 Greensboro Drive, Suite 700
McLean, VA 22102
(703) 760-5200 (phone)
(703) 748-0244 (facsimile)
Attorneys for Plaintiff Consumers Energy Company

OF COUNSEL:

Harvey J. Messing (P23309)
Jeffrey S. Theuer (P44161)
LOOMIS, EWERT, PARSLEY, DAVIS
& GOTTING, P.C.
232 S. Capitol Avenue, Suite 1000
Lansing, MI 48933
(517) 482-2400

James E. Brunner (P28051)
Arunas T. Udrys (P21660)
Consumers Energy Company
212 West Michigan Avenue
Jackson, MI 49201
(517) 788-2151

Dated: February 28, 2005

## TABLE OF CONTENTS

*Letter from Department of Energy dated December 1, 2004*........................................................1

**Department of Energy**
Washington, DC 20585

QA:NA

DEC 01 2004

Dear

In a letter dated July 28, 2004, the U.S. Department of Energy informed you that the Department was resuming the Delivery Commitment Schedule (DCS) process. The Department received responses as requested. However, recent developments relating to the FY 2005 budget along with other issues have led the Department to conclude that the resumption of the DCS process was premature.

The Department thanks you for your response to its initial request for DCS planning information. Enclosed with this letter are any original DCS forms that you may have submitted with your response. After the Department has determined a revised date for the initial operation of the Yucca Mountain repository, it will resume the DCS process in accordance with the provisions of the Standard Contract.

If you have any questions on this matter please contact me at (202) 586-9198.

Sincerely,

Dave Zabransky
Contracting Officer
Office of Systems Analysis
And Strategy Development

Printed with soy ink on recycled paper