# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY, | ) | |
| | ) | |
| | ) | COFC No. 02-1894-C |
| Plaintiff, | ) | (Chief Judge Damich) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S SUPPLEMENTAL APPENDIX (i) IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UPON COUNTS I AND II OF PLAINTIFF'S COMPLAINT AND, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT UPON DEFENDANT'S RIGHT TO RECOVER UNPAID FEES, AND (ii) IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT TO DISMISS THE GOVERNMENT'S COUNTERCLAIM AND AFFIRMATIVE DEFENSES RELATING TO ONE-TIME FEE

Plaintiff Consumers Energy Company, by counsel, supplements the record in accordance with the Court's instructions during oral argument on February 16, 2005, and by Order dated February 22, 2005, (i) in Opposition to Defendant United States' Motion for Summary Judgment upon Counts I and II of Plaintiff's Complaint and, in the Alternative, for Partial Summary Judgment Upon Defendant's Right to Recover Unpaid Fees, and (ii) in support of Plaintiff's Cross-Motion for Summary Judgment to Dismiss the Government's Counterclaim and Affirmative Defense Relating to One-Time Fee.

Respectfully submitted,

____/s/ Thomas O. Mason__________

Thomas O. Mason
Williams Mullen
8270 Greensboro Drive, Suite 700
McLean, VA 22102
(703) 760-5200 (phone)
(703) 748-0244 (facsimile)

Attorneys for Plaintiff Consumers Energy Company

OF COUNSEL:

Harvey J. Messing (P23309)
Jeffrey S. Theuer (P44161)
LOOMIS, EWERT, PARSLEY, DAVIS
& GOTTING, P.C.
232 S. Capitol Avenue, Suite 1000
Lansing, MI 48933
(517) 482-2400

James E. Brunner (P28051)
Arunas T. Udrys (P21660)
Consumers Energy Company
212 West Michigan Avenue
Jackson, MI 49201
(517) 788-2151

Dated: February 28, 2005

# TABLE OF CONTENTS

*Letter from Department of Energy dated December 1, 2004*........................................................1

1129751v1