**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY, | ) | |
| | ) | |
| | ) | COFC No. 02-1894-C |
| Plaintiff, | ) | (Chief Judge Damich) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF CONSUMER ENERGY COMPANY'S THIRD UNOPPOSED MOTION FOR ENLARGMENT OF TIME**

Pursuant to Court of Federal Claims Rule 6(b)(1), Plaintiff Consumers Energy Company ("Plaintiff"), by and through counsel, hereby respectfully requests an enlargement of 31 days, until April 21, 2005, within which to file its proposed motions for summary judgment on the rate and date of acceptance of spent nuclear fuel. Such motions currently are due to be filed on March 21, 2005. Plaintiff seeks additional time within which to file its summary judgment motions based on ongoing settlement discussions with Defendant the United States.

Counsel for Plaintiff has discussed this motion with counsel for Defendant, who indicated that Defendant does not oppose this request. This is the third request for additional filed by Plaintiff with respect to the motions for summary judgment on rate and date of acceptance.

Respectfully submitted,

/s/ Thomas O. Mason

Thomas O. Mason
WILLIAMS MULLEN
8270 Greensboro Drive, Suite 700
McLean, VA 22102
(703) 760-5200 (phone)
(703) 748-0244 (facsimile)
Attorneys for Plaintiff Consumers Energy Company

OF COUNSEL:

Harvey J. Messing (P23309)
Jeffrey S. Theuer (P44161)
LOOMIS, EWERT, PARSLEY, DAVIS
& GOTTING, P.C.
232 S. Capitol Avenue, Suite 1000
Lansing, MI 48933
(517) 482-2400

James E. Brunner (P28051)
Arunas T. Udrys (P21660)
Consumers Energy Company
212 West Michigan Avenue
Jackson, MI 49201
(517) 788-2151

Dated: March 21, 2005

1135556v1