**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | COFC No. 02-1894-C<br>(Chief Judge Damich) |

**PLAINTIFF CONSUMER ENERGY COMPANY'S**
**FOURTH UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Court of Federal Claims Rule 6(b)(1), Plaintiff Consumers Energy Company ("Plaintiff"), by and through counsel, hereby respectfully requests an enlargement of time within which to file its proposed motions for summary judgment on the rate and date of acceptance of spent nuclear fuel. Such motions currently are due to be filed on April 22, 2005. Plaintiff, however, seeks additional time within which to file its summary judgment motions based upon ongoing settlement discussions with Defendant the United States. In support of these settlement efforts, Plaintiff proposes providing this Court with a Status Report on June 6, 2005, as to the success of these discussions.

Counsel for Plaintiff has discussed this motion with counsel for Defendant, who indicated that Defendant concurs with this request. This is the fourth request for enlargement filed by Plaintiff with respect to the motions for summary judgment on rate and date of acceptance.

Respectfully submitted,

Thomas O. Mason
WILLIAMS MULLEN
8270 Greensboro Drive, Suite 700
McLean, VA 22102

(703) 760-5200 (phone)
(703) 748-0244 (facsimile)
Attorneys for Plaintiff Consumers Energy Company

OF COUNSEL:

Harvey J. Messing (P23309)
Jeffrey S. Theuer (P44161)
LOOMIS, EWERT, PARSLEY, DAVIS & GOTTING, P.C.
232 S. Capitol Avenue, Suite 1000
Lansing, MI 48933
(517) 482-2400

James E. Brunner (P28051)
Arunas T. Udrys (P21660)
Consumers Energy Company
212 West Michigan Avenue
Jackson, MI 49201
(517) 788-2151

Dated: April 21, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Court in this case on April 21, 2005, for distribution to all persons on the Clerk's electronic mailing list.

Thomas O. Mason

1144332v1