# In the United States Court of Federal Claims

No. 02-1894 C

(Filed: May 5, 2005)

```
*************************************
                                     *
CONSUMERS ENERGY COMPANY,            *
                                     *
              Plaintiff,             *    Spent Nuclear Fuel; Nuclear Waste
                                     *    Policy Act; Standard Contract; One-
      v.                             *    Time Fee; Condition (condition precedent);
                                     *    Delivery Commitment Schedule (DCS);
THE UNITED STATES,                   *    Recoupment; Contract Liability
                                     *
              Defendant.             *
                                     *
*************************************
```

## ERRATA

     A published opinion was issued in this case on April 29, 2005. It was brought to the Court's attention that there was an error appearing on page 2 of that opinion. The word "principle" in the first full paragraph, first sentence on that page, shall be replaced with "principal."


                                                    s/ Edward J. Damich
                                                    EDWARD J. DAMICH
                                                    Chief Judge