# In the United States Court of Federal Claims

No. 02-1894 C

(Filed: May 5, 2005)

| | | |
|---|---|---|
| **CONSUMERS ENERGY COMPANY,** | * | |
| Plaintiff, | * | Spent Nuclear Fuel; Nuclear Waste Policy Act; Standard Contract; One-Time Fee; Condition (condition precedent); Delivery Commitment Schedule (DCS); Recoupment; Contract Liability |
| v. | * | |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

## ERRATA

A published opinion was issued in this case on April 29, 2005. It was brought to the Court's attention that there was an error appearing on page 2 of that opinion. The word "principle" in the first full paragraph, first sentence on that page, shall be replaced with "principal."

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge