# In the United States Court of Federal Claims

No. 02-1894 C
(Filed: June 9, 2005)

| | |
|---|---|
| **CONSUMERS ENERGY COMPANY**, | |
| Plaintiff, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

## ORDER

On June 6, 2005, the parties filed a joint status report with respect to the parties' settlement discussions and the parties' plans for further dispositive motions as well as for trial preparation. In the joint status report, the parties request that further motions, discovery, and trial preparation be suspended and that they be allowed to file a joint status report within 60 days on the status of settlement negotiations.

While the court intends to act on Plaintiff's pending motion for reconsideration of one portion of the court's opinion issued April 29, 2005, the court hereby **ORDERS** that the remainder of this case shall be stayed until further notice. The parties shall file a joint status report on or before **August 8, 2005**, addressing the prospects of settlement and/or the resumption of dispositive motions, discovery, and trial preparation.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge