IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY, Plaintiff, | ) | No. 02-1894C |
| v. | ) | (Chief Judge Damich) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant the parties an enlargement of 14 days, to and including October 25, 2005, within which to file the joint status report required by the Court's order dated August 16, 2005.[1] Currently, the parties' joint status report is due by October 11, 2005. Neither party has previously requested an enlargement of time for this purpose. Counsel for plaintiff has represented that plaintiff, Consumers Energy Company ("Consumers"), does not oppose this motion.

As represented in earlier status reports, Consumers is preparing to submit information to the Government for the purposes of pursuing a possible amicable resolution of this case. In response to the parties' most recent status report, the Court continued the stay of proceedings in this case and ordered the parties to submit a status report on October 11, 2005, regarding the parties' progress with regard to settlement. We have been informed that Consumers is still working to prepare the submission that it referenced in the parties' most recent status report and that we should receive it shortly. However, because of previously scheduled leave, counsel for

[1] Because of the relationship between the current stay of proceedings and the joint status report, we would also request that the Court extend the current stay of proceedings in this case by the same amount of time, to and including October 25, 2005.

defendant will be out of the office from September 19 through October 11, 2005, and will not return to the office from that previously scheduled leave until October 12, 2005. Although some progress may be made upon the Government's review of any submission that Consumers makes during counsel's absence from the office, an enlargement of the current due date for the parties' joint status report – from October 11 through October 25, 2005 – will assist the Government in ensuring that it has sufficient time upon counsel's return to discuss with counsel for plaintiff matters associated with the submission and to evaluate the likelihood of an amicable resolution.

For the foregoing reasons, we respectfully request that the Court grant our motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

September 12, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 12th day of September 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.