**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY, | ) | |
| | ) | |
| | ) | COFC No. 02-1894-C |
| Plaintiff, | ) | (Chief Judge Damich) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT PURSUANT TO ORDER DATED OCTOBER 25, 2005**

Plaintiff Consumers Energy Company ("Plaintiff" or "Consumers Energy"), and Defendant United States of America ("Defendant" or the "government"), by and through their respective attorneys, submit this Joint Status Report in accordance with the Court's Order dated October 25, 2005, and state as follows:

On October 25, 2005, this Court entered an Order staying the case at the request of the parties, and directing the parties to file a joint status report on or before January 6, 2006, addressing the status of settlement and/or the resumption of dispositive motions, discovery, and trial preparation.

**A. STATUS OF SETTLEMENT DISCUSSIONS**

On October 4, 2005, Consumers Energy submitted a Statement of Position Regarding Settlement letter to counsel for Defendant. Defendant reviewed and analyzed the Statement of Position letter, and on November 16, 2005, the parties participated in a telephone conference call through respective counsel to discuss the underlying economic assumptions and documentation. Defendant also discussed several technical concepts which, from Defendant's perspective, were

required to be included in any formal settlement proposal. Some of the technical concepts required further analysis by Plaintiff's experts, which has only recently been completed. As a result, the parties respectfully request a continuation of the stay, and that further motions, discovery and trial preparation be suspended for another 60 days.

The parties continue to believe that the settlement reached in another SNF case, *Exelon v United States*, may form the conceptual basis for settlement in this case. The format of the *Exelon* settlement was a compromise, and included lump sum and yearly reconciliation components. Consumers Energy's economic expert has produced a report strictly for purposes of settlement, which conforms as closely as possible to the format of the *Exelon* settlement, as a basis to begin discussions. Plaintiff has recently re-analyzed the report in response to issues raised during the parties' November 16, 2005 conference call. The parties request additional time to allow for the submission and subsequent review of a formal offer of settlement based on the previously submitted Statement of Position letter, and the comments made by Defendant to that letter.

## CONCLUSION AND RELIEF REQUESTED

The parties respectfully request that further activity in this case be temporarily suspended for a period of 60 days while the parties engage in settlement discussions. The parties further request that they be allowed to file a Joint Status Report in 60 days reporting the status of settlement negotiations and/or the need for further action in the case.

Respectfully submitted,

Peter D. Keisler
Assistant Attorney General

David M. Cohen
Director

s/ Harold D. Lester, Jr.
Harold D. Lester, Jr.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Tele: (202) 305-7562
Fax: (202) 307-2503

OF COUNSEL:

Jane K. Taylor
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585
Attorneys for Defendant

s/ Thomas O Mason
Thomas O. Mason
Williams, Mullen, Clark & Dobbins
8270 Greensboro Drive, Suite 700
McLean, VA 22102
(703) 760-5200

Harvey J. Messing (P23309)
Jeffrey S. Theuer (P44161)
LOOMIS, EWERT, PARSLEY, DAVIS & GOTTING, P.C.
232 S. Capitol Avenue, Suite 1000
Lansing, MI 48933
(517) 482-2400
Attorneys for Plaintiff

OF COUNSEL:

James E. Brunner (P28051)
Arunas T. Udrys (P21660)
Consumers Energy Company
212 West Michigan Avenue
Jackson, MI 49201
(517) 788-2151

Attorneys for Plaintiff

Dated: January 6, 2006

**CERTIFICATE OF FILING**

I hereby certify that on this 6th day of January, 2006, a copy of the foregoing "JOINT STATUS REPORT PURSUANT TO ORDER DATED OCTOBER 25, 2005" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Francis E. Purcell, Jr.