IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CONSUMERS ENERGY COMPANY,

Plaintiff,

Case No. 02-1894-C
(Chief Judge Damich)

v

UNITED STATES OF AMERICA,

Defendant.

______________________________________/

**JOINT STATUS REPORT PURSUANT TO ORDER DATED MAY 8, 2006**

Plaintiff Consumers Energy Company ("Plaintiff" or "Consumers Energy"), and Defendant United States of America ("Defendant" or the "government"), by and through their respective attorneys, submit this Joint Status Report in accordance with the Court's Order dated May 8, 2006, and state as follows:

On May 8, 2006, this Court entered an Order extending the stay in this case through June 2, 2006, and requiring the parties to file a Status Report, in which the parties were directed to address a schedule for proceedings concurrent with any continued settlement negotiations.

**A. STATUS OF SETTLEMENT DISCUSSIONS**

The parties are continuing to engage in settlement negotiations. However, the potential sale of the Palisades Nuclear Plant has complicated resolution of many of the technical assumptions required in order to reach a settlement. The parties are continuing to attempt to work through these issues but are unable to estimate a time frame in which it will become clear whether a settlement is possible.

As a result, in accordance with the Court's direction, the parties submit the following proposed schedule for proceedings concurrent with continued settlement negotiations.

## B. PROPOSED SCHEDULE FOR LITIGATION

| Date: | Description: |
| --- | --- |
| December 31, 2006 | Submission of initial disclosures pursuant to RCFC 26(a) |
| December 31, 2006 | Submission of detailed claim and claim's expert report by Plaintiff |
| February 28, 2007 | Submission of other expert reports |
| June 30, 2007 | Deadline to depose Plaintiff's expert witnesses |
| June 30, 2007 | Submission of audit report by government in response to detailed claim; submission of expert reports by Defendant |
| September 30, 2007 | Deadline to depose Defendant's expert witnesses |
| December 31, 2007 | Close discovery and completion of all depositions |
| January, 2008 | Status conference to set trial date |

## CONCLUSION AND RELIEF REQUESTED

The parties respectfully request entry of a Scheduling Order in general accord with the dates specified above, together with such other and further relief as this Court deems just and appropriate.

Dated: May 26, 2006

Respectfully submitted,

s/ Thomas O Mason
Thomas O. Mason
Williams, Mullen, Clark & Dobbins
8270 Greensboro Drive, Suite 700
McLean, VA 22102
(703) 760-5200

Peter D. Keisler
Assistant Attorney General

David M. Cohen
Director

s/ Harold D. Lester, Jr.
Harold D. Lester, Jr.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit 8th Floor
1100 L Street, N.W.
Tele: (202) 305-7562
Fax: (202) 307-2503

OF COUNSEL:

Jane K. Taylor
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

Attorneys for Defendant

Jeffrey S. Theuer
LOOMIS, EWERT, PARSLEY, DAVIS
& GOTTING, P.C.
232 S. Capitol Avenue, Suite 1000
Lansing, MI 48933
(517) 482-2400

Harvey J. Messing
Miller Canfield Paddock & Stone, PLC
1 E. Michigan Ave., Ste. 800
Lansing, MI 48933
(517) 483-4908

OF COUNSEL:

James E. Brunner
Arunas T. Udrys
Consumers Energy Company
212 West Michigan Avenue
Jackson, MI 49201
(517) 788-2151

Attorneys for Plaintiff

**CERTIFICATE OF FILING**

I hereby certify that on this 26th day of May, 2006, a copy of the foregoing "JOINT STATUS REPORT PURSUANT TO ORDER DATED MAY 8, 2006" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

________________________________