# In the United States Court of Federal Claims

No. 02-1894 C
(Filed: June 9, 2006)

*******************************************
**CONSUMERS ENERGY COMPANY,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
*******************************************

## SCHEDULING ORDER

On May 5, 2006, the parties jointly proposed a schedule for litigation concurrent with continued settlement negotiations, pursuant to the court's order of May 8, 2006.

The court hereby ORDERS the following schedule of discovery:

| | |
|---|---|
| December 31, 2006 | Submission of initial disclosures pursuant to RCFC 26(a) |
| December 31, 2006 | Submission of detailed claim and claim's expert report by Plaintiff |
| February 28, 2007 | Submission of other expert reports by Plaintiff |
| June 30, 2007 | Defendant's deadline to depose Plaintiff's expert witnesses |
| June 30, 2007 | Submission of audit report by Defendant in response to detailed claim by Plaintiff; submission of expert report(s) by Defendant |
| September 30, 2007 | Plaintiff's deadline to depose Defendant's expert witnesses |
| December 31, 2007 | Close of fact and expert discovery (including completion of all depositions) |
| January 2008 | Status conference will be held to set trial date, etc. |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge