# In the United States Court of Federal Claims

No. 02-1894 C
(Filed: April 5, 2007)

```
*******************************************
                                          *
CONSUMERS ENERGY COMPANY,                 *
                                          *
                       Plaintiff,         *
                                          *
      v.                                  *
                                          *
THE UNITED STATES,                        *
                                          *
                       Defendant.         *
                                          *
*******************************************
```

**ORDER**

On or before April 27, 2007, the parties shall file a joint status report regarding both settlement negotiations and whether the parties are on track in discovery in light of the scheduling order issued on June 9, 2006.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge