IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CONSUMERS ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 02-1894C<br>(Chief Judge Damich) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of **Scott R. Damelin** as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Scott R. Damelin
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: April 6, 2007

s/ Scott R. Damelin
SCOTT R. DAMELIN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 305-2312
Facsimile: (202) 307-2503

CERTIFICATE OF FILING

I hereby certify that on this 6th day of April 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott R. Damelin