IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-1894C |
| v. | ) | (Chief Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT
OF TIME UPON BEHALF OF BOTH PARTIES

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests, upon behalf of both parties, that the Court grant the parties an enlargement of four days, to and including Tuesday, May 1, 2007, within which to file the joint status report required by the Court's order dated April 5, 2007. Currently, the parties' joint status report is due by today, April 27, 2007. Neither party has previously requested an enlargement for this purpose. Counsel for plaintiff has represented that plaintiff, Consumers Energy Company ("Consumers"), does not oppose this motion.

Counsel for the parties have discussed the contents of their joint status report in detail. The parties have also exchanged drafts of a proposed joint status report. Unfortunately, they have been unable to reach agreement on the specific final language of their report. Counsel for Consumers is currently in Williamsburg, Virginia, which is affecting the parties' ability to continue their efforts to reach agreement on final language. Counsel for Consumers suggested that, for the parties' convenience and to permit the parties additional time to attempt to reach agreement on final language, the parties seek additional time within which to file their report. We agree with counsel for Consumers' suggestion and are filing this motion on the parties'

behalf. With this enlargement, we believe that the parties should be able to complete their discussions regarding their joint status report and file it with the Court.

For the foregoing reasons, we respectfully request that the Court grant our motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Scott R. Damelin
SCOTT R. DAMELIN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-2312
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

April 27, 2007

CERTIFICATE OF FILING

I hereby certify that on this 27th day of April 2007, a copy of foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME UPON BEHALF OF BOTH PARTIES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott R. Damelin