IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CONSUMERS ENERGY COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 02-1894C<br>(Chief Judge Damich) |

JOINT STATUS REPORT

Plaintiff, Consumers Energy Company ("Consumers"), and defendant, the United States, submit this joint status report in accordance with the Court's order dated April 5, 2007. The Court requested that the parties inform the Court as to both the status of settlement negotiations and whether the parties are on track in discovery in light of the scheduling order issued on June 9, 2006.

A. Status of Settlement Discussions

The parties are continuing to engage in communications concerning settlement of the pending litigation. As the parties noted in their May 26, 2006 joint status report, the plaintiff's potential sale of the Palisades Nuclear Plant complicated the resolution of many of the technical assumptions required in order to reach an amicable resolution of this matter. On April 11, 2007, Consumers completed the sale of the Palisades Nuclear Plant and the transfer of the Big Rock Point Nuclear Plant Independent Spent Fuel Storage Installation to Entergy Corporation. Shortly before the sale, Consumers provided the Government with new information concerning its settlement position. The Government is currently reviewing and considering this new information.

B. Status of Discovery Activities

The parties have engaged in discovery as outlined in the Court's June 9, 2006 scheduling order. Pursuant to the Court's scheduling order, the parties exchanged initial disclosures pursuant to RCFC 26(a) in December 2006.

In January 2007, plaintiff submitted its detailed claim and claim's expert report in the form of four expert witness reports to the Government. The Government subsequently contacted Consumers and requested supporting documentation relied upon by the expert witnesses in the reports. In February 2007, the Government served discovery requests upon Consumers related to damages. Pursuant to the parties' agreements, Consumers has indicated that it will make an electronic database of information and other documentation related to its claim available for the Government's review, and that it would respond to the Government's discovery requests by May 11, 2007.

The parties believe that a modification to the Court's June 9, 2006 scheduling order to extend the dates set forth in the order will be warranted. Pursuant to their discussions, the parties agreed that a modification most likely will be sought after Consumers serves its response to the Government's discovery requests on May 11, 2007, and the Government has been able to review those responses. The parties expect that their dialogue will continue to ensure that any schedule adjustment is reasonable.

Dated: May 1, 2007

Respectfully submitted,

s/ Thomas O. Mason
THOMAS O. MASON
Williams, Mullen, Clark & Dobbins
8270 Greensboro Drive
McLean, VA 22102
(703) 760-5200

Jeffrey S. Theuer
Loomis, Ewert, Parsley, Davis
& Gotting, P.C.
232 S. Capitol Avenue, Suite 1000
Lansing, MI 48933
(517) 482-2400

OF COUNSEL:

James E. Brunner
Arunas T. Udrys
Consumers Energy Company
212 West Michigan Avenue
Jackson, MI 49201
(517) 788-2152

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Scott R. Damelin
SCOTT R. DAMELIN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-2312
Fax: (202) 307-2503

OF COUNSEL:

Jane K. Taylor
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 1st day of May 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott R. Damelin