**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY, | ) | |
| | ) | |
| | ) | COFC No. 02-1894-C |
| Plaintiff, | ) | (Chief Judge Damich) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME**
**TO JUNE 9, 2006 SCHEDULING ORDER**

Plaintiff Consumers Energy Company ("Plaintiff" or "Consumers Energy"), and Defendant United States of America ("Defendant" or the "Government"), by and through their respective attorneys, submit this Joint Motion for Enlargement of Time. Plaintiff and Defendant request the Court to modify its June 9, 2006 Scheduling Order to extend various discovery deadlines as well as the date for completion of fact and expert discovery. This is the first request by either party to enlarge the schedule established in the June 9, 2006 Scheduling Order.

Since the Court's issuance of the June 9, 2006 Scheduling Order, the parties have engaged in discovery, including Consumers Energy's submission of its detailed claim and the Government's service of discovery requests. As noted in the parties' May 1, 2007 Joint Status Report, the parties anticipated the need for an enlargement of time after engaging in initial discovery. The parties continue to engage in discovery activities, but various factors have arisen that necessitate the need to extend various discovery deadlines, including scheduling the availability of responsive documents controlled by Plaintiff at various facilities and locations and coordinating discovery activities in this case with Government counsel's obligations in other Spent Nuclear Fuel cases. With respect to the availability of responsive documents controlled by

Plaintiff, Plaintiff recently completed the sale of nuclear facilities involved in this litigation to a third party, which has placed restrictions upon Plaintiff's ability to make affected documents available for discovery purposes. These restrictions will not deny the parties access to documents, but will only impact the coordination of schedules. Accordingly, the enlargement of time will assist in facilitating the Government's access to these documents.

The parties request the Court to modify its June 9, 2006 Scheduling Order to adopt the dates for specific discovery events set forth below:

| **EVENT** | **CURRENT DATE** | **PROPOSED DATE** |
|---|---|---|
| Submission of Audit Report by Defendant in Response to Detailed Claim by Defendant; Submission of Expert Report(s) by Defendant | June 30, 2007 | February 1, 2008 |
| Defendant's Deadline to Depose Plaintiff's Expert Witnesses | June 30, 2007 | February 29, 2008 |
| Plaintiff's Deadline to Depose Defendant's Expert Witnesses | September 30, 2007 | June 30, 2008 |
| Close of Fact and Expert Discovery (including completion of all depositions) | December 31, 2007 | June 30, 2008 |
| Status Conference Will Be Held to Set Trial Date, Etc. | January 2008 | June 2008 |

Respectfully submitted,

s/ Thomas O. Mason
THOMAS O. MASON
Williams, Mullen, Clark & Dobbins
8270 Greensboro Drive
McLean, VA 22102
Tele: (703) 760-5200
Fax: (703) 748-0244

Jeffrey S. Theuer
Loomis, Ewert, Parsley, Davis
& Gotting, P.C.
232 S. Capitol Avenue, Suite 1000
Lansing, MI 48933
(517) 482-2400

OF COUNSEL:

James E. Brunner
Arunas T. Udrys
Consumers Energy Company
212 West Michigan Avenue
Jackson, MI 49201
(517) 788-2152

Harvey J. Messing
Miller, Canfield, Paddock
& Stone, P.L.C.
One Michigan Avenue
Suite 900
Lansing, MI 48933
(517) 487-2070

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Scott R. Damelin
SCOTT R. DAMELIN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-2503

OF COUNSEL:

Jane K. Taylor
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

Attorneys for Defendant

Dated: June 22, 2007

**CERTIFICATE OF FILING**

I hereby certify that on this 22nd day of June, 2007, a copy of the foregoing "JOINT MOTION FOR ENLARGEMENT OF TIME TO JUNE 9, 2006 SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Francis E. Purcell, Jr.

1467849v1