# In the United States Court of Federal Claims

No. 02-1894 C
(Filed: June 25, 2007)

******************************************
CONSUMERS ENERGY COMPANY, *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
******************************************

## REVISED SCHEDULING ORDER

On June 22, 2007, the parties filed a joint motion for an enlargement of time in certain deadlines in the Court's June 9, 2006, scheduling order. In consideration of the parties' request, the court ORDERS the following revisions in the discovery schedule:

| | |
|---|---|
| February 1, 2008 | Submission of Audit Report by Defendant in Response to Detailed Claim by Plaintiff; Submission of Expert Report(s) by Defendant. |
| February 29, 2008 | Defendant's Deadline to Depose Plaintiff's Expert Witnesses. |
| June 30, 2008 | Plaintiff's Deadline to Depose Defendant's Expert Witnesses. |
| June 30, 2008 | Close of Fact and Expert Discovery (including completion of all depositions). |
| June 2008 | Status conference will be held to set trial date, etc. |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge