IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 02-1894C<br>(Chief Judge Damich) |

JOINT MOTION FOR AN ORDER
REGARDING DISCOVERY OF DRAFT EXPERT REPORTS

Plaintiff, Consumers Energy Company, and defendant, the United States, respectfully request that the Court enter an order, based upon the joint stipulation of the parties, that no party shall be required to produce any draft (including copies) of any expert report prepared in connection with this case. The parties agree that, for the benefit of both parties, they would like the Court to enter an order that eliminates the need for either party to produce drafts of their respective experts' final written reports. A proposed order, containing language upon which both parties agree, is attached to this motion.

Respectfully submitted,

s/ Thomas O. Mason
THOMAS O. MASON
Williams, Mullen, Clark & Dobbins
8270 Greensboro Drive
McLean, VA 22102
Tele: (703) 639-6056
Fax: (703) 637-6370

Counsel for Plaintiff
Consumers Energy Company

Jeffrey S. Theuer
Loomis, Ewert, Parsley, Davis & Gotting
124 West Allegan Street, Suite 700
Lansing, MI 48933

Of Counsel for Plaintiff
Consumers Energy Company

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Scott R. Damelin
SCOTT R. DAMELIN
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: 202-305-2312
Fax: 202-307-2503

Of Counsel:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

January 17, 2008

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-1894C |
| | ) | (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

ORDER

No party shall be required to produce any draft (including copies) of any expert report prepared in connection with this case.

Edward J. Damich
Chief Judge

CERTIFICATE OF FILING

I hereby certify that on this 17th day of January, 2008, a copy of foregoing "JOINT MOTION FOR AN ORDER REGARDING DISCOVERY OF DRAFT EXPERT REPORTS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Scott R. Damelin