# In the United States Court of Federal Claims

No. 02-1894 C
(Filed: January 18, 2008)

| | |
|---|---|
| ****************************************** | |
| | * |
| **CONSUMERS ENERGY COMPANY,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | |

## ORDER

On January 17, 2008, the parties filed a Joint Motion for an Order Regarding Discovery of Draft Expert Reports. The parties stipulated and agreed to an Order that no party shall be required to produce any draft (including copies) of any expert report prepared in connection with this case.

Accordingly, it is hereby ORDERED that no party shall be required to produce any draft (including copies) of any expert report prepared in connection with this case. Expert report(s) shall be submitted according to the Revised Scheduling Order of June 25, 2007.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge