# In the United States Court of Federal Claims

No. 02-1894 C
(Filed: January 18, 2008)

******************************************
*
**CONSUMERS ENERGY COMPANY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
******************************************

**ORDER**

On January 17, 2008, Defendant filed a Motion for an Enlargement of Deadlines in the Court's Scheduling Order. The motion states, "counsel for plaintiff Consumers Energy Company . . . stated that Consumers does not oppose an enlargement of the scheduling order, but that it did not consent to the specific dates requested by the Government." The Court does not object to enlarging the current discovery deadlines.

For the sake of judicial economy, in lieu of Plaintiff's Response to the Motion for an Enlargement the Court hereby ORDERS that the parties shall confer and submit agreed upon deadlines for the Scheduling Order by January 28, 2008. If the parties do not submit agreed upon dates, the Revised Scheduling Order of June 25, 2007, shall remain in effect.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge