IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 02-1894C<br>(Chief Judge Damich) |

RESPONSE TO THE COURT'S ORDER DATED JANUARY 18, 2008 REGARDING DEFENDANT'S MOTION FOR AN ENLARGEMENT OF DEADLINES IN THE COURT'S SCHEDULING ORDER

Defendant, the United States, respectfully submits this response to the Court's order, dated January 18, 2008, regarding the Government's January 17, 2008 motion for an enlargement of deadlines in the Court's scheduling order. In its order, the Court stated that it "does not object to enlarging the current discovery deadlines" and ordered the parties to "confer and submit agreed upon deadlines for the Scheduling Order by January 28, 2008." As the Court ordered, the parties conferred and agreed to new deadlines for the Court's scheduling order, dated June 25, 2007. The parties submit the following agreed upon deadlines and request that the Court enter an order enlarging the deadlines in the Court's scheduling order:

| **Current Deadline** | **Agreed Upon Deadline** | **Activity** |
|---|---|---|
| February 1, 2008 | May 2, 2008 | Submission Of Audit Report By Defendant In Response To Detailed Claim By Plaintiff; Submission Of Expert Report(s) By Defendant |
| February 29, 2008 | May 29, 2008 | Defendant's Deadline To Depose Plaintiff's Expert Witnesses |
| June 30, 2008 | September 30, 2008 | Plaintiff's Deadline To Depose Defendant's Expert Witnesses |

| | | |
|---|---|---|
| June 30, 2008 | September 30, 2008 | Close of Fact And Expert Discovery (Including Completion Of All Depositions) |
| June 2008 | October 2008 | Status Conference Will Be Held To Set Trial Date, Etc. |

Defendant respectfully requests that the Court adopt the parties' agreed upon deadlines and enter an order enlarging the deadlines in the Court's June 25, 2007 scheduling order.

Respectfully submitted,

JEFFREY S. BUCHHOLZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20580

JOSHUA GARDNER
STEPHEN FINN
Trial Attorneys
U.S. Department of Justice
1100 L Street, N.W.
Washington D.C. 20530

s/ Scott R. Damelin
SCOTT R. DAMELIN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-2312
Fax: (202) 307-2503

January 28, 2008

Attorney for Defendant

CERTIFICATE OF FILING

I hereby certify that on January 28, 2008, a copy of the foregoing "RESPONSE TO THE COURT'S ORDER DATED JANUARY 18, 2008 REGARDING DEFENDANT'S MOTION FOR AN ENLARGEMENT OF DEADLINES IN THE COURT'S SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott R. Damelin