# In the United States Court of Federal Claims

No. 02-1894 C
(Filed: January 30, 2008)

*******************************************

**CONSUMERS ENERGY COMPANY,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

*******************************************

## REVISED SCHEDULING ORDER

On January 17, 2008, Defendant filed a Motion for an Enlargement of Deadlines in the Court's Scheduling Order. In lieu of Plaintiff's Response to the Motion for an Enlargement the Court ordered the parties to confer and submit agreed upon deadlines for the Scheduling Order by January 28, 2008. In consideration of the parties' agreed upon deadlines, the court ORDERS the following revisions in the discovery schedule:

| | |
|---|---|
| May 2, 2008 | Submission of Audit Report by Defendant in Response to Detailed Claim by Plaintiff; Submission of Expert Report(s) by Defendant. |
| May 29, 2008 | Defendant's Deadline to Depose Plaintiff's Expert Witnesses. |
| September 30, 2008 | Plaintiff's Deadline to Depose Defendant's Expert Witnesses. |
| September 30, 2008 | Close of Fact and Expert Discovery (including completion of all depositions). |
| October 2008 | Status conference will be held to set trial date, etc. |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge