IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) | No. 02-1894C<br>(Chief Judge Damich) |

JOINT MOTION FOR AN ENLARGEMENT OF TIME

Plaintiff, Consumers Energy Company ("Plaintiff" or "Consumers Energy"), and defendant, United States of America ("Defendant" or the "Government"), by and through their respective attorneys, submit this Joint Motion for an Enlargement of Time. Plaintiff and defendant request the Court modify its January 30, 2008 Revised Scheduling Order to extend various discovery deadlines as well as the date for the completion of fact and expert discovery.

Since the Government submitted its response to the Court's January 18, 2008 order and Court issued its January 30, 2008 Revised Scheduling Order, the parties have engaged in further discussions regarding discovery deadlines. The parties have agreed to submit new deadlines to the Court extending discovery activities by several months to ensure sufficient time to complete discovery. However, the parties request that the October 2008 deadline for the status conference to set the trial date remain the same. The parties believe that by October 2008 they will be prepared to discuss dates and schedule for a trial in this case.

The parties respectfully request that the Court adopt the dates for the specific discovery activities set forth below and enter an order enlarging the deadlines in the Court's January 30, 2008 Revised Scheduling Order.

| **Current Deadline** | **Agreed Upon Deadline** | **Activity** |
|---|---|---|
| May 2, 2008 | July 2, 2008 | Submission Of Audit Report By Defendant In Response To Detailed Claim By Plaintiff; Submission Of Expert Report(s) By Defendant |
| May 29, 2008 | July 29, 2008 | Defendant's Deadline To Depose Plaintiff's Expert Witnesses |
| October 2008 | October 2008 | Status Conference Will Be Held To Set Trial Date, Etc. |
| September 30, 2008 | December 1, 2008 | Plaintiff's Deadline To Depose Defendant's Expert Witnesses |
| September 30, 2008 | December 1, 2008 | Close of Fact And Expert Discovery (Including Completion Of All Depositions) |

Respectfully submitted,

s/Thomas O. Mason
THOMAS O. MASON
Williams, Mullen, Clark & Dobbins
8270 Greensboro Drive
McLean, VA 22101
Tele: (703) 760-5200
Fax: (703) 748-0244

Jeffrey S. Theuer
Loomis, Ewert, Parsley, Davis
& Gotting, P.C.
232 S. Capitol Avenue, Suite 1000
Lansing, MI 48933
(517) 482-2400

OF COUNSEL:

James E. Brunner
Arunas T. Udrys
Consumers Energy Company
212 West Michigan Avenue
Jackson, MI 49201
(517) 788-2152

Harvey J. Messing
Miller, Canfield, Paddock
& Stone, P.L.C.
Suite 900
Lansing, MI 48933
(517) 487-2070

Attorneys for Plaintiff

February 22, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Scott R. Damelin by Stephen Finn
SCOTT R. DAMELIN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-2312
Fax: (202) 307-2503

JANE K. TAYLOR.
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on February 22, 2008, a copy of the foregoing "JOINT MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Stephen Finn