# In the United States Court of Federal Claims

No. 02-1894 C
(Filed: February 25, 2008)

******************************************
*
**CONSUMERS ENERGY COMPANY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
******************************************

**REVISED SCHEDULING ORDER**

On February 22, 2008, the parties filed a Joint Motion for an Enlargement of Time, requesting an enlargement of discovery deadlines while maintaining the current status conference date. A status conference is normally held after the close of discovery, however, at the parties' request the October 2008 status conference shall remain. To allow for an effective pretrial schedule, prior to the October status conference the parties shall confer and submit an agreed upon Proposed Trial Preparation Order found at the U.S. Court of Federal Claims website. In consideration of the parties' agreed upon deadlines, the court ORDERS the following revisions in the discovery schedule:

| | |
|---|---|
| July 2, 2008 | Submission of Audit Report by Defendant in Response to Detailed Claim by Plaintiff; Submission of Expert Report(s) by Defendant. |
| July 29, 2008 | Defendant's Deadline to Depose Plaintiff's Expert Witnesses. |
| October 2008 | Status conference will be held to set trial date, etc. |
| December 1, 2008 | Plaintiff's Deadline to Depose Defendant's Expert Witnesses. |
| December 1, 2008 | Close of Fact and Expert Discovery (including completion of all depositions). |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge