IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1894C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Pursuant to paragraph 11 of Appendix E of the Rules of the United States Court of Federal Claims and the Orders entered in this case on May 21, 2003 and July 7, 2003, defendant, the United States, respectfully requests leave of the Court to file, under seal, electronically a copy of "Defendant's Motion For Summary Judgment On Plaintiff's Claims For Interest Against The Government And For Attorney and Expert Fees Related To This Litigation," with appendix, and "Defendant's Proposed Findings Of Uncontroverted Fact." Because the appendix to the Government's motion has been labeled "confidential material" by plaintiff, Consumers Energy Company, and because the instant case is designated as an electronic filing case, prior to filing, we require the Court's permission to file a copy of this document, under seal, electronically. Pursuant to paragraph 11 of Appendix E, no document to be placed under seal may be filed electronically unless and until authorized to do so by the Court.

For the foregoing reasons, we respectfully request that the Court grant the Government's motion for leave to file, under seal, electronically, a copy of "Defendant's Motion For Summary Judgment On Plaintiff's Claims For Interest Against The Government And For Attorney and

Expert Fees Related To This Litigation" with appendix and "Defendant's Proposed Findings Of Uncontroverted Fact."

Respectfully submitted,

GREGORY D. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Scott R. Damelin by Stephen Finn
SCOTT R. DAMELIN
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-2312
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

STEPHEN FINN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

June 20, 2008

CERTIFICATE OF FILING

I hereby certify that on June 20, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Stephen Finn