# In the United States Court of Federal Claims

No. 02-1894 C
(Filed: July 3, 2008)

******************************************
**CONSUMERS ENERGY COMPANY,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
******************************************

## REVISED SCHEDULING ORDER

On July 1, 2008, the parties filed a Joint Motion for an Enlargement of Deadlines in the Court's Scheduling Order, requesting an enlargement of discovery deadlines and a change in the date for the next status conference. The parties' Joint Motion is GRANTED. To allow for an effective pretrial schedule, prior to the December status conference the parties shall confer and submit an agreed upon Proposed Trial Preparation Order found at the U.S. Court of Federal Claims website. Based on the parties' agreed upon deadlines, the court ORDERS the following revisions in the discovery schedule:

| | |
|---|---|
| September 12, 2008 | Submission of Audit Report by Defendant in Response to Detailed Claim by Plaintiff; Submission of Expert Report(s) by Defendant. |
| October 10, 2008 | Defendant's Deadline to Depose Plaintiff's Expert Witnesses. |
| December 2008 | Status conference will be held to set a trial date, etc. |
| February 10, 2009 | Plaintiff's Deadline to Depose Defendant's Expert Witnesses. |
| February 10, 2009 | Close of Fact and Expert Discovery (including completion of all depositions). |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge