**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | COFC No. 02-1894-C<br>(Chief Judge Damich) |

**PLAINTIFF CONSUMERS ENERGY COMPANY'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, Plaintiff Consumers Energy Company ("Consumers"), by and through counsel, hereby respectfully requests an enlargement of 14 days for the filing of the Response to the following motions filed by Defendant United States ("Defendant"): (1) Defendant's Motion for Joinder of Entergy Nuclear Palisades, LLC, or, in the Alternative, for Issuance of Binding Notice Pursuant to RCFC 14(b) and Contract Settlement Act §14(b), 41 USC §114(b) ("Defendant's Motion for Joinder"); and (2) Defendant's Motion for Summary Judgment on Plaintiff's Claims for Interest Against the Government and for Attorney and Expert Fees Related to this Litigation ("Defendant's Motion for Summary Judgment"). In support, Consumers states as follows:

1. Plaintiff's Response to Defendant's Motion for Joinder is currently due July 14, 2008. Plaintiff's Response to Defendant's Motion for Summary Judgment is currently due July 21, 2008.

2. Consumers requests an additional 14 days for each Response because principal counsel for Consumers is currently on a previously scheduled vacation from July 4, 2008 through July 13, 2008, and several depositions have been noticed during the period required for

responding to the motions.

3. In addition, the July 4th holiday fell within the response period as well, which effectively reduced the working days available to prepare Responses.

4. Counsel for Consumers has discussed this motion with counsel for Defendant, who indicated that the Defendant does not oppose this request. This is the first request for an enlargement of time with respect to the responses to Defendant's Motion for Joinder or Motion for Summary Judgment.

WHEREFORE, Consumers respectfully requests entry of an order enlarging the time for responding to Defendant's motions as follows:

A. Defendant's Motion for Joinder from July 14, 2008 to July 28, 2008.

B. Defendant's Motion for Summary Judgment from July 21, 2008 to August 4, 2008.

Respectfully submitted,

s/ Thomas O. Mason

Thomas O. Mason
Williams, Mullen, Clark & Dobbins
8270 Greensboro Drive, Suite 700
McLean, VA 22102
(703) 760-5200 (telephone)
(703) 748-0244 (facsimile)

Jeffrey S. Theuer (P44161)
Loomis, Ewert, Parsley, Davis & Gotting, P.C.
124 West Allegan, Suite 700
Lansing, MI 48933
(517) 482-2400

Harvey J. Messing (P23309)
Miller, Canfield, Paddock & Stone, PLLC
One Michigan Avenue, Suite 900

Lansing, MI 48933
(517) 483-4963

Attorneys for Plaintiff Consumers Energy Company

OF COUNSEL:

James E. Brunner (P28051)
Arunas T. Udrys (P21660)
Consumers Energy Company
212 West Michigan Avenue
Jackson, MI 49201

Dated: July 9, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 9th day of July, 2008 a copy of the foregoing "PLAINTIFF CONSUMERS ENERGY COMPANY'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Francis E. Purcell, Jr.

1628650v1