**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | COFC No. 02-1894-C<br>(Chief Judge Damich) |

**PLAINTIFF CONSUMERS ENERGY COMPANY'S UNOPOSED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL AND MOTION FOR ENLARGEMENT OF TIME**

Pursuant to paragraph 11 of Appendix E of the Rules of the United States Court of Federal Claims, Plaintiff Consumers Energy Company ("Consumers"), by and through counsel, respectfully requests leave of the Court to file electronically, under seal, a copy of "Plaintiff's Response In Opposition To Defendant's Motion For Joinder Of Entergy Nuclear Palisades, LLC, Or, In The Alternative, For Issuance Of Binding Notice Pursuant To RCFC 14(b) And Contract Settlement Act, § 14(b), 41 U.S.C. § 114(b)," with appendix ("Plaintiff's Response In Opposition To Defendant's Motion For Joinder"). Because the appendix to the Plaintiff's motion includes documents labeled "confidential," and because the instant case is designated as an electronic filing case, prior to filing, we require the Court's permission to file a copy of this document, under seal, electronically. Pursuant to paragraph 11 of Appendix E, no document to be placed under seal may be filed electronically unless and until authorized to do so by the Court.

Additionally, Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, Plaintiff hereby respectfully requests an enlargement of 3 days after the Court's Order in response to this motion for the filing of the "Plaintiff's Response In Opposition To Defendant's

Motion For Joinder." In support, Consumers states as follows:

1. "Plaintiff's Response In Opposition To Defendant's Motion For Joinder" is currently due July 28, 2008.

2. Consumers requests an additional 3 days after the Court's Order in response to this motion for its "Plaintiff's Response In Opposition To Defendant's Motion For Joinder" because it currently lacks the required permission to file a document, under seal, electronically.

3. Counsel for Consumers has discussed this motion with counsel for Defendant, who indicated that the Defendant does not oppose this request.

For the foregoing reasons, Consumers respectfully requests that the Court:

A. Grant the motion for leave to file electronically, under seal, a copy of "Plaintiff's Response In Opposition To Defendant's Motion For Joinder."

B. Enter an order enlarging the time for filing the "Plaintiff's Response In Opposition To Defendant's Motion For Joinder" by 3 days from the Court's Order responding to this motion.

Respectfully submitted,

s/ Thomas O. Mason

Thomas O. Mason
Williams, Mullen, Clark & Dobbins
8270 Greensboro Drive, Suite 700
McLean, VA 22102
(703) 760-5200 (telephone)
(703) 748-0244 (facsimile)

Jeffrey S. Theuer (P44161)
Loomis, Ewert, Parsley, Davis & Gotting, P.C.
124 West Allegan, Suite 700
Lansing, MI 48933
(517) 482-2400

Harvey J. Messing (P23309)
Miller, Canfield, Paddock & Stone, PLLC
One Michigan Avenue, Suite 900
Lansing, MI 48933
(517) 483-4963

Attorneys for Plaintiff Consumers Energy Company

OF COUNSEL:

James E. Brunner (P28051)
Arunas T. Udrys (P21660)
Consumers Energy Company
212 West Michigan Avenue
Jackson, MI 49201

Dated: July 28, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 28th day of July, 2008 a copy of the foregoing "PLAINTIFF CONSUMERS ENERGY COMPANY'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL AND MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Francis E. Purcell, Jr.

1636948v1