**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | COFC No. 02-1894-C<br>(Chief Judge Damich) |

**PLAINTIFF CONSUMERS ENERGY COMPANY'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

Pursuant to paragraph 11 of Appendix E of the Rules of the United States Court of Federal Claims, Plaintiff Consumers Energy Company ("Consumers"), by and through counsel, respectfully requests leave of the Court to file electronically, under seal, a copy of "Plaintiff's Response To Defendant's Motion For Summary Judgment," with appendix. Because the appendix to the Plaintiff's motion includes documents labeled "confidential," and because the instant case is designated as an electronic filing case, prior to filing, we require the Court's permission to file a copy of this document, under seal, electronically. Pursuant to paragraph 11 of Appendix E, no document to be placed under seal may be filed electronically unless and until authorized to do so by the Court. Consumers intends to adhere to the current response due date of August 4, 2008, as the date upon which Consumers will file its Response To Defendant's Motion For Summary Judgment.

For the foregoing reasons, Consumers respectfully requests that the Court grant the motion for leave to file electronically, under seal, a copy of "Plaintiff's Response To Defendant's Motion For Summary Judgment."

Respectfully submitted,

s/ Thomas O. Mason

Thomas O. Mason
Williams, Mullen, Clark & Dobbins
8270 Greensboro Drive, Suite 700
McLean, VA 22102
(703) 760-5200 (telephone)
(703) 748-0244 (facsimile)

Jeffrey S. Theuer (P44161)
Loomis, Ewert, Parsley, Davis & Gotting, P.C.
124 West Allegan, Suite 700
Lansing, MI 48933
(517) 482-2400

Harvey J. Messing (P23309)
Miller, Canfield, Paddock & Stone, PLLC
One Michigan Avenue, Suite 900
Lansing, MI 48933
(517) 483-4963

Attorneys for Plaintiff Consumers Energy Company

OF COUNSEL:

James E. Brunner (P28051)
Arunas T. Udrys (P21660)
Consumers Energy Company
212 West Michigan Avenue
Jackson, MI 49201

Dated: July 31, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 31st day of July, 2008 a copy of the foregoing "PLAINTIFF CONSUMERS ENERGY COMPANY'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Francis E. Purcell, Jr.