IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 02-1894C<br>(Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant defendant an additional 15 days, to and including Friday, August 29, 2008, to file its reply to plaintiff's response to the Government's motion for joinder of Entergy Nuclear Palisades, LLC or, in the alternative, binding notice pursuant to RCFC 14(b) and the Contract Settlement Act, 41 U.S.C. § 114(b). The Government's reply is currently due on Thursday, August 14, 2008.[1] Counsel for plaintiff has represented that plaintiff, Consumers Energy Company ("Consumers"), does not oppose this motion.

First, Stephen Finn, the attorney who has been assisting counsel for the Government, is on previously scheduled leave for two weeks and thus will be unable to assist in completing the

---

1/ The Government received a copy of Consumers' response brief through the Court's ECF notification system on July 31, 2008. We understand that our reply is due seven business days after the date plaintiff filed its response brief, July 31, 2008, with an additional three business days added pursuant to RCFC 6(e) because of the manner of service. Accordingly, we have calculated the due date as August 14, 2008. However, the PACER system does not currently show plaintiff's response brief on the docket and, therefore, does not indicate the due date for the Government's reply brief. Regardless, the Government has been served with a copy of the plaintiff's response brief, and we are seeking an enlargement of time to Friday, August 29, 2008.

preparation of the reply by the current due date. Further, following the filing of Consumers' response brief on July 31, 2008, Mr. Finn needed to expend a substantial amount of time preparing for and conducting the depositions of two fact witnesses in this case, held August 5, 2008, including time for travel to Connecticut.

Second, undersigned counsel will be traveling to Michigan on Wednesday and Thursday, August 13, and 14, 2008, to participate in a site inspection, and will not be able to work on the reply brief. Further, following the filing of Consumers' response brief on July 31, 2008, counsel expended significant time preparing for and participating in a pre-trial motions hearing before this Court in another spent nuclear fuel case, Energy Northwest v. United States, No. 04-0010C, held August 5, 2008. Finally, counsel is currently preparing a reply to Consumers' response to the Government's motion for summary judgment on the plaintiff's claims for interest and attorney and expert fees, filed August 4, 2008. The Government's reply brief is due on August 21, 2008.

Third, the Government requires time to evaluate the effect, if any, on this matter of the United States Court of Appeals for the Federal Circuit's decisions in Yankee Atomic Electric Co. v. United States, Nos. 2007-5025, -5031 (Fed. Cir. Aug. 7, 2008), Pacific Gas and Electric Co. v. United States, No. 2007-5046 (Fed. Cir. Aug. 7, 2008), and Sacramento Municipal Utility District v. United States, Nos. 2007-5052, -5097 (Fed. Cir. Aug. 7, 2008).

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time of 15days, to and including Friday, August 29, 2008, within which to file a reply to plaintiff's response to the Government's motion for joinder of Entergy Nuclear

Palisades, LLC or, in the alternative, binding notice pursuant to RCFC 14(b) and the Contract Settlement Act, 41 U.S.C. § 114(b).

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Scott R. Damelin
SCOTT R. DAMELIN
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-2312
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

STEPHEN FINN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

August 12, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 12th of August, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Scott R. Damelin