# In the United States Court of Federal Claims

No. 02-1894 C
(Filed: September 8, 2008)

| | |
|---|---|
| **CONSUMERS ENERGY COMPANY,** | |
| Plaintiff, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

## REVISED SCHEDULING ORDER

On September 5, 2008, the parties filed a Joint Motion for an Enlargement of Deadlines in the Court's Scheduling Order, requesting an enlargement of the discovery deadlines. The parties' Joint Motion is GRANTED. In addition to enlarging the time period for discovery, the Court has revised the date for the status conference to May 2009, after the close of discovery. To allow for an effective pretrial schedule, one week prior to the May 2009 status conference the parties shall confer and submit an agreed upon Proposed Trial Preparation Order found at the U.S. Court of Federal Claims website. Based on the parties' agreed upon deadlines, the court ORDERS the following revisions in the discovery schedule:

| | |
|---|---|
| December 12, 2008 | Submission of Audit Report by Defendant in Response to Detailed Claim by Plaintiff; Submission of Expert Report(s) by Defendant. |
| January 16, 2009 | Defendant's Deadline to Depose Plaintiff's Expert Witnesses. |
| May 11, 2009 | Plaintiff's Deadline to Depose Defendant's Expert Witnesses. |
| May 11, 2009 | Close of Fact and Expert Discovery (including completion of all depositions). |
| May 2009 | Status conference will be held to set a trial date, etc. |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge