# APPENDIX A

| DEPONENT | DATE(S) | DOE ATTENDEES |
|---|---|---|
| 30(B)(6) Depositions:<br>• Jan Anderson<br>• Patrick Fitzgerald<br>• Kurt Haas<br>• Steven Haydo<br>• Suzanne Leblang<br>• Mark Mathias<br>• John Murphy<br>• Joyce Norkey | Anderson-1/29/08<br>Fitzgerald-1/29/08<br>Haas-12/17/07<br>Haydo-1/29/08<br>Leblang-12/18/07<br>Mathias-1/29/08<br>Murphy-1/29/08<br>Norkey-1/29/08 | Joseph E. Ashman, Eric Heintz, Scott R. Damelin, David M. Tondi |
| David Hoffman | April 23, 2008 | Stephen Finn, Eric Heintz, David Ashley |
| Om Prakash Jolly | May 7, 2008 | Stephen Finn, David Ashley, Eric Heintz |
| Robert Fenech | May 8, 2008 | Stephen Finn, Eric Heintz, Davis Ashley |
| David Mikelonis | May 9, 2008 | Stephen Finn, Eric Heintz, David Ashley |
| Richard Wyniawskyj | May 15, 2008<br>May 22, 2008 | 5/15/08-Stephen Finn, Eric Holzman<br>5/22/08-Stephen Finn, Eric Holzman, Eric Heintz |
| Kurt Haas | May 21, 2008 | Stephen Finn, Eric Holzman, David Ashley |
| Suzanne Leblang | June 3, 2008 | Stephen Finn, David Ashley, Eric Heintz, Tracy Cowher, Andy Lunsford, Nick Hecker-Thompson |
| John Broschak | June 4, 2008<br>June 5, 2008<br>July 21, 2008 | 6/4/08-Stephen Finn, David Ashley, Eric Heintz, Tracy Cowher, Andy Lunsford, Nick Hecker-Thompson<br>6/5/08-Stephen Finn-Eric Heintz<br>7/21/08-Stephen Finn, Eric Heintz, Eric Holzman |
| | | |

| DEPONENT | DATE(S) | DOE ATTENDEES |
|---|---|---|
| William Trubilowicz | June 6, 2008 | Joseph E. Ashman, David Ashley, Nick Hecker-Thompson, Tracy Cowher, Andy Lunsford |
| John Kilpatrick | June 12, 2008 | Stephen Finn, Erica E. Greulich, Eric Heintz, Lauren Blaine |
| Guy Tom Wiggins | June 19, 2008 | Joseph E. Ashman, Eric Heintz, David Ashley |
| Keith Loomis | June 24, 2008 | Joseph E. Ashman, Eric Holzman |
| Stephen Wawro | June 25, 2008 | Stephen Finn, Eric Heintz |
| John Reed | July 2, 2008 | Scott R. Damelin, Stephen Finn, Eric Heintz |
| Tom Bordine | July 15, 2008 | Stephen Finn, Eric Heintz, Ray Wittman |
| Eileen Supko | July 29, 2008 | Scott R. Damelin, Jeremiah M. Luongo, Eric Heintz |
| James Speyer | July 30, 2008 | Sharon Snyder, Stephen Finn, Eric Heintz, Ashley Wilson, Eric Holzman, Andy Lunsford |
| William Cloutier, Jr. | August 5, 2008 | Stephen Finn |
| Geoffrey Griffiths | August 5, 2008 | Stephen Finn |